```
 1  SCHIFF HARDIN LLP
    WILLIAM J. CARROLL (CSB #118106)
 2  wcarroll@schiffhardin.com
    LARRY B. GARRETT (CSB #225192)
 3  lgarrett@schiffhardin.com
    One Market, Spear Street Tower
 4  Thirty-Second Floor
    San Francisco, CA  94105
 5  Telephone:    (415) 901-8700
    Facsimile:    (415) 901-8701
 6
    Attorneys for Defendants
 7  THE REGENTS OF THE UNIVERSITY OF
    CALIFORNIA, VICTORIA HARRISON, KAREN
 8  ALBERTS, WILLIAM KASISKE, WADE
    MACADAM, TIMOTHY J. ZUNIGA, BRUCE
 9  BAUER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER, et al.,<br><br>Defendants. | Case No.  CV-09-0168 BZ<br><br>NOTICE OF APPEARANCE OF SCHIFF HARDIN LLP ON BEHALF OF DEFENDANTS REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, TIMOTHY J. ZUNIGA AND BRUCE BAUER |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Schiff Hardin LLP, at One Market, Spear Street Tower, Thirty-Second Floor, San Francisco, California 94105, hereby enters an appearance in this action on behalf of the following defendants:

The Regents of the University of California

| | |
|---|---|
| 1 | |
| 2 | Victoria Harrison |
| 3 | Karen Alberts |
| 4 | |
| 5 | William Kasiske |
| 6 | Wade MacAdam |
| 7 | Timothy J. Zuniga |
| 8 | |
| 9 | Bruce Bauer |

10   Accordingly, service of process and all other materials with respect to the above parties
11 should be directed to:

>William J. Carroll, Esq.
>wcarroll@schiffhardin.com
>Larry B. Garrett, Esq.
>lgarrett@schiffhardin.com
>SCHIFF HARDIN LLP
>One Market, Spear Street Tower
>Thirty-Second Floor
>San Francisco, CA  94105
>Telephone: (415) 901-8700
>Facsimile: (415) 901-8701

Dated: February 19, 2009                        SCHIFF HARDIN LLP


By:/s/  William J. Carroll
WILLIAM J. CARROLL
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORNIA, VICTORIA
HARRISON, KAREN ALBERTS,
WILLIAM KASISKE, WADE
MACADAM, TIMOTHY J. ZUNIGA,
BRUCE BAUER

SF\9309776.1

# PROOF OF SERVICE

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, Thirty-Second Floor, San Francisco, CA 94105. On the date shown below, I served the within documents:

NOTICE OF APPEARANCE OF SCHIFF HARDIN LLP ON BEHALF OF DEFENDANTS REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, TIMOTHY J. ZUNIGA AND BRUCE BAUER

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business (pursuant to C.C.P. § 1013)

| | |
|---|---|
| Christopher M. Patti, Esq.<br>The Regents of the University of California<br>Office of the General Counsel<br>1111 Franklin Street, 8th Floor<br>Oakland, CA 94607-5200<br>Counsel for Defendants: Regents of the University of CA, K. Alberts, B. Bauer, W. Carroll, V. Harrison, W. Kasiske, W. MacAdam, T. Zuniga | Jennifer Stisa Granick<br>Matt Zimmerman<br>Electronic Frontier Foundation<br>454 Shotwell Street<br>San Francisco, CA 94110<br><br>Ann Brick<br>Michael T. Risher<br>American Civil Liberties Foundation<br>of Northern California<br>39 Drumm Street<br>San Francisco, CA 94111<br>Counsel for Plaintiffs Long Haul, Inc. and East Bay Prisoner Support |
| Kenneth R. Maiolini, ARM-P<br>RMS<br>P.O. Box 724<br>Sebastopol, CA 95473<br>Counsel for Defendant County of Alameda<br>(Alameda County Sheriff's Office) | Federal Bureau of Investigation<br>San Francisco Headquarters<br>450 Golden Gate Avenue, 13th Floor<br>San Francisco, CA 94102<br>Defendant |
| Mike Hart, Lieutenant<br>Alameda County Sheriff's office<br>1401 Lakeside Drive, 12th Floor<br>Oakland, CA 94612<br>Defendant | Lisa Shaffer, Special Agent<br>Federal Bureau of Investigation<br>San Francisco Headquarters<br>450 Golden Gate Avenue, 13th Floor<br>San Francisco, CA 94102<br>Defendant |
| Gregory J. Ahern, Sheriff-Coroner<br>Alameda County Sheriff's Office<br>1401 Lakeside Drive, 12th Floor<br>Oakland, CA 94612<br>Defendant | |

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on February 19, 2009, at San Francisco, California.

*[signature]*
Marcia L. Zwick

SF\9310371.1

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE