IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONG HAUL INC. and EAST BAY PRISONER SUPPORT,

    Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

No. C 09-00168 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 29, 2009 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 7, 2009 and a reply brief shall be filed by no later than April 14, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 24, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE