1

2 **UNITED STATES DISTRICT COURT**

3 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

4 **SAN FRANCISCO DIVISION**

5
| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRIOSNER SUPPORT, | ) Docket No. 09-00168-JSW |
| Plaintiffs, | ) **[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |
| vs. | ) |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER; COUNTY OF ALAMEDA; GREGORY J. AHERN; MIKE HART; FEDERAL BUREAU OF INVESTIGATION; LISA SHAFFER; AND DOES 1-25, | ) |
| Defendants. | ) |

1  BASED ON THE JOINT STIPULATION AND STATEMENT OF NON OPPOSITION TO
2  REQUEST MODIFICATION OF ORDER SETTING BRIEFING SCHEDULE AND GOOD
3  CAUSE HAVING BEEN SHOWN:

   The Court HEREBY ORDERS that an Opposition to March 23, 2009 Motion to Dismiss of the Regents of the University of California, *et. al.* shall be filed by no later than May 8, 2009 and a Reply shall be filed by no later than May 15, 2009.  If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  The hearing date [remains set for May 29, 2009/~~is hereby reset for _____~~].  ~~Any motions that defendants the FBI, Shaffer, Hart, the County of Alameda, or Sheriff Ahern may file on April 10, 2009 shall also be noticed for that same date and share the same briefing schedule.~~

   IT IS SO ORDERED.

DATED:  April __1__, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

No. 09-00168-JSW    [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE