| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (SBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 135879)<br>Chief, Civil Division |
| 3 | JONATHAN U. LEE (SBN 148792)<br>Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, 9th Floor<br>San Francisco, California 94102 |
| 5 | Telephone: 415-436-6909<br>Facsimile: 415-436-6748 |
| 6 | Email: jonathan.lee@usdoj.gov |
| 7 | ATTORNEYS FOR FEDERAL DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT, | ) ) ) | No. C 09-0168 JSW |
| Plaintiffs, | ) ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER RE HEARING DATE** |
| v. | ) ) | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER; COUNTY OF ALAMEDA; GREGORY J. AHERN; MIKE HART; FEDERAL BUREAU OF INVESTIGATION; LISA SHAFFER; AND DOES 1-25. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

STIPULATION AND ~~PROPOSED~~ ORDER
C 09-0168 JSW

1. Plaintiffs Long Haul, Inc. and East Bay Prisoner Support and Defendants Federal Bureau of Investigation and Lisa Shaffer, by and through their counsel of record, stipulate as follows:

   1. The last day for Defendants FBI and Shaffer to file a responsive pleading to plaintiffs' complaint, by agreement, is April 10, 2009.
   2. Defendants FBI and Shaffer are filing a motion to dismiss with the first available hearing date of June 19, 2009.
   3. The parties have met and conferred regarding the hearing date and have agreed to stipulate that the hearing date may be advanced to May 29, 2009, with the plaintiffs' opposition and defendants' reply due on May 8 and May 15, respectively.
   4. The purpose of this stipulation is to keep the motion to dismiss filed by the Regents and the other state defendants on the same schedule with the motions to dismiss to be filed by the FBI, Shaffer and any other federal defendants. (*See* Dkt. 22; Order dated 4/1/09.)
   5. If this request is inconvenient or burdensome for the Court, then the parties would prefer to proceed with the June 19th hearing date.

**IT IS SO STIPULATED**.

DATED: April 10, 2009            ELECTRONIC FRONTIER FOUNDATION

　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　JENNIFER S. GRANICK
　　　　　　　　　　　　　　　　MATT ZIMMERMAN
　　　　　　　　　　　　　　　　Attorneys for Long Haul, Inc. and East Bay
　　　　　　　　　　　　　　　　Prisoner Support

///
///
///
///
///
///

1  DATED: April 10, 2009                JOSEPH P. RUSSONIELLO
                                        United States Attorney
2

3
                                        /s/
4                                       JONATHAN U. LEE
                                        Assistant United States Attorney
5                                       Attorneys for United States of America

6
   I attest and certify under Northern District General Order 45(x) that I received permission
7
   from plaintiff's counsel before e-filing this document and will retain proof of this permission in
8
   compliance with 45(x).
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
C 09-0168 JSW                              2

| | |
|---|---|
| 1 | **~~PROPOSED~~ ORDER** |
| 2 | ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~ |

The opposition to FBI and Shaffer's motion to dismiss is due by May 8 and the repy is due by May 15, 2009. The FBI and Shaffer's motion and the State Defendants' motion to dismiss shall be heard on June 19, 2009 at 9:00 a.m. This Order does not alter the briefing schedule on the State Defendants' motion to dismiss.

DATED: April 13, 2009

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
C 09-0168 JSW

3