IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONG HAUL INC. and EAST BAY
PRISONER SUPPORT,

    Plaintiffs,

  v.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA, et al.,

    Defendants.

No. C 09-00168 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on June 12, 2009 on the motion to dismiss filed by defendant Mike Hart. The Court HEREBY CONTINUES the hearing on this motion to June 19, 2009 at 9:00 a.m. The Court FURTHER ORDERS that an opposition to the motion shall be filed by no later than May 15, 2009 and a reply brief shall be filed by no later than May 22, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE