Jennifer Stisa Granick (State Bar No. 168423)
Matt Zimmerman (State Bar No. 212423)
Marcia Hofmann (State Bar No. 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@eff.org
mattz@eff.org

Ann Brick (State Bar No. 65296)
Michael T. Risher (State Bar No. 191627)
AMERICAN CIVIL LIBERTIES FOUNDATION
  OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: abrick@aclunc.org
mrisher@aclunc.org

Attorneys for Plaintiffs LONG HAUL, INC. and
EAST BAY PRISONER SUPPORT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER, et al.,<br><br>Defendants. | Case No.: 09-00168-JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: PENDING MOTIONS TO DISMISS AND AMENDMENT OF COMPLAINT** |

Plaintiffs Long Haul, Inc. and East Bay Prisoner Support and Defendants Regents of the University of California, Victoria Harrison, Karen Alberts, William Kasiske, Wade Macadam, Timothy J. Zuniga, Bruce Bauer, Federal Bureau of Investigation ("FBI"), Lisa Shaffer and Mike Hart, by and through their counsel of record, stipulate as follows:

1. Plaintiffs filed the complaint in this matter on January 14, 2009. (Dkt. No. 1.) Plaintiffs have subsequently filed no amended complaints, whether as a matter of course, with the Defendants' written consent, or by the Court's leave.

2. On March 23, 2009, Defendants Regents of the University of California, Victoria Harrison, Karen Alberts, William Kasiske, Wade Macadam, Timothy J. Zuniga, Bruce Bauer filed a motion to dismiss certain claims. (Dkt. No. 15.)

3. On April 10, 2009, Defendants Federal Bureau of Investigation ("FBI") and Lisa Shaffer filed a motion to dismiss certain claims. (Dkt. No. 24.)

4. On May 1, 2009, Defendants FBI and Mike Hart filed a motion to dismiss certain claims. (Dkt. No. 31.)

5. Plaintiffs' opposition to the March 23rd and April 10th motions is due May 8, 2009 and Defendants' reply is due May 5th. Plaintiffs' opposition to the May 1 motion is due May 15, 2009 and the Defendant's reply is due May 22nd.

6. Since the filing of the January 14, 2009 complaint, Plaintiffs have learned certain facts through informal discovery and communications with Defendants' counsel that indicate an amended complaint would better conform to the evidence and help the parties narrow the issues at dispute in this case, which in turn would serve judicial economy.

7. Furthermore, facts have come to light indicating that certain parties should be voluntarily dismissed from the case, and the United States should replace the FBI as a named defendant.

8. Plaintiffs and defendants have met and conferred on dismissal of some of the parties and claims, and have agreed to continue to meet and confer with regard to the liability of at least one additional party. We further agree we can narrow issues to be decided on motion to dismiss if Plaintiffs amend the complaint in light of the above facts and circumstances.

9. The parties stipulate pursuant to Fed. R. Civ. P. 15(a)(2) that Plaintiffs may amend their complaint by May 29, 2009.

10. The parties further stipulate that Defendants shall respond to the amended complaint no later than July 2, 2009; Plaintiffs shall oppose any motions to dismiss the amended complaint by July 24, 2009; and Defendants shall file any replies in support of motions to dismiss by July 31, 2009. The Court may hear Defendants' motions to dismiss at its earliest convenience thereafter. Attorney for the federal defendants is not available during the month of August so the parties respectfully request that the hearing occur in September or as soon thereafter as the Court's schedule allows.

11. In consideration of the above, Defendants hereby withdraw their pending March 23rd, April 1st and May 10th motions to dismiss, currently scheduled for hearings on May 29, 2009, and June 19, 2009, and ask that those matters be taken off calendar.

DATED: May 7, 2009

JOSEPH RUSSONIELLO
United States Attorney

/s/ Jonathan U. Lee
JONATHAN U. LEE
Assistant United States Attorney

Attorneys for the United States of America


/s/ William J. Carroll
WILLIAM J. CARROLL
SCHIFF HARDIN LLP

Attorney for Defendants the Regents of the University of California, Victoria Harrison, Karen Alberts, William Kasiske, Wade McAdam, Timothy J. Zuniga, and Bruce Baur

/s/ Jennifer Granick
Jennifer Stisa Granick (State Bar No. 168423)
Matt Zimmerman (State Bar No. 212423)
Marcia Hofmann (State Bar No. 250087)
ELECTRONIC FRONTIER FOUNDATION

Ann Brick (State Bar No. 65296)
Michael T. Risher (State Bar No.191627)
AMERICAN CIVIL LIBERTIES FOUNDATION
  OF NORTHERN CALIFORNIA

Attorneys for Plaintiffs

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Jonathan U. Lee and William J. Carroll in the filing of this document.

　　　　　　　　　　　　　　　　　　/s/ Jennifer Granick
　　　　　　　　　　　　　　　　　　Jennifer Granick

\*　　\*　　\*

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The briefing schedule previously set by court order is vacated in light of the fact that Defendants have withdrawn their motions to dismiss.

Plaintiffs have leave of Court to file an amended complaint and shall do so by May 29, 2009.

Defendants shall respond to the amended complaint no later than July 2, 2009; Plaintiffs shall oppose any motions to dismiss the amended complaint by July 24, 2009; and Defendants shall file any replies in support of motions to dismiss by July 31, 2009.

Hearing on any motions to dismiss shall be set for September  4 , 2009.

Dated: May 8, 2009

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey White
　　　　　　　　　　　　　　　　　　　United States District Judge