SCHIFF HARDIN LLP
William J. Carroll (CSB #118106)
wcarroll@schiffhardin.com
Larry B. Garrett (CSB #225192)
lgarrett@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, TIMOTHY J. ZUNIGA, BRUCE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER, et al.,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**EXHIBIT A TO STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF DETECTIVE BRUCE BAUER** |

SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
LARRY B. GARRETT (CSB #225192)
lgarrett@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, TIMOTHY J. ZUNIGA, BRUCE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER, et al.,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**DECLARATION OF BRUCE BAUER** |

I, Bruce Bauer do hereby declare:

1. I am employed as a detective at the University of California Police Department ("UCPD"), and a resident of Alameda County, California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify truthfully thereto.

2. I have been employed with UCPD for approximately 30 years. I have spent 10

1  years working as a detective.

2      3. My current assignment is as a "warrant detective." My duties include presenting

3  criminal cases to the Alameda County District Attorney's Office for charging. I present criminal

4  cases to the Alameda County District Attorney's Office on a daily basis. I have held this

5  assignment for the past three years and held this assignment on August 27, 2008.

6      4. On August 27, 2008, I presented two criminal cases to Assistant District Attorney

7  Norbet Chu. These cases are 08-03517 and 08-03528.

8      5. On August 27, 2008, I was at the Alameda County District Attorney's Office,

9  which is located in the Wiley W. Manuel courthouse at 661 Washington Street, Oakland,

10 California. I was present at the Alameda County District Attorney's Office from 9:30 a.m. until

11 12:00 p.m.

12     6. I was not present during the execution of the search warrant at 3124 Shattuck

13 Avenue, Berkeley, California, on August 27, 2008.

14     7. I did not participate in the criminal investigation that culminated in the execution

15 of the search warrant at 3124 Shattuck Avenue, Berkeley, California. I was not one of the

16 detectives assigned to investigate this matter.

17 I declare under penalty of perjury under the laws of the State of California that the

18 foregoing statements are true and correct.

19 Executed on May 27, 2009, at BERKELEY, California.

_Bruce E. Bauer_
Bruce Bauer

SF\09366403.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
DECLARATION OF BRUCE BAUER

CASE NO. CV-09-0168 JSW