JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-6909 (Lee)
    Facsimile:    (415) 436-6748
    Email:        jonathan.lee@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT,<br><br>    Plaintiffs,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER; COUNTY OF ALAMEDA; GREGORY J. AHERN; UNITED STATES OF AMERICA; MIKE HART; LISA SHAFFER; AND DOES 1-25.<br><br>    Defendants. | No. C 09-0168 JSW<br><br>**DECLARATION OF JONATHAN U. LEE IN SUPPORT OF DEFENDANT UNITED STATES' MOTION TO DISMISS PRIVACY PROTECTION ACT CLAIM BASED ON SEARCH WARRANT FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(B)(6) OR IN THE ALTERNATIVE TO STRIKE**<br><br>*Date:*    *September 4, 2009*<br>*Time:*   *9:00 a.m.*<br>*Place:*   *Courtroom 11, 19th Floor*<br>*Judge:*  *Hon. Jeffrey S. White* |

    I, JONATHAN U. LEE, declare:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and am assigned to defend the Federal Defendants in this case, which are the United States, Lisa Shaffer, and Mike Hart.

2. I am licensed to practice law in California and to appear before this Court. I make this declaration from my own personal knowledge, except as indicated when it is from my understanding and belief. If called as a witness, I could and would competently testify to

1
2     the contents of this declaration.
3 3.    Attached hereto as Exhibit A is a true and correct copy of the search warrant application
4     referred to in plaintiffs' complaint.
5
6     I declare under penalty of perjury that the foregoing is true and accurate and that I have
7 executed this declaration on July 2, 2009 in San Francisco, California.
8     /s/
9 _____
10     JONATHAN U. LEE

LEE DECLARATION
C 09-0168 JSW     2