1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  JOANN M. SWANSON
   Assistant United States Attorney
3  Chief, Civil Division
   JONATHAN U. LEE
4  Assistant United States Attorney
   Northern District of California
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7124
7    FAX: (415) 436-7169

8  Attorneys for Federal Defendants LISA SHAFFER,
   MIKE HART, and UNITED STATES OF AMERICA
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   LONG HAUL, INC. and EAST BAY PRISONER )   No. C 09-0168 BZ
14 SUPPORT,                              )
                                         )
15              Plaintiff,               )   **NOTICE OF UNAVAILABILITY**
                                         )
16       v.                              )
                                         )
17                                       )
   REGENTS OF THE UNIVERSITY OF          )
18 CALIFORNIA,                           )
                                         )
19              Defendants.              )
                                         )
20

21       TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:

22       The undersigned counsel will be unavailable from August 11, 2009 through August 24, 2009.

23 In light of this unavailability, please do not notice hearings or file applications with the Court.

24 Please be advised that there is authority for sanctioning a party who schedules hearings during

25 such a period of unavailability. <u>Tenderloin Housing Clinics v. Sparks,</u> 8 Cal. App. 4th 299, 30-

26 305 (1992).

27 ///

28 ///

NOTICE OF UNAVAILABILITY
C 09-0168 BZ                                    1

| | | |
|---|---|---|
| 1 | Dated: August 11, 2009 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | |   /s/ |
| 5 | | JONATHAN U. LEE<br>Assistant United States Attorney<br>Attorneys for Federal Defendant |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF UNAVAILABILITY
C 09-0168 BZ                                    2