IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL INC. and EAST BAY PRISONER SUPPORT,<br><br>        Plaintiffs,<br><br>   v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>        Defendants. | No. C 09-00168 JSW<br><br>**ORDER VACATING HEARING** |

The motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) filed by defendants Lisa Shaffer, Mike Hart and the United States are currently set for hearing on Friday, September 4, 2009 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 4, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: September 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE