IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONG HAUL INC. and EAST BAY PRISONER SUPPORT,

    Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.

No. C 09-00168 JSW

**ORDER REQUIRING SUPPLEMENTAL BRIEFING**

Upon further consideration of the motions to dismiss currently pending, the Court DIRECTS Plaintiffs to submit supplemental briefing to address the following questions:

(1) Are Plaintiffs bringing a First Amendment retaliation claim, *i.e.*, that Defendants engaged in their search and seizure in retaliation for Plaintiffs or their members exercising their rights under the First Amendment?

(2) If not, on what authority do Plaintiffs rely to indicate that the law demonstrating that their First Amendment rights were violated was clearly established at the time?

///
///
///
///

1 Plaintiffs shall file such supplemental briefing by no later than September 29, 2009. Defendants
2 may respond to Plaintiffs supplemental briefing by no later than October 13, 2009.
3     **IT IS SO ORDERED.**

5 Dated: September 14, 2009

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California