Schiff Hardin LLP
Sara L. Ellis
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON, KAREN ALBERTS; WILLIAM KASISKE, WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; and DOES 1-25,<br><br>Defendant. | Case No. 09-00168-JSW<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Sara L. Ellis, an active member in good standing of the bar of the Northern District of Illinois, whose business address and telephone number is: Schiff Hardin LLP, 233 South Wacker Drive, Suite 6600, Chicago, Illinois 60606, (312) 258-5500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM and TIMOTHY J. ZUNIGA in the above-entitled action.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
CHICAGO

09-00168-JSW

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice* . Service of papers upon and communication with co-counsel designated in the application
4   will constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing* .

Dated: October 16, 2009

_____
Jeffrey S. White, United States District Judge