SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
LARRY B. GARRETT (CSB #225192)
lgarrett@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, TIMOTHY J. ZUNIGA, BRUCE BAUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; BRUCE BAUER, et al.,<br><br>Defendants. | Case No.  3:09-cv-0168 JSW<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The parties, by and through their attorneys of record, hereby agree and stipulate as follows:

The parties timely submitted their joint case management statement in the above entitled action on September 25, 2009.

The Court Clerk issued a notice on September 29, 2009 moving the Initial Case Management Conference from October 2, 2009 to December 11, 2009 at 1:30 p.m.  Additionally,

- 1 -  CASE NO. 3:09-CV-0168 JSW

1  in the Clerk's September 29, 2009 notice, the deadline for filing a supplemental joint case
2  management statement was set for December 4, 2009.
3      Lead trial counsel for the State Defendants, William Carroll, is scheduled to be in trial for
4  two weeks beginning on December 4, 2009.
5      The parties have met and conferred to determine the earliest mutually agreeable date for
6  the Initial Case Management Conference and the deadline to complete the supplemental joint case
7  management statement and ADR phone conference.
8      In light of the foregoing, the parties respectfully request that the Court continue the Initial
9  Case Management Conference to January 8, 2010 at 1:30 p.m.
10     The parties further request that the Court set the deadline to file the supplemental joint
11 case management statement and the deadline to complete the ADR phone conference for
12 December 23, 2009.

Dated: October 8, 2009

SCHIFF HARDIN LLP

By: /s/ *William J. Carroll*
    WILLIAM J. CARROLL

Attorneys for Defendants THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, TIMOTHY J. ZUNIGA, BRUCE BAUER

Dated: October 8, 2009

ELECTRONIC FRONTIER FOUNDATION

By: /s/ *Jennifer Granick*
    JENNIFER GRANICK
Attorneys for Plaintiffs

Dated: October 8, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

By: /s/ *Jonathan U. Lee*
    Assistant United States Attorney
Attorneys for Defendants
UNITED STATES OF AMERICA, LISA SHAFFER, AND MICHAEL HART

1    Good cause appearing, the December 11, 2009 initial case management conference is
2 continued to January 22, 2010 at 1:30 p.m. in Courtroom 11 on the 19th floor of the Federal
3 Building, 450 Golden Gate Avenue, San Francisco, California. A supplemental joint case
4 management statement shall be due on or before December 23, 2009. Additionally, the ADR
5 phone conference shall be completed on or before December 23, 2009.

6
7    Dated: __October 27, 2009__, 2009      _____/s/ Jeffrey S. White_____
                                             HONORABLE JEFFREY S. WHITE
8                                            UNITED STATES DISTRICT JUDGE

9    SF\9478522.1