JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-6909
Facsimile: 415-436-6748
Email: jonathan.lee@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25.<br><br>  Defendants. | No. C 09-0168 JSW<br><br>**STIPULATION AND PROPOSED ORDER** |

STIPULATION AND PROPOSED ORDER
C 09-0168 JSW

Plaintiffs Long Haul, Inc. and East Bay Prisoner Support and Defendants United States of America, Lisa Shaffer, and Mike Hart, by and through their counsel of record, stipulate as follows:

1. Following the Court's order granting in part and denying in part motions to dismiss filed by defendants United States of America, Lisa Shaffer, and Mike Hart (collectively "Federal Defendants"), the parties have met and conferred regarding whether plaintiffs will amend the operative complaint consistent with the Court's order and whether and when the Federal Defendants will file their responsive pleading;

2. In order to accommodate counsel's work and travel schedules, and defense counsel's recent illness, counsel agreed that the last day for the Federal Defendants to file their responsive pleading will be Friday, January 15, 2010.

**IT IS SO STIPULATED**.

DATED: January 12, 2010        ELECTRONIC FRONTIER FOUNDATION

/s/
JENNIFER S. GRANICK
Attorneys for Long Haul, Inc. and East Bay Prisoner Support

DATED: January 12, 2010        JOSEPH P. RUSSONIELLO
United States Attorney

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for United States of America

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January __, 2010        _____
Honorable Jeffrey S. White
United States District Judge

STIPULATION AND PROPOSED ORDER
C 09-0168 JSW                1