1   JOSEPH P. RUSSONIELLO (SBN 44332)
    United States Attorney
2   JOANN M. SWANSON (SBN 135879)
    Chief, Civil Division
3   JONATHAN U. LEE (SBN 148792)
    Assistant United States Attorney
4   450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
5   Telephone: 415-436-6909
    Facsimile: 415-436-6748
6   Email: jonathan.lee@usdoj.gov

7   ATTORNEYS FOR FEDERAL DEFENDANTS

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  LONG HAUL, INC. AND EAST BAY          )   No. C 09-0168 JSW
12  PRISONER SUPPORT,                     )
                                          )   STIPULATION AND ~~PROPOSED~~
13          Plaintiffs,                   )   ORDER
                                          )
14      v.                               )
                                          )
15  UNITED STATES OF AMERICA;             )
    VICTORIA HARRISON; KAREN              )
16  ALBERTS; WILLIAM KASISKE; WADE        )
    MACADAM; TIMOTHY J. ZUNIGA;           )
17  MIKE HART; LISA SHAFFER; AND          )
    DOES 1-25.                            )
18                                        )
            Defendants.                   )
19                                        )
                                          )
20  _____ )

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
C 09-0168 JSW

1       Plaintiffs Long Haul, Inc. and East Bay Prisoner Support and Defendants United States of

2   America, Lisa Shaffer, and Mike Hart, by and through their counsel of record, stipulate as

3   follows:

4      1.   Following the Court's order granting in part and denying in part motions to dismiss filed

5           by defendants United States of America, Lisa Shaffer, and Mike Hart (collectively

6           "Federal Defendants"), the parties have met and conferred regarding whether plaintiffs

7           will amend the operative complaint consistent with the Court's order and whether and

8           when the Federal Defendants will file their responsive pleading;

9      2.   In order to accommodate counsel's work and travel schedules, and defense counsel's

10           recent illness, counsel agreed that the last day for the Federal Defendants to file their

11           responsive pleading will be Friday, January 15, 2010.

12

13   **IT IS SO STIPULATED**.

14   DATED: January 12, 2010          ELECTRONIC FRONTIER FOUNDATION

15                                         /s/

16                                       JENNIFER S. GRANICK
                                    Attorneys for Long Haul, Inc. and East Bay

17                                       Prisoner Support

18   DATED: January 12, 2010          JOSEPH P. RUSSONIELLO
                                    United States Attorney

19

20                                       /s/
                                    JONATHAN U. LEE

21                                       Assistant United States Attorney
                                    Attorneys for United States of America

22

23                             ~~PROPOSED~~ ORDER

24   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26   DATED: January <u>14</u>, 2010

27                                       Honorable Jeffrey S. White

28                                       United States District Judge