IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

JUDGE:  JEFFREY S. WHITE              COURTROOM DEPUTY: Jennifer Ottolini

DATE:  January 22, 2010               Court Reporter: Sarah Goekler

CASE NO. C-09-168  JSW

TITLE:  Long Haul Inc., v. Regents of the University of California, et al.,

COUNSEL FOR PLAINTIFF:                COUNSEL FOR DEFENDANT:

Jennifer Granick                      Jonathan Lee
                                      William Carroll

PROCEEDINGS:  Initial  Case Management Conference


RESULTS:   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 1-29-10.

Close of fact discovery: 9-15-10

Close of Expert discovery: 11-15-10

Hearing on dispositive motions (if any): 2-11-11 at 9:00 a.m.
   If the parties are filing cross-motions for summary judgment, the parties shall meet and confer and agree to a briefing schedule whereby:
   • one party files an opening summary judgment motion by 12-15-10
   • the other party shall file its opposition and cross-motion by 12-31-10
   • reply and opposition to the cross-motion is due by 1-18-11
   • the reply in support of the cross-motion is due by 1-27-11

Pretrial Conference: 4-25-11 at 2:00 p.m.

Jury Trial: 5-16-11 at 8:00 a.m. (2 week est.)