| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| | WILLIAM J. CARROLL (CSB #118106) |
| 2 | wcarroll@schiffhardin.com |
| | SARAH D. YOUNGBLOOD (CSB #244304) |
| 3 | syoungblood@schiffhardin.com |
| | One Market, Spear Street Tower |
| 4 | Thirty-Second Floor |
| | San Francisco, CA  94105 |
| 5 | Telephone:      (415) 901-8700 |
| | Facsimile:       (415) 901-8701 |
| 6 | |
| | SARA L. ELLIS (ILSB #6224868) |
| 7 | sellis@schiffhardin.com |
| | 233 South Wacker Drive |
| 8 | Suite 6600 |
| | Chicago, IL  60606 |
| 9 | Telephone      (312) 258-5800 |
| | Facsimile       (312) 258-5600 |
| 10 | |
| | Attorneys for Defendants |
| 11 | MITCHELL CEYELA, KAREN ALBERTS, |
| | WILLIAM KASISKE, WADE MACADAM and |
| 12 | TIMOTHY J. ZUNIGA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25, <br><br> Defendants. | Case No.  CV-09-0168 JSW <br><br> NOTICE OF APPEARANCE OF SARAH D. YOUNGBLOOD ON BEHALF OF DEFENDANTS MITCHELL CEYELA, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM AND TIMOTHY J. ZUNIGA |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Sarah D. Youngblood, Schiff Hardin LLP, at One Market, Spear Street Tower, Thirty-Second Floor, San Francisco, California 94105, hereby enters

| | |
|---|---|
| 1 | an appearance in this action on behalf of the following defendants: |
| 2 | Mitchell Ceyela |
| 3 | Karen Alberts |
| 4 | William Kasiske |
| 5 | Wade MacAdam |
| 6 | Timothy J. Zuniga |

Accordingly, service of process and all other materials with respect to the above parties should be directed to:

> William J. Carroll, Esq.
> wcarroll@schiffhardin.com
> Larry B. Garrett, Esq.
> lgarrett@schiffhardin.com
> Sarah D. Youngblood
> syoungblood@schiffhardin.com
> SCHIFF HARDIN LLP
> One Market, Spear Street Tower
> Thirty-Second Floor
> San Francisco, CA  94105
> Telephone: (415) 901-8700
> Facsimile: (415) 901-8701
>
> SARA L. ELLIS (ILSB #6224868)
> sellis@schiffhardin.com
> 233 South Wacker Drive
> Suite 6600
> Chicago, IL  60606
> Telephone    (312) 258-5800
> Facsimile      (312) 258-5600

Dated: April 8, 2010                         SCHIFF HARDIN LLP


                                             By:  /s/ Sarah D. Youngblood
                                                 SARAH D. YOUNGBLOOD
                                             Attorneys for Defendants
                                             MITCHELL CELAYA, KAREN ALBERTS,
                                             WILLIAM KASISKE, WADE MACADAM
                                             and TIMOTHY J. ZUNIGA

SF\9630618.1