Jennifer Granick, Esq. (SBN 168423)
Matthew Zimmerman, Esq. (SBN 212423)
Marcia Hofmann, Esq. (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@eff.org
       mattz@eff.org
       marcia@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. and EAST BAY
PRISONER SUPPORT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Docket No. 09-00168-JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE: DISCOVERY CUTOFF DATE** |

The parties, through their undersigned counsel, hereby stipulate to moving the date for close of fact discovery from September 15th to October 15, 2010. The purpose of this agreement is to allow counsel for Plaintiffs additional time to prepare the 30(b)(6) witness for East Bay Prisoner Support, and to allow defense counsel more time following that deposition to complete fact discovery. This agreement does not affect any other dates set by this Court.

DATED: August 9, 2010

By: */s/ Jennifer Granick*
Jennifer Stisa Granick
Matt Zimmerman
Marcia Hofmann
ELECTRONIC FRONTIER FOUNDATION

Michael T. Risher (State Bar No.191627)
AMERICAN CIVIL LIBERTIES FOUNDATION
   OF NORTHERN CALIFORNIA

Attorneys for LONG HAUL, INC. and EAST BAY PRISONER SUPPORT

DATED: August 9, 2010

By: */s/Sara Ellis*
Sara Ellis
SCHIFF HARDIN LLP

Attorney for Defendants
VICTORIA HARRISON, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, and TIMOTHY J. ZUNIGA

DATED: August 9, 2010

By: */s/Jonathan U. Lee*
JONATHAN U. LEE
Assistant United States Attorney

JOSEPH P. RUSSONIELLO
United States Attorney

Attorney for Defendants
UNITES STATES OF AMERICA, LISA SHAFFER, and MICHAEL HART

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Jonathan U. Lee's and Sara Ellis's concurrence in the filing of this document.

|   |   |
|---|---|
| 1 | /s/ Jennifer Granick |
| 2 | Jennifer Granick |

\* \* \*

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

The Close of Non-Expert Discovery date be moved from September 15, 2010 to October 15, 2010.

Dated: August 10, 2010

Hon. Jeffrey White
United States District Judge

-3-
STIPULATION AND ~~PROPOSED~~ ORDER RE: DISCOVERY CUTOFF DATE