**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

## CIVIL MINUTES

**Date:**     September 22, 2010                     **Court Reporter**: Kathy Sullivan 794-6659

**Case No:**     C09-0158 JSW (EMC)              **Time:**  4:02-4:05

**Case Name:** Long Haul et al. V. Regents of the University of CA, et al.

**Attorneys:**    Jen Granick for Plaintiff
                  Sara Ellis for Defendants

**Deputy Clerk:** Betty Lee


**PROCEEDINGS:**

-Telephonic conference regarding joint letter re discovery dispute (Docket #90)


**ORDER AFTER HEARING:**

Parties informed court that they have resolved dispute.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:**

**cc: EMC**