SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone (312) 258-5800
Facsimile (312) 258-5600

Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**CERTIFICATION OF COMPLETED SUPPLEMENTATION** |

Pursuant to this Court's January 25, 2010 Order Scheduling Trial and Pretrial Matters, the undersigned certifies that prior to September 15, 2010 Defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade MacAdam, and Timothy Zuniga

1  supplemented their initial disclosures and discovery responses as required under
2  Federal Rule of Civil Procedure 26.

3

4  Dated: September 27, 2010           SCHIFF HARDIN LLP

5

6                                      By:   */s/ Sarah D. Youngblood*
7                                            SARAH D. YOUNGBLOOD
                                             Attorneys for DefendantsMITCHELL
                                             CELAYA, KAREN ALBERTS, WILLIAM
8                                            KASISKE, WADE MACADAM and
                                             TIMOTHY J. ZUNIGA
9

10  SF\9814746.1