SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL  60606
Telephone    (312) 258-5800
Facsimile     (312) 258-5600

Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No.  3:09-cv-0168 JSW<br><br>**DECLARATION OF SARA ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE** |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:09-CV-0168 JSW
DEC'L OF SARA ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE

I, SARA L. ELLIS, ESQ., hereby declare:

1. I am an attorney licensed to practice law in the Northern District of Illinois, the Seventh Circuit Court of Appeals, and am admitted *pro hac vice*, for purposes of this litigation, in the Northern District of California. I represent Defendants Celaya, Alberts, Kasiske, MacAdam, and Zuniga in this lawsuit.

2. This Court originally set September 15, 2010 as the deadline for completing fact discovery in this case. With this deadline in mind, the parties scheduled depositions and propounded written discovery. The parties exchanged documents, written discovery, and noticed and took depositions.

3. On August 3, 2010, Plaintiffs completed all of the noticed depositions of Defendants. Plaintiffs noticed and took the depositions of Defendants Kasiske, Shaffer, Zuniga, and Alberts.

4. Defendants noticed the deposition of Jesse Palmer in his individual capacity as well as in his capacity as the designated representative for Plaintiff Long Haul for August 4, 2010. Defendants further noticed the deposition of the designated representative for Plaintiff East Bay Prisoner Support for August 5, 2010.

5. During the 30(b)(6) deposition of Jesse Palmer, it became evident that Mr. Palmer was not prepared to answer questions on behalf of Plaintiff Long Haul. Mr. Palmer had not reviewed any materials or documents nor investigated the deposition topics with any degree of substance prior to his deposition. Late in the evening after the first day of Mr. Palmer's deposition, I received an email from counsel for Plaintiffs, Jennifer Granick, acknowledging that Mr. Palmer was unprepared to testify on behalf of Plaintiff Long Haul and requesting to adjourn Mr. Palmer's deposition as well as postpone the deposition for the 30(b)(6) witness for East Bay Prisoner Support so that she could prepare these individuals to testify. (8/4/2010 Email, attached hereto as Exhibit 1).

6. The parties agreed to postpone the deposition of Mr. Palmer until August 6, 2010, so that Ms. Granick would have time to prepare Mr. Palmer for his deposition. The

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -
CASE NO. 3:09-CV-0168 JSW
DEC'L OF SARA ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE

1   parties also agreed to reschedule the deposition of the 30(b)(6) witness for East Bay

2   Prisoner Support. Defendants noted that the proposed postponement would

3   compromise their ability to conduct follow up discovery prior to the September 15, 2010

4   cut-off date for fact discovery. As a result, the parties stipulated to a thirty day extension

5   of that cut-off date. At no time during these discussions did Plaintiffs indicate any need

6   to extend the September 15 deadline so that *they* could conduct additional discovery.

7       7.    Defendants then noticed the depositions of the East Bay Prisoner Support

8   30(b)(6) witness and one additional witness for September 22, 2010. The evening

9   before those depositions, counsel for Plaintiffs sent an email informing counsel for

10  Defendants that the 30(b)(6) witness would be producing an additional document at the

11  deposition and requesting a 30 day extension of all scheduling dates in the order.

12  (9/21/2010 Email, attached hereto as Exhibit 2).

13      8.    During my in person discussion with Ms. Granick on September 22, 2010,

14  about her request to extend fact discovery, I informed her that Defendants would be

15  willing to stipulate to an extension of time for Plaintiffs to respond to outstanding written

16  discovery requests, which are currently due on October 12, 2010, but that I would need

17  to discuss the remainder of her request with co-counsel and counsel for the Federal

18  Defendants. At that time, Ms. Granick did not inform me of any reason why she needed

19  to extend the close of fact discovery other than that she had mis-calendared the date by

20  which Plaintiffs had to propound discovery as October 15, 2010.[1] Further, Ms. Granick

21  did not inform me of the number of additional depositions she would like to take or the

22  identity of the deponents. In fact, I did not learn of the number of depositions or identity

23  of the deponents until September 30, 2010 – over a week after our in-person

24  discussions.

25      9.    After discussing these issues with co-counsel and counsel for the Federal

---

[1] Defendants learned for the first time of Plaintiffs' counsel's family's health issues in her declaration filed with Plaintiffs' motion. While sympathetic to these issues, Defendants would note that this case has been litigated by three attorneys from the Electronic Frontier Foundation. It is not unreasonable to believe that one of the other attorneys could have provided additional assistance to Plaintiffs' counsel during this time.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
CASE NO. 3:09-CV-0168 JSW
DEC'L OF SARA ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE

1  Defendants, I informed Ms. Granick that we would not agree to a general extension of
2  the fact discovery deadline, but would be willing to discuss an extension of time for
3  Plaintiffs to respond to outstanding written discovery requests. (9/24/2010 Email,
4  attached hereto as Exhibit 3).

5      10. After the conclusion of the last deposition of Defendants on August 3,
6  2010, Plaintiffs did not request to take any additional depositions of any other
7  Defendants or Defendants' witnesses until counsel for Plaintiffs sent an email on
8  September 30, 2010, asking to discuss the scheduling of 4 additional depositions.
9  (9/30/2010 Email, attached hereto as Exhibit 4). These newly requested depositions
10 include Defendant MacAdam, a 30(b)(6) witness from the UC Police Department, a
11 30(b)(6) witness from the Silicon Valley Regional Computer Forensics Laboratory, and a
12 30(b)(6) witness from the FBI's Animal Enterprise Terrorism Act Task Force. Plaintiffs
13 knew of their need to depose all of these witnesses during the course of discovery and
14 certainly prior the deadline set for the close of fact discovery for Plaintiffs on September
15 15, 2010 – two of these deponents were specified in the parties Case Management
16 Conference Statement filed a year ago on October 2, 2009; the third is a 30(b)(6)
17 deposition of UCPD, a deponent which has obviously been known to Plaintiffs since the
18 outset of this case; and the fourth is a 30(b)(6) deposition of an FBI Task Force, which
19 has been known to Plaintiffs since at latest early August, 2010, when Plaintiffs deposed
20 various Defendants. Plaintiffs have not and cannot explain why they did not make any
21 mention of these depositions prior to September 30, 2010.

22     11. Defendants believe that they should not be required to prepare for and
23 defend these depositions and respond to any further written discovery propounded by
24 Plaintiffs when Plaintiffs have failed to demonstrate good cause for not complying with
25 the deadlines previously set by this Court.

26 ///
27 ///
28 ///

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

CASE NO. 3:09-CV-0168 JSW

DEC'L OF SARA ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE

1  I declare under penalty of perjury of the laws of the State of California that the
2  foregoing is true and correct to the best of my knowledge and belief.  Executed
3  October 1, 2010 in Chicago, Illinois.

       /s/  Sara L. Ellis
SARA L. ELLIS
Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM and TIMOTHY J. ZUNIGA

SF\9817856.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -    CASE NO. 3:09-CV-0168 JSW
DEC'L OF SARA ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND FACT DISCOVERY DEADLINE