**EXHIBIT 1**

**From:** Jennifer Granick [mailto:jennifer@eff.org]
**Sent:** Thursday, August 05, 2010 12:10 AM
**To:** Youngblood, Sarah D.
**Cc:** Ellis, Sara L.; Lee, Jonathan (USACAN); Bahrad Sokhansanj; Michael Risher
**Subject:** Re: Long Haul, East Bay Prisoner Support, and Jesse Palmer Deposition Notices

Counsel:

Given the way that part one of Jesse Palmer's 30(b)(6) deposition today went, it is clear that the witness has not adequately prepared for the scope and depth of questions that you have asked and intend to ask tomorrow when we are scheduled to continue. As you know, you sent us general topic areas for the 30(b)(6) depositions on July 23, twelve days prior to today. We believed that our designated most knowledgeable witnesses were prepared to testify on the unobjectionable listed topics, but it is now clear that this is not the case, and that twelve days was not adequate time to appropriately prepare for questioning on all these topics. Furthermore, I would now like to re-confirm that Patrick Lyon, the 30(b)(6) witness for East Bay Prisoner Support, is adequately prepared for your questions. We are happy to appropriately prepare both Mr. Palmer and Mr. Lyon for their 30(b)(6) depositions, but we will need more time to do so. To that end, I ask that you adjourn Mr. Palmer's 30(b)(6) deposition and postpone Mr. Lyon's. The postponement need not be long, in fact I believe we could be properly prepared for both depositions next week. Also, there is no reason why you can not conduct Mr. Palmer's personal deposition tomorrow morning. I know that both parties want to litigate this case based on a full exposition of relevant facts, and not based on any witness' inadvertent omissions or misstatements.

We will appear tomorrow morning at your offices at 9A as currently agreed. I hope we can resolve this matter then.

Jennifer Granick

Civil Liberties Director
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA 94110
415.436.9333 x 134

fax 415.436.9993
jennifer@eff.org

On Jul 23, 2010, at 3:12 PM, Youngblood, Sarah D. wrote:

> Attached please find the deposition notices that are being served by mail today.
>
> Thanks,
>
> Sarah
>
>
> ## SARAH D. YOUNGBLOOD
> ATTORNEY AT LAW
> SCHIFFHARDIN LLP
> ONE MARKET, SPEAR STREET TOWER
> THIRTY-SECOND FLOOR
> SAN FRANCISCO • CA • 94105
> **T: 415.901.8760**
> **F: 415.901.8701**
> **Assistant: Dan Gunn**
> www.schiffhardin.com
>
> ----------------------------------------------------------------
> Tax Matters: To the extent this message or any attachment concerns
> tax matters, it is not intended or written to be used, and cannot
> be used by a taxpayer, for the purpose of avoiding penalties
> that may be imposed on the taxpayer under law.
> ----------------------------------------------------------------
> This message and any attachments may contain confidential
> information protected by the attorney-client or other privilege.
> If you believe that it has been sent to you in error,
> please reply to the sender that you received the message in
> error. Then delete it. Thank you.
> ----------------------------------------------------------------
>
>  <Defendants_ Notice of Taking of Deposition of Plaintiff East Bay Prisoner Support_s Person or Person.PDF><Defendant_s Notice of Deposition of Jesse Palmer.PDF><Defendants_ Notice of Taking of Deposition of Plaintiff Long Haul, Inc._s Person or Persons Most Kno.PDF>

10/1/2010