**EXHIBIT 2**

```
-----Original Message-----
From: Jennifer Granick [mailto:jennifer@eff.org]
Sent: Tuesday, September 21, 2010 11:55 PM
To: Youngblood, Sarah D.; Ellis, Sara L.; Jonathan (USACAN) Lee
Cc: Matt Zimmerman; Marcia Hofmann
Subject: Long Haul discovery matters
```

Counsel:

Everything seems in order for the depositions tomorrow.  On the broader goal of completing discovery, I have two points, one small and one larger.  First, while preparing for his testimony, 30(b)(6) witness Patrick Lyons found a list of 'zines that EBPS would distribute to prisoners and the public at the time of the raid.  I have copies and will distribute tomorrow morning.  Second, Plaintiffs would like to push back all the dates in this case by 30 days in order to allow completion of discovery.  That would mean fact discovery would close Nov 15, expert discovery December 15, and Summary Judgement motions be due January 10, 2011.  Please consider and if there are no objections, I will prepare a stipulation for Judge White's consideration.  If there are objections, please let me know what they are so I can include them in my motion to the Court.

Thank you and see you tomorrow,

Jennifer


Civil Liberties Director
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA   94110
415.436.9333 x 134
fax 415.436.9993
jennifer@eff.org