**EXHIBIT 3**

```
-----Original Message-----
From: Ellis, Sara L.
Sent: Friday, September 24, 2010 4:23 PM
To: 'jennifer@eff.org'; Youngblood, Sarah D.; 'Jonathan.Lee@usdoj.gov'; Carroll, William
J.
Cc: 'mattz@eff.org'; 'marcia@eff.org'
Subject: Re: Long Haul discovery matters
```

Jennifer,

Defendants will not agree to extending the close of fact discovery.  If you need additional time to answer discovery, we can discuss it, but defendants would not agree to extending fact discovery generally.

Sara

```
----- Original Message -----
From: Jennifer Granick [mailto:jennifer@eff.org]
Sent: Friday, September 24, 2010 04:19 PM
To: Ellis, Sara L.; Youngblood, Sarah D.; Jonathan (USACAN) Lee <Jonathan.Lee@usdoj.gov>;
Carroll, William J.
Cc: Matt Zimmerman <mattz@eff.org>; Marcia Hofmann <marcia@eff.org>
Subject: Re: Long Haul discovery matters
```

Sara:

Will defendants agree to changing the close of fact discovery to 11/15, but not changing any of the other deadlines, including the close of expert discovery which would remain on 11/15 as well?

Jennifer


Civil Liberties Director
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA   94110
415.436.9333 x 134
fax 415.436.9993
jennifer@eff.org




On Sep 24, 2010, at 1:02 PM, Ellis, Sara L. wrote:

> Jennifer,
>

1

```
> I did speak to Will today and we also conferred with Jonathan.  It is
> the position of all the defendants that we cannot agree to the
> extension of discovery deadlines you proposed.
>
> Thanks for sending over the materials from Patrick's deposition.
>
> Sara
>
> ----- Original Message -----
> From: Jennifer Granick [mailto:jennifer@eff.org]
> Sent: Friday, September 24, 2010 02:13 PM
> To: Jennifer Granick <jennifer@eff.org>
> Cc: Youngblood, Sarah D.; Ellis, Sara L.; Jonathan (USACAN) Lee
> <Jonathan.Lee@usdoj.gov
> >; Matt Zimmerman <mattz@eff.org>; Marcia Hofmann <marcia@eff.org>
> Subject: Re: Long Haul discovery matters
>
> Sara:
>
> Just checking in with you on whether you've had a chance to talk to
> Will about the scheduling issue.  Also, I plan to produce to you the
> email Patrick mentioned during his deposition and the MySpace page as
> soon as possible.  Thank you,
>
> Jennifer
>
>
> On Sep 21, 2010, at 9:55 PM, Jennifer Granick wrote:
>
>> Counsel:
>>
>> Everything seems in order for the depositions tomorrow.  On the
>> broader goal of completing discovery, I have two points, one small
>> and one larger.  First, while preparing for his testimony, 30(b)(6)
>> witness Patrick Lyons found a list of 'zines that EBPS would
>> distribute to prisoners and the public at the time of the raid.  I
>> have copies and will distribute tomorrow morning.  Second, Plaintiffs
>> would like to push back all the dates in this case by 30 days in
>> order to allow completion of discovery.  That would mean fact
>> discovery would close Nov 15, expert discovery December 15, and
>> Summary Judgement motions be due January 10, 2011.  Please consider
>> and if there are no objections, I will prepare a stipulation for
>> Judge White's consideration.  If there are objections, please let me
>> know what they are so I can include them in my motion to the Court.
>>
>> Thank you and see you tomorrow,
>>
>> Jennifer
>>
>>
>> Civil Liberties Director
>> Electronic Frontier Foundation
>> 454 Shotwell Street
>> San Francisco, CA   94110
>> 415.436.9333 x 134
>> fax 415.436.9993
>> jennifer@eff.org
>>
>>
>>
>>
>
>
>
> ----------------------------------------------------------------
> Tax Matters:  To the extent this message or any attachment concerns
```

```
> tax matters, it is not intended or written to be used, and cannot be
> used by a taxpayer, for the purpose of avoiding penalties that may be
> imposed on the taxpayer under law.
> ------------------------------------------------------------------
> This message and any attachments may contain confidential information
> protected by the attorney-client or other privilege.
> If you believe that it has been sent to you in error, please reply to
> the sender that you received the message in error.  Then delete it.
> Thank you.
> ------------------------------------------------------------------
>
```