**EXHIBIT 4**

```
-----Original Message-----
From: Jennifer Granick [mailto:jennifer@eff.org]
Sent: Thursday, September 30, 2010 4:55 PM
To: Ellis, Sara L.; Youngblood, Sarah D.; Jonathan (USACAN) Lee
Cc: Matt Zimmerman; Michael Risher
Subject: Call tomorrow AM about further depositions?
```

Dear defense counsel:

Can we schedule a call tomorrow AM to discuss scheduling of further depositions that Plaintiffs plan to notice?  Specifically, we want to depose Officer MacAdam, a 30(b)(6) witness from the Silicon Valley Forensics Lab, a 30(b)(6) witness from the UC Police Department and a
30(b)(6) witness from the FBI's Animal Enterprise Terrorism Act task force.  I am available between 7:30A at 9A and then again from 10:45A through the rest of the day.  Please let me know.

Jennifer


Civil Liberties Director
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA   94110
415.436.9333 x 134
fax 415.436.9993
jennifer@eff.org