MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: Jonathan.Lee@USDOJ.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA, LISA SHAFFER
and MIKE HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25.<br><br>Defendants. | Case No. C 09-0168 JSW<br><br>**JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND FACT DISCOVERY DEADLINE** |

LONG HAUL, ET AL V. USA, ET AL, CASE NO. CV 09-1964 JSW

Defendants Lisa Shaffer, Mike Hart and United States of America hereby submit this Joinder in the Opposition to Plaintiff's Motion to Extend Fact Discovery Deadline filed by Defendants Victoria Harrison, Karen Alberts, William Kasiske, Wade Macadam, and Timothy Zuniga.

DATED: October 1, 2010

MELINDA HAAG
United States Attorney

_/s/_____
JONATHAN U. LEE
Assistant U.S. Attorney
Attorneys for Defendants
UNITED STATES OF AMERICA,
LISA SHAFFER, and MIKE HART

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28