1    Jennifer Granick, Esq. (SBN 168423)
     Matthew Zimmerman, Esq. (SBN 212423)
2    Marcia Hofmann, Esq. (SBN 250087)
     ELECTRONIC FRONTIER FOUNDATION
3    454 Shotwell Street
     San Francisco, CA 94110
4    Telephone: (415) 436-9333
     Facsimile: (415) 436-9993
5    Email: jennifer@eff.org
             mattz@eff.org
6            marcia@eff.org

7    Michael T. Risher (SBN 191627)
     AMERICAN CIVIL LIBERTIES
8    FOUNDATION OF NORTHERN
     CALIFORNIA
9    39 Drumm Street
     San Francisco, California 94111
10   Telephone: (415) 621-2493
     Facsimile: (415) 255-8437
11   Email: mrisher@aclunc.org

12   Attorneys for Plaintiffs
     LONG HAUL, INC. and EAST BAY
13   PRISONER SUPPORT

14

15

16                       UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18                          SAN FRANCISCO DIVISION

19

20   LONG HAUL, INC. and EAST BAY          Case No. C 09-00168-JSW (EMC)
     PRISONER SUPPORT,
21
          Plaintiffs,
22
     v.
23
     UNITED     STATES    OF    AMERICA;    **[PROPOSED] ORDER GRANTING**
24   MITCHELL CELAYA; KAREN ALBERTS;       **PLAINTIFFS' MOTION TO EXTEND**
     WILLIAM KASISKE; WADE MACADAM;        **FACT DISCOVERY DEADLINE**
25   TIMOTHY J. ZUNIGA; MIKE HART;
     LISA SHAFFER; AND DOES 1-25,
26
          Defendants.
27

28

1

### ORDER

2

3    Having considered the written materials filed and the arguments in support of, and in

4    opposition to, Plaintiffs' Motion to Extend the Fact Discovery Deadline, for good cause shown,

5    Plaintiffs' Motion is hereby GRANTED, and IT IS HEREBY ORDERED that close of fact

6    discovery in the above captioned case be set to November 15, 2010.

7

Dated: October 5, 2010

8                                         _____

9                                         MAGISTRATE JUDGE CHEN

10                                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-