MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: 415-436-6909
    Facsimile: 415-436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>        Defendants. | Case No.: C 09-00168 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT DATES** |

      Subject to the approval of the court, the parties, through their undersigned counsel, hereby stipulate to move all case management dates, including the trial date, as set forth below. The parties further stipulate that, notwithstanding such a change in the case management dates, none of the parties shall serve any new discovery requests not already served as of the date of this stipulation.

      The purposes of this agreement are: (1) To allow defendants time to respond to plaintiffs' discovery requests served by mail on October 15, 2010, and to prepare witnesses for upcoming depositions scheduled for mid-November; (2) To facilitate plaintiffs' taking of the deposition of

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT DATES
C 09-00168 JSW                                    1

Defendant United States of America's Person or Persons Most Knowledgeable, which is currently noticed for the non-expert discovery deadline of November 15, 2010 (the deponent is out of the country until November 25, 2010); (3) To allow sufficient time for the Court to rule on the cross motions for summary judgment; and (4) In consideration of University Defendants' lead trial counsel's currently scheduled trial set for August 8, 2011, which is expected to last for 3 weeks.

Regarding the plaintiffs' discovery requests served October 15, 2010, defendants agree not to object to these requests on the grounds they were untimely served.

The new case management dates are as follows:

Jury Trial Date: Monday, 10/17/2011, at 8:00 a.m., 2 week estimate

Pretrial Conference: Monday, 9/26/2011

Hearing Date on Dispositive Motions: Friday, 4/1/2011, 9:00 a.m.

Defendants file reply(ies) by 3/14/2011

Plaintiffs file reply(ies) and cross response(s) by 2/28/2011

Defendants file response(s) and cross motion(s) for summary judgment by 2/14/2011

Plaintiffs file opening summary judgment motion(s) by 1/31/2011

Close of Non-expert Discovery: 12/15/2010

Deadline for defendants to serve responses to plaintiffs' written discovery requests served on October 15, 2010: 12/15/2010

The parties are filing cross-motions and have agreed to follow the above-listed briefing schedule for hearing on the above-listed date or other date as set by the Court.

IT IS SO STIPULATED.

DATED: October 28, 2010         By:   /s/
                                Jennifer Stisa Granick
                                Matt Zimmerman
                                Marcia Hofmann
                                ELECTRONIC FRONTIER FOUNDATION

|   |   |   |
|---|---|---|
|   |   | Michael T. Risher (State Bar No. 191627)<br>AMERICAN CIVIL LIBERTIES FOUNDATION<br>OF NORTHERN CALIFORNIA |
|   |   | Attorneys for Plaintiffs<br>LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT |
| DATED: October 28, 2010 |   | By: ___/s/_____<br>Sara Ellis<br>SCHIFF HARDIN LLP |
|   |   | Attorney for Defendants<br>MITCHELL CELAYA, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM, and TIMOTHY J. ZUNIGA |
| DATED: October 28, 2010 |   | MELINDA HAAG<br>United States Attorney |
|   |   | By: ___/s/_____<br>JONATHAN U. LEE<br>Assistant United States Attorney<br>Attorneys for Defendants<br>UNITED STATES OF AMERICA, LISA SHAFFER, and MICHAEL HART |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

SF\9883987.1