# EXHIBIT 28

Case3:09-cv-00168-JSW Document106-8 Filed01/31/11 Page1 of 15

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN FRANCISCO DIVISION
 4
 5   LONG HAUL, INC. and EAST BAY     )
     PRISONER SUPPORT,                )
 6                                    )
                   Plaintiffs,        )
 7                                    )
        v.                            )  No. C 09-00168-JSW
 8                                    )
     UNITED STATES OF AMERICA; MIGUEL )
 9   CELAYA; KAREN ALBERTS; WILLIAM   )
     KASISKE; WADE MacADAM; TIMOTHY   )
10   ZUNIGA; MIKE HART; LISA SHAFFER; )
     and DOES 1 - 25,                 )
11                                    )
                   Defendants.        )
12   _____)
13
14
15
16        DEPOSITION OF KAREN ALBERTS, taken on behalf
17     of Plaintiffs, at One Market Street, 32nd Floor, San
18     Francisco, California, commencing at 9:00 a.m.,
19     Tuesday, August 3, 2010, before Donna J. Blum,
20     Certified Shorthand Reporter, No. 11133.
21
22
23
24
25
```

2

Karen Alberts

BARKLEY
Court Reporters

**From:** tzuniga@berkeley.edu
**Sent:** Tuesday, February 19, 2008 12:21 PM
**To:** kalberts@berkeley.edu
**Subject:** Re: [Fwd: Activist Website Article - Berkeley/LA Connection]

>Sarg,
>
>    On their home page they claim an affiliation with The Long Haul on
>3124 Shattuck Ave here in Berkeley. They have a "Radical contact
>list" on their site (http://slingshot.tao.ca/rclist.php)
>
>I made a list of locations here in Berkeley, Oakland, San Franciscco and
>Santa Cruz in case we need this for reference in furture or current
>investigations. I put it in the N drive under AREWG/Subjects and
>Victims/Slingshot Radical Contact list.
>
>Please contact me with any questions. Thank you.

Corporal Timothy J. Zuniga
Crime Prevention Unit
UC Berkeley Police Department
1 Sproul Hall
Berkeley, Ca 94720
Phone 510-642-3722
Fax 510-642-6434

This e-mail communication and any attachments may contain confidential
and privileged, or otherwise protected, information for the use of the
designated recipients named above only. If you are not the intended
recipient, you are hereby notified that you have received this
communication in error and that any review, disclosure, dissemination,
distribution or copying of it or its contents is prohibited and
unauthorized. If you have received this communication in error, please
notify me immediately by replying to this message and deleting it from
your computer. Thank You.


> FYI!
>
> Karen
>
> -------------------------- Original Message ---------------------------
> Subject: Activist Website Article - Berkeley/LA Connection
> From:   "Richard C. Van Sluyters" <rcvs@berkeley.edu>
> Date:   Tue, February 19, 2008 11:30 am
> To:     Animal Issues Committee:;
> Cc:     Animal Issues Committee-copies:;
> -----------------------------------------------------------------------
>
> Dear Colleagues,
>
> John Sandbrook at UCLA discovered this website, which seems to be
> authored by one of our animal activists or someone very close to
> them. It contains a number of interesting statements, including a
> comparison of the campaign against research at UC Berkeley to that
> against UCLA. If any of us had any doubts about whether the two
> campaigns are not at least watching each other, this should dispel
> them.
>
> I've forwarded it to UCPD, OGC and the FBI as well.
>
> -Rick



UC 000614

```
> --
> Richard C. Van Sluyters, OD, PhD
>     Professor and Associate Dean for Student Affairs,
>         School of Optometry
>     Chair, Animal Care and Use Committee
>     University of California
>     Berkeley, CA 94720-2020
>
>     Associate Dean's Office: (510) 642-9537
>     ACUC Office: (510) 642-8855
>     Personal: (510) 642-1235
>     Facsimile: (510) 642-2281
>
> --
> Sergeant Karen Alberts
> UC Berkeley Police Department
> Criminal Investigations Bureau
> 1 Sproul Hall
> Berkeley, CA 94720
> (510) 642-6760 (24 hr. number)
> (510) 642-0482 (Voice Mail)
> (510) 642-6434 (Fax)
>
```

UC 000615

# EXHIBIT 29

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   LONG HAUL, INC. and EAST BAY    )
     PRISONER SUPPORT,               )
 6                                   )
                   Plaintiffs,       )
 7                                   )
        v.                           )  No. C 09-00168-JSW
 8                                   )
     UNITED STATES OF AMERICA; MIGUEL)
 9   CELAYA; KAREN ALBERTS; WILLIAM  )
     KASISKE; WADE MacADAM; TIMOTHY  )
10   ZUNIGA; MIKE HART; LISA SHAFFER;)
     and DOES 1 - 25,                )
11                                   )
                   Defendants.       )
12   _____)

13

14

15

16         DEPOSITION OF KAREN ALBERTS, taken on behalf

17      of Plaintiffs, at One Market Street, 32nd Floor, San

18      Francisco, California, commencing at 9:00 a.m.,

19      Tuesday, August 3, 2010, before Donna J. Blum,

20      Certified Shorthand Reporter, No. 11133.

21

22

23

24

25

                              2
```

Karen Alberts

BARKLEY
Court Reporters

| | |
|---|---|
| From: | kasiske@berkeley.edu |
| Sent: | Friday, March 21, 2008 3:20 PM |
| To: | kalberts@berkeley.edu |
| Subject: | [Fwd: Subpoena response] |
| Attach: | Capture3-21-2008-11.46.40 AM.jpg |

Hi Karen,

Somehow I'm not surprised that the IP address comes back to the Long Haul. Maybe if we go over there and ask them really nicely, they will tell us who was using their computer room that night (ha ha).

Bill

-------------------------- Original Message --------------------------
Subject: Subpoena response
From: "Dane Jasper" <dane@corp.sonic.net>
Date: Fri, March 21, 2008 11:51 am
To: kasiske@berkeley.edu
----------------------------------------------------------------------

I certify under penalty of perjury that the attached is correct to the best of my knowledge.

On 3/19/2008, the IP 208.106.103.213 was allocated to the individual and location on the attached.

-Dane Jasper
CEO
Sonic.net



UC 000442

# EXHIBIT 30

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 35 | CASE NUMBER 08-02544 |
|---|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | | 3. PAGE 1 OF 2 |
| 4. TYPE REPORT<br>☐ ORIGINAL<br>☒ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>646.9 PC | 6. CRIME<br>Stalking | |
| 7. INCIDENT<br>DATE 06/16/08   TIME 1406 | 8. INCIDENT LOCATION<br>3124 Shattuck Ave, Oakland, CA 94705 | | 9. ADDL. NAMES ATTACHED<br>☐ YES  ☒ NO |

**10. NARRATIVE**

On 09/11/08 at approximately 0954 hours, I received an email from Detective Kasiske #35 requesting that I clone several computer hard drives that were seized during a search warrant at 3124 Shattuck Ave, Oakland, CA. I began cloning the hard drives on 09/13/08 at approximately 0800 hours. I completed cloning the drives on 09/24/08 at approximately 1212 hours.

All hard drive copies were placed back into their original packaging and booked into evidence. I placed the hard drives into evidence locker #5, in room 28.

Nothing further.

CONTROLLED DOCUMENT
DO NOT DUPLICATE
UNIVERSITY OF CALIFORNIA BERKELEY
POLICE DEPARTMENT

| 11. COPIES TO: ☒ DETECTIVES ☐ PATROL ☐ DISTRICT ATTY ☐ RISK MGT ☐ ENV H&S ☐ OTHER ☐ OTHER | | | |
|---|---|---|---|
| 12. REPORTING OFFICER<br>N. Miller #32 | 13. DATE AND TIME<br>09/24/08 1300 | 14. APPROVING SUPERVISOR | 15. DATE<br>9/29/08 |

CIB   132   9-26-08
ROUTED TO   ROUTED BY   DATE

CONFIDENTIAL

UC 000170

# EXHIBIT 31

SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone (312) 258-5800
Facsimile (312) 258-5600

Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**DEFENDANT KAREN ALBERTS'S RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION** |

PROPOUNDING PARTY: Plaintiffs LONG HAUL, INC. and EAST BAY PRISONER SUPPORT

RESPONDING PARTY: Defendant KAREN ALBERTS

SET NUMBER: ONE

1 | Alberts responds as follows: Denied.

**REQUEST FOR ADMISSION NO. 20:**

Admit that defendants or their agents made copies of Plaintiffs' data following the raid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Alberts objects to this request on the grounds that it is vague and ambiguous as the term "Defendants'" and understands that term to refer specifically to defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade Macadam and Timothy J. Zuniga (collectively, "University Defendants"). Alberts further objects to this request on the grounds that it is vague and ambiguous as to the terms "agents," "copies," and "data" and thus renders this request unintelligible and impossible to admit or deny. Alberts further objects to this request to the extent that it assumes facts not in evidence. Alberts further objects to this request to the extent that it calls for a legal conclusion. Alberts further objects to this request on the ground that it is compound. Alberts further objects to this request on the ground that it is overbroad and unduly burdensome. Alberts further objects to this request on the ground that it is argumentative, prejudicial, and misleading as to the use of the term "raid." Alberts further objects to this request to the extent it seeks information protected from disclosure by the attorney-client privilege and/or the attorney work-product doctrine.

Subject to and without waiving the foregoing general and specific objections, Alberts responds as follows: Alberts admits that the University of California Berkeley Police Department made copies of the hard drives and a flashdrive that were seized from the Long Haul premises.

**REQUEST FOR ADMISSION NO. 21:**

Admit that defendants or their agents have retained copies of Plaintiffs' data taken during the raid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Alberts objects to this request on the grounds that it is vague and ambiguous as

the term "Defendants'" and understands that term to refer specifically to defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade Macadam and Timothy J. Zuniga (collectively, "University Defendants"). Alberts further objects to this request on the grounds that it is vague and ambiguous as to the terms "agents," "retained," "copies," "data, and "taken" and thus renders this request unintelligible and impossible to admit or deny. Alberts further objects to this request to the extent that it assumes facts not in evidence. Alberts further objects to this request to the extent that it calls for a legal conclusion. Alberts further objects to this request on the ground that it is compound. Alberts further objects to this request on the ground that it is overbroad and unduly burdensome. Alberts further objects to this request on the ground that it is argumentative, prejudicial, and misleading as to the use of the term "raid." Alberts further objects to this request to the extent it seeks information protected from disclosure by the attorney-client privilege and/or the attorney work-product doctrine.

Subject to and without waiving the foregoing general and specific objections, Alberts responds as follows: Alberts admits that the University of California Berkeley Police Department made copies of the hard drives and a flashdrive that were seized from the Long Haul premises and have retained these copies which is are governed by a stipulation entered into between the parties to this litigation.

**REQUEST FOR ADMISSION NO. 22:**

Admit that you did not object to the search plan presented by Kasiske on the morning of the raid.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Alberts objects to this request on the ground that it is vague and ambiguous as to the term "you," and understands that term to refer specifically and solely to Defendant Karen Alberts. Alberts further objects to this request on the grounds that it is vague and ambiguous as to the terms and phrase "object," "search plan," and "presented." Alberts further objects to this request to the extent that it assumes facts not in evidence. Alberts further objects to this request to the extent it seeks information protected by the

# EXHIBIT 32



# SILICON VALLEY
# REGIONAL COMPUTER FORENSIC LABORATORY

## REQUEST FOR SERVICE

**CASE INFORMATION** (Please print legibly. If Not Applicable, enter "NA")

**RCFL Case #**

**Is this the first request in this case?** ☒ First Request ☐ Follow-up Request
**Date:**
**Agency Case #** 08-02544

**Submitting Person:** BILL KASISKE
**Type of Service (Check One):** ☒ Lab ☐ Field
**Suspect Name Or Case Title:** ANIMAL RIGHTS

**Case Agent Name:** BILL KASISKE
**Squad/Unit:** INVESTIGATIONS
**Submitting Agency:** UC BERKELEY POLICE DEPT.

**Case Agent Phone:** 510-642-1606
**Task Force?** ☒ No ☐ Yes
**Task Force:** ☐ REACT ☐ ICAC ☐ JTTF ☐ ☐ Other (Specify):

**Case Agent Email:** KASISKE@BERKELEY.EDU
**Classified Handling?** ☒ No ☐ Yes
**Maximum Classification Level:** ☐ Confidential ☐ Secret ☐ Top Secret ☐ SCI

**Case/Crime Type:** STALKING
**Has a Prosecutor been assigned?** ☒ No ☐ Yes
**Provide Prosecutor's Name & Phone Number:**
**Trial Prep?** ☒ No ☐ Yes

**Prosecutorial Jurisdiction:** ☒ State ☐ Federal ☐ Military ☐ Other
**Pending Court Dates?** ☒ No ☐ Yes
**If yes, provide date & type of proceeding (e.g. prelim, trial):**

**Service or Seizure Location (Address):** LONG HAUL INFOSHOP, 3124 SHATTUCK AVE, BERKELEY, CA
**Date of Seizure:** 08/27/08
**Type of Seizure** (Please provide a copy of Search Warrant/Affidavit): ☒ Search Warrant ☐ Consent ☐ Probation ☐ Parole ☐ Grand Jury ☐ Admin ☐ Other

**Suspect(s) in Custody?** ☒ No ☐ Yes
**Narcotics Related?** ☒ No ☐ Yes
**Special Master Case?** ☒ No ☐ Yes
**Privileged Information?** ☐ No ☐ Yes  NOT SURE
This includes any material specified under the Privacy Protection Act. For example any material intended for publication such as books, articles or computer programs

**Were any RCFL personnel consulted in preparation of the Search Warrant?** ☐ Yes ▶ List Name(s): ☒ No or NA
**Special Handling?** ☒ No ☐ Yes
If any additional "Special Handling" procedures are required please describe below or attach additional pages

**List Operating Systems of all computers, if known.** ☐ Windows ☐ Apple/Macintosh ☐ Unix/Linux ☒ Unknown ☐ Other

**Any of the following items submitted/anticipated?** ☒ None ☐ Unknown ☐ Palm/PDA ☐ Cell Phone ☐ Other

**Has this evidence been viewed, examined or otherwise accessed by anyone prior to submission to the RCFL?** ☒ No ☐ Yes
**If yes, by who? Provide full name and contact phone number.**

**Field Service Information** | **Date Service Requested:** | **Estimated Number of Computers:** | All requests for Field Services should be submitted at least two business days prior to requested date of service

**Service Requested** — Describe in detail what examinations are needed and what type of data you expect to be present. If there are special handling requirements, please describe. Attach additional pages as needed. If you have any reports, statements or other documentation which may assist in the examination, please attach to this request.

SEE ATTACHED

---

**RCFL USE ONLY** | **Date Received:** | **Case Priority:** | **Examiner Assigned:**
| **Received By:** | **Established By:** |

Rev. Erik Harris 12-22-2004

EXHIBIT DB
7/27/10 J
Kasiske

UC 000185