Jennifer Stisa Granick, Esq. (SBN 168423)
Matthew Zimmerman, Esq. (SBN 212423)
Marcia Hofmann, Esq. (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@granick.com
       mattz@eff.org
       marcia@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. and
EAST BAY PRISONER SUPPORT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25, <br><br> Defendants. | Case No. C 09-00168-JSW <br><br> **DECLARATION OF PATRICK LYONS** |

1. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. Attached as Exhibit 1 is a photograph that accurately represents the appearance of the sign on the EBPS office doorway as of August 27, 2008, the date of the raid.

3. Attached as Exhibit 2 are true and correct copies of documents from the computer seized from the EBPS office during the raid of August 27, 2008, including a file that contains the names, addresses, and email addresses of infoshops, distributors, publishers and other groups to which EBPS distributed prisoner-related literature and from which EBPS received literature and other materials; two files containing draft outlines and notes related to a proposed article about political prisoner support that EBPS was asked to write for publication; and a file containing a draft article memorializing a political prisoner. These documents were produced by Plaintiff EBPS with BATES stamps EBPS.21-EBPS.30.

4. The fact that EBPS disseminated information to prisoners and other members of the public was described on the EBPS MySpace page at the time of the raid. Attached as Exhibit 3 is copy of a true and correct copy of the EBPS MySpace page as it appeared in 2010. The "About Me" description of the organization (see EBPS-3 – EBPS-4) appears the same in this Exhibit as it did at the time of the raid of August 27, 2008. That description reads in full:

> East Bay Prisoner Solidarity is a newly formed prison abolition group and a member of the anarchist black cross network. We provide extensive support for prisoners as well as people fighting the prison-industrial complex.
>
> The Long Haul Infoshop hosts our prisoner support night on Wednesdays from 7-8:30pm. We welcome anyone who is interested in participating in such a project. We have various materials that offer information about political prisoners, prison conditions, grand jury resistance, security culture, campaigns, event information, and resources for prisoners. We serve as a resource center that provides information about bay area prison abolition and prison support work, as well as some information on national and international prisoner support activities. We are also building a prison-related zine, book, and video library. We also provide envelopes and stamps so that we can have pen-pal writing, and send resource materials out to prisoners.

Some volunteers have been active in Prison Activist Resource Center, and Anarchist Black Cross. We hope to continue to collaborate with these organizations and others as we carry on this project. We encourage anyone to join our group or to send out relevant materials to help our resource library grow. Send to 3124 shattuck ave. Berkeley, California 94705. attn: prisoner support Feel free to email as well. ebps@riseup.net

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed January 29, 2010 in Berkeley, California.

*Patrick Lyons*

---

Case No. C 09-00168-JSW

DECLARATION OF PATRICK LYONS

3