# EXHIBIT 2

CONFIDENTIAL

SOUTHWEST

1919
1919 Hemphill St.
Ft Worth, TX 76110

Boing!
608 S, 500 E
Salt Lake City, UT 8 4102

Dry River
740 N Main St.
Tucson, AZ 85705

Indigenous Youth Media Arts Center & Infoshop
1926 4th ST. #7b
Flagstaff, AZ

Monkey Wrench Books
110 E North Loop
Austin, TX 78751

The Pharmacy
1009 W. Sussex St.
Missoula, MT 59801

Left Hand Books
1200 Pearl St. #10
Boulder, Co 80302

Bread and Roses
2289 Clay st
Denver, CO 80211

Catalyst infoshop
109 N McCormick
Prescott, AZ 86301

Phoenix Anarchist Coalition
PO Box 3438
Tempe, AZ 85280- 3438

NORTHWEST USA

Left Bank Books
92 Pike St.
Seattle, WA 98101

Zine Archive & Publishing
1634 11th Ave
Seattle, WA 98122

Pitchpipe Infoshop
617 S. 17th St
Tacoma, WA 98405

Independent Publishing Resource Center
917 SW Oak St. #218
Portland, OR 97205

Sabot Infoshop
CAB 320 Space 1
Olympia, WA 98505

Green Anarchy Distro
PO Box 11331
Eugene, OR 97440

collective [at] greenanarchy.org

Venomous Butterfly Publications
818 SW 3rd Ave. PMB 1237
Portland, OR 97217

acraticus [at] angrynerds.com

Communicating Vessels Distro
3527 NE 15th Ave #127
Portland, OR 97212

Tarantula Distribution
818 SW 3rd Ave. PMB #1237
Portland, OR 97204

tarantula [at] socialwar.net
www.socialwar.net

CrimethInc. Far East
PO Box 1963
Olympia WA 98507-1963

Eberhardt Press
3527 NE 15th #127
Portland, OR 97212

MIDWEST

I-69 Listening Project
323 S. Walnut St
Bloomington, IN 47401

Soapy Place
613 Adams Ave
Evansville, IN 47713

NORTHEAST

Solidarity! Center
1109 Massachusetts St.
Lawrence, KS 66014

ABC NO RIO
156 Rivington St
NY, NY 10002

Black Sheep Books
Langdon St.
Montpelier, VT 05602

Bluestockings Radical Books
172 Allen St.
NY, NY 10002

In Our Hearts
John Bache House
744 Willoughby Ave
Brooklyn, NY 11206

Brian Mackenzie Infoshop
1426 9th st NW
Washington, DC 20001

Lucy Parsons Center
549 Columbus Ave.
Boston, MA 02118

Papercut Zine Library
45 Mt Auburn St.
Cambridge, MA 02138

Meg Perry Center
644 Congress St.
Portland, MA 04101

Red Emma's
800 St. Paul
Baltimore, MD 21202

Firestarter Press
PO Box 50217
Baltimore, MD 21211
firestarter [ at] riseup.net
no website.

Wooden Shoe Books
508 S 5th St.

CONFIDENTIAL

Philadelphia, PA 19147

CALIFORNIA

AK press
674 A 23rd Street
Oakland, CA 94612

Quiver Distribution
PO Box 993
Santa Cruz, CA 95061

Station 40/ Dirty Dove
Infoshop
3030b 16th St
San Francisco, CA 94103

Black Powder Press
PO Box 162478
Sacramento, CA 95816
blackpowderpress.com
blackpowder [at] riseup.net

Bound Together Books
1369 Haight St
San Francisco, CA 94117

Circle A Ranch
3316 B St
San Diego, CA

Hernan
3333 B ST
San Diego, CA 92102

City Heights Free Skool
4246 Wightman St.
San Diego, CA 92105

421 N Alisos St #A
Santa Barbara, CA 93103

Modesto Anarcho
PO Box 3027
Modesto, CA 95353
SOUTHEAST / MIDWEST
USA

Bite Back
222 Lakeview Ave. #160-231
West Palm Beach, FL 33401

Firefly Lending Library
219 NE 20th ST

Miami, FL 33137

1435 S. Brook St. #3
Louisville, KY 40208

Brick House
1103 S 2nd ST
Louisville, KY 40203

Firestorm Books and Cafe
48 Commerce St,
Asheville, NC

Liberation Projects Distro
838 E. High St. #115
Lexington, KY 40502

Iron Rail
511 Marigny St.
New Orleans, LA 70117

Firestorm Books and Cafe
48 Commerce St,
Asheville, NC

Feral Feminine
P.O. Box 667
Asheville, NC 28802

One Thousand Emotions
PO Box 63333
St. Louis, MO 63163

ABC groups

Chicago ABC
PO Box 1544
Chicago, IL 60690

chicagoabc@riseup.net

NWI-ABC
P.O. Box 1511
Portage, IN, 46368

nwiabc@riseup.net

Lawrence ABC
P.O. Box 1483
Lawrence, KS 66044

Boston ABC

PO Box 230182
Boston, MA 02123-0182

bostonabc@riseup.net

Cleveland ABC
PO Box 602440
Cleveland, OH 44102

clevelandabc@clevelandfood
notbombs.org

Arawak City ABC
PO Box 3647
Columbus OH 43210

laura_weiser@yahoo.com
tcn380@yahoo.com

Middle Tennessee ABC
PO Box 23438
Nashville TN 37202-343

mtabc@riseup.net

ABC Para-Legal Services
1195 Coleto, (B),
Austin, TX 78702- 1735

twitchon@hotmail.com
(512) 320-0511

Houston ABC
PO Box 667614
Houston, TX 77266-7614

houstonabc@riseup.net

ABCN Morgantown
PO Box 43
Morgantown, WV 26507

abcnmorgantown@yahoo.
com

Los Angeles ABCF
PO Box 11223
Whittier, CA 90603

la@abcf.net

Jacksonville ABCF

EBPS. 22

CONFIDENTIAL

PO Box 350392
Jacksonville, FL 32235-0392

jax@abcf.net

Winnipeg ABCF
3D-91 Albert Street
Winnipeg, MB
R3B 1G5 Canada

Philadelphia ABCF
PO Box 42129
Philadelphia, PA 19101

timABCF@aol.com

Montreal ABCF
PO Box 42053
Succ. Jeanne Mance
Montreal, QC
H2W 2T3 Canada

So. Chi.. ABC
PO Box 721
Homwood, IL 60430

Brighton ABC -
P.O. Box 74,
Brighton, BN1 4ZQ

Huddersfield ABC -
P.O. Box 391
Huddersfield, HD 13XX

A Longing For Collapse Press
c/o Shoelacetown ABC
P.O Box 8085
Paramus, NJ
07652

Back of Beyond
New Zealand anarchist distro
www.backofbeyond.com/

Beating Hearts Press
PO Box 716
Fortitude Valley
QLD 4006 Australia
collective [at] beatingheartspress.com
www.beatingheartspress.com

Black & Red
PO Box 02374
Detroit, MI 48202
(no email or website)

Black & Green Network Distro
P.O. Box 835
Greensburg, PA 15601
blackandgreen.org/distro.html

Black Cat Distro
PO Box 229
Roberts Creek, BC
V0N 2W0 Canada

CrimethInc. Urban Pirates
PO Box 2133
Greensboro NC 27402
urbanpirates [at] riseup.net
urbanpirates.crimethinc.net

325 collective
c/o Brighton ABC
PO Box 74
Brighton
BN1 4ZQ

325collective [at] hush.com
www.325collective.com

Elephant Editions
BM Elephant
London, UK
WC1N 3XX
elephantx2003 [at] yahoo.com

www.greenanarchy.org

the Institute For Experimental Freedom
Publishing and other projects, based in North Carolina.
ief-southeast [at] riseup.net

Old Mole
Based in Richmond, Indiana.
Contact them for a list.
oldmole [at] hush.com
*note new email address*

Re-pressed Distribution
c/o 145-149 Cardigan Road
Leeds, LS6 1LJ, England.
re-pressed(at)riseup.net
www.re-pressed.org.uk

Treason
GPO Box 2427
Canberra ACT, Australia, 2601
canberratreason [at] yahoo.com.au
treason.dyns.net

CONFIDENTIAL

A Longing For Collapse Press
c/o Shoelacetown ABC
P.O Box 8085
Paramus, NJ
07652


Alive And AWOL Publications
PO Box 1485
Asheville, NC 28802
guerillaheart [at] yahoo.com
www.geocities.com/aliveandawol/

Back of Beyond
New Zealand anarchist distro
www.backofbeyond.com/

Beating Hearts Press
PO Box 716
Fortitude Valley
QLD 4006 Australia
collective [at] beatingheartspress.com
www.beatingheartspress.com

Black & Red
PO Box 02374
Detroit, MI 48202
(no email or website)

Black & Green Network Distro
P.O. Box 835
Greensburg, PA 15601
blackandgreen.org/distro.html

Black Cat Distro
PO Box 229
Roberts Creek, BC
V0N 2W0 Canada

Black Powder Press
PO Box 162478
Sacramento, CA 95816
blackpowderpress.com
blackpowder [at] riseup.net

Communicating Vessels Distro

EBPS. 24

CONFIDENTIAL

3527 NE 15th Ave #127
Portland, OR 97212
(no email or website)

CrimethInc. Far East
PO Box 1963
Olympia WA 98507-1963
house [at] crimethinc.com
www.crimethinc.com

CrimethInc. Urban Pirates
PO Box 2133
Greensboro NC 27402
urbanpirates [at] riseup.net
urbanpirates.crimethinc.net

325 collective
c/o Brighton ABC
PO Box 74
Brighton
BN1 4ZQ
325collective [at] hush.com
www.325collective.com

Disgruntled Elephant Distro
PO Box 41416
Des Moines, IA 50311
dumpsterlove515 [at] hotmail.com

Eberhardt Press
3527 NE 15th #127
Portland, OR 97212
info [at] eberhardtpress.org
eberhardtpress.org

Elephant Editions
BM Elephant
London, UK
WC1N 3XX
elephantx2003 [at] yahoo.com

Feral Feminine
P.O. Box 667
Asheville, NC 28802
feralfeminine [at] lycos.com
www.feralfeminine.com

Firestarter Press

EBPS. 25

CONFIDENTIAL

PO Box 50217
Baltimore, MD 21211
firestarter [at] riseup.net
no website.

Green Anarchy Distro
PO Box 11331
Eugene, OR 97440
collective [at] greenanarchy.org
www.greenanarchy.org

the Institute For Experimental Freedom
Publishing and other projects, based in North Carolina.
ief-southeast [at] riseup.net

Liberation Projects Distro
838 E. High St. #115
Lexington, KY 40502
info [at] impassionedinsurrection.info
www.impassionedinsurrection.info

Old Mole
Based in Richmond, Indiana
Contact them for a list.
oldmole [at] hush.com
*note new email address*

Overground Distribution
PO Box 1661
Pensacola, FL 32591
distro [at] overground.info
www.overground.info
Overground is no more! As of Feb. 2006. "We're not giving up the struggle for a better world, we're just taking our lives places this distro cannot follow."

Re-pressed Distribution
c/o 145-149 Cardigan Road
Leeds, LS6 1LJ, England.
re-pressed(at)riseup.net
www.re-pressed.org.uk

Tarantula Distribution
818 SW 3rd Ave. PMB#1237
Portland, OR 97204
tarantula [at] socialwar.net
www.socialwar.net

Treason

CONFIDENTIAL

GPO Box 2427
Canberra ACT, Australia, 2601
canberratreason [at] yahoo.com.au
treason.dyns.net

Venomous Butterfly Publications
818 SW 3rd Ave. PMB 1237
Portland, OR 97217
acraticus [at] angrynerds.com

other anarchist distributors: please get in touch!

CONFIDENTIAL

Due Date: October (should we call it the 1st?)
Title:
Author:
Topic: Long Term Political Prisoner Supoport and the current Relevance of the Green Scare

Abstract:

Outline:

EBPS. 28

CONFIDENTIAL

the organizer said,
"they were sposed to be two different sections.
one on the greenscare in general, updates and education about this repression. and the latter was going to be specifically focused on supporting activists and prisoners from charges to release. maybe a wee clip in there on grand juries? as fer length... we arent shooting to large here but these are importiant topics so, as long as they have to be. hopefully around a few pages each. we have some folks commited to doing art but that is also up fer grabs if you want it. "


Due Date: October (should we call it the 1st?)
Title:
Author:
Topic: Long Term Political Prisoner Supoport and the current Relevance of the Green Scare

Abstract ideas:

court support
prison visits
grand juries

Outline:

EBPS. 29



For twenty five years Harold made no contact with the "outside" world. Although a friend of many through correspondence Harold never hugged any of those friends. That's why we were so surprised this summer when a water pipe, or maybe a sneaky, ghost of a fallen anarchist, we grabbed Harolds' in warm embrace. For the next hour the three sat around the table sharing stories. we heard the young, Tennessee guard say,
"There's no more no-contact booths. Follow me."

I passed by contact rooms eying them in wonder, are we going in one of these? The guard opened the door and soon Harold entered from the other side. His bright, clean white shirt matched his shiny hat. His hair was cut clean and his smile bore all his teeth.
"Why Hello." Harold's long term friend stood next to me in awe that the three of us were so close, in a room without guards.

No-contact visits are what most maximum security prisoners are allowed. All there loved ones, comrades, and friends are stuck, inches away behind glass and talking into a phone. These kinds of visits were all Harold had had during his stay in the "hate factory gulag."

As always had been in letters Harold mostly asked questions about us and our lives. He was a very humble and curious person. He had a love for story telling and while he could tell a great he spent a great deal of the conversation fishing for some from us. He filled the room with his fair share. Mid sentence he interrupts himself, "Oh and always keep running. I was on a work truck once on in cornfields in Ohio. I was attached to my buddy at the ankle and we had a plan. So the work truck slowed down a bit and we jumped off. When I jumped I twisted my ankle, but we got up and kept runnin.' So there we were running for miles attached at the ankles. We got a good deals away. I was out for sixteen months, but they caught up with me. The thing was that I just had to keep running 'cause otherwise my ankles would have swelled up in the foot cuffs, and hurt like hell."

Harold spoke of being on the lamb in Mexico for several years.

EBPS.30