# EXHIBIT 3



**myspace**

Home | Browse People | Find Friends | Music | Video | Games | Events | More ▼

WATCH NOW

People ▼ | Search | Log In | Sign Up

POWERED BY Google

## East Bay Prisoner Support

East Bay Prisoner

Free Them All



Male
80 years old
BERKELEY, California
United States

Last Login: 8/23/2010

View My: **Pics**

### Contacting East Bay Prisoner Support

| ✉ Send Message | ➡ Forward to Friend |
| +⊙ Add to Friends | ☐ Add to Favorites |
| ☎ IM / Call | ⊘ Block User |
| +⊙ Add to Group | ⊙ Rank User |

**MySpace URL:**
www.myspace.com/ebps

**East Bay Prisoner Support's Details**

---

## East Bay Prisoner Support is in your extended network.

12:18 AM Jan 18, 2008

**view more**

**East Bay Prisoner Support's Latest Blog Entry [Subscribe to this Blog]**

prisoner awareness day **(view more)**

Benefit for Sacramento FNB and Eric McDavid. **(view more)**

S.F. Benefit to Support The New Jersey 4 **(view more)**

Rod Coronado's Lawyers will appeal case in 9th Circuit (SF) **(view more)**

eco-prisoner benefit in San Francisco **(view more)**

**[View All Blog Entries]**

### East Bay Prisoner Support's Blurbs

**About me:**
East Bay Prisoner Solidarity is a newly formed prison abolition group and a member of the anarchist black cross network. We provide extensive support for prisoners as well as people fighting the prison-industrial complex. ............................................The Long Haul Infoshop hosts our

1 of 18

| **Status:** | Single |
| **Zodiac Sign:** | Sagittarius |

prisoner support night on Wednesdays from 7-8:30pm. We welcome anyone who is interested in participating in such a project. We have various materials that offer information about political prisoners, prison conditions, grand jury resistance, security culture, campaigns, event information, and resources for prisoners. We serve as a resource center that provides information about bay area prison abolition and prison support work, as well as some information on national and international prisoner support activities. We are also building a prison-related zine, book, and video library. We also provide envelopes and stamps so that we can have pen-pal writing, and send resource materials out to prisoners. ............................... Some volunteers have been active in Prison Activist Resource Center, and Anarchist Black Cross. We hope to continue to collaborate with these organizations and others as we carry on this project. We encourage anyone to join our group or to send out relevant materials to help our resource library grow. Send to 3124 shattuck ave. Berkeley, California 94705. attn: prisoner support Feel free to email as well. ebps@riseup.net

**Who I'd like to meet:**

2 of 18

## East Bay Prisoner Support's Friend Space (Top 24)

**East Bay Prisoner Support has 304 friends.**



| Support the Oakland 100 | Support the AETA4! | Free the SF 8! | Boston ABC |
| Houston ABC | Station 40 | LA-ABCF | Shoelacetown ABC |
| SHAC 7 | HANDS OFF ASSATA! | Modesto Anarchol | Jeffrey Free Luers |
| ABC Manchester | Angola3 | Inside Books | Central Georgia ABC (formerly Chicago ABC) |

3 of 18



NYC Anarchist Black Cross

ABC Moscow

Cassidy

Anarchist Black Cross Southern Africa

SEDITION BOOKS

Support BJ and Alex! [AETA 2]

Support Joseph

Critical Resistance

View East Bay Prisoner Support's Friends:**All** | **Online** | **New**

**East Bay Prisoner Support's Friends Comments**

**Displaying 24 of 24 comments ( View All | Add Comment )**

**Free Tony Medina**

**Nov 16 2009 2:17 PM**

Hi,

For actual situation we would like to suggest a look at the website **www.tony-medina.info** of Tony Medina, there you will find all the information about his case. We would be very happy for your active support through, signatures donations ect.

Further information is available at:

*Myspace: **http://www.myspace.com /freetonym**

*Facebook: **http://apps.facebook.com /causes/257590/480947417m=1a240be5**

Your support is very important !!!

**Desecration**

**Oct 4 2009 8:19 PM**

Great Friends From East Bay Prisioner Supporters, How Are You All ? Thanx A Lot For The Contact & Support !!! Keep Acting !!! We Are An Anarchist & Vegetarian Death Metal Band That Support All Forms Of Resistance Against State, Capitalism, Prejudice, Religions & His Oppression. Big Hugs - Marcolino & Desecration From Brazil... Start Anarchist Revolution... Now !!!

**SHAC**

**Sep 23 2009 1:13 PM**



**Little Boy Blue (New Album Out Now!)**

**Sep 12 2009 9:11 PM**

hey EBPS, checkitout i got all the songs from the NEW ALBUM with the full band up now on my page and @ **www.littleboyblue.org**. peace...

**Support the AETA4!**

**Jul 9 2009 10:45 PM**



PROTECT
*Free Speech*

Come provide court support for the AETA4:
charged under the Animal Enterprise Terrorism
Act for First Amendment activities.

**July 13, 9 AM Court**
**Demo To Follow**

All Welcome! Supplies Provided!

San Jose Federal Courthouse - 280 S First St

**zoubairi**

**Apr 16 2009 9:03 PM**

hey you out there in the cold can you feel the prisoners
zebra marley morocco

EBPS-9



**Apr 6 2009 10:10 AM**

Thank you for your virtual friendship!

**Mar 27 2009 2:16 PM**

ABC Nevada

RAS ALLOVER

8 of 18

EBPS-10





AND
IT HAS BEEN
DECLARED

THAT UNDER

UNIVERSAL
CONSCIOUS
LAW

NO HUMAN BEING
HAS THE RIGHT
TO GOVERN
OVER ANOTHER
HUMAN BEING

EVERY
HUMAN BEING
HAS THE RIGHT

10 of 18





now! **Click here** to get your copy.

**Jan 7 2009 4:56 PM**

thanx 4 add!

Richard Ridden

**Dec 26 2008 10:57 PM**

Thanks!

To learn more about how the "War on Terrorism" is being exploited to target environmental and animal advocates, check out these recent blog posts from **GreenIsTheNewRed.com**...

Green Scare

12 of 18



**Get this widget!..**

Click "options" above, then "get embed code," to add this viewer to your page. And add Green Scare to your top friends by searching for the email address will@willpotter.com.

What will *you* do when history repeats itself?

**Nov 20 2008 12:59 AM**

Este documental lo podras ver desde el 1 de diciembre en **www. myspace. com/illegalcreation**

**ILlegal cre⊘tion**

13 of 18



**Oct 19 2008 10:02 PM**

**http://profile.** myspace. com/index.
cfm?fuseaction=user.
viewprofile&friendid=41752Ol94
please add this profi a helpless mother need
support

**Oct 19 2008 5:15 PM**

sundog

sundog

EBPS-16



in all europe is 10 years maximum for under 18 year old humans--- what a shame what a crime---

**Oct 19 2008 11:31 AM**

thank you for beeing friends keep up the good fight

regards from germany

**sundog**

**Sep 17 2008 1:40 AM**

saludos compañer@s mira estos videos los medios de comunicacion y uribe

DIFUNDE

**http://mx.youtube.**

**Illegal cre@tion**



EBPS-18



**Su Wing Winter Soldier**
IRAQ & AFGHANISTAN

**Apr 24 2008 3:26 AM**

Thanks for supporting Mel, don't forget what he is fighting for!

**Support Mel**

**Apr 11 2008 6:45 PM**

Thanks for being our friend!

UAAF-TV.

**UNTIL ALL ARE FREE TV**

**Mar 23 2008 6:20 AM**

Thanks for supporting Laura and Kevin!

Don't forget to write!

**Support Kevin Olliff!!**

Uh-~Oh

Feb 20 2008 2:01 AM

**This Image or
video has been
moved or deleted**



Please come through in solidarity with
self-defense and the Jersey Four! Four Black
Lesbians defending themselves are sentenced
from 3 1/2 to 11 years.

Show support by coming out next Thursday for
some hot queer dancing
at the oldest gay bar in SF. Please bring $, your
dancing shoes and all your hotfriends. If you
cannot make it, please contact me to make a
donation, we'll get it to them!

**Add Comment**

Help | Terms | Privacy Policy | Safety Tips | Block User | Report Abuse | MySpace International | MySpace Latino

**Careers | Press Room |** Advertise | Developers

©2003-2010 MySpace, Inc. All Rights Reserved.

EBPS-20