Jennifer Stisa Granick, Esq. (SBN 168423)
Matthew Zimmerman, Esq. (SBN 212423)
Marcia Hofmann, Esq. (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@granick.com
       mattz@eff.org
       marcia@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. and
EAST BAY PRISONER SUPPORT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25, <br><br> Defendants. | Case No. C 09-00168-JSW <br><br> **DECLARATION OF JESSE PALMER** |

1. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. Long Haul is an all-volunteer corporation run as a collective that educates the public about peace and justice and serves as a meeting space for activist groups, radical movie nights, anarchist study groups, and other community meetings and events. Long Haul was founded as an unincorporated association in 1979 by Alan Haber, one of the founding members of the 1960's new-left group Students for a Democratic Society

3. Slingshot, a newspaper with both print and online distribution, has maintained an office on the Long Haul premises at 3124 Shattuck Avenue, Berkeley, California, since 1993. Slingshot is housed in a private office, located in a separate loft with its own staircase. Its office is labeled with a large sign above the office door that reads "Slingshot." The office door is locked and only Slingshot members have a key. Unlike other parts of the Long Haul building, the office is not open to the public.

4. Slingshot has historically reported on the policies of UC Berkeley and continues to do so. These reports are frequently critical of the University of California, Berkeley Police Department ("UCPD") officers and its practices.

5. All print editions of Slingshot published since April of 1994 indicate that Slingshot is affiliated with Long Haul and are located on the Long Haul premises at 3124 Shattuck Avenue, Berkeley, California. It is my understanding that the post office requires this.

6. Slingshot publishes on roughly a quarterly basis, with a goal of four new editions per year, which are distributed in print as well as available online. For the issue before the raid of the Long Haul premises on August 27, 2008, the print circulation of Slingshot was 16,000. The print circulation of the most recent issue of Slingshot was 19,000.

7. I was informed that following the raid, after the raid team searched the Slingshot office, raid team members left a humorous *circa* 1994 photo of some nude individuals in face masks on the top of a disorganized pile of photographs on the desk in the Slingshot office. I

personally know that those photos had previously been stored in the filing cabinet in the Slingshot office.

8. The computers seized from the Slingshot office during the raid contained current and past material published in the Slingshot publication, as well as unpublished edits of articles that were later published and materials that were never published; reading lists; and lists of distributors and producers of literature. Also on the computer described as an "iMac" in the search warrant inventory (UC 000175) were approximately 70 photos related to tree-sitting protests and a Long Haul membership list.

9. Long Haul has never (including at the time of the raid) kept records of who uses the public-access computers in the public access computer room. Long Haul does (and did at the time of the raid) keep records of who borrows books from its lending library (including the name of the book and the name of the borrower) as well as records of who was volunteering that day at the Long Haul and records showing which 'zines and buttons were purchased.

10. Cycles of Change and the Needle Exchange were tenants at Long Haul at the time of the raid. Their offices were located next to East Bay Prisoner Support's office in the "long hall" of the Infoshop. During the execution of the search warrant, police officers broke down the door to these offices and searched them. Neither the Cycles of Change office nor the Needle Exchange office contained a computer and no materials were ultimately seized from their offices.

11. Attached as Exhibit 1 is a true and correct copy of the home page (located at http://www.thelonghaul.org) of the Long Haul website as it existed at the time of the raid. At the time of the raid, the Long Haul home page indicated that East Bay Prisoner Support ("EBPS") disseminated information to prisoners and other members of the public.

12. At the time of the raid, the Slingshot web site indicated that the Slingshot publication was an "all volunteer, non-profit, tax exempt project of the Long Haul" that was located at 3124 Shattuck Avenue, Berkeley, CA 94705 (*i.e.*, the Long Haul premises). This

3

information was found on the home page of the Slingshot web site (located at http://slingshot.tao.ca). Similarly, the Slingshot "FAQ" page (located at http://slingshot.tao.ca/faq.php) indicated that Slingshot rented an office from Long Haul and was located at 3124 Shattuck Avenue, Berkeley, CA 94705. Attached as Exhibit 2 are true and correct archival copies of the home" and "FAQ" pages of the Slingshot website as they existed on August 22, 2008 (*i.e.*, less than a week before the raid), courtesy of the Internet Archive (www.archive.org). These archival pages can be found at http://web.archive.org/web/20080822213723/http://slingshot.tao.ca/ and http://web.archive.org/web/20080731123328/slingshot.tao.ca/faq.php, respectively. Also attached as Exhibit 3 is a true and correct copy of the home page of the Slingshot website as it existed in 2010 (*i.e.*, after the raid), which similarly indicates that the Slingshot publication was an "all volunteer, non-profit, tax exempt project of the Long Haul" that was located at 3124 Shattuck Avenue, Berkeley, CA 94705 (*i.e.*, the Long Haul premises). This information is identical to the information that appeared on the Slingshot home page at the time of the raid.

13. Attached as Exhibit 4 is a true and correct copy of an email sent by Slingshot member Gregg Horton to Slingshot staff after the raid on August 27, 2008, produced by Plaintiff Long Haul with BATES stamp 00270.

14. Attached as Exhibit 5 is a true and correct copy of an email sent by Slingshot member Gregg Horton to Slingshot staff after the raid on August 27, 2008, produced by Plaintiff Long Haul with BATES stamp 00197.

15. Attached as Exhibit 6 are true and correct copies of emails sent by various Slingshot staff members after the raid on August 27, 2008, produced by Plaintiff Long Haul with BATES stamps 00269-71.

16. Attached as Exhibit 7 is a true and correct copy of a photograph that appeared in issue 28 (June 1989) of Slingshot, depicting UC Berkeley Police officers reading Slingshot, produced by Plaintiff Long Haul with BATES stamp 00085.

17. At the time of the raid, the entrance to the Slingshot office featured a prominent sign over it reading "Slingshot." Attached as Exhibit 8 is a true and correct copy of a photograph of the door to the Slingshot office with the sign over the door as it appeared at the time of the raid.

18. Attached as Exhibit 9 is a true and correct copy of the "Long Haul Training/Retraining Materials," dated April 24, 2007, which includes Long Haul staffing instructions and resource materials, produced by Plaintiff Long Haul with BATES stamps 00051-65.

19. Attached as Exhibit 10 is a true and correct copy of Plaintiff Long Haul's Internal Revenue Service Form 990, produced by Plaintiff Long Haul with BATES stamps 00031-39.

20. Attached as Exhibit 11 is a true and correct copy of a circular handout entitled "Space at Long Haul," a flyer regarding renting space at Long Haul from 2006, produced by Plaintiff Long Haul with BATES stamps 00049.

21. Two computers were seized from the Slingshot office during the raid which collectively contained hundreds of documents prepared as part of creating Slingshot and the Organizer, publications of Long Haul.

22. Attached as Exhibit 12 are true and correct copies of sample documents from the computer (described as an "iMac" in the search warrant inventory (UC 000175)) seized from the Slingshot office during the raid, consisting of unpublished edits of articles, and materials that were never published in the Slingshot and Organizer publications. These documents were produced by Plaintiff Long Haul with BATES stamps 00363-365, 00406-07, 00421-23, 00426-27, 00435, 00443-44, 00445, 00459, 00474, and 00478-80.

23. Attached as Exhibit 13 are true and correct copies of sample documents from the computer (described as an "iMac" in the search warrant inventory (UC 000175)) seized from the Slingshot office during the raid, consisting of reading lists, lists of distributors and producers of literature, article ideas, and article references intended for use in the production process for the Slingshot and Organizer publications. These documents were produced by Plaintiff Long Haul with BATES stamps 00292-93, 00294, 00295-97, 00353-55, and 00383.

24. Attached as Exhibit 14 are true and correct copies of sample documents from the computer (described as a "blue/white Power Macintosh G3" in the search warrant inventory (UC 000175)) seized from the Slingshot office during the raid, consisting of unpublished edits of articles, and materials that were intended for but were never published in the Slingshot and Organizer publications. These documents were produced by Plaintiff Long Haul on a disc titled "Supplemental Slingshot #1" at the following file locations:

- / Slingshot #96 / cuts/old versions / political perils of –edited
- / Slingshot #96 / cuts/old versions / Kermit's brain – edited
- / Slingshot #96 / cuts/old versions / book review – emma edit
- / old slingshot data / 2008 Organizer / consent –EDITED
- / old slingshot data / 2006 Organizer / vision – revised4-Big
- / old slingshot data / 2006 Organizer / Architects of War-EDITED
- / Slingshot  #96 / people's park revised & edited
- / Slingshot  #96 / peace center-edited
- / Slingshot  #96 / economic downturn edited.

25. Attached as Exhibit 15 are true and correct copies of sample documents from the computer (described as a "blue/white Power Macintosh G3" in the search warrant inventory (UC 000175)) seized from the Slingshot office during the raid, consisting of photos, sketches, and visual concepts for the Slingshot and Organizer publications. These documents were produced by Plaintiff Long Haul on a disc titled "Supplemental Slingshot #1" at the following file locations:

- / files / old slingshot data / 2008 organizer / liberty_cocktail_copy.jpg
- / old slingshot data / 2008 organizer / slingshot.jpg
- / files / old slingshot data / 2005 organizer/big cover
- / old slingshot data / 2008 organizer / TITULO16.jpg
- / old slingshot data / 2008 organizer / girl w doll copy.jpg
- / old slingshot data / 2008 organizer / crabtree.jpg
- / old slingshot data / 2005 organizer / ad2
- / Slingshot computer files / Slingshot #96 / ark.jpg
- / Slingshot computer files / Slingshot #96 / alana4.jpg

26. At the time of the raid, a Slingshot newsrack stood in the foyer just inside Long Haul's front door. Attached as Exhibit 16 is a photograph that accurately represents the appearance of the newsrack as of August 27, 2008, the date of the raid.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed January 29, 2011 in Berkeley, California.

_____
Jesse Palmer