# EXHIBIT 1

# Welcome to the Long Haul

 

3124 Shattuck Ave. Berkeley Ca. Phone (510) 540-0751
(2 blocks from Ashby BART, Across from La Peña Cultural Center)

## Upcoming events at the Long Haul

**Wednesday August 13 @ 8:00 PM, Radical Movie Night:** *"Shark Water"*
  Documentary about sharks, how humans are killing them, and how Sea Shepherds and other activists are trying to protect them.

**Wednesday August 20 @ 8:00 PM, Radical Movie Night:** *"Black August"*
  Film is about Black Panther party field marshal George Jackson who wrote his books while in prison and was killed at the hands of San Quentin Prison guards in 1971.

**Thursdday August 27 @ 8:00 ~ 10:00 PM, Acoustic Show**
  Featuring performances by **Andy Herrada**, **Colton Slayer**, and **Jesse Williams**.

**Wednesday September 10 @ 8:00 PM, Radical Movie Night:** *"Attica"*
  Documentary film on the Attica rebellion, where on September 9, 1971, inmates at Attica State Prison = after months of protesting inhumane living conditions - revolted, seizing part of the prison and took

35 hostages. The uprising resulted in the death of 43 people after troopers were called in to suppress the rioters

**Wednesday September 17th @ 8:00 PM, Radical Movie Night:** *"Catching Out "*
This documentary film follows four contemporary train hoppers who have given up on mainstream society in order to pursue a life of freedom on the rails.

**Wednesday September 24 @ 8:00 PM, Radical Movie Night:** *"Stall We Ride"* **and** *"B.I.K. E."*
*"Stall We Ride"* -On Friday August 27, 2004 days before the RNC convention, NY critical mass was stopped by police resulting in chaos and mass arrest. This film chronicles this event as well as a more general history of critical mass rides.
*"B.I.K.E."* - A depiction of the Brooklyn chapter of the Black Label Bike Club (BLBC), a fringe network of tall bike jousters that combine and justify their medieval inspired competitions with environmentalist and anti-consumerist rhetoric and politically radical ideals.

**Sunday October 5 @ 7:00 PM, Cafe Night: An evening with Toni**
Toni from the Tara Prada Art Collective in Indonesia will be speakling on the collective's efforts towards , *Art, Activism,* and *Rock and Roll* and presenting a film. Various Art Prints will also be on display. Vegan refreshments will be provided.

**Wednesday October 8 @ 8:00 PM, Radical Movie Night:** *"The Tin Drum"*
Based on the novel by Gunter Grass, it's about the life of Oskar, a german who uses his Tin drum to resist the rise of Nazi Germany, and who stays short, with a glass-shattering voice after vowing never to grow up.

**Wednesday October 15th @ 8:00 PM, Radical Movie Night:** *"There is no Authority But Yourself"*
Documenting the history of anarchist punk band Crass. The film features archive footage of the band and interviews with former members Steve Ignorant, Penny Rimbaud and Gee Vaucher. As well as reflecting on the band's past the film focuses on their current activities

**Wednesday October 23 @ 8:00 PM, Radical Movie Night:** *"Voces Innocentes" (Innocent Voices)*
A young boy, is unable to have a normal childhood and avoid civil war in 1980's El Salvador, as he is caught up in the conflict between soldiers and guerillas.

**Wednesday October 30 @ 8:00 PM, Radical Movie Night:** *"Berkeley in the 60's"*
A documentary about militant student political activity at University of California-Berkeley around free speech, anti-war and other issues during the 1960's.

**Saturday November 29nd @ 8:00 PM Hip-Hop Comic Con**
Comic Book Convention

[Other events held outside the Long Haul](#)

## Ongoing events at the Long Haul

**Sunday Nights @ 7:00 PM - Cafe Night**
A Social Night/Benefit is held each Sunday by a different group, but no one is turned away for lack of funds. See the 'Upcoming Events' section listed above for to see what specific events are planned. Note: Just because a Cafe night isn't listed in Upcoming Events doesn't mean it's not happening. Either call us or drop by on Sunday to check it out!!!

**Monday @ 7:00 PM - Stich and Bitch**
An ongoing Knitting and Crafts workshop

**Tuesday @ 4~6 PM - East Bay Needle Exchange coordinating meeting**
A coordinating/planning meeting for [N.E.E.D.](#)

**Tuesday @ 6:15~7:15 PM - Pilates Class**
Pilates Mat classes. $8 to $15 suggested donation, but no one turned away for lack of funds. Visit their website at [Pilates2thePeople.com](#)

**Tuesday @ 8:00~10:00 PM - Anarchist Study Group**

Berkeley Anarchist Students of Theory Research and Development, (those BASTARDS), hold a facilitated discussion group regarding the Theory, Practice, and History of Anarchism every Tuesday night. Visit their website at sfbay-anarchists.org for current readings.

**First Wednesday each month @ 7:30 Food Not Bombs General Meeting**

A planning meeting for upcoming and ongoing FNB meals. Newcomers are welcome.

**Wednesday @ 7:00 ~ 8:30 PM - East Bay Prisoner Prisoner Support night**

East Bay Prisoner Support is a newly formed prison abolitionist project formed by members of the Anarchist Black Cross, Prison Activist Resource Center, and the Prison Literature Project. Find out about and connect with other anti-prison groups that are fighting the growing prison-industrial complex. Browse through and/or donate to our growing prison-related book/zine/video library. Read and reply to prisoner mail. Correspond with Political Prisoners. And/or initiate your own prisoner related project.

**Wednesday @ 8:30 ~10 PM - Radical Movie Night**

Just because a Radical Movie night isn't listed in Upcoming Events doesn't necessarily mean it's not happening. Either call us or drop by on Wednesday to check out if anything's playing!!!

**1st & 3d Thursday @ 7:00 Berkeley Liberation Radio General Meeting**

Newcomers are welcome - visit the website at ,http://www.berkeleyliberationradio.org for their broadcasting schedule and information on how to get a show.

**Friday @ 3:00 ~ 6:00 PM - Community Acupuncture (Closed 8/29)**

Licensed Acupuncturist providing providing private consultations and treatments in a community setting. A $15 to $30 donation is requested but no one will be turned away for lack of funds

**Saturday @ 3:00 ~ 9:00 / Sunday @ 3:00~11:00 / Monday ~ Thursday @ 6:00~900 Infoshop Open**

Come on in and use the computer room, checkout books and/or videos from the library, browse the magazine racks, pick up free stuff, (including our own newspaper, *"Slingshot)"*, buy a T-shirt, some patches or an organizer, drink coffee, or just hang out and talk with some cool people.

## Individual Collectives at the Long Haul

Infoshop | Slingshot | Anarchist Study Group | Cycles of Change

Click subscribe to subscribe to our mailing list of upcoming events