# EXHIBIT 2



Home
FAQ
Current Issue
Back Issues
Organizer
Radical Contact List
Submissions

# Click here for information on the 2009 Slingshot organizer!

Slingshot is a quarterly, independent, radical, newspaper published in the East Bay since 1988 by the Slingshot Collective. We also publish the annual Slingshot Organizer radical calendar planner. We are an all volunteer, non-profit, tax exempt project of the Long Haul.

Editorial decisions about Slingshot are made by the collective, but not all articles reflect the opinions of all collective members (i.e. we have no "party line.") We welcome debate, constructive criticism and discussion.

Write to Slingshot or visit at:

```
3124 Shattuck Avenue
Berkeley, CA 94705
```

Or call us at 510 540-0751 ex. 3. We have voice mail or you may get a human being bettween 6-9 p.m. PST Sunday - Thursday, or at other random times.

To subscribe in the USA, send us $4 for a 1 year subscription or $1 per issue. Same deal for back issues - we have almost all back issues available.. Make checks or money orders payable to "Slingshot" or send well concealed cash. For international orders, subscriptions, individual copies or back issues are $3 per copy (air mail.)

Subscriptions are FREE to USA prisoners or USA low income persons -- just let us know if you are either. Generally, we can't afford to do free international copies, but of course you can ask for an exception.

We also send out FREE packages of the paper if you will distribute them for free to other folks in your area. You can be an individual, Infoshop, Food Not Bomb chapter or other organization, or a bookstore, or whatever. Just send us your mailing info.

Slingshot Newspaper is always on the lookout for writers, artists, editors, photographers, distributors and independent thinkers to help us put out this paper. If you have such skills and would like to contribute we'd greatly appreciate it. Photos of demos or of cool reworkings of the cultural landscape are especially welcome.

## 2008 Organizer Introduction

This organizer is a tiny part of a growing resistance -- crouched in the shadows but poised to jump into the open unexpectedly, and soon. All around, you can see inclusive, heterogeneous, and fun alternatives to the violence and oppression inherent in the current crazy economic/political system that is destroying the earth's ability to support life itself. The system seeks to control everything from the top down by selling individual isolation to destroy community. But people are coming together and creating so much do-it-yourself art, music, writing and so many independent alternatives -- grassroots forms of expressions that the system can never absorb -- that the old centers of power will become irrelevant. Acting,

studying, and creating together and outside the system defies the velveeta world and the culture vultures.

The illusion of isolation can be swept away in a moment. Isn't it better to take our knocks in the head together in the streets than to face the world alone and afraid? To spend all night listening to the fragile voice of rebel low-power FM while plotting liberation than to sit awake fretting -- anticipating the nightmare of daily life when the alarm clock goes off? Why not take a walk through what's left of the woods and the great cities, talk with the people you meet, eat a good meal with friends and see all the pain and pleasure in the world. When we wake up, smell the coffee, and open our eyes, we look forward to an exciting life filled with revolt, creativity and cooperation that will surprise and inspire us.

This is the 14th year we've been privileged to publish the Organizer. It raises funds to publish the bimonthly, radical, independent Slingshot Newspaper. We aim to distribute the newspaper for free everywhere in the US. Send us your mailing address to become a local distributor of Slingshot. Thanks to the people who made this year's Organizer: Aaron, Abigail, Abra, Alexis, Artnoose, Cara, ChelseaLuna, Crow, Crystal, Dia, Eggplant, Emily, Fil, Gregg, Hzl, Jess x 2, Julia, Kathryn, Kenneth, Kermit, Leah, Lew, Mary, Molly, Moxy, Paseo, PB, Rachel, Rubicil, Samantha, Sydney, Taeva, Tomás, Veta, Z!k.

Anti-Copyright. Borrow whatever you want. We did.

Note on Moon dates: we list the day on which a full moon or new moon occurs for Universal Time (UT) -- if you live in the USA, the DAY of the event may be a different day. UT is 4 hours before eastern time and 7 hour before pacific time.

Printed on recycled paper. All volunteer collective -- no bosses, no workers, no pay.

Slingshot Tip: to preserve your cover & binding, tape your cover with clear packing tape.

slingshot@tao.ca