# EXHIBIT 5

Redacted

Reply | Messages in this Topic (4)

#976 From: greggahorton <greggahorton@gmail.com>
Date: Thu Sep 25, 2008 11:18 pm
Subject: Re: updated LH space flyer

```
can you please delete the gmail account and apply for a riseup.net, i'd
rather not have google read the long haul mail, they did help the cops
raid us.

-g

leona wrote:
>
> fyi - there is a gmail account for berkeleylonghaul@gmail.com
> <mailto:berkeleylonghaul%40gmail.com>.
> i can give the email password to whoever wants to check it.
>
```

Redacted

00197

CONFIDENTIAL