# EXHIBIT 6

**From**: "Gregg Horton" <greggahorton@gmail.com>
**To**: slingshot@lists.riseup.net
**Subject**: [slingshot] So.. about next issue
**Date**: Wed, 27 Aug 2008 19:54:26 -0700

hey everyone,

so it seems that we are up shit creek without a paddle for next issue.

I can donate my home computer to use for the next issue, would people be into that?

i can drop it off tomorrow and set it up.

-Gregg

00269

CONFIDENTIAL

**From**: "k" <kat@cathaus.org>
**To**: "Gregg Horton" <greggahorton@gmail.com>,
slingshot@lists.riseup.net
**Cc**: slingshot-owner@lists.riseup.net
**Subject**: Re: [slingshot] So.. about next issue
**Date**: Wed, 27 Aug 2008 20:01:37 -0800

hmm...
maybe it would be better not to have personal computers at
LH for the present. the slingshot email still works as far
as i know, we could just send things there. i would suggest
not bringing things to LH for a few days at least. just my
paranoid $.02
--k

katciao

00270

CONFIDENTIAL

**From**: "Jesse Palmer" <jesse@cathaus.org>
**To**: "k" <kat@cathaus.org>, "Gregg Horton" <greggahorton@gmail.com>, slingshot@lists.riseup.net
**Cc**: slingshot-owner@lists.riseup.net
**Subject**: Re: [slingshot] So.. about next issue
**Date**: Wed, 27 Aug 2008 23:58:35 -0700

I agree that it would be better not to bring anyone's personal computer to the long haul at this time.  We don't need to worry about the slingshot computer yet - the deadline isn't until Sept. 13 - our email still works and we don't usually use the office computer much until the deadline anyway.  I

think we can probably get a donated one or buy one before Sept. 13.

I have a back up of all the data from the 2009 organizer on my computer (I

emailed it to myself right after we finished) -

it is damn lucky that we got the organizer safely to the printer before this went down.  Also, please note that none of our distribution or financial records were on the computer at long haul -- all slingshot related records are safe.  The one thing I can think of that was only on the slingshot computer was the new volunteer flier and a few other fliers we use --

as far as I know, there was nothing secret or sensitive on the computer that
was seized.  I feel bummed that we lost computers that we like, but slingshot will go on fine.  It didn't sound like they took the waxers -- now that would REALLY hurt . . .

love and rebellion, jesse

00271

CONFIDENTIAL