# EXHIBIT 7



"Those commie weirdo hippie faggots are really getting out of hand!"

Published Slingshot Issue 28
June, 1989