# EXHIBIT 9

Infoshop Copy Do Not Take Away

# Training/Retraining materials

## Everything you wanted to know and more about staffing the Infoshop and maintaining the Long Haul

Updated: April 24, 2007

1. **Why have an Infoshop.** A main purpose of the Infoshop is to have a public space where people can get radical information and resources, learn about upcoming actions, network with others, and get plugged into activist stuff. We also help keep the Long Haul open for meetings and events so that the Long Haul can act as a staging area and a home base for radical activism in Berkeley. The Infoshop Collective sometimes meets once a month on the first Sunday of the month at 4 PM. Everyone who does anything for the Infoshop is in the collective and is invited to come to the meetings and help steer the ship of Info.

2. **What projects the Infoshop has.** Following are some different resources or projects available through the Infoshop:

Bulletin Board Infoshop networks with other groups to get lots of flyers about upcoming stuff going on around the Bay Area. We hope that our bulletin board can be a good place to find out what is going on in the radical left in the Bay Area.

Periodical Library The Infoshop (in cooperation with *Slingshot* newspaper) trade *Slingshot* with lots of other papers around the U.S. and the world to get papers for the periodical library. We hope to have a non-sectarian, wide ranging selection of radical periodicals that people can read at the Infoshop.

Lending Library The Infoshop maintains the Long Haul library and archive which is located along the hallway and in the back room of the Long Haul. This library belongs to people who started the Long Haul way back in 1979 (Al Haber and others) and has been added to ever since then by lots of folks. It is loosely organized. The Infoshop keeps it sort of sorted and takes care of checking books out, etc.

Internet Room. We have a public access internet room.

3. **A General Theory of Staffing the Infoshop.** Because a main purpose of the Infoshop is to facilitate the distribution of radical information, encourage networking for political action, and help people to get involved in radical politics, people staffing the Infoshop should be as friendly and welcoming of new people coming into the Infoshop as possible. Often, people who have never been to the Infoshop before come in and want to know what it is all about. Ignoring these folks means they will probably never come back. We have been criticized for seeming too much like a club or a clique. It can help to greet people and ask if you can help them find anything. If someone wants to know what the Infoshop is about, you can give them a tour of the resources the Infoshop has, telling them how to use the magazine library, bulletin board, etc. It can also help to let people know they can buy stuff — many people are trained to react to the world as consumers. You can offer people tea or coffee if there is any.

Even people who have been to the Infoshop before will appreciate this. If there is a flyer for an upcoming action or a petition on the desk, you can invite people to take it/sign it. Or you can encourage people to take a copy of *Slingshot* or another free paper home with them. (*Slingshot* also lists our hours and website on the back.) Even someone stopping in to see what the Infoshop is for 3 minutes may read a paper when they get home or on the bus if they leave with it. If we want to make social change, we need to *talk* to people we don't know and get them interested in changing the world.

Often, coming into the Infoshop can be intimidating for new people if it seems like everyone in the shop already knows each other. The newcomer may wonder "is this a clubhouse? Am I allowed in here?" We want to welcome newcomers.

Activities attract people to the Infoshop and are some of the best form of outreach. If your shift seems boring and few people are coming in, you can organize a one-time, weekly or

monthly event (video, speaker, workshop, meeting, demonstration prop making party, class, concert, self-defense training, silk-screening class, dance, study group, etc.). This can help bring people in. Money is available to print posters to advertise these events.

4. **Why the Infoshop sells stuff.** The rent for the Infoshop (our share of the rent for the entire Long Haul) is $340 per month. The DSL line in the computer room costs another $60, plus we spend another $50 a month on miscellaneous expenses. That's about $450 per month We would like to make that much after costs each month. That means if we earn an average of 40% on each sale, we need to sell about $45 of stuff per open day, assuming we are open 5 days a week, to pay rent. (In actuality we earn about 1/5 of our annual income at the Anarchist Book Faire, and wwe get some annual grants and donations, so our daily take can be a little less.) Our original idea was that the Infoshop would also be able to earn enough to make grants to local radical projects. To date, we have never fulfilled this mission.

5. **How the Infoshop gets its stock.** We buy magazines and pamphlets from various folks and (hopefully) sell some of what we order. We also print our own patches and t-t-shirts. A lot of our annual sales is the *Slingshot* Organizer — we sell about 600 per year. If folks come in and want us to buy stuff, we can buy stuff, keeping in mind that we usually only sell 1-2 copies of any particular zine. Use your best judgment. Popular zines we may sell 3 or 4 copies. If you buy anything, be sure and write it down! We do not have a system of consignment (we used to but had too many problems). Consign at your own risk or don't do it at all.

6. **What the bookkeeper does.** The bookkeeper for the Infoshop reviews all of the daily log sheets (see attached exhibit) each week and keeps track of what we're selling and what we're spending, and writes the monthly checks (rent, DSL, etc.) At the end of each month, all logged stuff get typed into the computer to produce a monthly report, which is posted on the internal Infoshop board, found around the corner from the counter. A copy of one of these reports is attached. This report notes the running total of the amount the Infoshop has in the account (or the amount it owes as debt to Long Haul if the amount is in parenthesis). If you spend $ for photocopies or to buy something, please turn in a receipt to the bookkeeper to get reimbursed.

7. **Tasks upon opening or closing.** Every day if you open or close the Infoshop, you should count the money and complete the shaded box on the daily log form. A copy of the form is attached. This allows the bookkeeper to check the running totals each week and make sure money is not disappearing. It also allows the bookkeeper to add up the money received to make sure there are no errors. When people forget to complete either the opening total or the closing total, it becomes impossible to keep accounts as they should be kept. Therefore, please count in and out even if nothing is sold on your shift. <u>Please put your name and the day of the week even if you do nothing else.</u>

Other opening tasks: unchain the backdoor for safety, put out the outdoor sign, put out the outdoor table if the weather is okay, flip the "open/closed" sign, open the internet room, put out the patch book, make tea and coffee if you feel like it (DON'T WASTE THE COFFEE), clean up, deal with mail, update bulletin board, organize counter, <u>check the voicemail</u>, respond to mail, sort the zine library shelves.

call 549-8375 on touchtone password- [redacted]

8. **Selling Stuff.** When someone wants to buy something, all you have to do is write a clear description of the item in the daily log form and write down the price paid. If the item is a patch, you need only write "patch" and the price. Normal patches are .75, but big back patches are $3. You can make up a reasonable price for any item that doesn't have a

1.00 ♡ 3/10
ZINE
x x m

HEY STAFFERS!

THERE IS A NEW SYSTEM FOR CONSIGNING ZINES! YOU WILL NOTICE THIS CHANGE HAS TAKEN PLACE BY SCOPING OUT THE ZINES ON THE UPPER SHELVES. THIS TWO-PART SYSTEM WORKS LIKE THIS:

① WHEN YOU ARE SELLING A ZINE TO SOMEONE YOU WILL SEE 3 THINGS IN THE UPPER RIGHT HAND CORNER OF THE COVER-OR!- THE 1st PAGE. ~~[illegible]~~ THEY WILL BE: THE PRICE (SO YOU KNOW HOW MUCH TO SELL IT FOR!), THE DATE* IT ARRIVED (SO WE KNOW WHEN TO PURGE IT!) + A SYMBOL, EITHER A ♡ OR A ☆. THE SYMBOLS ARE TO INSURE BETTER BOOKKEEPING! THEY MEAN: ☆ - ON CONSIGNMENT @ SOME PERCENTAGE -OR- ♡ - BOUGHT @ WHOLESALE OR DONATED TO LONG HAUL OR COPIED FOR LONG HAUL.

*MONTH + YEAR

PLEASE NOTE A ♡ OR ☆ in the sales sheet as well!

② IS OUR CONSIGNMENT INDEX. WHEN SOMEONE COMES INTO PUT SOMETHING ON CONSIGNMENT FIRST CHECK TO SEE IF THEIR INFO IS ALREADY CATALOUGED IF NOT FILL OUT A NEW CARD IF IT IS UPDATE THE CARD. THE CARDS LOOK LIKE THIS:

| NAME OF ZINE | | | PRICE |
|---|---|---|---|
| ISSUE # | HOW MANY | PERCENTAGE | ← + date... |
| #1 - | 4 - | 50/50 - | 2/10 |
| #2 - | 3 - | 40/60 - | 3/09 |
| CONTACT INFO GOES HERE | | | |

THERE ARE ALREADY SOME CARDS FILLED OUT + A SAMPLE CARD.

ALSO: GIVE THEM OR HAVE THEM READ THE LITTLE CONSIGNMENT INFO SHEETS THAT WILL ACCOMANY THE INDEX.

price written on it.

9. **Shirts.** Shirts are kept in the labeled cubby holes under the counter. There is a map of cubbys in the log book that should help you find out where a specific shirt is.. Please try to avoid putting your feet on the shirts kept in the cubby holes — dirty shirts with footprints don't sell and we end up losing $. If you can't find a shirt in the cubbys, sell the shirt off the wall. Many designs are printed on several color shirts, so if someone is looking at the shirts it often helps to get the shirts out and show them the variety that is available. There are sometimes extra copies of some shirts in a t-shirt box up in the Slingshot office if you can't find something.

10. **Email list sign up.** Long Haul is trying to develop an email list for emailing out the calendar and other items. This is something we haven't done for quite a while but it would be a good idea if we had someone to do it.

11. **Maintaining the Infoshop.** If there is extra time on a shift when you aren't busy helping Infoshoppers, there are a number of regular maintenance/cleaning tasks that need to be done to keep the Infoshop organized and functional. In random order, they are listed below:

Bulletin Board Take down outdated flyers and organize to make spaces for new ones. Look in the Infoshop mail box for flyers we have been sent and hang up the flyers. Take down and put on the outside bulletin board flyers that are "personal" (housing ads, ride board, job search, service ads.)

Magazine Library When new magazines come in for the library write "Infoshop Copy" on the cover as well as the date if it isn't on the cover already and put the magazine in the new arrivals shelf. After the magazine has been on the new arrivals shelf for a week or so, move it to the appropriate alphabetical section. After 2-3 months in the A-Z library, you can sort it. Mostly, they get recycled. Good ones get put in the "free" box. Really excellent stuff can be sent to be archives. You decide.

Windows Wash the window above the door and front windows. Remove tape.

Front Tables Put away left out magazines and books, tidy.

Sweep Floor Sweep! If it happens regularly It will improve the space a lot.

Clean rest of Long Haul Put away books, magazines, dishes, folding chairs in back room. Sweep back room. Clean bathroom. Check bathroom for toilet paper and replace. Do dishes.

Garbage/Recycling Empty garbage and recycling. Garbage goes in the dumpster outside in the back yard. Recycling goes in the blue bins in the back yard.

Sort Long Haul mail Sort mail into different group's slots. Any bills for Al Haber or David Motorsbach are really for Long Haul and should be put in the Long Haul mailbox. If you see a 7 day notice on any bill, call Terri (Long Haul bookkeeper.). Mail for Slingshot that looks like it contains magazines or newspapers can be opened and the magazines entered into the periodical library.

Infoshop Mail Throw away fundraising letters and junk mail. Put up relevant flyers on the bulletin board. Put single copies of magazines in the library. Postcards, info. from other Infoshops, etc. or info of general interest to Long Haul activists can be put on the "Internal" bulletin board across from the magazine library. Letters that need to be answered should either be answered by you on your shift or returned to the Infoshop mailbox to rot.

12. **Library Check-out.** People can check books out of the Long Haul library located along the South wall of the back room. The books are organized into categories and hopefully have all been stamped with "Long Haul". Write their name on the clip board. Check-

out is for 2 weeks. If you have energy, call folks on the list who haven't returned their books yet.

13. **Keys in the Counter.** The counter contains a box of various keys for different places around the Long Haul.

- Glass Cabinet Key
- Internet room key ~~is also Darkroom Key~~
- Slingshot office key
- Coffee cabinet key/AV/Tool combination locks combo in log book

14. **Cleaning Supplies.** Long Haul keeps a milk crate full of various cleaning supplies and other stuff: soap, sponges, Ajax, towels, vacuum cleaner bags, light bulbs, dishwashing liquid, floor soap, etc. It is a gray milk crate located on the 3rd or 4th shelf from the bottom in the shelves to the right side of the door to the Slingshot office in the middle loft. There is also a stockpile of toilet paper and a bottle of Windex under the Magazine library shelf labeled "N - O."

15. **Coffee and tea.** There is a hot plate for making tea water and a coffee maker for making coffee. Coffee and tea are in the cabinet below.

16. **Scheduling the back room.** There is a master calendar on the bulletin board around the corner from the counter with instructions for scheduling an event. Make sure the proposed event doesn't conflict with a "regular" event like the FNB meeting or the Anarchist Study group, or something on our events calendar — even if the event isn't written up on the calendar. If there is no conflict, write the event up. There MUST be a contact person and a phone # written on the calendar. If the event needs a key-holder to let them in, send out an email or write it up in the internal communications book in the counter. This is out of date and needs to be rewritten. Ask someone how we currently do it.

17. **Other groups at Long Haul.** Infoshop staffers can help plug Infoshoppers into the Berkeley political scene by letting people who come in know what all the other groups at Long Haul are about and what they're doing. Following is a list of current groups at Long Haul, what they do and when they meet/how to get involved:

~~Cannabis Buyers Club of Berkeley: The CBCB distributes Medical Marijuana to persons eligible to use the medicine under Proposition 215. They have hours at Long Haul Tuesday Thursday and Saturday, 10 a.m. - 3 p.m. and Friday from 10:30 - 5.~~

<u>Needle Exchange Emergency Distribution (NEED):</u> NEED distributes clean needles, condoms, bleach, and information to prevent the spread of HIV/AIDS. They distribute needles every Tuesday from 4-6 at Long Haul and Thursday from 6-8 at the corner of Hearst and San Pablo and every Sunday from 6-8 from a van parked at 2330 Durant. They meet at Long Haul sometimes. Call [redacted] for more information. 984-2316.

<u>Food Not Bombs:</u> Food Not Bombs East Bay cooks and serves free vegan food 6 days a week and at political events. They serve Monday-Friday at People's Park in Berkeley (above Telegraph between Dwight and Haste) at about 2:30 or 3 p.m. and Sunday at Old Man's Park, 10th and Jefferson at around 2 p.m. They meet (it's a pot luck) the first Wednesday night of each month at 8:00 p.m. at Long Haul. They always need help cooking, picking up food, cleaning up, serving, raising funds to buy food, etc.

<u>Slingshot:</u> Slingshot is a quarterly, radical newspaper published in the East Bay since 1988. Covering a wide range of radical actions and issues, it distributes 12,000 copies per issue around the East Bay, San Francisco and the world. Slingshot has a national mailing list



add: - East Bay Prisoner Support
- ~~Cycles of Change~~

and distributes in about 200 bookstores in the U.S. and internationally. Slingshot is produced at Long Haul and accepts articles, art, letters, photographs etc.

REDACTED

19. **Infoshop harassment policy.** The Infoshop meeting previously decided that any staffer of the Infoshop can ask any person to leave the Infoshop if (1) they are feeling harassed; or (2) they believe the person is harassing others. The meeting decided that if a staffer makes this determination, everyone is to back them up at the time. Discussion can be had later after the situation has been temporarily resolved.

20. **Recycling and garbage at Long Haul.** Garbage cans are located: in the Infoshop, in the kitchen area, in the bathroom and in the middle loft. Garbage ultimately goes in the dumpster outside in the back yard. The dumpster key is kept to the right of the rear door.

Recycling for newspaper, white paper and mixed paper is located in the "long hall" right beyond the metal mailbox area near the floor. Recycling ultimately goes in the blue bins in the

back yard. The blue bins have spaces for: cardboard, newspaper, mixed paper, white paper, cans and bottles. Cans and bottles can be put directly out back by the dumpster and they will be taken or sometimes there is a box or milk crate next to the garbage in the kitchen for temporary collection.

21. **Unsolicited donations of computer monitors, chairs and other stuff.** Lots of folks want to help us by scrounging stuff and bringing it here. This is not a help, it is a problem. There are rare exceptions to this rule, but historically most of the time all these donations are a disposal problem and not a help. One of your jobs is to keep this from happening. Thank the donor for the thought, but explain that we have an accumulation problem and would like it removed at least one full block away from us. When things are left on the sidewalk "helpful" people tend to bring it back in.

22. **Long Haul meetings and minutes.** The Long Haul is at least three things: (1) it is the name of the building, (2) it is the legal 501(c)(3) tax exempt non-profit that has legal responsibility for the building, and (3) it is the federation of the groups that rent space at Long haul assembled to make collective decisions effecting all groups that rent space. Infoshop is one of the groups in the Long Haul federation and therefore the Infoshop collective and all its members have an voice in the Long Haul and an interest in what gets decided. Everyone is welcome to come to the meetings.

## Infoshop Copy Do Not Take Away

# Training/Retraining materials

## Everything you wanted to know and more about staffing the Infoshop and maintaining the Long Haul

**Updated: December 31, 2007**

1. **Why have an Infoshop.** A main purpose of the Infoshop is to have a public space where people can get radical information and resources, learn about upcoming actions, network with others, and get plugged into activist stuff. We also help keep the Long Haul open for meetings and events so that the Long Haul can act as a staging area and a home base for radical activism in Berkeley. The Infoshop Collective sometimes meets once a month on the first Sunday of the month at 4 PM. Everyone who does anything for the Infoshop is in the collective and is invited to come to the meetings and help steer the ship of Info.

2. **What projects the Infoshop has.** Following are some different resources or projects available through the Infoshop:

<u>Bulletin Board</u> Infoshop networks with other groups to get lots of flyers about upcoming stuff going on around the Bay Area. We hope that our bulletin board can be a good place to find out what is going on in the radical left in the Bay Area.

<u>Periodical Library</u> The Infoshop (in cooperation with *Slingshot* newspaper) trade *Slingshot* with lots of other papers around the U.S. and the world to get papers for the periodical library. We hope to have a non-sectarian, wide ranging selection of radical periodicals that people can read at the Infoshop.

<u>Lending Library</u> The Infoshop maintains the Long Haul library and archive which is located along the hallway and in the back room of the Long Haul. This library belongs to people who started the Long Haul way back in 1979 (Al Haber and others) and has been added to ever since then by lots of folks. It is loosely organized. The Infoshop keeps it sort of sorted and takes care of checking books out, etc.

<u>Internet Room.</u> We have a public access internet room.

3. **A General Theory of Staffing the Infoshop.** Because a main purpose of the Infoshop is to facilitate the distribution of radical information, encourage networking for political action, and help people to get involved in radical politics, people staffing the Infoshop should be as friendly and welcoming of new people coming into the Infoshop as possible. Often, people who have never been to the Infoshop before come in and want to know what it is all about. Ignoring these folks means they will probably never come back. We have been criticized for seeming too much luck a club or a clique. It can help to greet people and ask if you can help them find anything. If someone wants to know what the Infoshop is about, you can give them a tour of the resources the Infoshop has, telling them how to use the magazine library, bulletin board, etc. It can also help to let people know they can buy stuff — many people are trained to react to the world as consumers. You can offer people tea or coffee if there is any.

Even people who have been to the Infoshop before will appreciate this. If there is a flyer for an upcoming action or a petition on the desk, you can invite people to take it/sign it. Or you can encourage people to take a copy of *Slingshot* or another free paper home with them. (*Slingshot* also lists our hours and website on the back.) Even someone stopping in to see what the Infoshop is for 3 minutes may read a paper when they get home or on the bus if they leave with it. If we want to make social change, we need to *talk* to people we don't know and get them interested in changing the world.

Often, coming into the Infoshop can be intimidating for new people if it seems like everyone in the shop already knows each other. The newcomer may wonder "is this a clubhouse? Am I allowed in here?" We want to welcome newcomers.

Activities attract people to the Infoshop and are some of the best form of outreach. If your shift seems boring and few people are coming in, you can organize a one-time, weekly or

monthly event (video, speaker, workshop, meeting, demonstration prop making party, class, concert, self-defense training, silk-screening class, dance, study group, etc.). This can help bring people in. Money is available to print posters to advertise these events.

4. **Why the Infoshop sells stuff.** The numbers in this section are a little outdated but the concept is correct. The rent for the Infoshop (our share of the rent for the entire Long Haul) is $340 per month. The DSL line in the computer room costs another $60, plus we spend another $50 a month on miscellaneous expenses. That's about $450 per month We would like to make that much after costs each month. That means if we earn an average of 40% on each sale, we need to sell about $45 of stuff per open day, assuming we are open 5 days a week, to pay rent. (In actuality we earn about 1/5 of our annual income at the Anarchist Book Faire, and wwe get some annual grants and donations, so our daily take can be a little less.) Our original idea was that the Infoshop would also be able to earn enough to make grants to local radical projects. To date, we have never fulfilled this mission.

5. **How the Infoshop gets its stock.** We buy magazines and pamphlets from various folks and (hopefully) sell some of what we order. We also print our own patches and t-t-shirts. A lot of our annual sales is the *Slingshot* Organizer — we sell about 600 per year. If folks come in and want us to buy stuff, we can buy stuff, keeping in mind that we usually only sell 1-2 copies of any particular zine. Use your best judgment. Popular zines we may sell 3 or 4 copies. If you buy anything, be sure and write it down! We do not have a system of consignment (we used to but had too many problems). Consign at your own risk or don't do it at all.

6. **What the bookkeeper does.** The bookkeeper for the Infoshop reviews all of the daily log sheets (see attached exhibit) each week and keeps track of what we're selling and what we're spending, and writes the monthly checks (rent, DSL, etc.) At the end of each month, all logged stuff get typed into the computer to produce a monthly report, which is posted on the internal Infoshop board, found around the corner from the counter. A copy of one of these reports is attached. This report notes the running total of the amount the Infoshop has in the account (or the amount it owes as debt to Long Haul if the amount is in parenthesis). If you spend $ for photocopies or to buy something, please turn in a receipt to the bookkeeper to get reimbursed. We now have a photo copier upstairs in the Slingshot loft.

7. **Tasks upon opening or closing.** Every day if you open or close the Infoshop, you should count the money and complete the shaded box on the daily log form. A copy of the form is attached. This allows the bookkeeper to check the running totals each week and make sure money is not disappearing. It also allows the bookkeeper to add up the money received to make sure there are no errors. When people forget to complete either the opening total or the closing total, it becomes impossible to keep accounts as they should be kept. Therefore, please count in and out even if nothing is sold on your shift. <u>Please put your name and the day of the week even if you do nothing else.</u>

Other opening tasks: unchain the backdoor for safety, put out the outdoor sign, put out the outdoor table if the weather is okay, flip the "open/closed" sign, open the internet room, put out the patch book, make tea and coffee if you feel like it (DON'T WASTE THE COFFEE), clean up, deal with mail, update bulletin board, organize counter, check the voicemail, respond to mail, sort the zine library shelves.

8. **Selling Stuff.** When someone wants to buy something, all you have to do is write a clear description of the item in the daily log form and write down the price paid. If the item is a patch, you need only write "patch" and the price. Normal patches are .75, but big

back patches are $3. You can make up a reasonable price for any item that doesn't have a price written on it.

9. **Shirts.** Shirts are kept in the labeled cubby holes under the counter. There is a map of cubbys in the log book that should help you find out where a specific shirt is.. Please try to avoid putting your feet on the shirts kept in the cubby holes — dirty shirts with footprints don't sell and we end up losing $. If you can't find a shirt in the cubbys, sell the shirt off the wall. Many designs are printed on several color shirts, so if someone is looking at the shirts it often helps to get the shirts out and show them the variety that is available. There are sometimes extra copies of some shirts in a t-shirt box up in the Slingshot office if you can't find something.

10. **Email list sign up.** Long Haul is trying to develop an email list for emailing out the calendar and other items. This is something we haven't done for quite a while but it would be a good idea if we had someone to do it.

11. **Maintaining the Infoshop.** If there is extra time on a shift when you aren't busy helping Infoshoppers, there are a number of regular maintenance/cleaning tasks that need to be done to keep the Infoshop organized and functional. In random order, they are listed below:

<u>Bulletin Board</u> Take down outdated flyers and organize to make spaces for new ones. Look in the Infoshop mail box for flyers we have been sent and hang up the flyers. Take down and put on the outside bulletin board flyers that are "personal" (housing ads, ride board, job search, service ads.)

<u>Magazine Library</u> When new magazines come in for the library write "Infoshop Copy" on the cover as well as the date if it isn't on the cover already and put the magazine in the new arrivals shelf. After the magazine has been on the new arrivals shelf for a week or so, move it to the appropriate alphabetical section. After 2-3 months in the A-Z library, you can sort it. Mostly, they get recycled. Good ones get put in the "free" box. Really excellent stuff can be sent to be archives. You decide.

<u>Windows</u> Wash the window above the door and front windows. Remove tape.

<u>Front Tables</u> Put away left out magazines and books, tidy.

<u>Sweep Floor</u> Sweep! If it happens regularly It will improve the space a lot.

<u>Clean rest of Long Haul</u> Put away books, magazines, dishes, folding chairs in back room. Sweep back room. Clean bathroom. Check bathroom for toilet paper and replace. Do dishes.

<u>Garbage/Recycling</u> Empty garbage and recycling. Garbage goes in the dumpster outside in the back yard. Recycling goes in the blue bins in the back yard.

<u>Sort Long Haul mail</u> Sort mail into different group's slots. Any bills for Al Haber or David Motorsbach are really for Long Haul and should be put in the Long Haul mailbox. If you see a 7 day notice on any bill, call Terri (Long Haul bookkeeper.). Mail for Slingshot that looks like it contains magazines or newspapers can be opened and the magazines entered into the periodical library.

<u>Infoshop Mail</u> Throw away fundraising letters and junk mail. Put up relevant flyers on the bulletin board. Put single copies of magazines in the library. Postcards, info. from other Infoshops, etc. or info of general interest to Long Haul activists can be put on the "Internal" bulletin board across from the magazine library. Letters that need to be answered should either be answered by you on your shift or returned to the Infoshop mailbox to rot.

12. **Library Check-out.** People can check books out of the Long Haul library located along the South wall of the back room. The books are organized into categories and

hopefully have all been stamped with "Long Haul". Write their name on the clip board. Check-out is for 2 weeks. If you have energy, call folks on the list who haven't returned their books yet.

13. **Keys in the Counter.** The counter contains a box of various keys for different places around the Long Haul.

- Glass Cabinet Key
- Internet room key is also Darkroom Key
- Slingshot office key
- Coffee cabinet key/AV/Tool combination locks combo in log book

14. **Cleaning Supplies.** Long Haul keeps a milk crate full of various cleaning supplies and other stuff: soap, sponges, Ajax, towels, vacuum cleaner bags, light bulbs, dishwashing liquid, floor soap, etc. It is a gray milk crate located on the 3rd or 4th shelf from the bottom in the shelves to the right side of the door to the Slingshot office in the middle loft. There is also a stockpile of toilet paper and a bottle of Windex under the Magazine library shelf labeled "N - O."

15. **Coffee and tea.** There is a hot plate for making tea water and a coffee maker for making coffee. Coffee and tea are in the cabinet below.

16. **Scheduling the back room.** There is a master calendar on the bulletin board around the corner from the counter with instructions for scheduling an event. Make sure the proposed event doesn't conflict with a "regular" event like the FNB meeting or the Anarchist Study group, or something on our events calendar — even if the event isn't written up on the calendar. If there is no conflict, write the event up. There MUST be a contact person and a phone # written on the calendar. If the event needs a key-holder to let them in, send out an email or write it up in the internal communications book in the counter. This is out of date and needs to be rewritten. Ask someone how we currently do it.

17. **Other groups at Long Haul.** Infoshop staffers can help plug Infoshoppers into the Berkeley political scene by letting people who come in know what all the other groups at Long Haul are about and what they're doing. Following is a list of current groups at Long Haul, what they do and when they meet/how to get involved:

Cannabis Buyers Club of Berkeley: The CBCB distributes Medical Marijuana to persons eligible to use the medicine under Proposition 215. They have hours at Long Haul Tuesday Thursday and Saturday, 10 a.m. - 3 p.m. and Friday from 10:30 - 5.These folks are now gone and we are looking for new groups to fill the void

Needle Exchange Emergency Distribution (NEED): NEED distributes clean needles, condoms, bleach, and information to prevent the spread of HIV/AIDS. They distribute needles every Tuesday from 4-6 at Long Haul and Thursday from 6-8 at the corner of Hearst and San Pablo and every Sunday from 6-8 from a van parked at 2330 Durant. They meet at Long Haul sometimes. Call 678-8563 for more information.

Food Not Bombs: Food Not Bombs East Bay cooks and serves free vegan food 6 days a week and at political events. They serve Monday-Friday at People's Park in Berkeley (above Telegraph between Dwight and Haste) at about 2:30 or 3 p.m. and Sunday at Old Man's Park, 10th and Jefferson at around 2 p.m. They meet (it's a pot luck) the first Wednesday night of each month at 8:00 p.m. at Long Haul. They always need help cooking, picking up food, cleaning up, serving, raising funds to buy food, etc.

Slingshot: Slingshot is a quarterly, radical newspaper published in the East Bay since

1988. Covering a wide range of radical actions and issues, it distributes 12,000 copies per issue around the East Bay, San Francisco and the world. Slingshot has a national mailing list and distributes in about 200 bookstores in the U.S. and internationally. Slingshot is produced at Long Haul and accepts articles, art, letters, photographs etc.

REDACTED

19. **Infoshop harassment policy.** The Infoshop meeting previously decided that any staffer of the Infoshop can ask any person to leave the Infoshop if (1) they are feeling harassed; or (2) they believe the person is harassing others. The meeting decided that if a staffer makes this determination, everyone is to back them up at the time. Discussion can be had later after the situation has been temporarily resolved.

20. **Recycling and garbage at Long Haul.** Garbage cans are located: in the Infoshop, in the kitchen area, in the bathroom and in the middle loft. Garbage ultimately goes in the dumpster outside in the back yard. The dumpster key is kept to the right of the rear door.

Recycling for newspaper, white paper and mixed paper is located in the "long hall" right beyond the metal mailbox area near the floor. Recycling ultimately goes in the blue bins in the back yard. The blue bins have spaces for: cardboard, newspaper, mixed paper, white paper, cans and bottles. Cans and bottles can be put directly out back by the dumpster and they will be taken or sometimes there is a box or milk crate next to the garbage in the kitchen for temporary collection.

21. **Unsolicited donations of computer monitors, chairs and other stuff.** Lots of folks want to help us by scrounging stuff and bringing it here. This is not a help, it is a problem. There are rare exceptions to this rule, but historically most of the time all these donations are a disposal problem and not a help. One of your jobs is to keep this from happening. Thank the donor for the thought, but explain that we have an accumulation problem and would like it removed at least one full block away from us. When things are left on the sidewalk "helpful" people tend to bring it back in.

22. **Long Haul meetings and minutes.** The Long Haul is at least three things: (1) it is the name of the building, (2) it is the legal 501(c)(3) tax exempt non-profit that has legal responsibility for the building, and (3) it is the federation of the groups that rent space at Long haul assembled to make collective decisions effecting all groups that rent space. Infoshop is one of the groups in the Long Haul federation and therefore the Infoshop collective and all its members have an voice in the Long Haul and an interest in what gets decided. Everyone is welcome to come to the meetings.

23. **Meetings and listserv.** There are two distinct but often confused entities. One is the Long Haul discussed above. The other is the infoshop. Each has its own meetings and listserv. Long Haul meetings are on the third Sunday of the month at 4 PM. The infoshop meetings are on the first Sunday of the month at the same time. Due to low attendance we have been looking for better times but have yet to come up with one.

24 **Log book.** This section to be written, ask whoever you do a shift with to explain it to you.