# EXHIBIT 11

# Space at Long Haul

The Long Haul Community Activist Center has two office spaces for rent starting fall 2006. We are looking for compatible groups or projects to share space, responsibilities and vision.

## What is the Long Haul?

The Long Haul has been a community meeting place and activist center for 27 years. In 1993, The Infoshop ushered in a new era, as the founders moved on. We are radicals primarily dedicated to cultural and social education and action toward a more just and sustainable world. The space is currently used by The Infoshop, Slingshot Newspaper, Needle Exchange, Food Not Bombs, The Anarchist Study Group, Free Skool, Berkeley Liberation Radio, the Radical Mental Health Collective, etc. We have a community Cafe night fundraiser every Sunday. *We are now at another turning point and are looking for compatible groups or projects that would like to share this space and collective endeavor.*

## What we have to offer:

The Long Haul non-profit collective rents a space on Shattuck Ave across from La Pena in Berkeley. This neighborhood has been and is an exciting progressive nexus near the Ashby BART. We have been sharing our space with a medical pot club that is scheduled to move out this fall. That will open up the Long Haul in both time and space, especially during daytime weekdays.

The Long Haul currently has a computer internet room with several public computers / DSL line and a photographic dark room. We have a meeting space that holds about 30-40, a small kitchen and bathroom. Our ground-floor and bathroom are accessible by wheelchair. We are willing to consider remodeling to best accommodate the new combination of groups using the place. For example we have considered removing offices to create a larger meeting space.

There are two office spaces becoming available. Rent is relatively affordable and by working compatibly with other groups we can minimize costs.
- One room is small, 8'x12' on the ground floor and will rent for $160/mo including utilities.
- The Second space is not wheelchair accessible, up a flight of stairs in the loft. It is fairly large, 18'x15' with a large skylight with roof access. It will rent for $425/mo including utilities.

## What we are looking for:

Groups committed to our broad goals who are able to reliably pay their portion of rent and successfully participate in our collective process.

## How to connect with us:

Leave a message at 510 540-0751 ex 1 or drop us a note:
3124 Shattuck Ave, Berkeley, CA 94705