# EXHIBIT 12

# Please do not use "Infoshop update" as the headline of this article! [issue #95]

Compiled by PB Floyd

Here are some listings of new infoshops or radical community spaces that we've learned about since we published the radical contact list in the 2008 Slingshot organizer, along with some corrections. Radical community spaces can play an important role in building the radical scene, making space for meetings, workshops and events, and hosting groups, do-it-yourself projects like bike kitchens, Food Not Bombs and alternative media. Each of these radical spaces is the culmination of vibrant community and people doing the hard work to transform our dreams of how a post-capitalist world could be — guided by cooperation, freedom and enjoyment — into reality. Plug into and support your local community space or start your own!

**Indigenous Youth Media Arts Center & Infoshop - Flagstaff, AZ**

Ivan tells us that this organization has existed for a few years, but that they just opened a new space. It hosts Out of Your Backpack Media, which empowers native youth in media through trainings, production, and screening. There is also a small library with hard-to-find books, zines, and movies on native rights, gender, sexuality, race and art. They also have a storefront selling books, zines, Zapatista coffee, and the work of local artists. Their action statement says: "We are an Indigenous-established volunteer-run collective dedicated to creatively confronting and overcoming social and environmental injustices in Flagstaff and surrounding areas. We are restoring and redefining knowledge and information in ways that will be meaningful to our communities. We offer access to independent media, the arts, and alternative education, with the goal of self development as well as empowerment for youth and the greater community into action in favor of a more just and sustainable world." Hell yeah! Visit them at 1926 N. 4th Street, #7B, Flagstaff, AZ, 928-213-9063, info@indigenousaction.org, indigenousaction.org.

**Firefly Lending Library - Miami, FL**

They are a radical lending library housing over 500 books and zines. The space is open for community group meetings, film nights, art shows and other events. Visit Tuesdays and Thursdays 4-7 pm and Saturdays 2-6 pm at 219 NE 20th St. Miami FL, 33137, 305-572-0064, us@thefirerfly.info, www.thefirefly.info

**Grand Ole Co-opry - Evansville, IN**

They are a collective and co-housing project consisting of 2 houses in Evansville and one sister house in southern Indiana. They have a house library, bike library and project house. Visit at 1405 S. Grand Ave. Evansville, IN 47713 615-275-5161.

**Community Cycles - Boulder, CO**

They are a non-profit bike shop that provides re-cycled bikes and a welcoming space to learn about bicycle repair, maintenance and operation through outreach and advocacy activities. 2805 Wilderness place, Ste 1000, Boulder, CO 80301, 720-565-6019

**Firehouse Artspace - Phoenix, AZ**

They are an artists' live/work collective with a gallery and a performance stage that hosts events and displays art. 1015 N. 1st St Phoenix, AZ 85006 www.strivedreams.com

**City Heights Free Skool - San Diego**

They have a free skool, infoshop, bike kitchen and community garden with a lending library, workshops and classes and a computer lab. 4246 Wightman St. San Diego CA 92105 619-528 8060

**Bloom Collective - Grand Rapids, MI**

They have an infoshop and lending library with books, zines and videos, and a bulletin board. Open Mon, Wed, Thurs 3-7 and Fri/Sat 1-5. 1134 Wealthy St SE Grand Rapids, MI 49506.

**Taos Peace House and Infoshop - Taos, NM**

They have literature, DVDs, bumper stickers, t-shirts, workshops and educational events. Open Monday - Saturday 11:00 to 6:00 at 801 Paseo Del Pueblo Norte, Taos, NM 87571, 575-776-3880.

00363

### Santa Barbara Infoshop - California
They're set to open the day *Slingshot* goes to the printing press! They have a lending library with books and zines, computer access, a tool library, meeting space and free box. They'll host events and classes. Visit 421 N Alisos St. #A CA 93103, sbinfoshop@ gmail.com www.sbinfoshop.org

### Wrench in the Works - Willimantic, CT
A member-run coffeehouse and social justice center with a lending library, space for workshops, meetings, performances, or just hanging out with a cup of fair-trade coffee or tea and browsing a small collection of radical books, 'zines and other media. Open Mon, Wed- Fri. 3-7 and for events. 866 Main St, Willimantic, CT 06226. (mailing address: PO Box 254 Willimantic, CT 06226) www.wrenchintheworks.org

### Unity infoshop - Denver, CO
They have a zine library, weekly copwatch trainings, monthly art shows (first Friday) and other community stuff. 1145 Santa Fe Drive, Denver CO 80204, 303 279-6348

### Dirty Dove Infoshop - San Francisco, CA
They have a lending library, free box, sewing machines, workshops, movie nights, benefit concerts, cafes, language exchanges, discussions, skillshares, zines, a lounge space and internet. Open Wed 4-8 pm. Located at station 40 at 3030b 16th St., San Francisco, CA 94103. www.dirtydove.org/

### Intertribal Frienship House - Oakland, CA
This is the oldest Native American community center in the nation. They recently fought off a threat from developers and a $30,000 tax debt. The two large halls, kitchen, office space and playground are dedicated to promoting cultural education and social justice. They have daily activities including bead classes, drumming, pow wows, movies, dinners and fundraisers. 523 International Blvd. Oakland CA 94606. 510-533-3204

### Niebyl Proctor Library - Berkeley, CA
This extensive radical reading room / library has existed under *Slingshot's* nose for a long time but somehow didn't make it into the organizer. Recently they moved five blocks from the Long Haul and have been hosting weekly speakers and meetings. _____address and phone

### Camas Infoshop - Victoria, BC, Canada
The sell books, shirts and zines and have a kid's space. They show films and have events. 2590 Quadra, Victoria BC V8T 4E2, 250-381-0585, camas.ca.

### Lost Generation - Kuala Lumpur, Malaysia
This residential bungalow was transformed into a community art space in 2004. They have art shows, performances, festivals, music shows, teach-ins and provide space for making art, video, silkscreening, banner making and information on local issues and events. No.11, Lorong Permai, Off Jin Syed Putra, Robson Heights, 50460 K.L. Malayasia 019-6838397

### Centro De Cultura Libertaria - Bogota, Colombia
If you're in Colombia, South America, check out this anarchist community space that hosts collectives, movies, discussion groups, dinners, meetings and a variety of DIY space-sustaining projects such as : estampando conciencia (silk screen workshop), ensalladero rojinegro (band practice room), malas pulgas (distro/store with independent music, organic cooperative raised/prepared foods and clothes and patches made by different local folks & collectives) and literature and video library. They are open Monday-Saturday 1pm-9pm at Cra 17 No. 61-28, Chapinero, Bogota, Colombia, culturalibertaria@gmail.com, www.anarcol.tk, 310-0810

### Corrections to 2008 organizer
• The number for the Bookstore in a Barn in Liberty, TN is wrong: it should be 615-536-5022. Also, they call it just "the barn" or "Fifth Estate Books."
• The Velocipede Infoshop in Iowa City, IA has lost their space. They may re-organize and re-open, so watch this space . . .
• The address listed for the Third Space Infoshop is listed WRONG in the organizer: the real address is: 214 W. Eufaula St., Norman, OK 73069. (405) 310-2596
• The Rochester, New York Infoshop is closed.
• Mad Ratz Infoshop in Atlanta, GA has closed.
• The People's Free Space in Maine moved and changed its name. It is now the Meg Perry Center at 688 Congress St, Portland, ME 04102 ___-PHONE # -
• Circle @ Infoshop in Barcelona is gone - in fact, we knew this when we published the 2008 organizer but we forgot to type it

00364

CONFIDENTIAL

in during all the last minute madness.
Sorry!!!

00365

# KERMITS BRAIN – very rough and scattered

Race and ethnicity, gender and sexuality, class and ability; the breaking points that shape identity and experience. These categories, among others have always loomed large in my political life and are rarely navigated comfortably, even within radical communities.

I first became politicized in a radical way having conversations about privilege and oppression that seemed to quantify human suffering into categories of identity and analyze how the actions of dominant groups and the systems that upheld them prevented any sort of broad based social justice. I gained a lot of knowledge about how privilege and oppression manifest in the world and in my own life but I really didn't know what to do with that knowledge.

As a result I tried to be constantly vigilant, agonizing over every social interaction in my life and berating myself for not accepting the burden of my privilege fully enough. The result was that it was harder for me to relax enough to have genuine connections with people and I had no way of gaining social self confidence without feeling like I was being an oppressive white man. On the flip side any sort of existential crisis I was having was legitimate only if it could be understood as coming from my experience being queer or fat or left-handed.

One of the worst things about this society is the way that it divides and alienates people from themselves and each other. Adhering to this type of identity politics reinforced the profundity of that division and my own isolation and didn't seem to offer points of connection. At the time I stepped back from worrying incessantly about how my actions either subverted privilege of reinforced oppression and tried instead to connect to my self and my own desire and use that as the basis for building affinity with others.

It was easy to find fault with the way that many conversations about identity and power play out. It has been much more difficult to acknowledge that the issues addressed by those flawed conversations remain. Learning to say 'the framing of this debate is flawed and I choose not to engage with it' has been an important step for me. But if it stops one from ever framing a debate then heavy and important things remain un-communicated and the process of engaging with life is stifled. Being constantly aware of the way that you are affected by privilege and oppression can get in the way of connecting with people as people, on the other hand trying to connect with people across lines of difference without having a way to address the elephant of identity also limits the potential for real intimacy

I guess for me it is about trying to connect with people as complete people with all of their experiences, rather than connecting with people as a collection of identities.

To declare myself anti-sexist and then go around self consciously trying to have 'anti-sexist relationships' with women strikes me as misguided and quite different than allowing myself to connect with and support strong and beautiful women in my life because, on some level, I love them. The first instance almost inhibits relaxed interaction because I am constantly, vigilantly aware of how our difference effects any potential connection, while the second instance is built upon relaxed interaction, and allows each party to recognize the humanness in each other whether or not they are self proclaimed feminists.

This is not to say that there can be no concern for people who are outside of ones own life and experience. I may read an article on genocide halfway around the world and be moved to tears and trembling – but that response for me stems from a point of connection, from the understanding that the people suffering are as real as the people in my life. – can I stay in that place all the time – no, but I can approach the world as if people are fundamentally similar despite their circumstances and aesthetics and the pain felt by one is, in a certain sense, no less real or less painful than had it happened to you or me.

Sourcing my politics as stemming from my desires is a much stronger model for me than one that sets the greater good against my desires, it means that meeting my own needs is something I can do without guilt. I do not believe that we live in a zero sum world where my happiness always comes at the expense of someone else's pain; because I believe this is true, I also have a desire for my life to amplify connectedness and well-being through my own well-being, rather than contributing, through my own isolation, to the isolation of the world.

Despite this I also know that I live in and am supported by a society built on the exploitation and destruction, past and present, of people, cultures, and ecosystems. I know that there is probably enough pain and despair within a one mile radius of my house to be lost in it several times over, and that if I shut myself off to

00406

CONFIDENTIAL

feeling that pain at all, I lose a piece of my own humanity.

Yet if you choose to believe that we live in a world where everyone is either hurting, angry or complacent, then letting go of pain and anger dooms you to complacency – I prefer to believe that there is a whole spectrum of emotions accessible to people that continue to be engaged with life and that the question of selling out is not so easily answered. For me, living a life I can feel satisfied with is about maintaining a tension between knowing and feeling the unvarnished reality of suffering and the capacity people have to build networks of mutual love, respect and support despite it.

00407

*Friends,*
*I hope you can publish this! Cut as you see fit!*
*Solidarity, Tamara Smith, Penelope Rosemont*

# CHICAGO CONFIDENTIAL! Report on the First National Convergence of the Movement for a Democratic Society (MDS), with the Participation of Students for a Democratic Society (SDS).

By _____

The Movement for a Democratic Society (MDS) held its first national convergence at Loyola University, from November 8 through 11 with the participation of the newly inspired SDS, Students for a Democratic Society.

Friday night SDSers from the 60s greeted old friends and out-of-town guests at Heartland Café, founded by Michael James & Katy Hogan.

Saturday morning was devoted to workshops and discussions. David Roediger discussed the Miserablist character of the University system, its conformism, its corporate character, its total integration into the repressive system, its total inability to function as a place that can expand the idea of freedom. Franklin Rosemont spoke of Surrealism, and its oppositional character, how it arose from the ruins of France after the First World war and was inspired by Jacques Vaché a fellow soldier and close friend of André Breton.

Kate Khatib drew on the creative side of surrealism. Amanda Armstrong who had organized a show of Exquisite Corpse drawings at heartland café attended. The show was accompanied by a pamphlet that discussed the effects of crisis of capitalism on the human imagination. Paul Buhle talked about the current evolution of the book from the days of the underground comics to today's graphic novels. Buhle is expecting any day the arrival of copies of his graphic novel on SDS.

The discussion was fortunate to have present Thorne Dreyer from Austin, Texas who edited the Underground newspaper the Rag for 14 years; Thorne also edited Up Against the Wall, a wall poster/newspaper that SDS published during the 1968 Democratic National Convention.

Peter Linebaugh searched for the roots of our ideas of freedom in the Magna Carta and discussed the basis for his forthcoming book. Our ideas of community and also mutual responsibility come from that historic document. Linebaugh gives it a fresh perspective.

Muhammad Ahmad who had earlier in the day been interviewed by Michael James for Heartland radio did a workshop which centered on the experiences of the Black Movement in the 60s. In 1968 Ahmad then Max Stanford was in jail facing serious charges. He stayed in jail for a year before his attorney was able to get the charges dismissed. Michael Klonsky, Mark Rudd, Bruce Rubenstein, and Penelope Rosemont discussed th implications for the movement of the persecution of black radicals with Ahmed.

Paige Phillips showed a film clip that could be imagined to come from Saturday Night Live Comedy of a real news report on so called lesbian girl gangs terrorizing Memphis teens. It fed the fears of parents but was utterly unbelievable to any thoughtful person. An example of antigay bigotry in the bible belt. Andy Thayer, dynamic spokesman for the Chicago gay community urged solidarity and support for each others concerns and active support of demonstrations. He noted that the demonstrations by the black community against police brutality especially needed our support.

Thomas Good, Bill Ayers, Elaine Brower, Alan Haber, David Hamilton, Devra Morice and others representing New York, Chicago, Austin, Ann Arbor, etc. discussed current forms of popular resistance against the war and then joined by others began a necessary and long needed discussion of the future of MDS.

Tom Good from NY MDS and editor of Next Left Notes in his fine talk related how NY MDSers used humor to subvert the dominant paradigm. They held a "Support Endless War Rally" in Times

00421

CONFIDENTIAL

Square. Tom dress as the Grim Reaper and carrying a sign "Enlist Now, Pay Later." Others dressed as "Pro-war Corporate Zombies." Infuriating all the right people!

David Hamilton proposed the following founding principles for discussion and consideration.

Formed in Chicago in August 2006, MDS affirms the Founding Principles:

-the expansion of egalitarian and participatory democracy in politics, economics, and culture.

-the restoration and preservation of the earth's robust ecological health.

-the extension of human rights to include universal healthcare, decent housing, lifelong education, fortifying nutrition, reproductive freedom, and meaningful work.

-the eradication of systems of dominant power and privilege based on identity, including but not limited to race gender, nationality, sexual orientation, ethnicity, disability or religion.

-the growth and development of the commons, the resources that belong to society as a whole.

-the public control of corporate power to meet human needs and the expansion of workers' authority and rights, including the equitable distribution of wealth.

-the rejection of militarism and war and the enhancement of power and authority of international institutions capable of resolving conflict between nations.

-In working for the achievement of these special changes, MDS believes in working in coalition with like-minded others to create an interracial, interethnic, intergenerational and international mass movement.

During mid day, Loyola provided a lavish buffet, coffee and free parking to the convergence attendees. Many visiting parents were offered the Spartacist newspaper and the Charles H. Kerr Publishing Company catalog. Campus tours got to enjoy the book tables of New World Resource Center and Charles H. Kerr. The Loyola Phoenix ran a large ad for the MDS/SDS Convergence, a story on the eight people killed in El Salvador in 1989 "defending the defenseless" and an expose of Loyola investments. We would not be surprised if new students chose Loyola because the Convergence made it seem like a lively place.

The afternoon session was held in another building. A bright casual room was filled to capacity and some late comers were turned away because of no seats. An estimate of the audience would probably be 100 plus. The panel on Peace chaired by Kate Khatib and Katy Hogan began with Kathy Kelly recounting her experiences in an Irish Court when arrested for Peace activities. After talking of the many innocent victims of war especially children, she pointedly asked the audience "What will it take to make you stop the war?"

Carl Davidson explained the political means of ending the war by cutting the funding to the war budget and urged voting for peace candidates. He also noted there was plenty of room for work on Civil Disobedience, GI resistence, and that a popular upsurge of sentiment against the war was necessary. Muhammad Ahmed who currently has a book published by Kerr Co. We Will Return in the Whirlwind: Black Radical Organizations 1960-1975 spoke about the effects of war and poverty on the black community.

The 1968 Confidential Panel was chaired by Beau Golwitzer. Michael James spoke on the Berkeley Revolt, his early work with JOIN and community organizing. Michael Klonsky recounted the first days of his arrival in Chicago as National Secretary of SDS as the West side erupted in flames and fury after the assassination of Martin Luther King. He mentioned that none of us expected to live to see 30. Klonsky has a forthcoming book on those days.

Franklin Rosemont spoke of his meeting with André Breton and how that inspired him to begin a surrealist group in Chicago. Rosemont spent time in the streets and helping at the SDS National office during the days of the Democratic Convention. Bob Brown of SNCC recounted some of the national and international dimensions of those years. The contacts with the Zengakuran, German SDS, and French groups. Penelope Rosemont who worked in the SDS office in 1968 speculated on the importance of history, that remembering our history will effect what happens in the future; that we must examine those days, what we did, how we organized to be able to develop new strategies and avoid old mistakes; support a movement with a large left spectrum; support young anarchists in their efforts and not abandon our utopian visions.

In the audience were many who had played a significant role in 1968-Mark Rudd, Thorne Dreyer, David Hamilton, James Retherfort, Wayne Heimbach, etc. After a short period of questions the discussion moved to the Red Line Tap to continue in a more casual atmosphere. Mark Rudd mentioned that there are indications that an attempt at

00422

CONFIDENTIAL

recouperation of 1968 and the rebels of '68 is just around the corner as Universities and Museums plan their commemorations. This sort of recouperation happened in Amsterdam quite a while ago as exProvos unexpectedly ended up with state power. It is indeed a concern of ours. We want ours struggles and the story of our struggles preserved, but we do not want them contained, sanitized, consigned to the permanent irrelevancy of something from another time, another place. We had only just begun to formulate and imagine what needed to be done in the urgency of those years. There have been stunning technological revolutions since the 60s, but the social revolution that we envisioned, the vision of equality and freedom is in many ways is further away now then it was then. What is to be done?

The Session on Sunday began at 10am. Amy Partridge began with perhaps the most thoughtful and theoretical document on the concerns of the conference, it considered the attitudes toward themselves and to power that College students and young people have developed in recent times. She argued that most students think that the powers-that-be will recognize and redress their grievances without much effort on their part. Further that they already identify themselves as activists because they donate to or march for AIDS or breast cancer. They do not identify themselves with the struggles of the oppressed, they do not see themselves as oppressed. Partridge argued that we are seeing the end of identity politics and that if we can somehow find and address the concerns of young people today, enable them to understand their situation, a new movement has real possibilities. This summary does not do justice to that paper or the discussion that followed.

Bruce Rubenstein discussed unknown slave revolts in the US before the civil war and the legal evolution of rights for blacks and people of color. Kate Khatib talked of building a community around Red Emmas Bookstore in Baltimore where social services of the city are failing the needs of the people. Tamara Smith spoke about organizing another gathering. Gale Ahrens reported on the vast investment in the prison industry which constitutes the reinstitution of slavery. Penny Pixler of the IWW spoke about some parallels between today and the 1960s.

Young SDSers from Columbia College, Art Institute, University of Chicago spoke about what they were doing, what their concerns were and how the new, I can only call it hyper-repression, effects the high schools. When asked why they identified themselves with SDS, one of them quipped "It's got fucking great name recognition!" And I must say we should be proud of that; that SDS has come after 40 years to mean a fighting organization; an organization of resistence; one that never sold out.

The situation at Morton West H.S. in Berwyn was discussed. Students there who had protested against the war were threatened with expulsion even though their protest had been a non-violent and peaceful sit-in

Alan Haber, a founder of the original SDS was there, listened and contributed his passion for peace and justice to the discussion. Someone expressed how exhilarating it was to be a room full of people who were really serious about social change. And it was! About 50 people were present. Everyone participated. Penelope Rosemont added "if you kept doing exactly what you are doing now, we are going to have a movement!" We called it quits about 2pm as everyone was hungry. Most of us walked from Loyola to Heartland Café where we again dined on some good and healthful food and parted ways. All in all thinking that some bridges had been built, some good thinking had been done, and that we had an outstanding core of people.

00423

CONFIDENTIAL

Hi there, I was asked to do an article regarding the treesit in Santa Cruz and I tried to solicit some help from the folks down there because I didn't feel like I had been involved enough to write an article alone and it came back to me that their newsletter "long range resistance" wasn't getting enough circulation and that I should submit and article from there. So here it is, I typed it up exactally as it is here and I'm trying to get the endnotes down before my internet time runs out. I hope that you can use it for slingshot, it's a non-copywrited newsletter put out by the resistance folks down in SC. Best, Apple

## Tree sit - unedited

The following is an excerpt from "Pleasing the Hand that Feeds: University Biomedicine" which is an article in *Long Range Resistance,* Issue 1, November, 2007.

"As UCSC (the University of California Santa Cruz) gets ready to drop a four-story Biomedical Sciences Facility in the middle of Science Hill, there are many social and ethical questions that still need to be asked. This new facility, which was formerly slated for construction in October 2007, is the first new project tiered underneath the 2005-2020 Long Range Development Plan (1). The biomedical Sciences Facility is an example of the kind of construction projects that UCSC plans on disrupting 120 acres of forest ecosystems to build.

For the last twenty years, large pharmaceutical corporations have been pouring enormous amounts of money into university labs conducting research in Biomedicine. Pharmaceutical and biotechnology corporations alone invest more than 44 billion dollars annually to fund Biomedical research (2). The holy grail of this industry is the patenting and marketing of new 'miracle drug' discoveries.

Corporations believe there is a profitable technological revolution emerging from the intersection of biotechnology and other fields like medicine, and each one is competing to lead it. One group involved in this movement – the Silicon Valley Network, on which Chancellor George Blumenthal serves – calls this intersection of technologies the "bio-info-nano-tech revolution." (3)

It is in this context of huge corporate interest in labs researching Biomedicine that the Biomedical Sciences Facility is planned. There will be no classroom space in this facility (4). It is meant to provide research and lab space mostly for graduate students and to be a hub for stem cell research and interdisciplinary studies combining biology, nanotechnology and chemistry (5).

Administrators cite this proposed facility as an example of UCSC's efforts to move into the 21st century as a major research institution. They see outside corporate grants as one way to deal with the widespread scarcity of state funding. Yet any funding that does come from outside corporations will do so at the expense of students it purports to benefit.

Students in the departments being funded externally are affected most strongly by corporate involvement in their education. Scientific integrity cannot flourish where the sincere quest for understanding is hindered by external interests. And students of the Humanities rarely see the money that is supposed to trickle down from the more lucrative departments.

Before UCSC spends more that $80 million dollars on the Biomedical Science Facility, we must ask ourselves who really stands to benefit from its construction (6). It is slated for a parking lot next to the Physical Sciences Building on Science Hill, a place currently shared by several tall redwood groves. It will contain a rodent vivarium in the basement – a facility used to keep animals for live experiments (vivisection). There is also a 13 million dollar Environmental Health and Safety Facility planned in the LRDP that will serve new research facilities like the Biomedical Sciences building (7). Disguised under a seemingly benign name, this facility will be used to store radioactive and biohazardous wastes produced partly in the Biomedical Sciences Building (8)."

*

Redwood trees on Science Hill where the proposed Biomedical Science Facility will be built are now occupied as part of resistance to this Long Range Development Plan. The treesit began in the early hours of the morning on November 7th, when students and community members hoisted platforms up into three trees. The university police soon realized what was going on, and cordoned off the area after arresting one person for "mutilating the trees".

Later that day there was a rally against the LRDP, and a march to the site of the tree sit. There was a strong police force made up of university and city police and the area was blocked by plastic and metal fences. The crowd, made up of about 300 students, circled the area and began tearing

00426

down the fences. In the confrontation that ensued, the protesters managed to push back the police and send food, water, and clothes up into the trees. Riot police were called in, but eventually the police retreated. The police used pepper spray and batons, and arrested several people for "resisting arrest".

For the following month, an autonomous zone was maintained beneath the trees, in which people held movie screenings, concerts, poetry readings, planted a garden, distributed literature, and had inspiring interactions that rarely find a place on a college campus. The autonomous zone was cleaned up before winter break.

In the past weeks repression against supporters of the tree sit has increased. There is video and audio surveillance of the site, as well as 24 hour security guards stationed there. A professor was arrested for trying to send hot soup up to the trees, and a man was beaten by four police for sitting in the parking lot beneath the trees The university has filed a civil lawsuit trying to sue those arrested so far for damages and get an injunction to stop the tree sit.

All are welcomed to join the struggle to protect 120 acres of redwood forest and the wild creatures that call it home, and to resist the university's LRDP. Please visit www.lrdpresistance.org or www.indybay.org/santacruz for more information!

endnotes for the article:
Endnotes:
1. 1. Of the first four projects, the Cowell Student 1. Of the Health Center addition, the McHenry Expansion, the Cooling towers, and the Biomedical Sciences facility, UCSC is pushing hardest to begin construction on the Biomedical Sciences Facility
2. 2. Moses H. "financial anatomy of biomedical research." 2005.
3. 3. Board of Directors. Silicon Joint Venture Initiative http://www.joint-venture.org/aboutus/boardofdirectors.html. "Preparing<http://www.joint-venture.org/aboutus/boardofdirectors.html.%E2%80%9DPreparing>for the next silicon Vallep: opportunities and choices." The next silicon valley initiative. http://www.jointventure.org/PDF/NS-Vchoices.pdf
4. 4. "biomedical sciences facility: final initial study/ mitigated negative declaration study" www.universityofcalifornia.edu/regents/regmeet/jan07/109attatch2.pdf
5. 5. "weird science." Good times weekly, 24 January 2007
6. 6. "UCSC's $80 million lab facility gets go-ahead despite protest" Santa Cruz Sentinel, 17 January 2007
7. 7 See LRDP
8. 8. Biomedical research, by its very nature, produces dangerous, radioactive, and/or toxic wastes. The UCSC environmental health and safety department handles biohazardous wastes including: "cultures and stocks of infectious agents from research laboratories,...animals parts, tissues, fluids, or carcasses suspected of being contaminated with infectious agents known to be contagious to humans." See the Biohazard and Medical Waste guide at http://ehs.ucsu.edu/waste_management/biohazard_and_medical.php

00427

CONFIDENTIAL

# Internet Security for Activists

By CatBurgular

Computers are a vital part of the machine that is destroying the planet as we speak. if we do not learn how to use these tools for our own exploits, they will enslave us. Most people feel safe and private online, but that is not the case. The INS currently runs all internet traffic (including email) through multiple servers around the country. here are someways you can be a little more safe online.

First off if you are using windows, get rid of Internet explorer and get Firefox, it's much safe and will protect you from bugs, viruses and the like. If you are really worried about viruses and want to learn a bit more about computers, check out Linux, i am currently using Ubuntu which is very easy for most users to get a hang of.

The innovation i will talk about first is Tor. Tor is so good, that even the government uses it to cover their tracks. Tor is a conjunction product to be used with Vidalia <http://www.vidalia-project.net/> and Privoxy <http://www.privoxy.org/>. When you are online you are given an IP (Internet Protocol). Depending on your internet carrier this will either be static (not changing) or dynamic (changing) for each time you go online. This number is left everywhere you go online and can be used to track to your internet service provider. Internet service providers will happily give over information to authorities or companies when asked. What tor does is instead of having your computer connect directly to the internet it, the information is sent through another computer and then reaches you so you ip is listed as that other computer, not you. this enables you to check email and surf the net under a pseudonym, but the internet becomes slower as it has to be processed.

Encryption is something that has been around for a while but is getting a fresh start due to the greater availability of the internet. when information is encrypted it is basically scrambled and can only be unscrambled by the intended person, outsiders just see that encrypted information is being passed along. anytime you enter a credit card number into a webpage that page (should) be encrypted. Encryption can protect you from those trying to scam you or people trying to sabotage you. You can encrypt anything from hard drives to email and webpages. There are a few email services offering encrypted email like Hushmail. popular webmail like Gmail is offering less secure encryption as well just type "https://www.gmail.com" and you can get it. To encrypt and decrypt email, both parties must have a key to unlock the email, Open PGP is your best solution for a free way to enable encryption using an email client like Thunderbird. To find out more about encryption go here: http://www.thefreecountry.com/security/encryption.shtml

If you don't want to go through setting up Tor or encrypting everything, Knoppix may be for you. Knoppix is what is called a "live cd" which is a whole operating system on a disk. you can pop this disk into any computer, restart it and it will load Knoppix and allow you to use the computer with out passwords or other junk. this can allow other people (or organizations) to take the blame for things you do online. you will have to judge your own ethics on this matter. with a live cd of Knoppix and a Flash drive, you can take a personal computer with you anywhere.

Finally when being online, you have to think what kind of trail you are leaving. the safest way to be online is not what you are using to do it on but how. if you look up bomb making materials and then look up Huntington Life Sciences it's going to look suspicious. Also the internet is a fast and easy tool, but it may not be the most effective, using good ol' paper and pencil research can give you more accurate information as things that are printed have to go through a lot more scrutiny then those put on webpages. For more information on making yourself safer online go to: http://www.criticalsecurity.net/
To Get Ubuntu: http://www.ubuntu.com
To Get Hushmail: http://www.hushmail.com
To get Tor: http://www.torproject.org/index.html.en
To Get Knoppix: http://www.knoppix.org/

00435

CONFIDENTIAL

By Lobsterbeard
Lobsterbeard contributes to the Center for Strategic Anarchy, (http://anarchiststrategy.blogspot.com), a site of anarchist analysis of contemporary events.

The U.S. economy is slowing down considerably right now. It is not yet a recession, which is defined as a decline in a country's GDP for two successive quarters. The economy is, in fact, still growing, it is just that its rate of growth is slowing, which is sometimes an indication that it will recede. The prices of key consumer goods (food, heating oil, gas) has risen, inflation appears to be on the rise (meaning the real value of the dollar has weakened, which it has to historic levels against certain foreign currencies), and the job market is tepid. The stock market has risen a great in the last few years, but now it looks shaky and there are fears of a "correction." All of these factors together indicate that the U.S. economy has hit a rough patch after years of rapid growth; whether or not it will begin to decline is a subject of debate, but it certainly seems more likely today than it did a year ago.

A recession or even a depression does not mean the end of the economy as such, anymore than the death of a president means the end of presidency. The boom/bust cycle is integral to capitalism and that cycle will continue regardless of whether or not there are people calling for an end to capitalism. The only question for anarchists is how to best take advantage of this inevitability. The same approach applies to other activities. Take dumpster diving: of course dumpster divers "rely" on the system that produces waste, but their concern is how to best take advantage of an inevitable situation. Seeing the miserable reality we face, one in which eatable food is thrown away and faceless businessmen decide the fates of countless people, as a field of opportunity is, to my mind, the only strategically and psychologically viable option for us.

Concretely, this means that an economic downturn should be scoured for opportunities to create anarchy, build networks of solidarity, and put forth an analysis of the forces that are mutilating peoples' lives. To put it succinctly: direct action, mutual aid, and propaganda. Economic downturns create new material needs as capitalism becomes temporarily incapable of providing for segments of the population that were previously integrated into the system. So finding ways to meet those needs for ourselves and those around us outside of capitalism, with an eye towards expanding those relationships of mutual aid beyond the confines of temporary economic hardship, becomes the large-scale challenge for anarchists (I'd like to emphasize the word "ourselves" in that sentence because an economic downturn would not just affect other people in other places but would also create real hardships for many anarchists, even those at the extreme margins of the capitalist economy.) This challenge can be combined with some forms of direct action and propaganda. Take organized theft as an example. Theft can serve as a means of meeting material needs, it can target specific corporations for damage, and it can illustrate the absurdity of abundance in the face of unmet needs. That's just one example; direct action needn't meet an immediate material needs to effective, nor do tactics for economic survivalism need to take the form of illegal direct action. The point is to respond to changing circumstances by applying our creativity and analysis to a situation created largely beyond our control.

Are the opportunities themselves different or just their effect? I'd say both. There is a point when differences in degree become differences in kind. Certainly organized theft is appropriate in both boom times and bust, but the meaning of the action changes with the context thus changing the action itself. Every action has multiple aspects, which I would reduce to intent, perception, and effect. The 'effect' of organized theft may remain similar (goods are stolen, although the exact effect of this can vary dramatically), but the 'intent' can change entirely (meeting the needs of others rather than ourselves, for example) and so can the perception, depending on

00443

the propaganda component of the action and other factors (most of which are beyond the immediate control of the actors but no less worthy of attention). So in a way, yes the impact has changed more than the act itself, but the act itself and the reasons for it can be completely different.

It's important to remember that a recession, or any other historical event for that matter, has no inherent meaning. A recession could just as easily (and usually does) lead to a greater reliance on the system that produces it. The 'problem' is blamed variously on incompetent politicians, greedy bankers, or clueless bureaucrats, which leads to the assumption that with better people in charge, such problems would not occur. To veer into the theoretical, the contradictions in history do not create themselves; they are made by people and if we want them to become 'critical' (to borrow some language from Gramsci) we must make them so by our own actions. I realize I'm straying from the question here, but that idea frames my thinking on this whole subject.

Since I want to encourage everyone to take advantage of whatever unique opportunities are presented by recession, I offer the following broad questions to ask one's self during the planning of an action. What exactly is the outcome you desire? Does the action you're planning rely on local information ( i.e. something that is known because of a unique position)? Will the context allow it to achieve its maximum impact? Are you making an effort to shape the perception of the action as much as is reasonably possible? If you answered 'no' to any of these question, tweak your plan and start from the top until you answer 'yes' to all of them. If you do that, by necessity, you will come up with a unique plan.

The challenges facing gender variant people are varied: the state and capitalist society provide little shelter from harrasssment and assault, and trans people often have difficulties finding health care, housing, and productive work. Police often brutalize trans people directly, stigmatizing them as unemployable prostitutes, drug culture people, petty criminals, and unemployable freaks, or singiinthem out at demonstrations. The stress of alienation and unacheivable goals causes too many trans people to leave us, with a suicide rate of 50%.

Yet beyond these challenges lie the rewards of survival on our own terms. The in your face attittude of gender transgression fueled the Stonewall rebellion and the feminist breakthroughs of women's liberation, totally transforming the strict limits on gender roles and dress. In both of these cases the defiant attitudes and willingness to struggle combined with broader political movements to change the entire culture.

Gender change provides a rare window where a person might have to reexamine their entire way of life, as employment, community, and friendships rarely remain stable. This change can be isolating and damaging and the eallies can help provide stability and help trans people adjust to large and small changes. Yet trans folk are also exposed tonew situations and can lead to more solidarity with oppression.
   Activists communities can be a great safe place to challenge gender. Consider the benefits of working less for the system and building more of a self reliant community for people defying gender norms.

In the safe havens built by the movement trans people do productive work and find a sense of community. The time away from social repression gives people more time to explore all aspects of individuality.

00445

CONFIDENTIAL

**chain sawed**

this is the road that leads
   to utter desolation and dissolution -
     the road to dystopia
  welcome to the buzz of nothing
     here, there and everywhere

can't put my finger on it
  the cacophony of words
    a tormented torrent of the damned
    they'll speak and spell
    but you can nver tell
      when the check's in the mail

deriving reality, doin' a bid,
  swimmin' for your life
     in the dark, cool touch of everything
    up to your neck in shit happens
    'cause school's never out
      and freedom makes slaves of us all

just read the papers
  and believe it when they say:
    "The Revolution Will Not Be Televised!"
    carpe diem the deja vudoo
      film at eleven!

see your chainsawed
  limbless, treeless wasteland
    stumps and wood chips in the home of the brave
    while you ride the waves
    on the headstones to the graves
      of the steaming scream of cannibal consciousness

the hero of reliable pliable crosses
    the battlefield of morphine syrettes and DUst
    and catches one in the head
    as the drum bangs slowly
     to the beat of your wars
      whild we all fall down!


Rand W. Gould


(check spaces with original and add address if we print..)

00459

## vivisection new!

by Stop Cal Vivisection

The campaign against vivisection at the University of California, Berkeley continues to grow stronger, but not without opposition.

At the state level, the University of California Regents has won restraining orders on behalf of researchers at UCLA that restricts protesters from acting locally AB 2296, the California Animal Enterprise Protection Act, has just passed the California Assembly as *Slingshot* goes to press. The new law would block activists from sharing or posting addresses or other information about animal researchers on the internet.

Here in Berkeley, in response to the restrictions, the "Stop UC Vivisection" website has been taken down. Police have also had a more watchful eye on recent home demonstrations. UC and Berkeley police are choosing to chase protesters around all day, sometimes with as many as three cars.

This campaign is making use of the tactic of home demonstrations that has become popular in recent years, in which a group of activists demonstrate at the homes of vivisectors and those complicit in vivisection. These days of demonstrations have been occurring frequently.

At one demonstration, an activist's car was impounded for a minor infraction. When police came to cite the driver, the car's passengers and driver was photographed by a plain-clothes officer. One of the cops joked that the photos would be sent to the FBI.

At another demonstration, a Berkeley Police Officer followed protesters long after the demonstrations had ended; first to a vegan pizza place (where the officer accepted an invitation to come in and try a slice and later admitted he liked it) and later to the infoshop, where he waited outside until dark for them to come out.

In the minds of the police and the legislators, it seems there is no question of who is a greater threat to civil society, underground facilities where animals go to get their eyes sewn shut or be fed cocaine, or people with protest signs who bring attention to it on residential streets and the internet. For the rest of us, AB 2296 and the heightened police surveillance are yet another blow to civil liberties afforded by the media-hype called "The War on Terrorism."

UC Berkeley spokesperson Robert Sanders has raised the absurdity level to orange by commenting to the press that, "We need to prove a pattern to show the court these people should be banned from harassing people in their homes. They are domestic terrorists, and the FBI has started treating them just as they would Al-Qaida."

Statements such as these demonstrate the paranoid, power-drunk logic of the state and its organs. The amazing thing is the way that a few protesters on a Sunday afternoon have struck fear into the hearts of research-industrial bureaucrats.

This university, which touts itself as the birthplace of the free speech movement has made it clear that they don't want their dirty laundry hanging out to dry. The Li Ka-Shing Center for Biomedical and Health Sciences will include a basement-level vivisection laboratory, and will extend Cal's existing Northwest Animal Facility by seventy percent. We must continue to personalize this struggle if we stand a chance at preventing these horrors.

00474

# vivisection - edited

By _____

Recently the San Jose Mercury News published an article about the campaign against vivisection at UC Berkeley(and more broadly at the University of California in general), and the reaction it seems to be eliciting from law enforcement.

Robert Sanders, a UCB spokesperson, states in the article, "We need to prove a pattern to show the court these people should be banned from harassing people in their homes. They are domestic terrorists, and the FBI has started treating them just as they would al-Qaida."(1)

The people incidentally that should be treated like al-Qaida are some of my friends. Good people, people that are passionate about defending those that are given no voice and no rights in this society. People that care, when everyone else turns their head. "Good men and true" to use a slightly ridiculous but nonetheless apt phrase.

The term terrorism these days apparently applies to a very broad spectrum of political activity. Not only is it the hijacking of planes and murder of thousands, it is also an equally valid descriptor of holding a protest outside someone's house with a sign and a bullhorn and some literature to hand out to neighbors.

But of course, you will never hear the term used to describe what goes on in the labs beneath the campus. In fact you will never hear anything at all about that, if the university has it's way. Considering that it will defend to the death it's practice of vivisection on the grounds that it advances the cause of something so noble and unassailable as medical science, it's rather odd that they aren't more forthcoming about the details of their research, the details of what it is exactly about castrating hamsters or performing c-section abortions on hyenas or force-feeding poison to mice which advances human medicine. It's rather odd no one knows about the 40,000 animals housed(meaning locked up in cages) on campus, all awaiting a very unpleasant drawn out death, and that they built the facility to hold most of them under the ground.(2) And that they plan to build an expansion to house an additional 28,000 animals, also under the ground, unbeknownst to just about everyone. It's rather odd that animal rights activists had to be the ones to reveal every bit of this information to the student body and the public. It seems to me that they should be shouting it from the rooftops if it really is such a high-minded and beneficent enterprise.

If they really are curing cancer down there, why is the facility so inaccessible, the most fortress-like on the campus by far? Vivisectors do not face the proverbial gallows as animal activists do if they make known their activities. Rather they should face untold prestige and laudation for their efforts, right?

What are they afraid of?

Oh right, the terrorists. Berkeley's very own al-Qaida. The people that commit such atrocities as chalking sidewalks and putting stickers on fences. Hide your children.

What must be going through the minds of such monsters. How can they claim that any amount of pain and suffering an animal, or even thousands of animals(or 20 million every year in the US(4)), must be forced to go through isn't worth curing human disease? They're just ANIMALS! Who cares if they die?

Ignoring the fact that I don't see anyone, including these researchers, volunteering their own dog or cat to have it's eyes sewn shut or be fed cocaine.....At the very least it is worth questioning whether the worth of other species is reducible to their utility relative to human interests. Even supposing that all this "research" really does cure human disease(and this is an egregiously fallacious notion but I'll get back to that), does this really make it alright to treat them worse than we would treat the most heinous serial killers, to imprison them, perform un-anesthetized surgery on them over and over until they die, or until they are no longer useful in which case they are killed anyway? The amount of suffering they go through is unimaginable. These animals did not volunteer to be experimented upon. And they have done nothing wrong, nothing to deserve to have this inflicted on them save for the crime of being born an animal. Does it really make it alright to cage them, butcher them, poison them, starve them, terrify them, kill them, cats and rabbits and mice just like the ones we live with, and monkeys that share 93% of our genes and so closely resemble us, just because we think we might learn something by watching them suffer and die.

But alternatives to horrible experiments already exist and are proven more effective. A few of many examples:

—Pharmagene Laboratories of Royston England, uses human tissues and computer technologies in drug

00478

development and testing. With tools from molecular biology, biochemistry, and analytical pharmacology, they conduct extensive studies of how drugs affect human genes and the proteins they make. "If you have information on human genes, what's the point of going back to animals?" — Pharmagene co-founder Gordon Baxter.

—Avon Products, Inc. uses non-animal 'Irritation Assay System' to mimic the reaction of the cornea and human skin when exposed to foreign substances. The same system also determins the toxicity of more than 5,000 different materials.

—Corrositex — an in vitro test approved by the Department of Transportation — is a substitute for the traditional rabbit skin test — assesing the corrosivity using a protein membrane designed to function like skin. The method gives results in a few hours for a price much cheaper than animal testing can allow.

—Artificial human skin is now used in skin grafts for burn victims and other patients.

—TOPKAT — a software package which predicts oral toxicity, skin, and eye irritation, is used by the Food and Drug Administration (FDA), the Environmental Protection Agency (EPA), and the U.S. Army.

—Scientists have built an accurate working model of a human heart allowing researchers to test treatments electronically. Computerized 'virtual organs' predict how drugs will be absorbed and metabolized.

—Toxicological test kits allow drug makers and cosmetics manufacturers to run tests that indicate whether compounds will cause cancer or other problems.

—Integrated molecular assay systems show how human and animal bacterial cells react when exposed to various compounds. These kits are also another example of a cheaper alternative to animal testing.

"Any method intended to replace (vivisection) should have the same qualities; but it is hard to find anything in biomedical research that is, and always was, more deceptive and misleading than vivisection. So the methods we propose for medical research should be called 'scientific methods' they are not 'alternatives'." — Prof. Croce M.D

So why are animals being tortured at UC Berkeley? Big grant money. An excuse for a career. Professor Jack Gallant wakes up everyday to walk across his front lawn on the way to work, where he locks primates in restraint chairs and deprives them of water. In torment, they're forced to perform visual fixations with electrodes inserted deep into their brains.

Yang Dan and Ralph Freeman get into their cars and drive a few miles to the building where cats and kittens suffer in stereotaxic devices with electrodes inserted into their brains. From birth to death, mechanical stabilization of their eyes restricts them the smallest of freedoms — including the ability to blink.

Frederic Theunissen eats breakfast every morning before spending the rest of his day drilling holes into the skulls of birds bolted into stereotaxic devices to perform brain recordings. A conclusion Theunissen has reached after years of his frivolous research? "There may exist an overall sexual preference for a male with a sexy song." These demented individuals are a few of UC Berkeley's vivisectors that have been met with home demonstrations and tactics meant to hold them accountable for the suffering they inflict. And between all of them lies a common thread — their experiments are mostly inconclusive and the usefulness of what they're trying to accomplish remains a mystery.

In defense of animal testing the most common argument is: "I hope you don't have any relatives that have cancer!" I probably do, considering that the US has one of the highest cancer rates in the world, if not the highest(5). Much higher anyway than in those poor "underdeveloped" nations who don't have billions of dollars to throw at all this supposedly life-saving research.

The professors at UC Berkeley who experiment on animals for a living are not doing too shabby themselves. As evidenced by their cushy hillside McMansion lifestyles, the exploitation of other species for dubious-at-best ends can be quite profitable. Just as long as you do it behind closed doors in a lab coat, otherwise you would probably be prosecuted for cruelty.

Ah, but we all know who the only ones truly at risk for being prosecuted are. Anyone who has ever fought for any real social change will tell you that this is what happens whenever you stand up for something. At the very least, you get labeled a dangerous fanatic. Though I wonder who the animals would be inclined to say are the dangerous fanatics here. The people with the bullhorns and signs or the people with the scalpels and poisons? But since they cannot tell us, in part because the university very deliberately puts them out of sight and out of mind, it is up to animal activists alone to be their voice. And that is what they are truly motivated by. Not a desire to be

00479

CONFIDENTIAL

cruel or destructive, or to make trouble, or to terrorize, but to advocate in any way that they can for those whose suffering would otherwise be taken for granted, and not thought about at all.

Those who profit from the misery of others never appreciate it when you call attention to their practices. Usually they are in high places and the reaction is extreme and uncompromising. The recently passed Animal Enterprise Terrorism Act being one salient example. But those of us who cannot stand the thought of it being okay to slice open the eyes or drill holes in the heads of feeling, sensitive and UNCONSENTING beings just because doing so is an established and profitable institution, will likewise not suddenly consider such acts acceptable just because we are threatened with incarceration for challenging their legitimacy.

If everyone howled at every injustice, every act of barbarism, every act of unkindness, then we would be taking the first step towards a real humanity. ~Nelson DeMille, novelist

Activist campaigns against vivisectors have organized to win victories. Dario Ringach, of UCLA, abandoned animal experimentation after becoming the target of legal home demonstrations. UCLA vivisectors — fearing the worst — now routinely have cops camp out on their lawns to "protect" them from activists. The Utah House of Representatives passed a bill to conceal the names, personal addresses and phone numbers of University of Utah animal researchers.

They're scared. Tactics that hit on a personal level work. Which is why Robert Sanders, vivisectors, and other animal abusers — motivated by grant money — try to put an end to the resistance with threats of police investigation, media smear pieces, and ridiculous rhetoric.

And the fight continues. A new torture facility is currently in the beginning stages of construction at UC Berkeley. The Li Ka-Shing Center for Biomedical and Health Sciences will include a basement-level vivisection laboratory, and will extend UCB's existing Northwest Animal Facility by seventy percent. We must continue to personalize this struggle if we stand a chance at preventing these horrors. The individuals at UC Berkeley Capital Projects and companies like McCarthy Building — the general contractor for the new facility — have names and addresses. They make the choice to assist in oppression. And we have the power to stop them.

There's no reason to tolerate such pictures or hear such stories when these atrocities are happening RIGHT NOW. And the people responsible are not untouchable. They walk our streets, shop in our stores, and live in our communities. Know who they are and where they live. Hold them accountable by all means necessary. The horror needs to end.

As this paper goes to print, The entire UC system is seeking to pass a law in the state legislator to prevent activists from posting personal information on websites that may be used to do home demos.

For more information on the animal abuse at UCBerkeley, and for all the information to get active against the vivisectors in our community, visit www.freewebs.com/stopucberkeleyvivisection <http://www.freewebs.com/stopucberkeleyvivisection>

To listen to NPR's most recent report about Anti-vivisection demonstrations go to:
http://www.npr.org/templates/story/story.php?storyId=89642154

Bilbography
(1)San Jose Mercury News, February 29 2008
(2)UC Berkeley Research Recovery Action Plan, April 4 2004
(3)http://www.pcrm.org/resch/anexp/alert_addiction.html
(4)http://articles.mercola.com/sites/articles/archive/2002/01/19/cancer-rates-part-one.aspx
(5)http://www.shac.net/SCIENCE/facts.html

00480