# EXHIBIT 13

CONFIDENTIAL

NONFICTION

The Mouse That Roared: Disney and the End of Innocence by Henry A. Giroux
Kinderculture ed. by Shirley R. Steinberg, Joe Kincheloe
We Don't Need Another Wave ed. by Melody Berger
The Sex Lives of Cannibals by J. Maarten Troost
Shadows of War by Carolyn Nordstrom
The Broken Fountain by Thomas Belmonte
Collapse: How Societies Choose to Fail or Succeed by Jared Diamond
Forever and Ever Amen: Becoming a Nun in the Sixties by Sister Karol Jackowski
Ishi: The Last of His Tribe by Theodora Kroeber
Don't Let's Go to the Dogs Tonight by Alexandra Fuller
The Irresistable Revolution: Living as an Ordinary Radical by Shane Claiborne
My Live as a Traitor by Zarah Ghahrmuni w/ Robert Hillman
My Colombian War: A Journey throught the Country I Left Behind by Silvana Paternostro
Endgame by Derrick Jensen
Against History, Against Leviathan by Freddy Peralman
The Ego and its Own: The Case of the Individual Against Authority by Max Stirner
T. A. Z., The Temporary Autonomous Zone, Ontological Anarchy, Poetic Terrorism by Hakim Bey
Gamorah by Roberto Saviano
Worse Than Slavery by David M. Oshinsky
Please Kill Me: The Uncensored Oral History of Punk Rock by Legs McNeil and Gillian McCain
Empire's Workshop: Latin America, The United States and the Rise of the New Imperialism by Greg Grandin
Going Underground by George Hurchalla

FICTION

Invisible Monsters by Chuck Palahniuk
My Year of Meats by Ruth L. Ozeki
Satan: His Psychotherapy and the Cure by the Unfortunate Dr. Kassler, J.S.P.S. by Jeremy C. Leven
Watership Down by Richard Adams
Open Eyes, Unlock Doors by Robnoxious
Raise High the Roof Beams, Carpenter by J. D. Salinger
The Day of the Locusts by Nathaniel West
We by Yevgeny Zamyatin
Waiting for the Barbarians by J. M. Coetzee
The Waves by Virginia Woolf
Immortality by Milan Kundera

CHILDREN'S/YOUNG ADULT

The Monster at the End of This Book by Jon Stone
Loser by Jerry Spinelli
Dogs Don't Tell Jokes by Louis Sachar
Scary Stories to Tell in the Dark by Alvin Schwartz and Stephen Gammell
The Curious Incident of the Dog in the Night-Time by Mark Haddon
Entries from a Hot Pink Notebook by Todd Brown
La Linea by Ann Jaramillo
Disguised: A Wartime Memoir by Rita de Clercq Zubli
The Egypt Game by Zilpha Keatley
Francie by Karen English
Ashes of Roses by Mary Jane Auch
The Little Prince by Antoine de Saint-Exupéry
That Was Then, This is Now by S. E. Hinton

CONFIDENTIAL

POETRY
<u>Wilderness</u> by Jim Morrison
<u>Rimbaud Complete</u> by Arthur Rimbaud and Wyatt Mason (translator)
<u>Flowers of Evil</u> by Charles Baudelaire
<u>Selected Poems</u> by Frederico Garcia Lorca
<u>North</u> by Semus Heanuy
<u>Crossing the Water</u> by Silvia Plath


ZINES
*Anarchy* (politics) PO Box 3448 Berkeley, CA 94703
*Armed Joy* by Alfredo M. Bonanno
*At Daggers Drawn* Eberhardt Press 3527 NE 15th #127, Portland, OR 97212
*Bite Back* (animal rights) 222 Lakeview Ave Ste 160-231 West Palm Beach, FL 33401
*Car Busters* (politics) Kratka 26 100 00 Prague 10 Czech Repub.
*Cell Phones Suck* (technology)
*Communities* (politics) Route 1 Box 156 Routledge, MO 63563
*Cracks in the Concrete* (personal/politics) 101 B Cooper St Westmont, NJ 08108
*Cuckoo* (comics) Green Door Studios 2000 N.E. 42nd Avenue Suite 302 Portland OR 97213
*Defenestrator* (politics) PO Box 30922 Phila, PA 19104
*Doris* (personal) PO Box 1734 Ashville, NC 28802
*Dwelling Portably* Microcosm Publishing 222 S Rogers St. Bloomington, IN 47404
*East Village Inky* (personal/comics) PO Box 22754 Brooklyn, NY 11202
*Exclamation Point!* (personal)
*Fifth Estate* (politics) PO Box 201016 Ferndale, MI 48220
*Free Society* (music/politics) PO Box 342 Peterborough ON K9J 623 Canada
*Give Me Back* (music) PO Box 73691 Washington, DC 20056
*Ilse Content* (personal) PO Box 2645 Olympia, WA 98507
*Ker-Bloom!* (politics) 5532 Baywood St. Pittsburgh, PA 15206
*The Match!* (politics) PO Box 3012 Tuscon, AZ 85702
*Modesto Anarcho* (politics) PO Box 3027 Modesto, CA 95353
*Placebo Jane* (personal/music)
*Poz* (queer) PO Box 8788 Virginia Beach, VA 23450
*Punk Punk* (children's books) PO Box 225158 SF, CA 94122
*The Revolutionary Pleasure of Thinking for Yourself*
*SilverLines* Berkeley, CA
*Spread* (sex) PO Box 305 Cooper Stn. NY, NY 10276
*Storm Warning* (politics) PO Box 21604 Seattle, WA 98111
*You Ruined Everything!* (comics)

CONFIDENTIAL

## Latin America

**Biblioteca Anarchista Alberto Ghiraldo** Paraguay 2212, 2000 Rosario, Argentina

**Biblioteca Popular José Ingenieros** Juan Ramírez de Velasco 958 (alt. Corrientes 5600), 1414 Buenos Aires, Argentina; 54-11-4857-6404; bpji@nodo50.org/bpji

**Federacion Libertaria Argentina** Calle Brasil 1551, Buenos Aires, Argentina; 54-11-4305-0307; fla2@radar.com.ar

**FORA** – Federacion Obrera Regional Argenitna, Calle Coronel Salvadores 1200; Buenos Aires, Argentina; 54-11-4303-5963

**Biblioteca Popular Juventud Moderna** Diagonal Pueyrredón 3318, Mar de Plata, Argentina; 54-62-3495-3524

**CONAMAQ** Calle Boqueron 1507, La Paz, Bolivia; 591-2248-3948

**Mujeres Creando** Zona Sopocachi, Calle 20 de Octubre # 2060 (entre Aspiazu y J.J. Pérez) La Paz – Bolivia; 591-2241-3764; mujerescreando@alamo.entelnet.bo

**Ação Social e Cultura Libertária** Caixa Postal 19078, CEP 81531-980, Curitiba-PR, Brasil

**Associação Cultural Quilombo Cecília** Rua do Passo, 37, Salvador-Bahia, Brasil

**Centro de Cultura Social** Rua dos Trilhos, 1365 fundos, Mooca, São Paulo, Brasil [mail: Caixa Postal 2066, CEP01060-970 São Paulo-SP Brasil]; ccssp@uol.com.br; www.ccssp.org

**Centro de Estudos Libertários Ideal Peres** Caixa Postal 14576, CEP 22412-970, Rio de Janeiro-RJ, Brasil http://jlimarocha.sites.uol.com.br/home.htm

**Coletivo Alternativa Verde** Caixa Postal 78, CEP 11525-970, Cubatão-SP, Brasil

**Centro Cultural de Playancha** Pedro León Gallo 404, Playancha/Valparaíso, Chile; 56 -32-2349571; culturalplayancha@hotmail.com

**Centro de Cultura Libertaria** Cra 17 No. 61-28 Chapinero, Bogota, Columbia, culturalibertaria@gmail.com, www.anarcol.tk

**Confeunassc-CNC** Mosquera Narvaez OE 257 y Versailles, Quito, Ecuador; 593-2-223-5935

**La Casa Feminista de Rosa** Ascázubi E2-48 entre 9 de Octubre y 10 de Agosto, Quito, Ecuador; casaderosa@riseup.net

**Biblioteca Social Praxedis G. Guerrero** c/Gobemador Curiel 2133, Conolia Ferrocaril, Guadalajara, Jaslisco, Mexico; cooperativa_regeneracion@yahoo.com

**Centro De Media Libres** 34a Actopan, entre Monterrey y Medellin, Mexico City, Mexico

**Junax** Ejército Nacional No. 17, esq. Cristóbal, San Cristóbal de las Casas, Chiapas; 967-674-5133; junax@laneta.apc.org

**La Furia de Las Calles** Plaza Revolución locales 92 y 93, Mexico City, Mexico; http://espom.org/furia; furia@riseup.net; 1-55-4034-7809

**Worker Information Center** 32B Calle Dolores Tijuana, Mexico

**Centro Cultural El Averno** Jiron Quilca 238 Lima 1, Peru

**Ateneo Libertario Heber Nieto** Maldonado 1162, cp: 11100, Montevideo, Uruguay

CONFIDENTIAL

# *Tips for disruption*

Building a new world based on freedom, cooperation and environmental sustainability in the face of powerful corporations and governments that seek to maintain their domination is not an easy task. To make progress, we need to flexibly embrace a wide variety of tactics and strategies — from strikes, street protests, direct action and riots to street theater, educational campaigns and even letter writing — whatever may help in a particular situation. These pages suggest how to effectively create disorder and disruption — because these skills are under-utilized and under-therorized — but we don't want to disrespect or dismiss the use of other kinds of tactics that may be more effective in a particular situation.

## General Theory

In a protest, you *request* or demand change from those in power. Direct action is when people ignore those in power and build new forms of social interaction on their own — cooperatively organized housing, farms, workplaces, etc. Militant disruption falls between traditional protest and direct action — the common situation in which people reject the authority and legitimacy of those in power, yet don't have sufficient social resources to just build a world outside the rulers' control. Disruption seeks to prevent business as usual and resist social control, thereby weakening the rulers and opening possibilities for new social structures.

If you're lucky, you and a group of friends can get together, run through a shopping mall, push some dumpsters into the middle of traffic, and generally run amok. If you keep moving, you'll never see any police because by the time they arrive at a particular location, you'll be gone. Tactics that evade the police are almost always the most disruptive. All too often, you see would-be militants getting caught up in the cop game by focusing on confronting the police — pushing against a police line, etc. This is often a mistake, however, if you want to maximize disorder and disruption. When you confront the police, it usually results in *order* not disorder, because the police know precisely where you are. They can re-route traffic around you, maintaining productivity and business as usual everywhere else except on your tiny corner until they can amass enough forces to surround and bust your ass.

00295

CONFIDENTIAL

If you see a police line, it is usually best to *go the other way* or melt away and regroup elsewhere. This keeps 'em guessing and confused while you're free to cause chaos everywhere the police aren't. The police are organized centrally and use radios which can only communicate between two locations at a time. If we can keep mobile in several different groups, their hierarchical structure has a much harder time keeping track of it all. It's also good to keep in mind that disruption and disorder can take many forms. Sometimes, creating beautiful expressions of the world we seek to build — music, art, gardens, public sex, bicycle swarms, etc. — can be disruptive while avoiding the system's "us and them" paradigm. The system loves a conventional war within traditional categories — like guerrilla fighters, it's our job to figure out forms of struggle on plains of reality where we have an advantage.

## What to Bring

To be mobile and maximize the area that gets disrupted, you want to travel as light as possible and avoid bulky signs, props or costumes that slow you down. Carrying water in a squirt bottle for drinking and to treat chemical weapons exposure is highly recommended. Use a fanny pack or bag that doesn't get in the way in case you have to run. The black bloc uniform (black hoodie etc.) is outdated and silly — like wearing a huge target on your ass — avoid it. If weather permits, water repellent clothes protect skin from pepper spray. Layers are good because they provide padding and can be used for disguise/escape. In hot weather, dress comfortably — avoiding heatstroke and dehydration so you can *run* is way more important than protection from chemical weapons or a disguise. Wear good running shoes. Don't wear contact lenses, jewelry, long hair or anything the cops can grab. Never bring drugs, weapons, burglary tools or anything that would get you in extra trouble if arrested. Never bring address books or sensitive information. Gas masks, goggles and helmets are almost always silly — the protection they offer is far outweighed by the extent they make you a target and slow you down. Those who've been tear gassed will tell you — it isn't the worst thing in the world.

CONFIDENTIAL

## Affinity Groups/Decision Making

Affinity groups are small action cells — usually 4-8 people — who share attitudes about tactics and who organize themselves for effectiveness and protection. The best affinity groups are people with pre-existing relationships who know and trust each other intimately. Decisions are (hopefully) made democratically, face-to-face and quickly on the spot. In a chaotic situation, affinity groups enable decision making (as opposed to just reacting), while watching each others' backs. Affinity groups with experience and a vision within a bigger crowd can take the initiative and start something when the larger crowd is standing around wondering what to do next.

Some affinity groups use a code word which any member can yell if they have an idea for what the group should do next. Upon hearing the word, others in the group yell it too until the whole group gathers up and the person who called the huddle makes a quick proposal. The group can then agree to the proposal, or briefly discuss alternatives, and then move. A code word can also allow regrouping when the group gets separated in a chaotic situation. It is a good idea for everyone in the group to discuss their limits before an action. During the action, taking time to check in about how everyone is feeling will keep the group unified. Don't forget to eat and take pee breaks, which will be a lot easier when someone can act as lookout while you duck behind a dumpster.

CONFIDENTIAL

Slingshot Issue #96 brainstorm / new volunteer meeting notes

1. check in:  Kermit, Kathryn, Robert and Jesse present

2. Timeline:

January 5 - 4 pm - check-in meeting to discuss article progress
January 12 - 3 p.m. - ARTICLE DEADLINE
January 12 - 3-7 p.m. - editing meeting / read articles together
January 13 - 1-6 p.m. - editing meeting / read the articles together
January 18 - 6 p.m. dinner / 7 p.m. All-night meeting - all articles in final edited form - decide how many pages to print, which articles to cut, which articles go on which pages and who does which pages
January 19 - 20 - all day 10 a.m. - middle of the night - layout of issue #96
January 21 - 6 p.m. - late - proofreading
January 24 - paper back from the printer
January 27 - 1 - 9 p.m. - mailing party

3.  Article brainstorm --- NOTE:  please feel free to email the list with more ideas since only a few of us were brainstorming and we would like to have more / better ideas -- also, unless there is a name written next to an idea on this list, it is up for grabs-- if you want to write it, please email the list -- if you know someone who could write it, check with them and if they agree, email the list.

coal -  jesse
new space at long haul - jesse
zine space opening -jesse
zine grant program - jesse
20 years of slingshot -jesse
Tanya obituary - jesse
infoshop update - Jesse
oak grove
Gary King update
SF bay oil spill - jesse
Pakistan
People's Park - jesse should ask terri
BP deal
Russia
Iran
Afghanistan
capitalism rising internationally does not = freedom (Russia, China, etc.)
central/ south America
Mexico
Venezuela
Burma
water shortages looming
Rising tide group
ICE raids
I-69 actions this spring - jesse should ask
DIY feature
How I became a wingnut
people's entertainment
Kermit's Brain
Government preventing popular disaster relief
articles written by homeless
women prisoner battery victims released
interview w/ Jon Benson
code pink protest at Berkeley recruiting center - jesse
**population pressure- jesse**
Iraq war - jesse
poster
book reviews
zine reviews --
**wind power - jesse**
immigration / border conflicts

00353

CONFIDENTIAL

4. finding contributors - how can we find more authors? Make a flyer - and networking. Also maybe create a "slingshot alumni" list of past writers and then ask them to write 1 article per year on what they're involved in - ideas include Artnoose, Kerry, Maxine, Tom M, Crystal, Molly G, Xarique, etc. etc.

5. Other agenda items: we also discussed:

--Issue #95 distro - we still have 900 papers left - if anyone travels for the holidays or knows anyone who will, this is a good way to get papers out

--organizer - we're out of stock way earlier than in the past! time to start working on billing

--donations - mostly have been sent out

-- zine making space - we have an agreed list of what to purchase to stock it - we need to make a shopping trip - also, we want to make a sign and a flyer to advertise it

-- prison mailing - we are overwhelmed and want to ask guides for free prison lit to stop listing us

-- international mailing - we would like to find someone near the Canadian border who could hand carry and re-mail issues for us


------------

I forgot this:

The organizers of the protests against the Berkeley animal labs wants slingshot to publish names and addresses of researchers, how comfortable does the collective feel about doing this?

-Gregg

On Mon, 26 Nov 2007 19:06:44 -0800, Gregg Horton wrote
> Hello all,
>
> Sorry i couldn't make the meeting but i have three articles to
> propose that i am in the middle of writing. -Updates on animal
> rights protests against UC Berkeley -How to be safer online (taking
> into account online activism) -Carbon Offsets and their absurdity.
>
> On a side note, my girlfriend, crystal and i are looking for a room
> in berkeley, oakland area, if you know of any rooms open please
> contact me. We are looking to move around the first of the year. We
> are both bike riding, vegan, hippie folk.
>
> Hope the slingshot is well!
>
> -Gregg

hey
I'm not sure what ideas for the "capitalism rising internationally"
article are, but i think that looking at the faltering of the us
economy from an anti-capitalist perspective is interesting and
extremely relevant.

love
ian

00354

CONFIDENTIAL

IDEAS:

book on collective housing

article on bike design

00355

CONFIDENTIAL

Dear Sling shot
>
> Hey thanks for the email.  We have not scheduled a time yet. ummm if you
> need a date to post it, say april 13-15.  thanks you!!!!
>
>
> bob


Fossil Fools Day, April 1st, 2008: International Day of Action Against the Fossil Fuels Industry

image00001.pngRising Tide North America is planning a massive day of action on April 1st calling for an immediate halt to the burning of fossil fuels. For over a century the fossil fuels industry has been fooling with our lives and the health of the planet. As the leading cause of climate change we need to immediately end our fossil fuels consumption. On April fools day we will turn the tables and show who the real fools are with hard hitting direct actions across the country.

Start planning your action now for Fossil Fuels Day. We will be developing posters, outreach materials, and action ideas in the coming months. If you are interested in doing an action in your town or just getting the word out please contact: fossilfools@hushmail.com

00383