Case3:09-cv-00168-JSW Document108-16 Filed01/31/11 Page1 of 10

# EXHIBIT 15

slingshot
2008 ORGANIZER

Case3:09-cv-00168-JSW Document108-16 Filed01/31/11 Page8 of 10

SLINGSHOT
2005 organizer

SWAG
COMBAT
HAVE YOUR SAY





