Jennifer Stisa Granick, Esq. (SBN 168423)
Matthew Zimmerman, Esq. (SBN 212423)
Marcia Hofmann, Esq. (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@granick.com
       mattz@eff.org
       marcia@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. and
EAST BAY PRISONER SUPPORT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25, <br><br> Defendants. | Case No. C 09-00168-JSW <br><br> **DECLARATION OF KATHRYN MILLER** |

1.   I have personal knowledge of the matters stated in this declaration.  If called upon to do so, I am competent to testify to all matters set forth herein.

2.   I am a member of Long Haul since 1998 and have worked on Slingshot since 1999.

3.   On August 27, 2008, I heard that there were officers in the Long Haul and I went to see what was going on.

4.   When I arrived at the Long Haul, I could see the front counter of the infoshop and parts of the rest of the interior through the glass front door and the plate-glass window that fronts the sidewalk.

5.   I could see a uniformed female officer looking at papers behind the front counter.  I later saw that this officer's name plate read "Alberts."   In particular, she was looking through the open side cabinet where we keep the library check-out log.  This log lists the names of people who have checked-out books and video from our library and is labeled as such.  I could see that she was paging through this log book.

6.   This officers  then cut the lock off of the front cabinet where we keep tee shirts, patches, keys to other cabinets, the Slingshot office, and other internal offices, as well as the logs of the 'zines and other items that we sell.

7.   After the police left I went inside Long Haul to see what they had done.  After looking through the downstairs I went up to the Slingshot office and saw that the officers had pried open the Slingshot door.  Inside the office, I saw that files had been pulled out of the main filing cabinet where we keep materials for the paper, including artwork, public-domain clip-art, photos that were taken for inclusion in the newspaper, and also photos and clippings that were collected from other sources for inclusion in Slingshot.

8.    In particular, one thick file that contained scores of photographs had been taken from the cabinet and left on the desk where the computer had been.  The file was open and all the photos were face-up.  It was clear that they had been gone through because if the file had simply been opened and left there, the photos would have been more clumped together.  On top of the pile of photos was an old photo of some naked people.  All of these photos had previously been stored in the filing cabinet in the Slingshot office.  Some of these photos had been published and some

had not been published but were there so that we could include them in later editions.

9. When we publish photos in Slingshot we sometimes obscure the faces of the persons in them to protect their privacy. For example, if we publish photos of political demonstrations we may obscure the facts of demonstrators. In our most recent issue we drew masks over the facts of persons who were squatting in a vacant house.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed January 29, 2011 in Berkeley, California.

_____
KATHRYN MILLER