Jennifer Stisa Granick, Esq. (SBN 168423)
Matthew Zimmerman, Esq. (SBN 212423)
Marcia Hofmann, Esq. (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@granick.com
mattz@eff.org
marcia@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. and
EAST BAY PRISONER SUPPORT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. C 09-00168-JSW<br><br>**[Proposed] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** |

GOOD CAUSE HAVING BEEN SHOWN and based on the evidence and arguments presented in this case it is hereby ordered that summary judgment in favor of Plaintiffs be entered as to their Fourth Amendment and Privacy Protection Act claims against all Defendants. Defendants Alberts, Kasiske, MacAdam, Zuniga, Bauer, Hart and Shaffer are individually liable for damages in an amount to be determined for violating the Fourth Amendment and Privacy Protection Act and are liable in their official capacities for equitable and declaratory relief under the Fourth Amendment and 28 U.S.C. §§ 2201, 2202, the United States is liable for damages in an amount to be determined for violating the Privacy Protection Act, and Defendant Celaya is liable in his official capacity for equitable and declaratory relief under the Fourth Amendment and 28 U.S.C. §§ 2201, 2202.

Dated: By:

______________________________
The Honorable Jeffrey White
United States District Judge