MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-6909
Facsimile: 415-436-6748
Email: jonathan.lee@usdoj.gov

ATTORNEYS FOR FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25.<br><br>   Defendants. | No. C 09-0168 JSW<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING OF CROSS MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiffs Long Haul, Inc. and East Bay Prisoner Support ("plaintiffs") and defendants United States of America, Mitchell Celaya, Karen Alberts, William Kasiske, Wade Macadam, Timothy J. Zuniga, Mike Hart and Lisa Shaffer (collectively, "defendants") have met and conferred, by and through their counsel of record, and agreed to the following stipulation:

1. On January 31, 2011, plaintiffs filed a motion for summary judgment (Docket Nos. 106-111) as permitted by the case management schedule and order in this case (Docket Nos. 79, 105).

2. Subject to the approval of the Court, defendants will file a joint opposition and cross motion for summary judgment, including a supporting memorandum of points and authorities that the parties have agreed will have a forty five (45) page limit. Defendants will make their filing on or before February 14, 2011, consistent with the existing case management schedule set forth in Docket #105.

3. Subject to the approval of the Court, plaintiffs will file a joint opposition to defendants' cross motion for summary judgment and reply in support of plaintiffs' motion filed January 31, including a supporting memorandum of points and authorities that the parties have agreed will have a forty (40) page limit. Plaintiffs will make their filing on or before February 28, 2011, consistent with the existing case management schedule set forth in Docket #105.

4. Subject to the approval of the Court, defendants will file a joint reply in support of their motion, including a supporting memorandum of points and authorities that the parties have agreed will have a twenty (20) page limit. Defendants will make their filing on or before March 14, 2011, consistent with the existing case management schedule set forth in Docket #105.

5. The parties have reached these agreements regarding the page limits for the filings described above in paragraphs 2 through 4 in order to reduce the number of briefs and total number of pages the Court and the parties will need to consider.

**IT IS SO STIPULATED**.

DATED: February 3, 2011     ELECTRONIC FRONTIER FOUNDATION

/s/
JENNIFER S. GRANICK
MATT ZIMMERMAN
Attorneys for Plaintiffs LONG HAUL, INC.
and EAST BAY PRISONER SUPPORT

DATED: February 3, 2011     MELINDA HAAG
United States Attorney

/s/
JONATHAN U. LEE
NEILL T. TSENG
Assistant United States Attorneys
Attorneys for Defendants UNITED STATES OF
AMERICA, LISA SHAFFER and MIKE HART

DATED: February 3, 2011     SCHIFF HARDIN LLP

/s/
WILLIAM J. CARROLL
Attorneys for Defendants KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM, and
TIMOTHY J. ZUNIGA

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February __, 2011     _____
Honorable Jeffrey S. White
United States District Judge