1 MELINDA HAAG (SBN 132612)
United States Attorney
2 JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
3 JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
4 450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
5 Telephone: 415-436-6909
Facsimile: 415-436-6748
6 Email: jonathan.lee@usdoj.gov

7 ATTORNEYS FOR FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. AND EAST BAY PRISONER SUPPORT, | No. C 09-0168 JSW |
| Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING BRIEFING OF CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25. | |
| Defendants. | |

STIPULATION RE BRIEFING
C 09-0168 JSW

Plaintiffs Long Haul, Inc. and East Bay Prisoner Support ("plaintiffs") and defendants United States of America, Mitchell Celaya, Karen Alberts, William Kasiske, Wade Macadam, Timothy J. Zuniga, Mike Hart and Lisa Shaffer (collectively, "defendants") have met and conferred, by and through their counsel of record, and agreed to the following stipulation:

1. On January 31, 2011, plaintiffs filed a motion for summary judgment (Docket Nos. 106-111) as permitted by the case management schedule and order in this case (Docket Nos. 79, 105).

2. Subject to the approval of the Court, defendants will file a joint opposition and cross motion for summary judgment, including a supporting memorandum of points and authorities that the parties have agreed will have a forty five (45) page limit. Defendants will make their filing on or before February 14, 2011, consistent with the existing case management schedule set forth in Docket #105.

3. Subject to the approval of the Court, plaintiffs will file a joint opposition to defendants' cross motion for summary judgment and reply in support of plaintiffs' motion filed January 31, including a supporting memorandum of points and authorities that the parties have agreed will have a forty (40) page limit. Plaintiffs will make their filing on or before February 28, 2011, consistent with the existing case management schedule set forth in Docket #105.

4. Subject to the approval of the Court, defendants will file a joint reply in support of their motion, including a supporting memorandum of points and authorities that the parties have agreed will have a twenty (20) page limit. Defendants will make their filing on or before March 14, 2011, consistent with the existing case management schedule set forth in Docket #105.

5. The parties have reached these agreements regarding the page limits for the filings described above in paragraphs 2 through 4 in order to reduce the number of briefs and total number of pages the Court and the parties will need to consider.

1    **IT IS SO STIPULATED**.

3    DATED: February 3, 2011      ELECTRONIC FRONTIER FOUNDATION

/s/
JENNIFER S. GRANICK
MATT ZIMMERMAN
Attorneys for Plaintiffs LONG HAUL, INC.
and EAST BAY PRISONER SUPPORT

8    DATED: February 3, 2011      MELINDA HAAG
                                  United States Attorney

/s/
JONATHAN U. LEE
NEILL T. TSENG
Assistant United States Attorneys
Attorneys for Defendants UNITED STATES OF
AMERICA, LISA SHAFFER and MIKE HART

14    DATED: February 3, 2011      SCHIFF HARDIN LLP

/s/
WILLIAM J. CARROLL
Attorneys for Defendants KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM, and
TIMOTHY J. ZUNIGA

## ~~PROPOSED~~ ORDER

Defendants are granted leave to file a brief not to exceed thirty-five pages in support of their joint opposition and cross motion for summary judgment by February 14, 2011. Plaintiffs are granted leave to file a brief not to exceed thirty pages in support of their joint opposition to defendants' cross motion for summary judgment and their reply in support of plaintiffs' motion, by February 28, 2011. Defendants may file a brief not to exceed twenty pages in support of their joint reply in support of their cross motion by March 14, 2011.

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**

DATED: February 4, 2011      _/s/ Jeffrey S. White_
                                  Honorable Jeffrey S. White
                                  United States District Judge