# EXHIBIT A

**http://www.pixelexdesign.com/stopcalvivisection/**

**news**

### SATURDAY MAY 10 AT 10PM - VIGIL AT THE HOME OF Redacted - Private Information

On Saturday, May 10, 2008 at 10PM, we will hold a vigil at the home of UC Berkeley primate torturer Redacted - Private Information



### CAMPAIGN TARGETS: UC BERKEELY ANIMAL EXPLOITERS



UC 000104



Redacted - Private Information

Redacted - Private Information

UC 000105



Redacted - Private Information

Redacted - Private Information

UC 000106



Redacted - Private Information

Redacted - Private Information

UC 000107



Redacted - Private Information

UC 000108



UC 000109



Redacted – Private Information

Redacted – Private Information

UC 000110



Redacted - Private Information

Redacted - Private Information

Redacted - Private Information

UC 000111



Redacted - Private Information

Redacted - Private Information

Redacted - Private Information

UC 000112



Redacted - Private Information

Redacted - Private Information

UC 000113



Redacted - Private Information

Redacted - Private Information

UC 000114

Redacted - Private Information

**Disclaimer: This information is here so that others may pressure these individuals with legal protests - we do not participate in or encourage illegal activity. UC Berkeley will be seeking restraining orders barring home demonstrations. This will take weeks, so in the meantime: get together with a group of friends and keep the home demonstrations coming! If it didn't bother them, they wouldn't be actively trying to silence us.**

**4/12/08 - UC Berkeley cat vivisector** Redacted **receives a legal home demonstration.**

On Saturday 4/12, activists demonstrated outside the home of CAL vivisector Redacted Redacted , who resides at Redacted in Berkeley. Redacted - Private Information

Redacted - Private Information

**An NPR reporter was on hand to interview activists, and neighbors were mostly supportive. This wasn't the first legal home demonstration for Professor** ⬚ **and unless he ceases the torture, it won't be the last.**



Redacted - Private Information

**3/23/08 - Home demonstrations reportback**

**Despite recent low-level acts of police intimidation and talk of restraining orders against**

the activity, activists opposing UC Berkeley vivisection are continuing the campaign.

We demonstrated outside the homes of five UC Berkeley vivisectors responsible for the enslavement of 40,000 animals at UC Berkeley.. Those being:   Redacted - Private Information

Redacted - Private Information

It was a positive day and most of the people we talked to were supportive of our aims.

There were the friendly neighbors of _____ who were supportive of us and shocked to learn that for nearly forty years, their neighbor   Redacted - Private Information

Redacted - Private Information

One neighbor gave an individual a hug after he was cited for "illegal flyering of vehicles" and another was kind enough to offer everyone lemonade. No thanks to his "biologist" neighbor who believes that all animal experiments are always justified, and the use of retarded children for vivisection is something that he's "not come to a position on as of yet." He also pleaded with us "If you know who the people are who are smashing windows, please stop them!" He must have read that smear article in the San Jose Mercury News.

Then there were the Berkeley PD officers who had been trailing the activists all day following activists inside a restaurant as they order pizza, and deciding to order slices of vegan pizza for themselves.

And to the vivisectors who leave town every weekend to avoid hearing any voice of opposition. UCPD and Berkeley PD for spending thousands of dollars to station officers at the homes of animal abusers and overtime dollars to trail activists. UC Berkeley spokesman Robert Sanders who has equated compassionate individuals with Al-Qaeda - expect more of the same in the form of legal home demonstrations in opposition to your atrocities.

1/27/08 Residential demonstrations report-back

Thanks to everyone who came out 1/27 to demonstrate in the rain and cold. It was a long day with an insane police presence. We were trailed the entire day by officers from UCPD and Berkeley PD who filmed the day's proceedings. No arrests were made and the police were only "keeping the peace" (the same peace that allows millions of animals to be killed in vivisection labs) The vast majority of neighbors we talked to were sympathetic to our message. They had no idea their neighbors tortured and killed animals for a living. Police at times blocked off entire streets and that just drew more people to come out and speak with us. One officer explained to an irate neighbor who wanted us arrested "We can not arrest them for demonstrating outside of homes, we've tried before and we're certain the DA would throw out the charges in a heartbeat" It was hilarious to see the police scrambling to identify newcomers (whom they couldn't), and

call the "Crime Scene Unit" out for a chalked message on a sidewalk.

UC 000117