# EXHIBIT B



**Regions**
north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**
animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**
americas
haiti
iraq
palestine
afghanistan

**More**
make media
get involved
calendar
gallery
archives
chat
links

[ Search ]

printable version

**East Bay | Animal Liberation**

**View Other Events For The Week Of 1/27/2008**

| Title: | Sunday January 27 - UC Berkeley anti-vivisection demonstrations |
| --- | --- |
| START DATE: | Sunday January 27 |
| TIME: | 12:00 PM - 12:00 PM |
| Location Details: | |
| Email stopcalvivisection [at] hushmail.com for meetup time and location if you'd like to participate. We have to plan things this way as UCPD doesn't believe in first amendment rights and tries to stop our demonstrations. | |
| Event Type: | Protest |

Sunday January 27 will be a day of demonstrations in the Bay Area in opposition to vivisection.

Email stopcalvivisection [at] hushmail.com for meetup time and location.

We know it's short notice. Come out if you can make it and repost this if you care.

http://www.freewebs.com/stopucberkeleyvivi...

Added To The Calendar On *Monday Jan 21st, 2008 6:41 PM*

Import this event into your personal calendar
(you must have a program on your computer that supports iCal for this to work)

Add Your Comments

UC 000219