# EXHIBIT C



Indybay Needs Your Help: Donate
NOW!
We need to raise $5000 to continue operating.
All donations go directly to operating costs.

$4327.91

printable version - fixed-width version

## East Bay | Animal Liberation | Education & Student Activism

### 6/1 report back - Berkeley primate vivisector [ ] get another home demonstration
by Stop Cal Vivisection
Tuesday Jun 3rd, 2008 2:37 PM

On Sunday June 1, activists demonstrated outside of the home of UC Berkeley vivisector [ ]

A dozen activists again demonstrated outside the home of UC Berkeley non-human primate torturer [ ] who inflicts hideous violence on macaque monkeys in his laboratory.

We are demanding an end to [ ]'s vicious experiments, and an end to primate vivisection at UC Berkeley. We are calling on UC Berkeley to finally be responsive to the residents of Berkeley and the student population. The Berkeley city council, as well as the ASUC, have both passed resolutions condemning primate vivisection, and calling for a decrease in the number of animals exploited at the university. The university continues to experiment on primates, and is currently constructing the Li Ka-Shing Center for Biomedical and Health Sciences, which will lead to a seventy percent expansion of UCB's Northwest Animal Facility

[ ] wasn't home, but we marched through his neighborhood flyering neighbors with a banner reading ' [ ] kills primates" and left the street and sidewalk in front of his house covered in chalked slogans.

[ ] you can stop experimenting on animals at any time. All your neighbors think you're sick. Your experiments conducted for years have not saved a single human life, they've only kept the grant money rolling. Quit torturing animals and the public campaign against you ends. Otherwise activists will be back again and again.

http://www.pixelexdesign.com/stopcalvivise...

Add Your Comments

LATEST COMMENTS ABOUT THIS ARTICLE
Listed below are the latest comments posted about this article.
These comments are anonymously submitted by website visitors.

| TITLE | AUTHOR | DATE |
|---|---|---|
| Species distinction? | coyote | Tuesday Jun 3rd, 2008 9:35 PM |

**Regions**
north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**
animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
labor
lgbti / queer
police state
racial justice
womyn

**International**
americas
haiti

http://www.indybay.org/newsitems/2008/06/03/18504176.php   6/4/2008

UC 000204