# EXHIBIT D

**From:** Bill Kasiske <kasiske@berkeley.edu>
**Sent:** Tuesday, June 10, 2008 4:26 PM
**To:** kalberts@berkeley.edu
**Subject:** Re: [Fwd: Animal Rights: 6/14/08 Demo Scheduled]



Redacted - Investigative Privilege

**Redacted - Investigative Privilege**

```
>>
>>    *Title:*  UC Berkeley vivisection home demonstrations
>>*START DATE:*  Saturday June 14
>>*TIME:*       11:00 AM - 11.00 AM
>>*Location Details:*
>>The homes of those paid in blood money and responsible for the
>>exploitation of 40,000 non-human animals at UC Berkeley.
>>
>>Email stopcalvivisection [at] hushmail.com
>><mailto:stopcalvivisection@hushmail.com> for meetup info.
>>*Event Type:*  Protest
>>Saturday June 14 will be a day of demonstrations in opposition to UC
>>Berkeley's systematic confinement, torture, and murder of 40,000
>>non-human animals.
>>
>>It's a bad time to be an animal exploiter paid in blood money at the
>>University of California. On Saturday June 14, we'll visit the
>>neighborhoods of the vivisectors and those complicit in animal torture
>>at UC Berkeley to seek justice for the 40,000 non-human animals
>>exploited at UC Berkeley.
>>
>>The university is engaged in a campaign to deny access to public records
>>concerning animal experiments and brand any opposition to their
>>atrocities as "terrorist." They are building a new facility at
>>University Avenue and Oxford Way, known as the Li Ka-Shing Center for
>>Biomedical and Health Sciences, that will expand the existing Northwest
>>Animal Facility by seventy percent.
>>
>>Email stopcalvivisection [at] hushmail.com
>><mailto:stopcalvivisection@hushmail.com> for meetup info.
>>
>>
>>
>>http://www.pixelexdesign.com/stopcalvivise...
>><http://www.pixelexdesign.com/stopcalvivisection>
>>
>>
>>###
>>
>>
```

**Redacted - Investigative Privilege**

UC 000880



Det. Bill Kasiske #35
UC Berkeley Police Department
1 Sproul Hall
Berkeley, CA 94720-1199
Main ph: 510-642-6760
Dir ph: 510-642-1606
Fax: 510-642-1708

UC 000881