# EXHIBIT E

| INCIDENT REPORT | UNIVERSITY OF CALIFORNIA | CASE NUMBER |
|---|---|---|
| | POLICE DEPARTMENT | 08-00377 |

**UNIVERSITY OF CALIFORNIA**
**POLICE DEPARTMENT**
**BERKELEY**
**CA 0019700**

1. ENTERED
☐ PIN   ☐ NCIC
☐ CLETS   ☐ BY

3. PAGE 1 OF 9

| 4. TYPE OF REPORT | 5. OFFICER ☐ RADIO ☒ PHONE ☐ SEEN | 6. OFFENSE CODE |
|---|---|---|
| ☒ MISC. SERVICE   ☐ CASUALTY   ☐ _____ | NOTIFIED BY: ☒ OTHER  **Assigned** | |

| 7. DATE OCCURRED FROM | 8. TIME | 9. DAY | 10. DATE OCCURRED TO | 11. TIME | 12. DAY | 13. DATE REPORTED | 14. TIME | 15. DAY | 16. SHIFT |
|---|---|---|---|---|---|---|---|---|---|
| 01/27/2008 | 1100 | Sun | 01/27/2008 | 2100 | Sun | 01/27/2008 | 2100 | Sun | 2&3 |

17. LOCATION OF OCCURRENCE
Multiple Locations in the Cities of Berkeley and El Cerrito

| NAME CODES | V = VICTIM   W = WITNESS   P = PARENT   R = REPORTING PARTY |
|---|---|
| | S = SUSPECT   C = CONTACT   F = FRIEND   D = DISCOVERED INCIDENT |

| 18.CODE V 1 | 19. NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 20.RACE U | 21.SEX M | 22. HT -- | 23. WT -- | 24. HAIR -- | 25.EYES -- | 26.DOB Unk |
|---|---|---|---|---|---|---|---|---|

| 27. RESIDENCE ADDRESS, CITY, STATE, ZIP Redacted - Private Info | 28. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER | 29 RESIDENCE PHONE Redacted - Private Info |
|---|---|---|

| 30. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP Redacted - Private Info | 31. BUSINESS PHONE Redacted - Private Info |
|---|---|

| 32. OCCUPATION Redacted - Private Info | 33. INJURIES N/A | 34. DL NUMBER/STATE Unk | 34. EMAIL ADDRESS Redacted - Private Info |
|---|---|---|---|

| 36. MISCELLANEOUS SERVICE REPORT | ☐ ALARM ☐ FIRE BOX NO. ☐ OTHER CM NO. ☐ MALFUNCTION | ☐ ACTIVATION ☐ PROPERTY DAMAGE ☐ OUTSIDE ARREST ☐ | ☐ SUS. PACKAGE ☐ 148.4 PC ☐ WARRANT SERVICE | ☐ SUS. CIRCUMSTANCE ☐ SUS. PERSON ☐ CIVIL ADVICE ☒ **Animal Rights Protest** | ☐ KNIFE CONFISCATION ☐ SERVICE REQUEST ☐ UNSECURED PREMISE ☐ HAZARDOUS CONDITION ☐ LIGHT OUTAGE |
|---|---|---|---|---|---|

| 37. CASUALTY REPORT | ☐ FALL OF PERSON ☐ ILL PERSON | ☐ ATTEMPTED SUICIDE ☐ SUICIDE | ☐ DEAD BODY ☐ ANIMAL BITE | ☐ ATHLETIC INJURY ☐ INDUSTRIAL ACCIDENT | ☐ OTHER INJURY/ACCIDENT |
|---|---|---|---|---|---|

38. CAUSE OF INJURY/NATURE OF ILLNESS

| 39. VICTIM MOVED BY (INDIVIDUAL, UNIT, SELF, AMBULANCE) | 40. VICTIM MOVED TO |
|---|---|

| 41. NAME OF ATTENDING PHYSICIAN | 42. ADDRESS AND PHONE |
|---|---|

43. NARRATIVE

**SCENE:** The incidents occurred at the following locations:

Redacted - Private Info

Redacte Each of these locations is privately owned residences. Most of the residences are owned and or occupied by UCB Employees.

**SUMMARY:** On 01/27/2008, at approximately 1300 hours, UCPD Officers were assigned to monitor an animal rights demonstration that started with protesters meeting at the Ashby BART Station (Berkeley). The protesters then drove in two vehicles and drove to multiple locations where they protested vivisection and animal research. Each location was a private residences owned and or occupied by UC Employees. A number of protesters were identified as having been involved in prior protests. There were no arrests or injuries in this incident. The protesters appeared to end their protest at approximately 2000 hours. The UCPD detail assigned to monitor the protest ended their shift at approximately 2100 hours. There was another protest reported at the private residence of a UC employee at approximately 2214 hours (See Ofc. T. QUAN'S report Redacted

CONTROLLED DOCUMENT

| 44. OTHER REPORTS ATTACHED: | ☒ CONTINUATION ☒ ADDITIONAL NAMES | ☐ VEHICLE | 45. COPIES TO: | ☐ DETECTIVES ☒ PATROL ☐ | ☐ DISTRICT ATTY. ☒ RISK MGT. | ☐ E.H. & S. ☒ OTHER Det. Kasiske # 35 ☒ Schiff-Hardingues | ☐ |
|---|---|---|---|---|---|---|---|

| 46. REPORTING OFFICER T. Zuniga # 73   7274 | 47. DATE AND TIME 01/28/2008 0900 hours | 49. APPROVING SUPERVISOR |
|---|---|---|

| 50. THIS CASE IS: | ☐ ALCOHOL RELATED ☐ DRUG RELATED | ☐ GANG RELATED | ☐ HATE CRIME ☐ HATE INCIDENT | ☐ WEAPONS RELATED ☐ DOMESTIC VIOLENCE |
|---|---|---|---|---|

SCHIFF-Hardin   13>   (N. (#95502))
ROUTED TO   ROUTED BY   DATE

CONFIDENTIAL

# ADDITIONAL NAMES

**UNIVERSITY OF CALIFORNIA**
**POLICE DEPARTMENT**
**BERKELEY**
**CA 0019700**

1. ☒ INCIDENT REPORT
   ☐ CRIME REPORT
   ☐ ARREST REPORT

2. CASE NUMBER
08-00377

3. PAGE **2** OF **9**

| 4. CODE V 2 | 5. NAME/FIRM NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 6. RACE A | 7. SEX M | 8. HT | 9. WT | 10. HAIR | 11.EYES | 12. DOB Unk |
|---|---|---|---|---|---|---|---|---|

13. RESIDENCE ADDRESS CITY, STATE, ZIP
Redacted - Private Info

14. ☐ STUDENT  ☒ EMPLOYEE  ☐ OTHER

15. RESIDENCE PHONE
Redacted - Private Info

21. EMAIL ADDRESS
Redacted - Private Info

| 22. CODE V-3 | 23. NAME/FIRM NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 24. RACE W | 25. SEX M | 26. HT | 27. | 28. HAIR | 29.EYES | 30. DOB Unk |
|---|---|---|---|---|---|---|---|---|

31. RESIDENCE ADDRESS CITY, STATE, ZIP
Redacted - Private Info

32. ☐ STUDENT  ☒ EMPLOYEE  ☐ OTHER

33. RESIDENCE PHONE
Redacted - Private Info

39. EMAIL ADDRESS
Redacted - Private Info

| 40. CODE V-4 | 41. NAME/FIRM NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 42. RACE W | 43. SEX M | 44. HT | 45.WT | 46. HAIR | 47.EYES | 48. DOB Unk |
|---|---|---|---|---|---|---|---|---|

49. RESIDENCE ADDRESS CITY, STATE, ZIP
Redacted - Private Info

50. ☐ STUDENT  ☒ EMPLOYEE  ☐ OTHER

51. RESIDENCE PHONE
Redacted - Private Info

57. EMAIL ADDRESS
Redacted - Private Info

| 58. CODE V-5 | 59. NAME/FIRM NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 60. RACE A | 61. SEX F | 62. HT | 63. WT | 64. HAIR | 65.EYES | 66. DOB Unk |
|---|---|---|---|---|---|---|---|---|

67. RESIDENCE ADDRESS CITY, STATE, ZIP
Redacted - Private Info

68. ☐ STUDENT  ☒ EMPLOYEE  ☐ OTHER

69. RESIDENCE PHONE
Redacted - Private Info

75. EMAIL ADDRESS
Redacted - Private Info

| 76. CODE V-6 | 77. NAME/FIRM NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 78. RACE M | 79. SEX W | 80. HT | 81. WT | 82. HAIR | 83.EYES | 84. DOB Unk |
|---|---|---|---|---|---|---|---|---|

85. RESIDENCE ADDRESS CITY, STATE, ZIP
Redacted - Private Info

86. ☐ STUDENT  ☒ EMPLOYEE  ☐ OTHER

87. RESIDENCE PHONE
Redacted - Private Info

93. EMAIL ADDRESS
Redacted - Private Info

| 94. CODE V-7 | 95. NAME/FIRM NAME (LAST, FIRST, MIDDLE) Redacted - Private Info | 96. RACE W | 97. SEX M | 98. HT | 99. WT | 100.HAIR | 101.EYES | 102. DOB Unk |
|---|---|---|---|---|---|---|---|---|

103. RESIDENCE ADDRESS CITY, STATE, ZIP
Redacted - Private Info

104. ☐ STUDENT  ☒ EMPLOYEE  ☐ OTHER

105. RESIDENCE PHONE
Redacted - Private Info

111. EMAIL ADDRESS
Redacted - Private Info

| 112. OTHER REORTS ATTACHED: | ☒ CONTINUATION  ☒ ADDITIONAL NAMES | ☐ VEHICLE | 113. COPIES TO: | ☒ DETECTIVES  ☐ PATROL | ☐ DISTRICT ATTY.  ☐ RISK MGT. | ☐ E.H&S  ☐ OTHER | ☐ CPU |
|---|---|---|---|---|---|---|---|

| 114. REPORTING OFFICER T. Zuniga # 73   TZ 13 | 115. DATE AND TIME 01/27/2008, 0900 hours | 116. APPROVING SUPERVISOR | 117. DATE |
|---|---|---|---|

UCBPD (496)

CONFIDENTIAL

CONFIDENTIAL

ADDITIONAL NAMES

1. ☒ INCIDENT REPORT
☐ CRIME REPORT
☐ ARREST REPORT

# UNIVERSITY OF CALIFORNIA
## POLICE DEPARTMENT
### BERKELEY
#### CA 0019700
Redacted - Private Info

2. CASE NUMBER
08-00377

3. PAGE 3 OF 9

| 112. OTHER REORTS ATTACHED: | ☒ CONTINUATION | ☐ VEHICLE | 113. COPIES TO: | ☒ DETECTIVES | ☐ DISTRICT ATTY. | ☐ E.H&S | ☐ CPU |
| | ☒ ADDITIONAL NAMES | | | ☐ PATROL | ☐ RISK MGT. | ☐ OTHER | |

| 114. REPORTING OFFICER | 115. DATE AND TIME | 116. APPROVING SUPERVISOR | 117. DATE |
|---|---|---|---|
| T. Zuniga # 73  TZ77 | 01/28/2008, 0900 hours | | |

U3SPD(4/96)

UC 000809

ADDITIONAL NAMES

1. ☒ INCIDENT REPORT
   ☐ CRIME REPORT
   ☐ ARREST REPORT

# UNIVERSITY OF CALIFORNIA
# POLICE DEPARTMENT
# BERKELEY
# CA 0019700
Redacted - Private Info

2. CASE NUMBER
08-00377

3. PAGE **4** OF 9

| 94. CODE | 95. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | | 96. RACE | 97. SEX | 98. HT | 99. WT | 100.HAIR | 101.EYES | 102. DOB |
|---|---|---|---|---|---|---|---|---|---|

| 103. RESIDENCE ADDRESS, CITY, STATE, ZIP | 104. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 105. RESIDENCE PHONE ( ) |
|---|---|---|

| 106. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | 107. BUSINESS PHONE ( ) |
|---|---|

| 108. OCCUPATION | 109. WORK HOURS | 110. DL NUMBER/STATE | 111. EMAIL ADDRESS |
|---|---|---|---|

| 112. OTHER REORTS ATTACHED: | ☒ CONTINUATION ☒ ADDITIONAL NAMES | ☐ VEHICLE | 113. COPIES TO: | ☒ DETECTIVES ☐ PATROL | ☐ DISTRICT ATTY. ☐ RISK MGT. | ☐ E.H&S ☐ OTHER | ☐ CPU |
|---|---|---|---|---|---|---|---|

| 114. REPORTING OFFICER **T. Zuniga # 73**  *TZ73* | 115. DATE AND TIME **01/29/2008, 0900 hours** | 116. APPROVING SUPERVISOR | 117. DATE |
|---|---|---|---|

CONFIDENTIAL

UC 000810

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-00377 |
|---|---|---|

☒ INCIDENT REPORT
☐ CRIME REPORT
☐ ARREST REPORT

3. PAGE 5 OF 9

**4. $ LOSS**
N/A

**5. PROPERTY TYPE**
(Check as many items as fit)

☐ NONE

A. ☐ SMALL APPLIANCES
B. ☐ MAJOR APPLIANCES
C. ☐ STEREO/RADIO/TAPE
D. ☐ DRUGS/MEDICAL
E. ☐ JEWELRY
F. ☐ CURRENCY
G. ☐ PURSE/WALLET
H. ☐ TV/VIDEO
I. ☐ TOOLS
J. ☐ COMPUTERS
K. ☐ OTHER OFFICE
L. ☐ ART ITEMS
M. ☐ FOOD
N. ☐ FURNITURE
O. ☐ FIREARM/KNIFE
P. ☐ PHOTO EQUIPMENT
Q. ☐ PERSONAL I.D.
R. ☐ PROPERTY DAMAGE
S. ☐ OTHER
Video Disks

**6. OBJECT OF ATTACK NON RESIDENTIAL STRUCTURE** (CHECK ONE)

A. ☐ RENTAL ROMSTORE
B. ☐ RECREATIONAL/ ENTERTAINMENT
C. ☐ OFFICES
D. ☐ LIBRARY
B. ☐ INSTRUCTIONAL
P. ☐ BARN/ANIMAL
G. ☐ FOOD SERVICE BAR
H. ☐ MEDICAL/VETERINARY
I. ☐ STORAGE/DOCK
J. ☐ GYM/LOCKER ROOM
K. ☐ PARKING FACILITY
L. ☐ SPROUL PLAZA
M. ☐ PEOPLES PARK
N. ☐ OTHER

**7. SPECIAL CONSIDERATION**

O. ☐ UNIVERSITY PROPERTY
P. ☐ PERSONAL PROPERTY
Q. ☐ DOMESTIC VIOLENCE
R. ☐ CHILD ABUSE
S. ☐ GANG RELATED
T. ☐ ALCOHOL RELATED
U. ☐ WEAPONS RELATED

**8. OBJECT OF ATTACK RESIDENTIAL STRUCTURE** (CHECK ONE)

A. ☐ UNIT I
B. ☐ UNIT II
C. ☐ UNIT III
D. ☐ CKC
E. ☐ TRIEMG HOUSE
F. ☐ I-HOUSE
G. ☐ SMYTHE-FERNWALD
H. ☐ ALBANY VILLAGE
I. ☐ OTHER

**9. VICTIM SUSPECT RELATION**

A. ☐ UNKNOWN
B. ☐ SPOUSE
C. ☐ RELATIVE
D. ☐ ROOMMATE
E. ☐ BOY/GIRL FRIEND
F. ☐ ACQUAINTANCE
G. ☐ TEACHER/STUDENT
H. ☐ STRANGER
I. ☐ EMPLOYEE
J. ☐ STUDENT
K. ☐ OTHER

**10. POINT OF ENTRY** (CHECK NO MORE THAN 2)

A. ☐ UNKNOWN
B. ☐ FRONT
C. ☐ REAR
D. ☐ SIDE
E. ☐ GROUND LEVEL
F. ☐ UPPER LEVEL
G. ☐ ROOF
H. ☐ WINDOW
I. ☐ SLIDING DOOR
J. ☐ DUCT OR VENT
K. ☐ ADJ. BUILDING
L. ☐ ROOF
M. ☐ FLOOR
N. ☐ WALL
O. ☐ GARAGE
P. ☐ BASEMENT
Q. ☐ WING WINDOW
R. ☐ SIDE WINDOW
S. ☐ WINDSHIELD
T. ☐ TRUNK
U. ☐ OTHER
V.

**10. STRUCTURE ALARMS**

A. ☐ N/A
B. ☐ YES
C. ☐ NO
D. ☐ ACTIVATION

**12. METHOD OF ENTRY** (CHECK NO MORE THAN 2)

A. ☐ UNKNOWN
B. ☐ ATTEMPT ONLY
C. ☐ BODILY FORCE
D. ☐ BOLT CUTTER
E. ☐ BRICK/ROCK
F. ☐ CHANNEL LOCK
G. ☐ UNLOCKED DOOR/WINDOW
H. ☐ HID IN BUILDING
I. ☐ KEY
J. ☐ NO FORCE
K. ☐ PIPE WRENCH
L. ☐ PLIERS
M. ☐ PRY BAR
N. ☐ PUNCH
O. ☐ SAW/BURN/DRILL
P. ☐ SCREWDRIVER
Q. ☐ TAP/WIRE
R. ☐ LOCK CHEAT
S. ☐ WINDOW SMASHED
T. ☐ WINDWINO
U. ☐ OTHER

**13. SUSPECTS ACTIONS** (CHECK NO MORE THAN 3)

A. ☐ NONE
B. ☐ MULIPLE SUSPECTS
C. ☐ ARMED
D. ☐ MADE THREATS
E. ☐ FAMILIAR W/LOCATION
F. ☐ LIES IN WAIT
G. ☐ TECH SKILL USED
H. ☐ DISABLES PHONE
I. ☐ KNEW VP'S NAME
J. ☐ SMOKED ON PREMISES
K. ☐ ATE/DRANK ON PREMISES
L. ☐ DEFECATE/URINATES
M. ☐ UNUSUAL BODY ODOR
N. ☐ HAD BEEN DRINKING
O. ☐ INFLUENCE OF DRUGS
Q. ☐ VEHICLE USED
Q. ☐ RANSACK PROWL
R. ☐ SELECTIVE PROWL
S. ☐ LEAVES OTHER VALUABLES
S. ☐ USES NOTE

**14. PROPERTY CODES**

S-STOLEN   R-RECOVERED   L-LOST   F-FOUND   S/R-STOLEN/RECOVERED   O-OBSERVED   E-EVIDENCE   X-MISCELLANEOUS

| CODE | ITEM | QTY | KIND OF ARTICLE | BRAND NAME | MODEL NAME/NO. | DESCRIPTION/COLOR | SERIAL NO. | VALUE |
|---|---|---|---|---|---|---|---|---|
| E 73 | 1 | 4 | Video disks of protester activity on January 27, 2008. | | | | | |

At UCPD I placed the above items in Evidence locker # 5

**15.** ☐ WRITTEN STATEMENTS ATTACHED   ☐ NEIGHBORHOOD CHECKS   ☐ VICT OF VIOLENT CRIME FORM   ☐ RESOURCE PAMPHLET GIVEN
☐ ID WORK/PHOTOS TECH NO.   ☐ DIAGRAMS   ☐ LAB TEST REQUESTED   ☐ PROPERTY/PERSONS ENTERED BY

| 16. REPORTING OFFICER | 17. DATE AND TIME | 18. APPROVING SUPERVISOR | 19. DATE |
|---|---|---|---|
| T. Zuniga # 73 | 01/28/2008 0900 hours | | |

CONFIDENTIAL

| CONTINUATION REPORT | | UNIVERSITY OF CALIFORNIA<br>POLICE DEPARTMENT<br>BERKELEY<br>CA 0019700 | | 2. CASE NUMBER<br>08-00377 |
|---|---|---|---|---|
| 1. ☒ INCIDENT REPORT<br>☐ CRIME REPORT<br>☐ ARREST REPORT | | | | 3. PAGE 6 OF 9 |
| 4. TYPE REPORT<br>☒ ORIGINAL ☐<br>SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>Incident Report | | 6. CRIME<br>Demonstration | |
| 7. INCIDENT<br>DATE 01/27/2008 TIME 1300 | 8. INCIDENT LOCATION<br>Multiple Private Residences in the cities of<br>Berkeley, Oakland and El Cerrito | | | 9. ADDL. NAMES ATTACHED<br>☒ YES<br>☐ NO |

**10. NARRATIVE**

**NARRATIVE:** On 01/27/2008, at approximately 1300 hours, Sgt. **YAO** # 28, Sgt. **ALBERTS** # 22, Officers **OLIVET** # 40, **MANCHESTER** # 98, **REICH** # 83, Detectives **COLLOM** # 45, **KASISKE** # 35 and I were assigned to a detail to monitor an animal rights Demonstration.

UCPD previously received information indicating a group of animal rights demonstrators would meet at the Ashby BART station in Berkeley at either 1200 or 1300 hours on Sunday, 01/27/2008. The group is demonstrating against vivisection and animal testing conducted by the University of California. Based on prior incidents, it was believed that the group would get into one or more vehicles and proceed to multiple locations believed to be the private residences of UC employees.

We arrived at the Ashby BART Station just before 1200 hours, on 01/27/2008. At approximately 1315 hours we recognized some of the subjects identified from previous animal rights protests as _____ Redacted - Private Info _____ Redacted - Private Info _____ They gathered on west side of the BART station. They were later joined by other people until the group totaled nine people. A total of 11 people joined the demonstration throughout the day. They included | Redacted - Private Info
Redacted - Private Info
Redacted - Private Info _____ There were three other subjects that joined the demonstrations that day that we were unable to identify. One of them was described as a White male with blond hair, wearing a black sweat shirt and a gray bandana. Another was described as a White female with blond hair, wearing glasses and a blue jacket. The third person was described as a White female with blond hair, wearing a blue jacket, rolled up blue jeans and sneakers. Sgt. **ALBERTS** contacted the group, advising them we would be monitoring them and asked where they were going. The group would not give Sgt. **ALBERTS** any information.

The group went to the east parking lot of the BART Station and got into two vehicles. The first vehicle was a Redacted - Private Info
Redacted - The other car was a | Redacted - Private Info
Redacted - Private Info _____ UCPD units followed the vehicles on city streets and the freeway (Highway 80). Both drivers obeyed most traffic laws, but drove tactically to make it difficult for us to follow them. They would signal to exit, change lanes and at the last second, they would change lanes back on the freeway. They would also turn corners waiting for cross traffic to come so that officers would have to wait for the cross traffic to pass before they could turn.

| 11. COPIES | | | | | |
|---|---|---|---|---|---|
| TO: ☒ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT | ☐ F HAS | ☐ OTHER ☐ OTHER |
| 12. REPORTING OFFICER<br>T. Zuniga # 73   TZ 73 | 13. DATE AND TIME<br>01/28/2008 0900 hours. | | 14. APPROVING SUPERVISOR | | 15. DATE |

CONFIDENTIAL

CONTINUATION REPORT

1. ☒ INCIDENT REPORT
   ☐ CRIME REPORT
   ☐ ARREST REPORT

**UNIVERSITY OF CALIFORNIA
POLICE DEPARTMENT
BERKELEY
CA 0019700**

2. CASE NUMBER
08-00377

3. PAGE 7 OF 9

| 4. TYPE REPORT | 5. CODE SECTION/DESCRIPTION | 6. CRIME |
|---|---|---|
| ☒ ORIGINAL ☐ SUPPLEMENT | Incident Report | Demonstration |

7. INCIDENT

DATE 01/27/2008  TIME 1300

8. INCIDENT LOCATION
Multiple Private Residences in the cities of
Berkeley, Oakland and El Cerrito

9. ADDL. NAMES ATTACHED
☒ YES
☒ NO

10. NARRATIVE

UCPD units followed the protesters to several residences. At each of the residences, the protesters marched and chanted on the public sidewalks in front of the residence. The group made efforts to avoid being video taped by hiding behind their signs, turning away from us and pulling their handkerchiefs up to mask their faces. At some locations, the protesters chalked anti- vivisection slogans on the public side walk. At several of the locations, neighbors approached UCPD officers and complained about the protesters disturbing the peace. The complaining parties were advised as to the protesters right to free speech as long as they obeyed all applicable laws. UCPD officers video taped the protester's activities at each of the locations. BPD Officer S. **O'DONNELL** met UCPD at the Ashby BART STATION and went with us to most of the residences. We followed the demonstrators to the following locations:

The demonstrators first went to [ Redacted - Private Info ] at approximately 1349 hours. Further investigation revealed this is the residence of [ Redacted - Private Info ] [ Redacted - Private Info ] The residents were not home at the time and are scheduled to comeback from vacation during the week of February 4, 2008. This demonstration ended at approximately 1357 hours.

At approximately 1425 hours, the demonstrators arrived at [ Redacted - Private Info ] The protesters chanted the name [ Redacted - ] Further investigation revealed that [ Redacted - Private Info ] [ Redacted - Private Info ] [ Redacted - Private Info ] While at this address, one of the protester's cars was involved in a minor traffic collision with a parked car. BPD Officer **O'DONNELL** took a collision report and identified several of the protesters who witnessed the accident (BPD Case Number [Redacte] This demonstration ended at approximately 1454 hours.

At approximately, 1530 hours, one of the demonstrator's vehicles [Redacted - Private] drove to the Ashby BART Station and picked up two more subjects. One of the subjects was later identified as [Redacted - Private] [ Redacted - Private Info ] The other subject was an unidentified White female adult, with short brown hair, wearing dark clothing.

At approximately 1552 hours, the demonstrators arrived at [ Redacted - Private Info ] This is the residence of [ Redacted - Private Info ] We contacted [ Redacted - ] via phone, prior to arriving at the scene to advise him that the protesters were coming into the area of his residence. Some neighbors called UCPD and flagged down officers to complain about the demonstrators disturbing the peace. This demonstration ended at approximately 1606 hours.

11. COPIES
TO: ☒ DETECTIVES ☐ PATROL ☐ DISTRICT ATTY. ☐ RISK MGT. ☐ E.H.&S. ☐ OTHER ☐ OTHER

| 12. REPORTING OFFICER | 13. DATE AND TIME | 14. APPROVING SUPERVISOR | 15. DATE |
|---|---|---|---|
| T. Zuniga # 73  TZ73 | 01/27/2008, 0900 hours | | |

CONFIDENTIAL

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA | 2. CASE NUMBER |
|---|---|---|
| 1. ☒ INCIDENT REPORT | POLICE DEPARTMENT | 08-00377 |
| ☐ CRIME REPORT | BERKELEY | |
| ☐ ARREST REPORT | CA 0019700 | 3. PAGE **8** OF **9** |

| 4. TYPE REPORT | 5. CODE SECTION/DESCRIPTION | 6. CRIME |
|---|---|---|
| ☒ ORIGINAL  ☐ SUPPLEMENT | Incident Report | Demonstration |

| 7. INCIDENT | 8. INCIDENT LOCATION | 9. ADDL. NAMES ATTACHED |
|---|---|---|
| DATE <u>01/27/2008</u> TIME <u>1300</u> | Multiple Private Residences in the cities of Berkeley, Oakland and El Cerrito | ☒ YES  ☒ NO |

**10. NARRATIVE**

At the end of the demonstration at ⬚ Redacted - ⬚ one of the demonstrators identified as ⬚ Redacted - Private Redacted - Private ⬚ was dropped off on Hillegas at Ashby Avenue in Berkeley. I monitored him as he walked west, toward the Ashby BART Station. I saw ⬚ Redact ⬚ enter the business called "The Long Haul" located at 3124 Shattuck Avenue. He did not rejoin the group while we were monitoring them.

At approximately 1630 hours, the demonstrators arrived at ⬚ Redacted - Private Info ⬚ This is the residence of Redacted - Private Info ⬚ filed a police report regarding this demonstration with BPD Officer **O'DONNELL** (Case ⬚ Redacted - ⬚ This demonstration ended at approximately 1650 hours.

At approximately 1710 hours, the demonstrators arrived at ⬚ Redacted - Private Info ⬚ This is the residence of ⬚ Redacted - Private Info ⬚ This demonstration ended at approximately 1730 hours.

At approximately 1815 hours, the demonstrators arrived at ⬚ Redacted - Private Info ⬚ This is the residence of Redacted - Private Info ⬚ We were able to call the residents and advise them that the demonstrators were in their area. This demonstration ended at approximately 1830 hours.

At approximately 1850 hours, the demonstrators stopped at ⬚ Redacted - Private Info ⬚ near the Oakland/Berkeley Border. We were able to call the residents and advise them prior to the demonstrator's arrival. Sergeant **YAO** made contact with ⬚ Redacted - Private Info ⬚ This demonstration ended at approximately 1915 hours.

UCPD Units followed the demonstrators' vehicles until approximately 2000 hours when they headed into Oakland towards the known residences of some of the protesters who lived in that city. All the units returned to UCPD at the direction of Sergeants **YAO** and **ALBERTS**.

We had a debriefing before ending our shift at approximately 2100 hours. I received four video disks of the demonstrations that occurred during the day from Officer **REICH**. I placed these disks into UCPD evidence locker # 5.

| 11. COPIES | | | | | | |
|---|---|---|---|---|---|---|
| TO: ☒ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |

| 12. REPORTING OFFICER | 13. DATE AND TIME | 14. APPROVING SUPERVISOR | 15. DATE |
|---|---|---|---|
| T. Zuniga # 73   *7272* | 01/27/2008, 0900 hours | *Kg* | |

CONFIDENTIAL

UC 000814

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-00377 |
|---|---|---|
| 1. ☒ INCIDENT REPORT<br>☐ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE **9** OF 9 |

| 4. TYPE REPORT<br>☒ ORIGINAL   ☐<br>SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>Incident Report | 6. CRIME<br>Demonstration |
|---|---|---|
| 7. INCIDENT<br>DATE **01/27/2008** TIME **1300** | 8. INCIDENT LOCATION<br>Multiple Private Residences in the cities of Berkeley, Oakland and El Cerrito | 9. ADDL. NAMES ATTACHED<br>☒ YES<br>☒ NO |

10. NARRATIVE

BPD Ofc. **O'DONNELL** wrote the following cases in regards to the incidents of the day: BPD case numbers Redacte (Traffic Collision)    Redacted - Investigative Privilege

I was advised on 01/28/2008, that a group of animal rights demonstrators had demonstrated at    Redacted -
Redacted -    on the evening of 01/27/2008 at approximately 2214 hours.  This is the residence of  Redacted -
    Redacted - Private Info    Refer to Officer **T. QUAN'S** # 42 report for
details of this demonstration (Case # Redacted -

Nothing Further.

11. COPIES

| TO:   ☒ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER<br>T. Zuniga # 73   *T z 73* | | 13. DATE AND TIME<br>01/27/2008, 0900 hours | 14. APPROVING SUPERVISOR<br>*9vy* | | 15. DATE | |

CONFIDENTIAL

# CAD Operations Report

## UC BERKELEY POLICE DEPARTMENT

| Call Number | | |
|---|---|---|
| | 08005543 | Printed 01/27/2008 08:09 PM |

## Call Detail Information   Jurisdictic   UCBPD

| Call Number 08005543 | Class | Taker D14 | Pos 1 | Call Owner | Status C | Date - Time Received Sun 01 /27/2008 11:53:02 | Inj 0 |
|---|---|---|---|---|---|---|---|

| Complaint DEMO | Ten Cod | Priority 2 | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|

| Incident Location ASHBY BART | | Apart/Suite | Floor/Bldg | Incident City BRK |
|---|---|---|---|---|

| Caller Name | Fire Run Zc | Fire Grade | EMS Run Z | Telephone 510- | Alt Telephone - - | Tower ID. |
|---|---|---|---|---|---|---|

| Caller Location ASHBY BART | | Apart/Suite | Floor/Bldg | Caller City BRK |
|---|---|---|---|---|

| Landmark | Tract | Grid | Weapons |
|---|---|---|---|

| ☐ BOLO | ☐ Fire Plan | ☐ Medical | ☐ Previous | ☐ Hazard | ☐ Images | ☐ Warrant |
|---|---|---|---|---|---|---|
| ☐ Traffic | ☐ Contacts | ☐ RMS CH | ☐ MS Alerts | ☐ Progress | ☐ eport Req | ☐ bject Req |

| ALI Time 00:00:00 | Call Rec'd 11:53:02 | Xmit 11:53:29 | Dispatch 11:53:36 | Enroute 11:53:36 | OnScene 12:11:24 | Departed 12:11:35 | Arrived | Comp 20:09:29 | Alarm | Unit 73 |
|---|---|---|---|---|---|---|---|---|---|---|

Narrative...

[01/27/2008 20:08:30 : W149]
ANIMAL RIGHTS DEMONSTRATION, BERKELEY.

[01/27/2008 19:54:30 : J141]
PER S22: ALL UNITS 10-22 AND HEAD TO 10-19

[01/27/2008 19:54:15 : J141]
S28: SOUTH ON SHATTUCK

[01/27/2008 19:53:44 : J141]
83(CHEVY) CROSSED MARKET
CAMRY PARKED IFO 2019 PRINCE
83: SOUTH ONTO SAN PABLO

S28: 2 OF 3 HAVE RETURNED TO CAR
FACING W/B ON PRICE W/O SHATTUCK
MOVING W/B ON PRINCE
S/B ON TREMONT
83: CROSSING PARK IN EMERYVILLE
S28: E ON 65TH

[01/27/2008 19:49:17 : J141]
83: RIGHT ON ADELINE TOWARDS OAKLAND

[01/27/2008 19:48:13 : J141]
83: MLK/ALCATRAZ

Page  1  of30

CONFIDENTIAL

UC 000816

**UC BERKELEY POLICE DEPARTMENT**

Call Number       08005543                   Printed 01/27/2008 08:09 PM

[01/27/2008 19:47:30 : J141]
S28; 10-88 SHATT/WOOSLEY
35: EYES ON CAR
83: S/B ON MLK

[01/27/2008 19:46:09 : J141]
GROUP RAN INTO 3106 SHATTUCK
83: S/B ADELINE

[01/27/2008 19:45:03 : J141]
35: CONT WEST ON PRINCE
35: WEST ON PRINCE PAST SHATTUCK
PULLING OVER IFO 2019 PRINCE
35: E ON PRINCE TOWARDS SHATTUCK ON FOOT

[01/27/2008 19:43:09 : J141]
83: CROSSING DANA AT BANCROFT
35: NORTH ON DEKIN FROM 66TH
35: WEST ON PRICE
83: SOUTH ON SHATTUCK

[01/27/2008 19:41:16 : J141]
35: E/O ON 66TH

[01/27/2008 19:40:42 : J141]
83: E/B ON HEARST
35: WEST ON ASHBY FROM SHATTUCK
35: SOUTH ON ADELINE
83: SOUTH ON GAYLEY
98/35 ON ADELINE TURNING E/B WOOSLEY
83: W/B ONTO BANCROFT
35 DOUBLE PARKED S/S WOOSLEY
35: EAST ON WOOSLEY
98/35 SUBJECT INSIDE OF BART
35: CAMERY SOUTH ON SHATTUCK

[01/27/2008 19:36:02 : J141]
35: SOUTH ON SHATTUCK AT HASTE
83: CROSSING ROSE
98/35 S/B ON SHATTUCK PASSING PARKER
83: CROSSING VIRGINIA
35: SOUTH ON SHATTUCK PASS ADELINE

[01/27/2008 19:33:23 : J141]
35; SOUTH ON FULTON AT CHANNING HEADED WEST ONTO CHANNING

[01/27/2008 19:30:36 : W149]
Unit : 83
SB EUCLID

[01/27/2008 19:30:04 : W149]
Unit : 35
SOUTH ON OXFORD FROM HEARST

[01/27/2008 19:29:46 : W149]

Page 2 of 30

CONFIDENTIAL

UC 000817

**UC BERKELEY POLICE DEPARTMENT**

Call Number      08005543      Printed 01/27/2008 08:09 PM

Unit : 40
WB BONNIE

[01/27/2008 19:29:12 : W149]
Unit : 83
RT ON HILLDALE NB

[01/27/2008 19:28:52 : W149]
Unit : 35
W ON HEARST FROM EUCLID

[01/27/2008 19:28:03 : W149]
Unit : 83
WB ON MARIN

[01/27/2008 19:27:04 : W149]
Unit : 35
SOUTH ON EUCLID FROM ROSE

[01/27/2008 19:26:37 : W149]
Unit : 35
RT ON HAWTHORNE FROM ROWSE

[01/27/2008 19:26:01 : W149]
Unit : 35
RT ON ROSE

[01/27/2008 19:25:46 : W149]
Unit : 40
NB GP PASSING SHASTA

[01/27/2008 19:24:34 : J141]
35: SHASTA/KEITH TAKING LEFT ON SHASTA
98: POSSIBLE HEAD TO CRAIGMONT ADDRESS
35: RIGHT ONTO TAMA

[01/27/2008 19:22:35 : J141]
35:(CAMRY) LEFT ON STERLING
MAKE LEFT AT SIGN WITH 15

35: MADE RIGHT BACK ONTO SHASTA, LEFT ON KEELER FROM SHASTA

[01/27/2008 19:20:41 : J141]
98: RIGHT ON GP FROM SUMMIT
35: CAMRY MAKING LEFT ON SHASTA W/B SHASTA

MAKE LEFT AT ~T~ INTERSECTION

[01/27/2008 19:19:34 : J141]
28/98 RIGHT ONTO GP
S28/LUMINA
S22/CAMRY
83/40 LUMINA

[01/27/2008 19:18:18 : W149]
35: CAMRY LEAVING TURNING RT ON GPEAK

CONFIDENTIAL

UC 000818

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | 08005543 | Printed 01/27/2008  08:09 PM |
|---|---|---|

98 EN ROUTE

[01/27/2008 19:17:53 : W149]
Unit : 35
CAMRY L

[01/27/2008 19:17:48 : W149]
Unit : 35
CAMRY L

[01/27/2008 19:16:39 : W149]
Unit : S28
PROTESTORS LEAVING

[01/27/2008 19:16:25 : W149]          Redacted - Private Info

[01/27/2008 19:04:51 : J141]
PER S28, GROUPS WAS ADVISED TO MOVE FROM FENCE AND WATCH OUT FOR GARDEN

[01/27/2008 19:04:16 : J141]
PER Redacted - PLEASE MOVE PROTESTORS AWAY FROM THE FENCE BEFORE THE WRECK THE GARDEN. S28 WILL ADVISED.

[01/27/2008 18:52:47 : J141]
98: CENT/GP
98: VEHICLE PASSED STREET
83: IFO Redacted - Private Info
S28(CAMRY) UP SUMMIT FROM GP

[01/27/2008 18:48:53 : J141]
83: CROSSING CENTENNIEL
83: E/B ON SUMMIT UPT THE HILL
83: VEHICLE STOPPED

[01/27/2008 18:46:14 : J141]
98/S28 (CAMRY) ON GP HEADED TOWARDS CENTENNIAL
83/40 (CHEVY) JUST PASSED ROCKWALL
98: PASSING STEAM TRAINS SP-19
83: PASSING MONKEY FARM

[01/27/2008 18:41:48 : W149]
Unit : 98
NB ON GRIZZLY PEAK

[01/27/2008 18:39:31 : J141]
VEHICLES POSSIBLE ENR TO  Redacted - Private Info

[01/27/2008 18:38:15 : J141]
83: (CHEVY) LEFT ON GP FRO CLARMONT

[01/27/2008 18:36:40 : J141]
98/CAMRY
83/40 CHEVY LUMINA

CONFIDENTIAL

UC 000819

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                        Printed 01/27/2008  08:09 PM

---

[01/27/2008 18:36:07 : J141]
40/83 (CHEVY) CLARM PASSING 29, 28,28
83: UP CLARMONT FROM RUSSELL

[01/27/2008 18:34:56 : J141]
83: E ON CLAREMONT
98; WEST ON CLAREMONT

[01/27/2008 18:32:13 : J141]
83(CHEVY): N/B ON ALVARADO FROM SILER. WITH 40

[01/27/2008 18:30:20 : J141]
98:          MAKING          RIGHT          HAND          TURN.          DOWN          HILL

[01/27/2008 18:28:20 : J141]
98: CAMRY IS MOVING

[01/27/2008 18:14:45 : J141]
83: 10-97 ALVARDO/SILER

[01/27/2008 18:12:31 : J141]
83: ON ALVARADO PASSING VINCENTE

[01/27/2008 18:11:56 : J141]
83(CAMRY)

[01/27/2008 18:11:07 : J141]
83: PASSING VICENTE

[01/27/2008 18:09:02 : J141]
35: WEST ON ASHBY

[01/27/2008 18:06:38 : J141]
35: N ON PINEWOOD FROM B TERRACE
73: TRIED CALLING Redacted NO ANSWER
35: SOUTH ON PINEWOOD
35: GETTING ON 13 NORTH

[01/27/2008 18:03:33 : J141]
35z: SOUTH ON BROADWAY TERRACE

[01/27/2008 18:02:34 : J141]
S28: CAMRY POSTED AT | Redacted - Private Info

[01/27/2008 17:59:39 : J141]
98: STOPPED AT 1045 SILER
S28 ENR

[01/27/2008 17:58:23 : J141]
98: JUST PAST SLADER ON ALVARADO
35: S ON 13
35: BROADWAY TERRACE

CONFIDENTIAL

UC 000820

Case3:09-cv-00168-JSW Document115-5 Filed02/14/11 Page16 of 40

Call Number      08005543         Printed 01/27/2008 08:09 PM

```
98 STILL NORTH ON ALVARADO
35: N ON BROADWAY TERRACE
98: ALVARADO/SILER
98: COMING BACK DOWN
S28 HOLDING AT ALVARADO/SILER

[01/27/2008 17:57:18 : W149]
Unit : 35
STOPPING TO CHECK DIRECTIONS

[01/27/2008 17:56:56 : W149]
Unit : 35
TURNING ON BROADWAY TERR TURNING BAACK SOUTH

[01/27/2008 17:54:03 : J141]
98: UP ALVARADO PASSING VINCENTE
PASSING [   Redacted - Private Info   ]

[01/27/2008 17:52:33 : J141]
98: ON EUCA
ALVARADO UP, RIGHT ON EUCALYPTUS
98: ON BRIDGE ST MAKING UTURN
35: EAST ON ASBHY FROM CLAREMONT
98 U TURN
98 ON ALVARADO UP HILL


[01/27/2008 17:50:16 : J141]
98: N/B UP ALVARADO
35: SOUTH ON WARRING AT DERBY TURNING EAST
98: UP ALVARADO
98: LEFT OFF ALVARADO, DEAD END MAKING UTURN

[01/27/2008 17:48:33 : J141]
35: S ON PIEDMONT FROM FORREST
98: GOING UP OAKRIDGE
35: N ON COLL FROM STUART
35: E ON DERBY FROM COLLEGE
35: NORTH ON PIEDMONT
98 MAKING A SOUTH TURN ONTO ASHBY
45: S WARRING

[01/27/2008 17:44:42 : J141]
35: S/B WARRING FROM PARKER
98: ON ASHBY APPROACHING 13
35: E ON DERBY FROM WARRING
98: HEADING TOWARDS 24
35: SOUTH ON CLAREMONT
98: TURNING AROUND HEARDED BACK TOWARD CLAREMOINT
35: W ON FORREST

[01/27/2008 17:42:00 : J141]
35: E ON DERBY FROM COLL
98: APPROCAHING HOTEL
35: N ON PIEDMONT FROM DERBY
35: E ON PARKER
```

CONFIDENTIAL

UC 000821

## UC BERKELEY POLICE DEPARTMENT

Call Number        08005543              Printed 01/27/2008 08:09 PM

[01/27/2008 17:40:27 : J141]
98: N/B ON ASHBY AT CHEVRON

[01/27/2008 17:39:52 : J141]
98; APPROACHING ASHBY
LEFT ONTO ASHBY
35: SOUTH ON COLL FROM CHANNING

[01/27/2008 17:38:09 : J141]
98 (CAMRY): S/B ON WARRING
98: E/B ON DERBY
35: CHEVY S ON PROSPECT
98: BELROSE
35: (CHEVY) W ON CHENNING

[01/27/2008 17:36:15 : J141]
98: W/B DWIGHT FROM PROSPECT
S22: CHEVY LUMINA COMING DOWN

[01/27/2008 17:35:01 : J141]
Unit : 98
ON PROSPECT S/B

[01/27/2008 17:34:32 : J141]
S22 WAITING FOR CHEV LUMINA

[01/27/2008 17:32:42 : W149]
Unit : S22
HEADING BACK INTO THERI CARS AND ABOUT TO LEAVE

[01/27/2008 17:30:41 : J141]
ON THE MOVE

[01/27/2008 17:30:21 : W149]
Unit : S28
ON THE MOVE

[01/27/2008 17:12:47 : J141]
98: E/B DWIGHT
N/B HILLSIDE
98: ON PROSPECT N/B
98: HEADED UP PANORAMIC

[01/27/2008 17:10:41 : J141]
S22: Redacted - Private Info
CHALKING ON THE STREET

[01/27/2008 17:10:10 : J141]
98: CHANNING/PROSPECT (S/B) OCCUPANTS ARE LOST

[01/27/2008 17:09:34 : J141]
S22 WALKING E/B TOWARDS PANORAMIC

[01/27/2008 17:09:14 : J141]

CONFIDENTIAL

UC 000822

Case3:09-cv-00168-JSW Document115-5 Filed02/14/11 Page18 of 40

Call Number          08005543                        Printed 01/27/2008 08:09 PM

---

98: S/B RIMWAY

[01/27/2008 17:08:32 : J141]
S28: EAST ON CENTENNIEL
S22 GETTING SIGNS OUT OF VEHICLE
S28: TURNING AROUND IN WITTER LOT

[01/27/2008 17:07:06 : J141]
98: PULLED INTO SOUTH LOT OF STADIUM
S22: ARDEN PANORAMIC OUT OF VEHICLE
S28: NORTH ON RIMWAY

[01/27/2008 17:05:45 : J141]
83: E/B CHANNING FROM WARRING

[01/27/2008 17:05:19 : J141]
98: AT CHANNING CIRCLE
S22: VEHICLE MAKING UTURN
98: N ON PIEDMONT
98: E/B ON BANCROFT FROM PIEDMONT

[01/27/2008 17:02:53 : J141]
83: PAUSING AT PANORAMIC
98: S/B BOW, NOE WAST ON CHANNING
45: BAD NUMBER FOR| Redacted - Private

[01/27/2008 17:01:20 : J141]
83: S/ PIDEMONT FROM BANCROFT
98: E/B DURANT FROM FULTON
83: N/ ON PIEDMONT
83: ON BANCROFT NEAR STEPS
83: E ON CHANNING
45: NOTIFING|          Redacted - Private Info
83: N ON PROSPECT

[01/27/2008 16:58:24 : J141]
98: MAKING HAND JESTERS TOWARDS NWAF

[01/27/2008 16:57:41 : J141]
98: S ON OXFROD APPROACHING HEARST

[01/27/2008 16:57:20 : J141]
83: CROSSING ARCH FROM
98: W/B CEDAR PASSING ARCH
98: S/B ON OXFORD FROM CEDAR
83: S/B EUCLID
83: E ON HEARST
83: S ON GAYLEY

[01/27/2008 16:54:51 : J141]
83: W/B ON CEDAR
S28~ E/B ON CEDAR
83: S/B ON SPRUCE
S28: E/B CEDAR

CONFIDENTIAL

UC 000823

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                    Printed 01/27/2008  08:09 PM

---

S28: N ON SCENIC
83: E/B VICGINIA
S28: MAY MAKE UTURN

[01/27/2008 16:53:45 : J141]
83: S/B ARCH FROM VINE

[01/27/2008 16:53:16 : W149]
Unit : 83
SB FROM VINE

[01/27/2008 16:52:56 : W149]
Unit : S28
SB ARCH FROM ROSE

[01/27/2008 16:52:36 : W149]
Unit : S28
E ON ROSE FORM SPRUCE

[01/27/2008 16:52:24 : W149]
NORTH ON SPRUCE

[01/27/2008 16:51:23 : J141]
Unit : S22
GROUP IS LOADING UP

[01/27/2008 16:48:18 : J141]
Unit : 98
LEAVING LOCATION

[01/27/2008 16:42:49 : J141]
73: SHATTUCK/PRINCE WATCHING LOCATION

[01/27/2008 16:36:07 : J141]
2BRW370

[01/27/2008 16:34:38 : J141]
S22: PROF Redacted CALLED BPD REGARDING PROTESTORS.   BPD OFC 23 MADE CONTACT AND
ADVISED HIM TO STAY INSIDE.

[01/27/2008 16:30:30 : J141]
BPD IS 10-97

[01/27/2008 16:29:39 : J141]
PROFESSOR Redacted HAS BEEN NOTIFIED

[01/27/2008 16:29:00 : J141]
45: LEFT MSG FOR SLIDER
73: 3124 SHATTUCK

[01/27/2008 16:28:55 : W149]
Unit : 98
OUT AT  Redacted - Private

Page  9 of30

**UC BERKELEY POLICE DEPARTMENT**

Call Number      08005543        Printed 01/27/2008  08:09 PM

[01/27/2008 16:28:31 : J141]
98: CHALKING ON VINE ST W/O SCENIC
S28: CAMRY] Redacted - Private Info
2245 Redacted HAS BEEN NOTIFIED

[01/27/2008 16:28:24 : W149]
Unit : 73
SUBJ SB

[01/27/2008 16:24:40 : J141]
73: W/B PRINCE FROM DEKIN (SUBJECT #1)
S28; W/B VINE FROM SCENIC

[01/27/2008 16:23:51 : J141]
GROUP HAS CONTAINER OF CHALK

[01/27/2008 16:23:42 : J141]
S28;W/B ON HEARST FROM GAYLEY
83: N/B ON OXFORD PASSING HEARST
S28: N ON SCENIC FROM HEARST
S28: N ON SCENIC FROM RIDGE
83: N/B OXFORD PASSING CEDAR
S28: N/B SCENIC AT HILGARD
83 E/B ON VINCE AT SPRUCE

S28: N/B SCENIC FROM CEDAR

[01/27/2008 16:19:23 : J141]
73: SUBJECT ENTERED WHOLE FOOD LOT (SUBJECT #1)
83: OXFORD
73: INSIDE OF WHOLE FOOD
83: OXFORD/CENTER
S28 N/B PIEDMONT PASSING BANCROFT

[01/27/2008 16:17:47 : J141]
S28; N/B PIED FROM DWIGHT
73: W ON ASHBY PAST TELEGRAPH, MW DREDS

[01/27/2008 16:15:30 : J141]
73: SUBJECT ON ASHBY IS SUBJECT #1
S28: N/B HILL PASSING DERBY
83: N/B COLL PASSING DWIGHT
S28: E/B DWIGHT FROM HILL
83: W/B BANCROFT

[01/27/2008 16:13:26 : J141]
S28 PULLED OVER MID BLOCK, OCCUPANT OUT OF CAR
S28: CAMRY N/B, SUBJECT S/B
MW SUBJECT DREDS, S/B

[01/27/2008 16:12:22 : J141]
83: N ON COLL
S28; W/B ON ASHBY

Page 10 of 30

CONFIDENTIAL        UC 000825

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                    Printed 01/27/2008 08:09 PM

---

S28: N/B ON HILLIGESS

[01/27/2008 16:10:25 : J141]
PER S28 CAMRY ON THE MOVE SOUTHBOUND WEST BOUND RUSSEL
98 WITH S28
83 LUMINA EASTBOUND RUSSELL
CAMRY SOUTHBOUND COLLEGE
83 WESTBOUND ASHBY

[01/27/2008 16:08:29 : J141]
PER 73 35 AND 73 WITH SOUTHBOUND GROUP
98 WITH WESTBOUND

[01/27/2008 16:07:46 : J141]
PER S28 5 GOING WESTBOUND RUSSELL

[01/27/2008 16:07:46 : W149]
Redacted - Private MADE COMPLAINT AND IS BEING CONTACTED BY BPD
Redacted - Private Info

[01/27/2008 16:07:08 : J141]
PER S28 GROUP IS MOVING SOUTHBOUND

[01/27/2008 16:06:48 : J141]
NOISE COMPLAINT FROM Redacted - ON THE Redacte LINE
PER S22 BPD MAKING CONTACT
PER S28 THE GROUP IS LEAVING

[01/27/2008 15:55:17 : J141]
PER S28 RP LOCATED 98 SUBJECT HE IS STANDING ON THE CORNER HE HAS NOT JOINED THE
GROUP

[01/27/2008 15:53:50 : J141]
PER S28 NO SIGN OF 98 SUBJECT

[01/27/2008 15:53:21 : J141]
PER S22 CONTACT THE RESIDENTISE CODE 4
PER 73 HE HAS ALREADY CONTACTED THE RESIDENT AND ADVISED

[01/27/2008 15:52:10 : J141]
PER S28 IFO Redacted - Private

[01/27/2008 15:51:57 : J141]
PER 98 SUBJECT APPROACHING BPD OFC KELSEY/ RUSSELL

[01/27/2008 15:51:03 : J141]
PER S28 Redacted -
BETWEEN Redacted - Private

[01/27/2008 15:50:03 : J141]
S28: GROUP OF 10
98: E/B RUSSEL FROM COLL
MW DREDS DRK CLO BACKPACK

[01/27/2008 15:49:02 : J141]

CONFIDENTIAL

UC 000826

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543          Printed 01/27/2008  08:09 PM

S28: CAMRY Redacted - Private Info
S/B ON PIEDMONT E/B RUSSELL ON FOOT
40: GROUP OF 3 KELSEY/RUSSELL
ALL TOGETHER AGAIN.

[01/27/2008 15:47:48 : J141]
S28: E/B RUSSELL. SUBJECT E/B ON RUSSEL NORTHSIDE OF THE STREET 40 WITH BPD
S28: CAMRY PARKING ON PIEDM/RUSSELL
83: NORTHBOUND ON PIEDMONT
83: Redacted - (CHEVY PARKED)

[01/27/2008 15:45:00 : J141]
PER BPD Redacted - IS AT RUSSELL/PIEDMONT WITH 2 OTHERS

[01/27/2008 15:44:15 : J141]
83: E/B ASHB CROSSING TELE
S28: CAMRY ON MOVE

[01/27/2008 15:43:21 : J141]
98: CALL BPD AND SEE IF OFC AT Red IS CODE 4.

[01/27/2008 15:41:31 : J141]
83: N/B ON MLK
45: STILL AT RUSSEL/COLL.
83: E/B ONTO ASHBY
S28: 2 CAME BACK TO CAM MA-DRK HOODY SS AND PANTS, FA DRK BLUE JACKET AND PANTS.
FEMALE GOT BAG FROM TRUNK.

[01/27/2008 15:38:02 : J141]
83: CHEVY LEAVING BART
S/B OUT OF LOT

[01/27/2008 15:38:50 : J141]
S22: Redact HAS MET UP WITH 2 OTHER PEOPLE AND ALL ARE COMING OUT OF BART.
98: UNKNOWN IF SUBJECT ARE STILL AT Redacted HAVEN'T CAME S/B

[01/27/2008 15:33:45 : J141]
73: S/B ON COLL (2ND SUBJECT)
83: DRIVER OF CHEVY OUT OF VEHICLE Redacte ON FOOT BREEZWAY ON BART
98: 2 SITTING ON CHAIRS IFO Redacted - Private

[01/27/2008 15:31:45 : J141]
S28: OUT OF S28 VIEW
98: 1 ON FOOT S/B COLL. BAD TRAFFIC
98 TO FOLLOW

[01/27/2008 15:30:52 : J141]
83: S/B MLK
83: E/B INTO BART STATION
S28: 3 IFO CAR IN LOT, 1 INSIDE OF KODAK
83: CHEVY IS PARKING
S28: 3 IFO CAR IS SPLITTING UP

CONFIDENTIAL

UC 000827

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                              Printed 01/27/2008 08:09 PM

---

[01/27/2008 15:28:52 : J141]
S28 W/B ON STUART
83: W/B ASBY CRISSONG ADELINE
S28: S/B ON PIEDMONT, W/B RUSSELL
FEMALE E/B ON RUSSELL FROM BAKERY. 40 WITH FEMALE
S28: RUSSEL/COLLE
73| Redacted - N/B ON COLL

[01/27/2008 15:26:26 : J141]
FEMALE BACK WITH VEHICLE

[01/27/2008 15:26:18 : J141]
FW ALL DRK CLOTHING, FUR LINE HOODED COAT, RED BANDANA

[01/27/2008 15:25:21 : J141]
FEMALE S/B

[01/27/2008 15:24:40 : J141]
S28: BACK INSIDE OF CAMRY
83: W/B ASHBY

[01/27/2008 15:21:18 : J141]
S28: W/B STUART W/ OF KELSEY
S28:| Redacted - Private
83: COLL/RUSSEL 711 PARKING LOT
S28:
83: W/B ON RUSSEL| Redacted - INSIDE OF 711
83: S/B ON COLL
S22: FEMALE INSIDE OF BAKERY
S22: STAY WITH CAR

[01/27/2008 15:18:13 : J141]
83: COLL/GARBER IN TRAFFIC
98: N/B ON PIEDMONT
98; APPROACHING PALM/KELSEY.| Redacted -

[01/27/2008 15:16:22 : J141]
98: S/B ON COLL APPROACHING RUSSELL
83: E/B DWI APPROACHING COLL
83: AT COLL INDICATING RIGHT TURN
98: COLL/RUSSELL
83: S/B COLL
98: E/B ON RUSSELL FROM COLL

[01/27/2008 15:12:05 : J141]
83: CHEVY HAS BUMPER STICKER THAT READS ~SPAY TODAY~

[01/27/2008 15:11:33 : J141]
83: MLK CROSSING UNI
98: E/B ON DWIGHT FROM MLK
98: E/B ON DWIGHT PASSING SHATTUCK
83: MLK CHANNING
98: E/B ON DWI PASSING DANA
83: E/B ON DWI
98: S/B COLL FROM DWIGHT

CONFIDENTIAL                                              UC 000828

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                    Printed 01/27/2008 08:09 PM

[01/27/2008 15:06:32 : J141]
98: S/B ON MLK PASSING HEARST
83: CONTIMNUE S/B ON THE ALAMEDA
83: MLK FROM THE ALAMEDA
98: MLK CENTER
98: MLK CHANNING. MAY BE HEADED BACK TO BART

[01/27/2008 15:04:22 : J141]
98: (CAMRY) S/B ON ENCINADA FROM TACOMA
98: STOPPED ON ENCINADA

83: (CHEVY) EAST ON ENCINADA
98: S/B ON MARIN FROM ENCINADA
83: E/B ON SOLANO
83: S/B MODACK
98: W/B ALAMEDA
83: E/B ON MARIN
83: S/B THE ALAMEDA
98: S/B MLK PASSING ROSE
98: S/B MLK AT CEDAR
83: DOG IN THE STREET S/B ALAMEDA. CHEVY STOPPED TO SAVE THE DOG

[01/27/2008 14:55:36 : J141]
Unit : 98
ON THE MOVE

[01/27/2008 14:54:47 : J141]
Unit : 35
VEHICLE MAY BE LEAVING

[01/27/2008 14:42:23 : J141]
Redacted - Private Info

[01/27/2008 14:41:07 : J141]
Unit : S22
Redacted - Private Info

[01/27/2008 14:40:34 : J141]
Unit : S22
8 MEMBERS HEADED BACK UP THE STRETT WILL ADVISE WHEN THEY STOP---IFO Redacted -

[01/27/2008 14:27:36 : D145]
PER S28 98 ON POST WITH A CAMERA
PER S22 THE RO OF THE OTHER VEHICLE IS 97

[01/27/2008 14:23:10 : J141]
CHEVY INVOLVED IN 11-82.          Redacted - Private Info

[01/27/2008 14:17:23 : D145]
PER C4 CALL THE RESIDENCE FIRST
CONTACTED THE RESIDENCE SPOKE WITH THE PROFESSOR WIFE THERE IS NO PROTESTORS AT
THIS LOCATION SHE HAS NOT SEEN ANY
PATROL UNITS HAVE BEEN 10-22

[01/27/2008 14:14:47 : J141]

Page 14 of30

CONFIDENTIAL                                              UC 000829

**UC BERKELEY POLICE DEPARTMENT**

Call Number      08005543      Printed 01/27/2008 08:09 PM

83: 3TJM512

[01/27/2008 14:13:51 : J141]
S28: GROUP EXITING

[01/27/2008 14:13:38 : J141]
83: W/B ON TACOMA
S28: S/B ON COLUSA PASSING FAIRVIEW
83: Redacted - (PAUSING). MAY BE CONT
S28: W/B TACOMA FROM COLUSA
S28: Redacted - (PARKED)

CHEVY INVOLVED IN 11-82

[01/27/2008 14:09:56 : J141]
S28: S/B ASHBURY FROM MOESER
83: E/B FAIRMONT FROM ASHBURY
83: RIGHT ONTO COLUSA
S28: S/B ASHBURY FROM LINCOLN
83: STILL ON COLUSA INTO KENSINGTON
83: E/B ON ROCKWAY FROM ASBURY
S28 S/B ON COLUSA
83: ON COLUSA BACK INTO BERKELEY

[01/27/2008 14:09:12 : D145]
PER S22 5 PROTESTORS AT Redacted - SEND 2 PATROL UNITS

[01/27/2008 14:05:05 : J141]
83: S/B RICHMOND (CHEVY)
S28: E
83: E/B ON MOSURE
28: N/B ARLINGTON
83: W/B WALDO
28: W/B MOSURE
83: S/B ASHBURY
83: CONTIN PAST STOCKTON

[01/27/2008 14:01:39 : J141]
S28: E/B ON SCHMIDT FROM ELM
S/B ON RICHMOND

CHEV W/B ON MANILA, S/B CURNEY

S28: E/B ON MOESUR FROM CURNEY (CAMRY)

83: E/B SCHMIDT

[01/27/2008 13:59:37 : J141]
CAMRY: S/B ON ELM (S28/98)

[01/27/2008 13:59:17 : D145]
PER 45 RICHMOND PD 10-8 THEY WERE 97 ON A DIFFERENT MATTER

Page 15 of 30

CONFIDENTIAL

UC 000830

UC BERKELEY POLICE DEPARTMENT

Call Number          08005543                          Printed 01/27/2008  08:09 PM

[01/27/2008 13:58:55 : D145]
PER S22                    Redacted - Private Info

[01/27/2008 13:58:06 : D145]
PER 45 RICHMOND 97

[01/27/2008 13:57:52 : D145]
PER 46 EL CERRITO 97

[01/27/2008 13:57:40 : D145]
PER 35 GROUP WRAPPING UP AND PACKING UP

[01/27/2008 13:54:44 : J141]
PER S28: BPD OFC ODONALD (OFC 23) IS 97

[01/27/2008 13:54:08 : J141]
                          Redacted - Private Info

[01/27/2008 13:52:15 : J141]
73: STOCKON/ELM

[01/27/2008 13:51:32 : J141]
S28: RESIDENCE FROM Red JUST STOPPED OUTSIDE. S22 MAKING CONTACT

[01/27/2008 13:50:14 : J141]
Unit : S22
Redacted - Private Info

[01/27/2008 13:49:59 : D145]
PER S22 CHANTING        Redacted -

[01/27/2008 13:49:53 : J141]
Unit : S22
MAY BE TARGETING Redacted - Private

[01/27/2008 13:49:22 : D145]
PER S28 Redacte THEY HAVE STARTED THEIR CHANTING

[01/27/2008 13:48:47 : J141]
Unit : S22
GROUP MARCHING N/B ON ELM. IFO Redacted -

[01/27/2008 13:47:59 : J141]
GROUP HEADED BACK ONTO ELM STREET

[01/27/2008 13:47:48 : D145]
83 HAS VIDEO CAMERA

[01/27/2008 13:47:47 : J141]
GROUP BRINGING SIGNS OUT OF CHEV (S22)

[01/27/2008 13:47:13 : J141]
SUBJECTS ARE PULLING SCARES OVER FACES

[01/27/2008 13:46:29 : J141]
BOTH CARS ARE PARKED IFO Redacted - AND EXITING

Page 16 of 30

CONFIDENTIAL

UC 000831

Call Number      08005543            Printed 01/27/2008 08:09 PM

[01/27/2008 13:45:26 : J141]
#3 AND COMPANY EXITING

[01/27/2008 13:45:06 : J141]
BOTH CARS ARE PULLED OVER FACING S/B

[01/27/2008 13:44:52 : J141]
RIGHT ON MANELA FROM ELM, STOPPING

[01/27/2008 13:44:40 : J141]
RIGHT ON MANELA, AND STOPPING

[01/27/2008 13:44:12 : J141]
83: Redacte (CHEVY) PULLED OVER

[01/27/2008 13:43:32 : J141]
83: CHEV S/B ON ELM FROM POTRERO
S22 CAMRY ALSO TURING

[01/27/2008 13:42:12 : J141]
S28 EXITING POTRETO(CAMPRY)
E/B ON POTERO

UNITS ARE ALL BACK TOGETHER

[01/27/2008 13:41:16 : J141]
UN 83: BACK ON FREEWAY E/B I-80 (CHEV)
CAMRY PASSING 580, RIGHT LANE
CHEV PASSING CARLETON
CAMRY E/B PASSING CENTRAL
CHEV EXIT 15 POTRETO, RIGHT AT LIGHT E/B TOWARDS SAN PABLO. E/B ON POTRETRO

[01/27/2008 13:38:31 : J141]
83; CHEV EXIT CENTRAL AVE I-80

[01/27/2008 13:37:31 : J141]
Unit : 83
STILL E/B I-80 JUST PAST BUCHANAN. CONTINE ON 80

[01/27/2008 13:36:28 : J141]
CAMRY E/B I -80 FROM ASHBY

[01/27/2008 13:35:56 : J141]
Unit : 83
PASSING E/B UNIVERSITY ON I-80

[01/27/2008 13:35:12 : J141]
Unit : S28
CAMRY W/B ASHBY PASS SAN PABLO

[01/27/2008 13:34:35 : J141]
Unit : 83
CHEV E/B ON I-80. WITH BPD

[01/27/2008 13:33:11 : J141]

CONFIDENTIAL

UC 000832

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                    Printed 01/27/2008  08:09 PM

CAMRY AT LIGHT
CHEV W/B ASBY THROUGH SAN PABLO

[01/27/2008 13:31:48 : J141]
W/B ASH AT LIGHT, E/O SAN PABLO

[01/27/2008 13:29:46 : J141]
W/B ON ASHBY JUST PASS SACRAMENTO

[01/27/2008 13:28:17 : J141]
W/B ON ASHBY PASS MLK

[01/27/2008 13:27:53 : J141]
PER S22 ALL UNITS FOLLOW BEHING INCASE GROUP SPLITS

[01/27/2008 13:27:34 : J141]
35: W/B ASBY  EAST OF MLK AT LIGHT

[01/27/2008 13:25:52 : J141]
ADELINE
W/B ASH
BPD IS 10-97 LEAD CAR

[01/27/2008 13:25:29 : J141]
CHEV EXITING OUT OF LOT S/B
FOLLOWING GROUP N/B

[01/27/2008 13:23:02 : J141]
Unit : S22
GROUP ENTERED STATION AND NOW HEADING OUT OF STATION THROUGH EAST SIDE. INSIDE SMALL
LOT. BREAKING OFF INTO TWO DIRECTIONS

[01/27/2008 13:21:20 : J141]
Unit : S22
WALKING S/B UNDER BREEZE WAY MAYBE TOWARDS STATION

[01/27/2008 13:20:48 : J141]
Unit : 73
BPD IS 10-97

[01/27/2008 13:19:54 : J141]
Unit : S22
SUBJECTS 1-3, AND POSSBILE 14 (WITH HOOD) AND 15

[01/27/2008 13:19:28 : J141]
Unit : S22
9 PEOPLE IN THE GROUP. GROUP DIDN'T GIVEN MUCH INFO, BUT STATED THEY WILL UPDATE S22
WITH ADDI INFO

[01/27/2008 13:12:33 : D145]
PER S22 HEADING INTO THE STATION TO MAKE CONTACT WITH THE GROUP CODE 4

[01/27/2008 13:07:09 : D145]
PER 45 1 FEMALE THE REST ARE BUNDLED UP HARD TO TELL IF FEMALE OR MALE

[01/27/2008 13:04:49 : D145]

CONFIDENTIAL

UC 000833

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | | Printed |
|---|---|---|
| | 08005543 | 01/27/2008 08:09 PM |

PER 73 POSSIBLE MATCH ON #3 BRN T-SHIRT DRK BACKPACK
PER 45 LOOKS LIKE HIM AND ALSO A GROUP OF 4 ON THE WEST SIDE LOT

[01/27/2008 12:56:37 : J141]
1 SUBJECT WITH HOODY

[01/27/2008 12:56:11 : J141]
3 UNKNOWN SUBJECTS ALONG W PERIMETER FENCE-WEST LOT. 40 WILL CONDUCT AREA CHECK N/B
ON ADELINE

[01/27/2008 12:45:14 : D145]
STATION 10-26 NO FLYERS

[01/27/2008 12:43:32 : D145]
BART PD 97 HE WILL WALK THROUGH AND MONITOR THE STATION

[01/27/2008 12:13:53 : D145]
PER 45 WEST LOT 10-26
PER 73 EAST LOT 2 POSSIBLE
S28 CLAREMONT/WOOSLEY S/E EAST LOT
40 MLK
35/83 ADELINE/ASHBY


PER 45 FLEE MARKET CANCELLED DUE TO RAIN

[01/27/2008 12:05:18 : D145]
ANIMAL RIGHTS PROTEST MEET UP AT ENTRANCE TO ASHBY BART STATION (3100 ADELINE ST,
BERKELEY, CA)

[01/27/2008 11:53:29 : D145]
ANIMAL RIGHTS PROTEST
Press Release Notes

Location Comment

## Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| UCPD | 2008-05320 | S22 |

## Department/RMS OCA Numbers

| Department | OCA Number | RMS Jurisdiction |
|---|---|---|
| UCPD | 08-00377 | CA0019700 |

## Call Dispositions

| Date - Time | Disposition |
|---|---|
| 2008/01/27 20:09:23 | REPORT TAKEN |

CONFIDENTIAL

UC 000834

Call Number          08005543                                Printed 01/27/2008 08:09 PM

## Call Log

| Unit | Status | Date/Time | Dept | Type | Comments | Officers | Odometer |
|------|--------|-----------|------|------|----------|----------|----------|
| S22 | ENR | 1/27/2008 11:53:36 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 40 | ENR | 1/27/2008 11:53:40 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 98 | ENR | 1/27/2008 11:53:42 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| S28 | ENR | 1/27/2008 11:53:53 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 35 | ENR | 1/27/2008 11:54:07 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 45 | ENR | 1/27/2008 11:54:21 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 83 | ENR | 1/27/2008 11:54:50 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 73 | ENR | 1/27/2008 11:54:52 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 45 | ONS | 1/27/2008 12:11:24 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 83 | ONS | 1/27/2008 12:11:26 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 98 | ONS | 1/27/2008 12:11:29 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 73 | ONS | 1/27/2008 12:11:31 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 40 | LEF | 1/27/2008 12:11:35 | UCPD | POL | Left Scene, ASHBY BART, BRK | | 0.0 |
| 40 | ONS | 1/27/2008 12:11:38 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 35 | ONS | 1/27/2008 12:11:54 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| S22 | ONS | 1/27/2008 12:11:56 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| S28 | ONS | 1/27/2008 12:12:01 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 35 | LEF | 1/27/2008 12:17:43 | UCPD | POL | Left Scene, ADELINE/ASHBY, BRK | | 0.0 |
| 35 | ONS | 1/27/2008 12:17:46 | UCPD | POL | ADELINE/ASHBY, BRK | | 0.0 |
| 40 | LEF | 1/27/2008 12:17:52 | UCPD | POL | Left Scene, MLK, BRK | | 0.0 |
| 40 | ONS | 1/27/2008 12:17:54 | UCPD | POL | MLK, BRK | | 0.0 |
| 45 | LEF | 1/27/2008 12:18:02 | UCPD | POL | Left Scene, WEST LOT , BRK | | 0.0 |
| 45 | ONS | 1/27/2008 12:18:05 | UCPD | POL | WEST LOT , BRK | | 0.0 |
| 73 | LEF | 1/27/2008 12:19:21 | UCPD | POL | Left Scene, EAST LOT, BRK | | 0.0 |
| 73 | ONS | 1/27/2008 12:19:24 | UCPD | POL | EAST LOT, BRK | | 0.0 |
| 73 | ONS | 1/27/2008 12:19:26 | UCPD | POL | EAST LOT, BRK | | 0.0 |
| 83 | LEF | 1/27/2008 12:19:55 | UCPD | POL | Left Scene, ASHBY BART, BRK | | 0.0 |
| 83 | LEF | 1/27/2008 12:20:07 | UCPD | POL | Left Scene, ADELINE/ASHBY, BRK | | 0.0 |
| 83 | ONS | 1/27/2008 12:20:12 | UCPD | POL | ADELINE/ASHBY, BRK | | 0.0 |
| S28 | LEF | 1/27/2008 12:20:31 | UCPD | POL | Left Scene, S/E EAST LOT, BRK | | 0.0 |
| S28 | ONS | 1/27/2008 12:20:34 | UCPD | POL | S/E EAST LOT, BRK | | 0.0 |
| 98 | LEF | 1/27/2008 12:44:38 | UCPD | POL | Left Scene, WOOLSEY/WHITNEY, BRK | | 0.0 |
| 98 | ONS | 1/27/2008 12:56:41 | UCPD | POL | WOOLSEY/WHITNEY, BRK | | 0.0 |
| 73 | LEF | 1/27/2008 13:39:40 | UCPD | POL | Left Scene, EAST LOT, BRK | | 0.0 |
| 73 | LEF | 1/27/2008 13:39:53 | UCPD | POL | Left Scene, SAN PABLO/CEDAR, BRK | | 0.0 |
| 73 | ONS | 1/27/2008 13:39:55 | UCPD | POL | SAN PABLO/CEDAR, BRK | | 0.0 |
| 73 | LEF | 1/27/2008 13:52:17 | UCPD | POL | Left Scene, STOKTON/ELM, BRK | | 0.0 |
| 73 | LEF | 1/27/2008 13:52:26 | UCPD | POL | Left Scene, STOCKTON/ELM, BRK | | 0.0 |
| 73 | ONS | 1/27/2008 13:52:28 | UCPD | POL | STOCKTON/ELM, BRK | | 0.0 |
| 83 | LEF | 1/27/2008 13:52:41 | UCPD | POL | Left Scene, Redacte BRK | | 0.0 |
| 83 | ONS | 1/27/2008 13:52:44 | UCPD | POL | Redacte BRK | | 0.0 |

CONFIDENTIAL

UC 000835

**UC BERKELEY POLICE DEPARTMENT**

Call Number      08005543          Printed 01/27/2008 08:09 PM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 98 | LEF | 1/27/2008 | 13:53:06 | UCPD | POL | Left Scene, Redacte BRK | | 0.0 |
| 98 | ONS | 1/27/2008 | 13:53:08 | UCPD | POL | Redacte BRK | | 0.0 |
| 45 | LEF | 1/27/2008 | 13:53:43 | UCPD | POL | Left Scene, Redacte BRK | | 0.0 |
| 45 | ONS | 1/27/2008 | 13:53:45 | UCPD | POL | Redacte BRK | | 0.0 |
| 40 | LEF | 1/27/2008 | 13:54:03 | UCPD | POL | Left Scene Redacte BRK | | 0.0 |
| 40 | ONS | 1/27/2008 | 13:54:05 | UCPD | POL | Redacte BRK | | 0.0 |
| 35 | LEF | 1/27/2008 | 13:54:11 | UCPD | POL | Left Scene Redacte BRK | | 0.0 |
| 35 | ONS | 1/27/2008 | 13:54:13 | UCPD | POL | Redacte BRK | | 0.0 |
| S22 | LEF | 1/27/2008 | 13:54:20 | UCPD | POL | Left Scene Redacte BRK | | 0.0 |
| S22 | ONS | 1/27/2008 | 13:54:21 | UCPD | POL | Redacte BRK | | 0.0 |
| S28 | LEF | 1/27/2008 | 13:54:31 | UCPD | POL | Left Scene, Redacte BRK | | 0.0 |
| 90 | ENR | 1/27/2008 | 14:09:25 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 90 | LEF | 1/27/2008 | 14:09:37 | UCPD | POL | Left Scene, Redacted - ROAD, BRK | | 0.0 |
| 58 | ENR | 1/27/2008 | 14:09:41 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 58 | LEF | 1/27/2008 | 14:09:49 | UCPD | POL | Left Scene, Redacted - ROAD, BRK | | 0.0 |
| 58 | REM | 1/27/2008 | 14:23:37 | UCPD | POL | REM | | 0.0 |
| 90 | REM | 1/27/2008 | 14:23:50 | UCPD | POL | REM | | 0.0 |
| S28 | ONS | 1/27/2008 | 14:25:14 | UCPD | POL | Redacte, BRK | | 0.0 |
| 40 | ENR | 1/27/2008 | 15:44:28 | UCPD | POL | Redacted -, BRK | | 0.0 |
| 40 | ONS | 1/27/2008 | 15:45:11 | UCPD | POL | Redacted -, BRK | | 0.0 |
| 93 | ENR | 1/27/2008 | 15:52:14 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 93 | REM | 1/27/2008 | 15:52:18 | UCPD | POL | REM | | 0.0 |
| 42 | ONS | 1/27/2008 | 16:14:12 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 73 | ONS | 1/27/2008 | 16:14:15 | UCPD | POL | STOCKTON/ELM, BRK | | 0.0 |
| 93 | QUE | 1/27/2008 | 16:14:23 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 42 | QUE | 1/27/2008 | 16:14:36 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 42 | REM | 1/27/2008 | 16:14:40 | UCPD | POL | REM | | 0.0 |
| 93 | REM | 1/27/2008 | 16:43:33 | UCPD | POL | REM | | 0.0 |
| S22 | REM | 1/27/2008 | 19:55:39 | UCPD | POL | REM | | 0.0 |
| 35 | REM | 1/27/2008 | 19:55:40 | UCPD | POL | REM | | 0.0 |
| 40 | REM | 1/27/2008 | 19:55:42 | UCPD | POL | REM | | 0.0 |
| 45 | REM | 1/27/2008 | 19:55:43 | UCPD | POL | REM | | 0.0 |
| 73 | REM | 1/27/2008 | 19:55:45 | UCPD | POL | REM | | 0.0 |
| 83 | REM | 1/27/2008 | 19:55:47 | UCPD | POL | REM | | 0.0 |
| 98 | REM | 1/27/2008 | 19:55:50 | UCPD | POL | REM | | 0.0 |
| S28 | REM | 1/27/2008 | 19:55:52 | UCPD | POL | REM | | 0.0 |
| 73 | ONS | 1/27/2008 | 20:09:18 | UCPD | POL | ASHBY BART, BRK | | 0.0 |
| 73 | | 1/27/2008 | 20:09:20 | UCPD | POL | Primary Unit | Unknown | 0.0 |
| 73 | COM | 1/27/2008 | 20:09:29 | UCPD | POL | COM | | 0.0 |

CONFIDENTIAL

UC 000836

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | | | 08005543 | | | | | Printed | 01/27/2008  08:09 PM |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| 35 | UCPD | | 11:54:0 | 12:11:5 | 12:17:4 | | | 19:55:4 | |
| 40 | UCPD | | 11:53:4 | 12:11:3 | 12:11:3 | | | 19:55:4 | |
| 42 | UCPD | | | 16:14:1 | | | | 16:14:4 | |
| 45 | UCPD | | 11:54:2 | 12:11:2 | 12:16:0 | | | 19:55:4 | |
| 58 | UCPD | | 14:09:4 | | 14:09:4 | | | 14:23:3 | |
| 73 | UCPD | | 11:54:5 | 12:11:3 | 12:19:2 | | | 19:55:4 | 20:09:2 |
| 83 | UCPD | | 11:54:5 | 12:11:2 | 12:19:5 | | | 19:55:4 | |
| 90 | UCPD | | 14:09:2 | | 14:09:3 | | | 14:23:5 | |
| 93 | UCPD | | 15:52:1 | | | | | 16:43:3 | |
| 98 | UCPD | | 11:53:4 | 12:11:2 | 12:44:3 | | | 19:55:5 | |
| S22 | UCPD | | 11:53:3 | 12:11:5 | 13:54:2 | | | 19:55:3 | |
| S28 | UCPD | | 11:53:5 | 12:12:0 | 12:20:3 | | | 19:55:5 | |

CONFIDENTIAL

UC 000837

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | 08005543 | | | Printed 01/27/2008 08:09 PM |
|---|---|---|---|---|

## Unit Log

| Date-Time | Dept | Unit | Officer ID | Action | Comments |
|---|---|---|---|---|---|
| 13:19:28 | UCPD | S22 | | Note | Unit : S22<br>9 PEOPLE IN THE GROUP. GROUP DIDN'T GIVEN MUCH INFO, BUT STATED THEY WILL UPDATE S22 WITH ADDI INFO |
| 13:19:54 | UCPD | S22 | | Note | Unit : S22<br>SUBJECTS 1-3, AND POSSBILE 14 (WITH HOOD) AND 15 |
| 13:20:48 | UCPD | 73 | | Note | Unit : 73<br>BPD IS 10-97 |
| 13:21:20 | UCPD | S22 | | Note | Unit : S22<br>WALKING S/B UNDER BREEZE WAY MAYBE TOWARDS STATION |
| 13:23:02 | UCPD | S22 | | Note | Unit : S22<br>GROUP ENTERED STATION AND NOW HEADING OUT OF STATION THROUGH EAST SIDE. INSIDE SMALL LOT. BREAKING OFF INTO TWO DIRECTIONS |
| 13:34:35 | UCPD | 83 | | Note | Unit : 83<br>CHEV E/B ON I-80. WITH BPD |
| 13:35:12 | UCPD | S28 | | Note | Unit : S28<br>CAMRY W/B ASHBY PASS SAN PABLO |
| 13:35:56 | UCPD | 83 | | Note | Unit : 83<br>PASSING E/B UNIVERSITY ON I-80 |
| 13:37:31 | UCPD | 83 | | Note | Unit : 83<br>STILL E/B I-80 JUST PAST BUCHANAN. CONTINE ON 80 |
| 13:48:47 | UCPD | S22 | | Note | Unit : S22<br>GROUP MARCHING N/B ON ELM. IFO Redacted - |
| 13:49:53 | UCPD | S22 | | Note | Unit : S22<br>MAY BE TARGETING Redacted - |
| 13:50:14 | UCPD | S22 | | Note | Unit : S22<br>Redacted - Private Info |
| 13:57:48 | UCPD | 45 | | Note | |
| 14:25:25 | UCPD | S28 | | Note | |
| 14:25:32 | UCPD | 83 | | Note | |
| 14:40:34 | UCPD | S22 | | Note | Unit : S22<br>8 MEMBERS HEADED BACK UP THE STRETT WILL ADVISE WHEN THEY STOP---IFO Redacted - |
| 14:41:07 | UCPD | S22 | | Note | Unit : S22<br>Redacted - Private Info |
| 14:54:47 | UCPD | 35 | | Note | Unit : 35 |
| 14:55:36 | UCPD | 98 | | Note | VEHICLE MAY BE LEAVING<br>Unit : 98<br>ON THE MOVE |
| 15:44:25 | UCPD | 40 | | Note | Redacted - Private |
| 16:28:24 | UCPD | 73 | | Note | Unit : 73<br>SUBJ SB |
| 16:28:55 | UCPD | 98 | | Note | Unit : 98<br>OUT AT Redacted - |
| 16:43:19 | UCPD | 45 | | Note | Redacted - |
| 16:43:25 | UCPD | 35 | | Note | Private Info |
| 16:43:31 | UCPD | 83 | | Note | |
| 16:43:41 | UCPD | 98 | | Note | |
| 16:43:46 | UCPD | S28 | | Note | |
| 16:44:11 | UCPD | 73 | | Note | , STOCKTON/PRINCE |

CONFIDENTIAL

UC 000838

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | 08005543 | | Printed 01/27/2008  08:09 PM |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 16:48:16 | UCPD | 98 | Note | Unit : 98 |
| | | | | LEAVING LOCATION |
| 16:51:23 | UCPD | S22 | Note | Unit : S22 |
| | | | | GROUP IS LOADING UP |
| 16:52:36 | UCPD | S28 | Note | Unit : S28 |
| | | | | E ON ROSE FORM SPRUCE |
| 16:52:56 | UCPD | S28 | Note | Unit : S28 |
| | | | | SB ARCH FROM ROSE |
| 16:53:16 | UCPD | 83 | Note | Unit : 83 |
| | | | | SB FROM VINE |
| 17:30:21 | UCPD | S28 | Note | Unit : S28 |
| | | | | ON THE MOVE |
| 17:32:42 | UCPD | S22 | Note | Unit : S22 |
| | | | | HEADING BACK INTO THERI CARS AND |
| | | | | ABOUT TO LEAVE |
| 17:35:01 | UCPD | 98 | Note | Unit : 98 |
| | | | | ON PROSPECT S/B |
| 17:56:56 | UCPD | 35 | Note | Unit : 35 |
| | | | | TURNING ON BROADWAY TERR |
| | | | | TURNING BAACK SOUTH |
| 17:57:18 | UCPD | 35 | Note | Unit : 35 |
| | | | | STOPPING TO CHECK DIRECTIONS |
| 18:41:48 | UCPD | 98 | Note | Unit : 98 |
| | | | | NB ON GRIZZLY PEAK |
| 19:16:39 | UCPD | S28 | Note | Unit : S28 |
| | | | | PROTESTORS LEAVING |
| 19:17:48 | UCPD | 35 | Note | Unit : 35 |
| | | | | CAMRY L |
| 19:17:53 | UCPD | 35 | Note | Unit : 35 |
| | | | | CAMRY L |
| 19:25:46 | UCPD | 40 | Note | Unit : 40 |
| | | | | NB GP PASSING SHASTA |
| 19:26:01 | UCPD | 35 | Note | Unit : 35 |
| | | | | RT ON ROSE |
| 19:26:37 | UCPD | 35 | Note | Unit : 35 |
| | | | | RT ON HAWTHORNE FROM ROWSE |
| 19:27:04 | UCPD | 35 | Note | Unit : 35 |
| | | | | SOUTH ON EUCLID FROM ROSE |
| 19:28:03 | UCPD | 83 | Note | Unit : 83 |
| | | | | WB ON MARIN |
| 19:28:52 | UCPD | 35 | Note | Unit : 35 |
| | | | | W ON HEARST FROM EUCLID |
| 19:29:12 | UCPD | 83 | Note | Unit : 83 |
| | | | | RT ON HILLDALE NB |
| 19:29:46 | UCPD | 40 | Note | Unit : 40 |
| | | | | WB BONNIE |
| 19:30:04 | UCPD | 35 | Note | Unit : 35 |
| | | | | SOUTH ON OXFORD FROM HEARST |
| 19:30:36 | UCPD | 83 | Note | Unit : 83 |
| | | | | SB EUCLID |

CONFIDENTIAL

UC 000839

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | 08005543 | Printed 01/27/2008 08:09 PM |
|---|---|---|

## Call Persons

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name | Description

Redacted - Private Info

Call Subject Statistics

Question | Answer

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name | Description

Redacted - Private Info

Call Subject Statistics

Question | Answer

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name | Description

Redacted - Private Info

Call Subject Statistics

Question | Answer

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name | Description

Redacted - Private Info

CONFIDENTIAL

UC 000840

## UC BERKELEY POLICE DEPARTMENT

| Call Number | 08005543 | Printed 01/27/2008 08:09 PM |
|---|---|---|

---

### Call Subject Statistics

| Question | Answer |
|---|---|

| Category | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|

| | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|

| Business Name | | Description |
|---|---|---|

Redacted - Private Info

---

### Call Subject Statistics

| Question | Answer |
|---|---|

| Category | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|

| | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|

| Business Name | | Description |
|---|---|---|

Redacted - Private Info

---

### Call Subject Statistics

| Question | Answer |
|---|---|

| Category | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|

| | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|

| Business Name | | Description |
|---|---|---|

Redacted - Private Info

---

### Call Subject Statistics

| Question | Answer |
|---|---|

| Category | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|

| | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
|---|---|---|---|---|---|---|---|---|---|

| Business Name | | Description |
|---|---|---|

---

CONFIDENTIAL

UC 000841

## UC BERKELEY POLICE DEPARTMENT

Call Number          08005543                    Printed 01/27/2008 08:09 PM

Redacted - Private Info

**Call Subject Statistics**

Question                                          Answer

| Category | Last Name | | First Name | Middle Name | Suffix | | | |
|----------|-----------|---|-----------|-------------|--------|---|---|---|
| | | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
| Business Name | | | Description | | | | | | | |

Redacted - Private Info

**Call Subject Statistics**

Question                                          Answer

| Category | Last Name | | First Name | Middle Name | Suffix | | | |
|----------|-----------|---|-----------|-------------|--------|---|---|---|
| | | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
| Business Name | | | Description | | | | | | | |

Redacted - Private Info

**Call Subject Statistics**

Question                                          Answer

| Category | Last Name | | First Name | Middle Name | Suffix | | | |
|----------|-----------|---|-----------|-------------|--------|---|---|---|
| | | | Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN |
| Business Name | | | Description | | | | | | | |

Redacted - Private Info

**Call Subject Statistics**

Question                                          Answer

CONFIDENTIAL

UC 000842

**UC BERKELEY POLICE DEPARTMENT**

Call Number        08005543                              Printed 01/27/2008 08:09 PM

---

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name
Description
Redacted - Private Info

**Call Subject Statistics**

Question                                    Answer

---

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name
Description
Redacted - Private Info

**Call Subject Statistics**

Question                                    Answer

---

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name
Description
Redacted - Private Info

**Call Subject Statistics**

Question                                    Answer

---

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name
Description
Redacted - Private Info

**Call Subject Statistics**

Question                                    Answer

---

CONFIDENTIAL

UC 000843

## UC BERKELEY POLICE DEPARTMENT

Call Number          08005543                          Printed 01/27/2008  08:09 PM

Category  Last Name          First Name      Middle Name   Suffix
                             Race  Sex  Ethni  Heigh  Weigh  Age    DOB      OLN
Business Name                Description
                             Redacted - Private Info

**Call Subject Statistics**

Question                                      Answer

Category  Last Name          First Name      Middle Name   Suffix
                             Race  Sex  Ethni  Heigh  Weigh  Age    DOB      OLN
Business Name                Description
                             Redacted - Private Info

**Call Subject Statistics**

Question                                      Answer

Category  Last Name          First Name      Middle Name   Suffix
                             Race  Sex  Ethni  Heigh  Weigh  Age    DOB      OLN
Business Name                Description
                             Redacted - Private Info

**Call Subject Statistics**

Question                                      Answer

Category  Last Name          First Name      Middle Name   Suffix
                             Race  Sex  Ethni  Heigh  Weigh  Age    DOB      OLN
Business Name                Description
                             Redacted - Private Info

**Call Subject Statistics**

Question                                      Answer

Page  29  of 30

CONFIDENTIAL

**UC BERKELEY POLICE DEPARTMENT**

Call Number          08005543                         Printed 01/27/2008  08:09 PM

## Call Vehicles

| Year | Make | Model | VIN | Plate | Color | Towe | BOL( |
|------|------|-------|-----|-------|-------|------|------|
| Comments | | | | Owner | | | |
| | | | | Redacted - Private Info | | | |

CONFIDENTIAL

UC 000845