# EXHIBIT F



Indybay Needs Your Help: Donate Now
We need to raise $2,010 to continue operati
All donations go directly to operating costs.

About Contact Subscribe Calendar Publish Print Donate

**Regions**
north coast
central valley
north bay
east bay
south bay
san francisco
peninsula
santa cruz
california
us
international

**Topics**
animal lib
anti-war
arts + action
drug war
education
en español
environment
global justice
government
health/housing
immigrant
media
labor
lgbti / queer
police state
racial justice
womyn

**International**
americas
haiti
iraq
palestine
afghanistan

**More**
**make media**
**get involved**
**calendar**
**gallery**
**archives**
**chat**
**links**

Search

**Donate**
Help support grassroots independent media.
Donate
$97.00 donated in past month

**IMC Network**

printable version - fixed-width version

## East Bay | Animal Liberation

### Peter Young Speaks at the Long Haul, 1/9/08: video
by dave id
*Sunday Jan 13th, 2008 10:04 PM*

Peter Young (http://www.indybay.org/newsitems/2007/02/12/18361806.php) spoke at the Long Haul in Berkeley on January 9th, 2008 prior to a screening of "Behind the Mask".

**peteryoung_longhaul_1-9-0...**

In 1997, Peter Young freed 8,000 - 10,000 mink and foxes from various fur farms in a two-week road trip across three midwestern states. In 1998, indictments were handed down for the arrest of Peter Young and accomplice Justin Samuel. After nearly 7 years on the run, federal authorities captured Peter Young in San Jose in 2005 and he served almost two years in prison until his release in early 2007.

Video includes Peter's discussion of the following:

1. Point of No Return -- that leads to direct action
2. Erasing the Abstraction -- being motivated to action by seeing with our own eyes
3. The Power of One -- to make a difference with direct action
4. De-mystifying Direct Action

Apologies for the missing parts of Peter Young's talk in-between these 4 video segments. Video equipment used was not ideal.

**Point of No Return (8:30 min)** §
by dave id *Sunday Jan 13th, 2008 10:04 PM*



download video:
01-peteryoung_1-9-08.mp4 (16.6MB)

Copy the following to embed the movie into another web page:

```
<object type="application/x-shockwave-flash" width="480" height="388"
data="http://www.indybay.org/js/flowplayer/FlowPlayer.swf"> <param name="movie"
```

Peter discusses that after his work doing vegan outreach and the like he reached his point of no return when a friend accidentally discovered a chicken slaughterhouse in an industrial section of Seattle. He describes numerous visits to this slaughterhouse and other industrial animal facilities which led to his releasing of thousands of fur-bearing animals in 1997.

The tail-end of this section of video misses Peter's brief recounting of the last two fur farms hit in Wisconsin during his two-week road trip. He then skips over his years as a federal fugitive and goes into his arrest in the next video segment.

**Erasing the Abstraction (8:30 min)** §
by dave id *Sunday Jan 13th, 2008 10:04 PM*

download video:

02-peteryoung_1-9-08.mp4 (18.0MB)

Copy the following to embed the movie into another web page:

```
<object type="application/x-shockwave-flash" width="480" height="388"
data="http://www.indybay.org/js/flowplayer/FlowPlayer.swf"> <param name="movie"
```

Peter starts here with his arrest, charges, and prison time after being a federal fugitive.

He then moves into the next portion of his talk and emphasizes the importance of finding out what's happening in your neighborhood with animals. To make his point, he lists a couple of local Berkeley businesses and institutions that misuse animals that he was able to learn about in a few minutes by simply looking on the internet.

Peter discusses a lynx fur farm he once saw that held more lynxes than exist wild in the entire U.S. It's seeing such atrocities first-hand that haunts activists and compels them to take direct action.

Missing here, at the end, is Peter's discussion of returning to Seattle after prison, finding that most of his friends no longer were active, with two from the SHAC7 having been imprisoned (http://www.indybay.org/newsitems/2006/04/18/45062.php).

**The Power of One (1:55 min)** §
by dave id *Sunday Jan 13th, 2008 10:04 PM*

download video:
03-peteryoung_1-9-08.mp4 (3.8MB)

Copy the following to embed the movie into another web page:

```
<object type="application/x-shockwave-flash" width="480" height="388"
data="http://www.indybay.org/js/flowplayer/FlowPlayer.swf"> <param name="movie"
```

Peter discusses how after finding himself alone in Seattle he began to question the direct action conventional wisdom of never acting alone. By following such advice, Peter ended up with a co-defendent who turned state's evidence against him, and he has rethought what is actually required to pull off successful direct actions.

Missing here at the end are examples of simple direct actions individuals could do by themselves, up to and including things like his emptying a mink farm which could have been done by a single individual.

**De-mystifying Direct Action (1:49 min)** §
by dave id *Sunday Jan 13th, 2008 10:04 PM*



download video:
04-peteryoung_1-9-08.mp4 (4.1MB)

Copy the following to embed the movie into another web page:

```
<object type="application/x-shockwave-flash" width="480" height="388"
data="http://www.indybay.org/js/flowplayer/FlowPlayer.swf"> <param name="movie"
```

Peter says that "Behind the Mask" was not intended to entertain but rather to confront all us us with our own inaction, pulling the mask away from the people in the movie so that we see not them but ourselves. He emphasized that there are no experts in direct action or animal rights actions. Every single one of us is an animal liberator.

**Behind the Mask** §
by dave id *Sunday Jan 13th, 2008 10:04 PM*

277_behindthemasklb1_1.jpg

"Behind the Mask: The Story Of The People Who Risk Everything To Save Animals"
http://www.indybay.org/newsitems/2006/12/04/18335119.php

Behind the Mask torrent
http://www.indybay.org/newsitems/2008/01/05/18470290.php?show_comments=1#18470319

Add Your Comments

**LATEST COMMENTS ABOUT THIS ARTICLE**
Listed below are the latest comments posted about this article.
These comments are anonymously submitted by website visitors.

| TITLE | AUTHOR | DATE |
|---|---|---|
| intent | thoughts | Thursday Jan 17th, 2008 11:33 PM |
| precaution | Trudi | Monday Jan 14th, 2008 8:26 AM |

© 2000-2010 San Francisco Bay Area Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, and rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the SF Bay Area IMC.
Disclaimer | Privacy | Contact