# EXHIBIT G

# CRIME REPORT

**UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700**

2. CASE NUMBER: 08-01225
3. PAGE 1 OF 6

1. ☐ ARREST ☐ TO BPD JAIL ☐ FIELD CITE ☐ TO CO. JAIL ☐ CONFISCATION ☐ TO JUV. HALL

4. OFFENSE(S) (IN SEQUENCE OF OCCURRENCE): 653m(a) PC
☐ OUTSIDE ASSIST TO: THEIR CASE #:

5. CRIME(S): Contact via email with intent to annoy
6. CLASSIFICATION: ☐ FELONY ☒ PERSON ☒ MISD ☐ PROPERTY
7. ☐ ADULT ☐ JUVENILE

8. DATE OCCURRED FROM: 03/19/08
9. TIME: 2003
10. DAY: WED
11. DATE OCCURRED TO: 03/25/08
12. TIME: 2111
13. DAY: TUE
14. DATE REPORTED: 03/20/08
15. TIME: 1645
16. DAY: THU

17. LOCATION OF OFFENSE: Via email

18. V
19. NAME/FIRM NAME: Redacted - Private Information
20. RACE:
21. SEX: M
22. DOB: Adult

23. RESIDENCE ADDRESS: 
24. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER
25. RESIDENCE PHONE: ( ) -

26. BUSINESS/SCHOOL ADDRESS: Redacted - Private Information
27. BUSINESS PHONE: Redacted - Private Info

28. OCCUPATION: EECS Professor
29. WORK HOURS:
30. DL NUMBER/STATE:
31. EMAIL ADDRESS: Redacted - Private Information

32. VICTIM'S ACTIVITY AT TIME OF OFFENSE:
33. VICTIM'S PHYSICAL CONDITION:

34. V'S VEHICLE LIC. NO/STATE:
35. VICTIM'S VEHICLE YEAR, MAKE, MODEL, BODY STYLE:
36. TOP COLOR:
37. BOTTOM COLOR:

38. CODE: V
39. NAME/FIRM NAME: Redacted - Private Information
40. RACE:
41. SEX: F
42. DOB: Adult

43. RESIDENCE ADDRESS:
44. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER
45. RESIDENCE PHONE: ( ) -

46. BUSINESS/SCHOOL ADDRESS: Redacted - Private Information
47. BUSINESS PHONE: Redacted - Private Info

48. OCCUPATION: Neuroscience Professor
49. WORK HOURS:
50. DL NUMBER/STATE:
51. EMAIL ADDRESS: Redacted - Private Info

52. S-1
53. NAME/FIRM NAME: Unknown
54-60. RACE/SEX/HT/WT/HAIR/EYES/DOB:

61. RESIDENCE ADDRESS:
62. PFN NUMBER:
63. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER

64. S-2
65. NAME/FIRM NAME:
66-72. RACE/SEX/HT/WT/HAIR/EYES/DOB:

73. RESIDENCE ADDRESS:
74. PFN NUMBER:
75. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER

76. HAIR LENGTH / 77. HAIR TEXTURE / 78. HAIR STYLE / 79. FACIAL HAIR / 80. COMPLEXION / 81. TATTOOS/SCARS & TYPE

82. GENERAL APPEARANCE / 83. DEMEANOR / 84. SPEECH / 85. BUILD / 86. RIGHT/LEFT HANDED / 87. FACE / 88. GLASSES / 89. FRAME COLOR

90. SUSPECT 1 CLOTHING DESCRIPTION / 91. SUSPECT 2 CLOTHING DESCRIPTION / 92. WEAPON TYPE

93. OTHER REPORTS ATTACHED: ☐ ARREST ☐ ACCIDENT ☐ PROPERTY ☒ COPIES ☒ DETECTIVES ☐ DISTRICT ATTY. ☐ CII ☒ OTHER 73
☐ VEHICLE ☒ CONT'N ☐ ADD'L NAMES ☐ PATROL ☐ RISK MGT. ☒ OTHER LGO

CONTROLLED DOCUMENT - DO NOT DUPLICATE - UNIVERSITY OF CALIFORNIA BERKELEY POLICE DEPARTMENT

95. REPORTING OFFICER: Kasiske #35 W/K
96. DATE AND TIME: 04/11/08 1040 hours
97. APPROVING SUPERVISOR: Moody 74
98. DATE: 4-11-08

99. THIS CASE IS: ☐ ALCOHOL RELATED ☐ DOMESTIC VIOLENCE ☐ DRUG RELATED ☐ GANG RELATED ☐ HATE CRIME ☐ HATE INCIDENT ☐ WEAPONS RELATED ☐ NONE OF ABOVE
100. CLEARANCE STATUS: ☐ CLEARED BY ARREST ☐ EXCEPTIONAL CLEARANCE ☐ UNFOUNDED

Chris Patti – UCOP, FBI, EBTEWG
S22, S28, 35, 45, 73, 83, 94
ATF,

LO/ MIKE SMITH 134 6/30/09
ROUTED TO   ROUTED BY   DATE

CONFIDENTIAL                                                                                UC 000234

| ADDITIONAL NAMES | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01225 |
|---|---|---|
| 1 ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 2 OF 6 |

| 4. CODE | 5. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 6. RACE | 7. SEX | 8. HT | 9. WT | 10. HAIR | 11. EYES | 12. DOB |
|---|---|---|---|---|---|---|---|---|
| | Redacted - Private Information | | | | | | | |

| 18. OCCUPATION | 19. WORK HOURS | 20. DL NUMBER/STATE | 21. EMAIL ADDRESS |
|---|---|---|---|
| Nutritional Science Professor | | | |

| 22. CODE | 23. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 24. RACE | 25. SEX | 26. HT | 27. WT | 28. HAIR | 29. EYES | 30. DOB |
|---|---|---|---|---|---|---|---|---|
| | Redacted - Private Information | | | | | | | |

| 36. OCCUPATION | 37. WORK HOURS | 38. DL NUMBER/STATE | 39. EMAIL ADDRESS |
|---|---|---|---|
| MCB Professor | | | Redacted - Private Information |

| 40. CODE | 41. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 42. RACE | 43. SEX | 44. HT | 45. WT | 46. HAIR | 47. EYES | 48. DOB |
|---|---|---|---|---|---|---|---|---|
| | Redacted - Private Information | | | | | | | |

| 54. OCCUPATION | 55. WORK HOURS | 56. DL NUMBER/STATE | 57. EMAIL ADDRESS |
|---|---|---|---|
| Psychology Professor | | | Redacted - Private Information |

| 58. CODE | 59. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 60. RACE | 61. SEX | 62. HT | 63. WT | 64. HAIR | 65. EYES | 66. DOB |
|---|---|---|---|---|---|---|---|---|
| | Redacted - Private Information | | | | | | | |

| 72. OCCUPATION | 73. WORK HOURS | 74. DL NUMBER/STATE | 75. EMAIL ADDRESS |
|---|---|---|---|
| Psychology Professor | | | Redacted - Private Information |

| 76. CODE | 77. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 78. RACE | 79. SEX | 80. HT | 81. WT | 82. HAIR | 83. EYES | 84. DOB |
|---|---|---|---|---|---|---|---|---|
| | Redacted - Private Information | | | | | | | |

| 90. OCCUPATION | 91. WORK HOURS | 92. DL NUMBER/STATE | 93. EMAIL ADDRESS |
|---|---|---|---|
| Neurobiology Professor | | | Redacted - Private Information |

| 94. CODE | 95. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 96. RACE | 97. SEX | 98. HT | 99. WT | 100. HAIR | 101. EYES | 102. DOB |
|---|---|---|---|---|---|---|---|---|
| | Redacted - Private Information | | | | | | | |

| 108. OCCUPATION | 109. WORK HOURS | 110. DL NUMBER/STATE | 111. EMAIL ADDRESS |
|---|---|---|---|
| Optometry Professor | | | Redacted - Private Information |

| 112. OTHER REORTS ATTACHED: | ☐ CONTINUATION<br>☐ ADDITIONAL NAMES | ☐ VEHICLE | 113. COPIES TO: | ☐ DETECTIVES<br>☐ PATROL | ☐ DISTRICT ATTY.<br>☐ RISK MGT. | ☐ E.H&S<br>☐ OTHER | ☐ CPU |
|---|---|---|---|---|---|---|---|
| 114. REPORTING OFFICER<br>Kasiske #35   wK | | 115. DATE AND TIME<br>04/11/08 1040 hours | | 116. APPROVING SUPERVISOR<br>*Moody 74* | | 117. DATE<br>4-11-08 | |

UCBPD (4/96)

CONFIDENTIAL

UC 000235

| ADDITIONAL NAMES | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01225 |
|---|---|---|
| 1 ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 3 OF 6 |

| 4 CODE | 5. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 6. RACE | 7. SEX | 8. HT | 9. WT | 10. HAIR | 11.EYES | 12. DOB |
|---|---|---|---|---|---|---|---|---|

Redacted - Private Information

| 18 OCCUPATION Psychology Professor | 19 WORK HOURS | 20. DL NUMBER/STATE | 21. EMAIL ADDRESS Redacted - Private Information |
|---|---|---|---|
| 22. CODE | 23. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 24. RACE | 25. SEX | 26. HT | 27. WT | 28. HAIR | 29.EYES | 30. DOB |

Redacted - Private Information

| 36. OCCUPATION | 37. WORK HOURS | 38. DL NUMBER/STATE | 39. EMAIL ADDRESS Redacted - Private Information |
|---|---|---|---|
| 40. CODE | 41. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 42. RACE | 43. SEX | 44. HT | 45.WT | 46. HAIR | 47.EYES | 48. DOB |

Redacted - Private Information

| 54. OCCUPATION Psychology Professor | 55. WORK HOURS | 56. DL NUMBER/STATE | 57. EMAIL ADDRESS Redacted - Private Information |
|---|---|---|---|
| 58 CODE | 59. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 60. RACE | 61. SEX | 62. HT | 63. WT | 64. HAIR | 65.EYES | 66. DOB |
| 67 RESIDENCE ADDRESS, CITY, STATE, ZIP | | | 68. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 69. RESIDENCE PHONE ( ) - |
| 70. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | | | 71. BUSINESS PHONE ( ) - |
| 72. OCCUPATION | 73. WORK HOURS | 74. DL NUMBER/STATE | 75. EMAIL ADDRESS |
| 76. CODE | 77. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 78. RACE | 79. SEX | 80. HT | 81. WT | 82. HAIR | 83.EYES | 84. DOB |
| 85 RESIDENCE ADDRESS, CITY, STATE, ZIP | | | 86. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 87. RESIDENCE PHONE ( ) - |
| 88. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | | | 89. BUSINESS PHONE ( ) - |
| 90. OCCUPATION | 91. WORK HOURS | 92. DL NUMBER/STATE | 93. EMAIL ADDRESS |
| 94 CODE | 95. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 96. RACE | 97. SEX | 98. HT | 99. WT | 100.HAIR | 101.EYES | 102. DOB |
| 103 RESIDENCE ADDRESS, CITY, STATE, ZIP | | | 104. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 105. RESIDENCE PHONE ( ) - |
| 106. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | | | 107. BUSINESS PHONE ( ) - |
| 108. OCCUPATION | 109. WORK HOURS | 110. DL NUMBER/STATE | 111. EMAIL ADDRESS |

| 112 OTHER REORTS ATTACHED: | ☐ CONTINUATION ☐ ADDITIONAL NAMES | ☐ VEHICLE | 113. COPIES TO: | ☐ DETECTIVES ☐ PATROL | ☐ DISTRICT ATTY. ☐ RISK MGT. | ☐ E.H&S ☐ OTHER | ☐ CPU |
|---|---|---|---|---|---|---|---|
| 114 REPORTING OFFICER Kasiske #35   WK | | 115. DATE AND TIME 04/11/08 1040 hours | | 116. APPROVING SUPERVISOR  KMoore 74 | | 117. DATE 4-11-08 | |

UCBPD (4/96)

CONFIDENTIAL                                           UC 000236

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01225 |
|---|---|---|
| ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 4 OF 6 |

| 4. $ LOSS | 6. OBJECT OF ATTACK NON RESIDENTIAL STRUCTURE (CHECK ONE) | 8. OBJECT OF ATTACK RESIDENTIAL STRUCTURE (CHECK ONE) | 10. POINT OF ENTRY (CHECK NO MORE THAN 2) | 12. METHOD OF ENTRY (CHECK NO MORE THAN 2) | 13. SUSPECT'S ACTIONS (CHECK NO MORE THAN 2) |
|---|---|---|---|---|---|
| 5. PROPERTY TYPE (Check no more than three)<br><br>☐ NONE<br>A ☐ SMALL APPLIANCES<br>B ☐ MAJOR APPLIANCES<br>C ☐ STEREO/RADIO/TAPE<br>D ☐ DRUGS/MEDICAL<br>E ☐ JEWELRY<br>F ☐ CURRENCY<br>G ☐ PURSE/WALLET<br>H ☐ TV/VIDEO<br>I ☐ TOOLS<br>J ☐ COMPUTERS<br>K ☐ OTHER OFFICE<br>L ☐ ART ITEMS<br>M ☐ FOOD<br>N ☐ FURNITURE<br>O ☐ FIREARM/KNIFE<br>P ☐ PHOTO EQUIPMENT<br>Q ☐ PERSONAL I.D<br>R ☐ PROPERTY DAMAGE<br>S ☐ OTHER | A ☐ RENTAL BOOKSTORE<br>B ☐ RECREATIONAL/ENTERTAINMENT<br>C ☐ OFFICES<br>D ☐ LIBRARY<br>E ☐ INSTRUCTIONAL<br>F ☐ BARN/ANIMAL<br>G ☐ FOOD SERVICE BAR<br>H ☐ MEDICAL/VETERINARY<br>I ☐ STORAGE/DOCK<br>J ☐ GYM/LOCKER ROOM<br>K ☐ PARKING FACILITY<br>L ☐ SPROUL PLAZA<br>M ☐ PEOPLES PARK<br>N ☐ OTHER<br><br>7. SPECIAL CONSIDERATION<br>O ☐ UNIVERSITY PROPERTY<br>P ☐ PERSONAL PROPERTY<br>Q ☐ DOMESTIC VIOLENCE<br>R ☐ CHILD ABUSE<br>S ☐ GANG RELATED<br>T ☐ ALCOHOL RELATED<br>U ☐ WEAPONS RELATED | A ☐ UNIT I<br>B ☐ UNIT II<br>C ☐ UNIT III<br>D ☐ CKC<br>E ☐ THEME HOUSE<br>F ☐ I-HOUSE<br>G ☐ SMYTHE-FERNWALD<br>H ☐ ALBANY VILLAGE<br>I ☐ OTHER<br><br>9. VICTIM SUSPECT RELATION<br>A ☐ UNKNOWN<br>B ☐ SPOUSE<br>C ☐ RELATIVE<br>D ☐ ROOMMATE<br>E ☐ BOY/GIRL FRIEND<br>F ☐ ACQUAINTANCE<br>G ☐ TEACHER/STUDENT<br>H ☐ STRANGER<br>I ☐ EMPLOYEE<br>J ☐ STUDENT<br>K ☐ OTHER | A ☐ UNKNOWN<br>B ☐ FRONT<br>C ☐ REAR<br>D ☐ SIDE<br>E ☐ GROUND LEVEL<br>F ☐ UPPER LEVEL<br>G ☐ DOOR<br>H ☐ WINDOW<br>I ☐ SLIDING DOOR<br>J ☐ DUCT OR VENT<br>K ☐ ADJ. BUILDING<br>L ☐ ROOF<br>M ☐ FLOOR<br>N ☐ WALL<br>O ☐ GARAGE<br>P ☐ BASEMENT<br>Q ☐ WING WINDOW<br>R ☐ WINDOW MOLDING<br>S ☐ SIDE WINDOW<br>T ☐ WINDSHIELD<br>U ☐ TRUNK<br>V ☐ OTHER<br><br>10. STRUCTURE ALARMS<br>A ☐ N/A<br>B ☐ YES<br>C ☐ NO<br>D ☐ ACTIVATION | A ☐ UNKNOWN<br>B ☐ ATTEMPT ONLY<br>C ☐ BODILY FORCE<br>D ☐ BOLT CUTTER<br>E ☐ BRICK/ROCK<br>F ☐ CHANNEL LOCK<br>G ☐ UNLOCKED DOOR/WINDOW<br>H ☐ HID IN BUILDING<br>I ☐ KEY<br>J ☐ NO FORCE<br>K ☐ PIPE WRENCH<br>L ☐ PLIERS<br>M ☐ PRY BAR<br>N ☐ PUNCH<br>O ☐ SAW/BURN/DRILL<br>P ☐ SCREWDRIVER<br>Q ☐ TAPE/WIRE<br>R ☐ LOCK CHEAT<br>S ☐ WINDOW SMASHED<br>T ☐ WINDWING<br>U ☐ OTHER | A ☐ NONE<br>B ☐ MULTIPLE SUSPECTS<br>C ☐ ARMED<br>D ☐ MADE THREATS<br>E ☐ FAMILIAR W/LOCATION<br>F ☐ LIES IN WAIT<br>G ☐ TECH SKILL USED<br>H ☐ DISABLES PHONE<br>I ☐ KNEW V'S NAME<br>J ☐ SMOKED ON PREMISES<br>K ☐ ATE/DRANK ON PREMISES<br>L ☐ DEFICATE/URINATES<br>M ☐ UNUSUAL BODY ODOR<br>N ☐ HAD BEEN DRINKING<br>O ☐ INFLUENCE OF DRUGS<br>P ☐ VEHICLE USED<br>Q ☐ RANSACK PROWL<br>R ☐ SELECTIVE PROWL<br>S ☐ LEAVES OTHER VALUABLES<br>T ☐ USES NOTE |

14. PROPERTY CODES

S-STOLEN  R-RECOVERED  L-LOST  F-FOUND  S/R-STOLEN/RECOVERED  O-OBSERVED  E-EVIDENCE  X-MISCELLANEOUS

| CODE | ITEM | QTY | KIND OF ARTICLE | BRAND NAME | MODEL NAME/NO. | DESCRIPTION/COLOR | SERIAL NO. | VALUE |
|---|---|---|---|---|---|---|---|---|
| E35-1-1 | | | Copies of email messages forwarded from professors | | | | | |

| 15. ☐ WRITTEN STATEMENTS ATTACHED | ☐ NEIGHBORHOOD CHECKS | ☐ VICT OF VIOLENT CRIME FORM | ☐ RESOURCE PAMPHLET GIVEN |
|---|---|---|---|
| ☐ ID WORK/PHOTOS TECH NO. | ☐ DIAGRAMS | ☐ LAB TEST REQUESTED | ☐ PROPERTY/PERSONS ENTERED BY |
| 16. REPORTING OFFICER<br>Kasiske #35  WK | 17. DATE AND TIME<br>04/11/08 1040 hours | 18. APPROVING SUPERVISOR<br>K Mood 74 | 19. DATE<br>4-11-08 |

CONFIDENTIAL

UC 000237

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01225 |
|---|---|---|
| 1. ☐ INCIDENT REPORT ☒ CRIME REPORT ☐ ARREST REPORT | | 3. PAGE 5 OF 6 |

| 4. TYPE REPORT ☒ ORIGINAL ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION 653m(a) PC | 6. CRIME Contact via email with intent to annoy | |
|---|---|---|---|
| 7. INCIDENT DATE 03/20/08 TIME 1645 | 8. INCIDENT LOCATION Via email | | 9. ADDL. NAMES ATTACHED ☐ YES ☐ NO |

10. NARRATIVE

**SUMMARY:**
Multiple UC Berkeley professors reported receiving harassing email messages relating to animal rights research. The messages were received between 03/19/08 at 2003 hours and 03/25/08 at 2111 hours from an unknown suspect.

**ATTACHMENTS:**
Copy of affidavit and court order for records
Copy of email response to court order from Sonic.net

**NARRATIVE:**
On the evening of 03/19/08, multiple UC Berkeley professors began receiving harassing email messages. The messages were sent to professors who conducted research on animals. Between 03/19/08 at 2003 hours and 03/25/08 at 2111 hours, the following professors received harassing email messages  Redacted - Private Information

Redacted - Private Information

The professors forwarded the email messages to me. The messages had subject lines such as, "Hey animal killer," and "Why do you torture and kill animals?" The messages contained obscene comments like, "The blood is on your hands you speciesist [sic] scum. They die, you profit. Sick motherfucker." The sender used email accounts falsely created in the names of the professors to send the email messages. The following accounts were used  08@yahoo.com   333@yahoo.com   01@yahoo.com   11@yahoo.com

Redacted - Private Information

Additionally  reported that on the night of 03/19/08 he began receiving calls from strangers responding to an ad on Craigslist, which stated he was giving away DVDs and CDs  did not place such an ad.  also received an email message on 03/19/08 from a man who was responding to a Craigslist personal ad that  did not place. The text of this message read, "Would love to be of service. WM, 34, 5'9, 175, brown, blue, 7. Pic?" The message included a picture of a sweaty man who appeared to be running in a race.

On 03/20/08, I received two email messages from Redacted - Private Info who is the wife of UC Berkeley professor Redacted - Private Info. She reported that on the night of 03/19/08, she received calls from people in response to a Craigslist posting that was advertising a free flat screen computer monitor. The ad listed their home phone number. Neither  nor  posted this ad. One of the callers called three times and told  she communicated with someone with the email address  333@yahoo.com, who directed her to keep calling back to ask for  or

On 03/25/08  forwarded me two email messages he received prior to the latest barrage of email harassment. These messages did not contain obscene content or threats. The senders indicated they objected to  conducting research on animals  received the first message on 03/10/08. The sender's name was  and the email address was dzamafreez@hotmail.com.  received the second message on 03/13/08. The sender's name was  and the email address was danieltucker_@hotmail.com.

| 11. COPIES TO: | ☐ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12 REPORTING OFFICER Kasiske #35  WK | | 13 DATE AND TIME 04/11/08 1040 hours | | 14. APPROVING SUPERVISOR K. Moody 74 | | 15. DATE 4-11-08 | |

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01225 |
|---|---|---|
| 1. ☐ INCIDENT REPORT  ☒ CRIME REPORT  ☐ ARREST REPORT | | 3. PAGE **6** OF **6** |

| 4. TYPE REPORT ☒ ORIGINAL ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION 653m(a) PC | 6. CRIME Contact via email with intent to annoy | |
|---|---|---|---|
| 7. INCIDENT DATE **03/20/08** TIME **1645** | 8. INCIDENT LOCATION Via email | | 9. ADDL. NAMES ATTACHED ☐ YES ☐ NO |

**10 NARRATIVE**

When [redacted] and [redacted] forwarded the harassing messages they received, they were able to include the complete header information. I examined the header information and noticed both messages came from the same IP address, which was 208.106.103.213. I traced this IP address back to a company called Sonic.net. On 03/20/08, I wrote a court order to obtain records from Sonic.net. Judge Robert McGuiness signed the order at the Wiley W. Manuel Courthouse in Oakland on 03/20/08. On 03/20/08, I served the order on Sonic.net via fax. I received an email reply from Sonic.net on 03/21/08. I learned that at the time the harassing email messages were sent, the subscriber for IP address 208.106.103.213 was Jessy Palmer and the subscriber's address was 3124 Shattuck Avenue in Berkeley. I recognized this address as belonging to the Long Haul Infoshop. The Long Haul is known to be a resource and meeting center for radical activists. Animal rights activists have been known to hold meetings at the Long Haul.

I printed copies of the email messages the professors forwarded to me and booked them into evidence at UCPD.

Nothing further.

| 11. COPIES TO: ☐ DETECTIVES ☐ PATROL ☐ DISTRICT ATTY ☐ RISK MGT. ☐ E.H&S ☐ OTHER ☐ OTHER |
|---|
| 12. REPORTING OFFICER Kasiske #35  WK | 13. DATE AND TIME 04/11/08 1040 hours | 14. APPROVING SUPERVISOR [signature] Moore 74 | 15. DATE 4-11-08 |

CONFIDENTIAL                                                                                              UC 000239

# SUPERIOR COURT OF CALIFORNIA
## County of Alameda

# COURT ORDER
# ♦ SUBPOENA FOR INFORMATION ♦

TO:  Sonic.net, Inc.
     Custodian of Records

RE:  Subscriber information for IP address 208.106.103.213

Order: Pursuant to California Evidence Code § 1560(2)(b) you are ordered to provide the following information pertaining to the above requested information.

☐ Subscriber information for IP address 208.106.103.213

   The dates and times of use for this IP address were:

   03/19/08 at 2032 hours (Pacific)
   03/19/08 at 2037 hours (Pacific)

   Subscriber information shall include all available customer information including, but not limited to: name, phone number, street address, email address, and dates of service.

Nondisclosure Order: Having determined there is probable cause to believe that disclosure of the existence or execution of this order would impede a criminal investigation, it is ordered that Craigslist Custodian of Records, on whom this order is served, and all its officers, employees, and agents shall not disclose to any person any information regarding the existence or execution of this order.

3/20/08 7:39 PM
Date and time

_____
Judge of the Superior Court

CONFIDENTIAL                                                                                      UC 000240

-Application and Affidavit-

| | |
|---|---|
| Affiant's Name: | Detective William Kasiske |
| Affiant's Agency: | University of California Berkeley Police Department |
| RE: | Subscriber information for IP address 208.106.103.213 |

Your affiant says that the facts in support of the issuance of the court order are as follows:

Affiant Introduction
Your affiant is currently employed as a Police Officer with the University of California Police Department (UCPD) on the Berkeley campus and has been employed by the UCPD System since January 2003. Your affiant worked as a patrol officer in the Patrol Division from 07/16/03 to 01/31/05 and as a detective in the Criminal Investigations Bureau since 02/01/05.

Case Background
For several months, multiple UC Berkeley faculty members have been targeted by people who object to research they have conducted using animals. UCPD has taken multiple reports of vandalism and noisy demonstrations that have taken place at the private residences of the researchers.

On 03/20/08, the following faculty members forwarded email messages to me: [Redacted - Private Info] [Redacted - Private Information] The messages they received contained obscene language and were critical of them for performing research with animals. The message to [redacted] was sent on 03/19/08 at 2032 hours. The subject line read, "WHY DO YOU TORTURE AND MURDER ANIMALS." The body of the message read, "you are a sick fuck [redacted] the blood is all over your hands you greedy sick fuck." The message to [redacted] was sent on 03/19/08 at 2037 hours. The subject line read, "STOP KILLING ANIMALS FUCKER." The body of the message read, "THE BLOOD IS ON YOUR HANDS YOU SPECIESIST SCUM. THEY DIE, YOU PROFIT. SICK MOTHERFUCKER"

The message to [redacted] came from the email address of "[redacted]08@yahoo.com." The sender's name was displayed as [redacted] is another researcher at UC Berkeley. It was evident that the message did not actually come from [redacted], but instead from an unknown person who used his name to create a phony email account.

The message to [redacted] came from the email address of "[redacted]333@yahoo.com." The sender's name was displayed as [redacted] who is another researcher. This also appeared to be a phony email account.

[redacted] received two harassing email messages. One from [redacted]08@yahoo.com and another from his own name with an email address of [redacted]01@yahoo.com." [redacted], and [redacted] each received one harassing email message from [redacted]08@yahoo.com. [redacted] received a harassing email message from [redacted]01@yahoo.com. All of the messages arrived during the evening of 03/19/08.

Page 1 of 2

CONFIDENTIAL
UC 000241

Research of the messages to [redacted] and [redacted] revealed that the sender used IP address 208.106.103.213. I discovered this address belonged to a company call Sonic.net. A representative of the company told me they could release subscriber information for that IP address if they were provided with a court order. Determining this subscriber information would help to identify the person who sent the obscene email messages.

**Ongoing Criminal Investigation:** The information likely to be obtained pursuant to this order is relevant to an ongoing criminal investigation being conducted by the above agency.

**Declaration:** I declare under penalty of perjury the information in this application is true.

03/20/08 2:39 PM
Date and time

_Will-_
Affiant

3/20/08 2:26 P
Date and time

_[signature]_
Judge of the Superior Court

Page 2 of 2

CONFIDENTIAL
UC 000242

X-Sieve: CMU Sieve 2.3
Date: Fri, 21 Mar 2008 11:51:02 -0700
From: Dane Jasper <dane@corp.sonic.net>
User-Agent: Thunderbird 2.0.0.12 (Windows/20080213)
To: kasiske@berkeley.edu
Subject: Subpoena response

I certify under penalty of perjury that the attached is correct to the best of my knowledge.

On 3/19/2008, the IP 208.106.103.213 was allocated to the individual and location on the attached.

-Dane Jasper
CEO
Sonic.net

CONFIDENTIAL                                                    UC 000243



Capture3-21-2008-11.46.40 AM.jpg

Printed for Bill Kasiske <kasiske@berkeley.edu>  4/9/2008

CONFIDENTIAL                                                                 UC 000244

# CAD Operations Report

**UC BERKELEY POLICE DEPARTMENT**

Call Number  08016858                    Printed 03/20/2008 04:46 PM

## Call Detail Information   Jurisdictic  UCBPD

| Call Number | Class | Taker | Pos | Call Owner | Status | Date - Time Received | Inj |
|---|---|---|---|---|---|---|---|
| 08016858 | | W14 | 1 | | C | Thu 03/20/2008 16:45:16 | 0 |

| Complaint | Ten Cod | Priority | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|
| 653M | | 3 | | | 3112 | |

| Incident Location | | Apart/Suite | Floor/Bldg | Incident City |
|---|---|---|---|---|
| UCPD | | | | BRK |

| Caller Name | Fire Run Zc | Fire Grade | EMS Run Z | Telephone | Alt Telephone | Tower ID |
|---|---|---|---|---|---|---|
| | | | | 510- - | - - | - - |

| Caller Location | | Apart/Suite | Floor/Bldg | Caller City |
|---|---|---|---|---|
| UCPD | | | | BRK |

| Landmark | Tract | Grid | Weapons |
|---|---|---|---|

- ☐ BOLO   ☐ Fire Plan   ☐ Medical   ☐ Previous   ☐ Hazard   ☐ Images   ☐ Warrant
- ☐ Traffic   ☐ Contacts   RMS CH   RMS Alerts   ☐ Progress   ☐ eport Req   ☐ bject Req

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| 00:00:00 | 16:45:16 | 16:45:22 | 16:45:29 | 16:45:29 | 16:45:29 | | | 16:46:57 | | 35 |

Narrative...

[03/20/2008 16:46:52 : W149]
MULTIPLE FACULTY MEMBERS REPORT RECEIVING HARRASSUING EMAILS REGARDING ANIMAL RIGHTS ISSUES, UCPD

031908 2003-2128

[03/20/2008 16:46:25 : W149]
MULTIPLE FACULTY REPORT RECEIVING HARRASSUING EMAILS REGARDING ANIMAL RIGHTS ISSUES, UCPD

031908 2003-2128

[03/20/2008 16:45:22 : W149]
NBH: BEAT 3 CAMPUS

Press Release Notes

Location Comment
NBH: BEAT 3 CAMPUS

## Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| UCPD | 2008-16294 | 35 |

## Department/RMS OCA Numbers

| Department | OCA Number | RMS Jurisdiction |
|---|---|---|
| UCPD | 08-01225 | CA0019700 |

Page 1 of 2

CONFIDENTIAL                                                                 UC 000245

# UC BERKELEY POLICE DEPARTMENT

Call Number  08016858  Printed 03/20/2008 04:46 PM

## Call Dispositions

| Date - Time | Disposition |
|---|---|
| 2008/03/20 16:46:53 | REPORT TAKEN |

## Call Log

| Unit | Status | Date - Time | Dept | Type | Comments | Officers | Odometer |
|---|---|---|---|---|---|---|---|
| 35 | ONS | 3/20/2008 16:45:29 | UCPD | POL | UCPD, BRK | | 0.0 |
| 35 | COM | 3/20/2008 16:46:57 | UCPD | POL | COM | | 0.0 |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|---|---|---|---|---|---|---|---|---|---|
| 35 | UCPD | | | 16:45:2 | | | | | 16:46:5 |

| Category | Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|---|
| | | Race | Sex | Ethni | Height | Weigh | Age | DOB | OLN |
| Business Name | | Description | | |

### Call Subject Statistics

| Question | Answer |
|---|---|

CONFIDENTIAL

UC 000246