# EXHIBIT H

# CRIME REPORT

**UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700**

2. CASE NUMBER: 08-01900
3. PAGE 1 OF 5

1. ☐ ARREST ☐ TO BPD JAIL ☐ FIELD CITE ☐ TO CO. JAIL ☐ CONFISCATION ☐ TO JUV. HALL

4. OFFENSE(S) (IN SEQUENCE OF OCCURRENCE): 653m (a) PC
☒ OUTSIDE ASSIST TO: Alameda PD
THEIR CASE #:

5. CRIME(S): Annoying Phone Calls
6. CLASSIFICATION: ☐ FELONY ☐ PERSON ☒ MISD ☐ PROPERTY
7. ☐ ADULT ☐ JUVENILE

8. DATE OCCURRED FROM: 05/04/2008
9. TIME: 1810
10. DAY: Sun
11. DATE OCCURRED TO: 05/04/2008
12. TIME: 1810
13. DAY: Sun
14. DATE REPORTED: 05/05/2008
15. TIME: 1405
16. DAY: Mon

17. LOCATION OF OFFENSE: Redacted - Private Info

18. V
19. NAME/FIRM NAME: Redacted - Private Info
20. RACE / 21. SEX / 22. DOB

23. RESIDENCE ADDRESS: Redacted - Private Info
24. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER
25. RESIDENCE PHONE: Redacted

26. BUSINESS/SCHOOL ADDRESS: Redacted - Private Info
27. BUSINESS PHONE

28. OCCUPATION: Professor
29. WORK HOURS: Daytime
30. DL NUMBER/STATE
31. EMAIL ADDRESS: Redacted - Private Info

32. VICTIM'S ACTIVITY AT TIME OF OFFENSE: Checking email
33. VICTIM'S PHYSICAL CONDITION: Redacted - Private Info

34. V'S VEHICLE LIC. NO/STATE: N/A
35. VICTIM'S VEHICLE YEAR, MAKE, MODEL, BODY STYLE: N/A
36. TOP COLOR: N/A
37. BOTTOM COLOR: N/A

38. CODE / 39. NAME/FIRM NAME: Redacted - Private Info
40. RACE / 41. SEX / 42. DOB
44. ☐ STUDENT ☐ EMPLOYEE ☒ OTHER
45. RESIDENCE PHONE

43. RESIDENCE ADDRESS: Redacted - Private Info
46. BUSINESS/SCHOOL ADDRESS
47. BUSINESS PHONE
48. OCCUPATION / 49. WORK HOURS / 50. DL NUMBER/STATE / 51. EMAIL ADDRESS

52. S-1
53. NAME/FIRM NAME: Unk
54-60. RACE/SEX/HT/WT/HAIR/EYES/DOB
61. RESIDENCE ADDRESS
62. PFN NUMBER
63. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER

64. S-2
65. NAME/FIRM NAME: Redacted - Private Info
66-72. RACE/SEX/HT/WT/HAIR/EYES/DOB
73. RESIDENCE ADDRESS: Redacted - Private Info
74. PFN NUMBER
75. ☐ STUDENT ☐ EMPLOYEE ☒ OTHER

**Suspect descriptors (Suspect 1 / Suspect 2):**

76. HAIR LENGTH: S1=Long, S2=Unknown
77. HAIR TEXTURE: S2=Unknown
78. HAIR STYLE
79. FACIAL HAIR: S2=Clean
80. COMPLEXION: S1=Unknown
81. TATTOOS/SCARS
82. GENERAL APPEARANCE: S1=Unknown, S2=Casual
83. DEMEANOR: S2=Calm
84. SPEECH: S2=Unknown
85. BUILD
86. RIGHT/LEFT HANDED: S2=Right
87. FACE: S1=Unknown
88. GLASSES: S1=Unknown, S2=None
89. FRAME COLOR

90. SUSPECT 1 CLOTHING DESCRIPTION: Unknown
91. SUSPECT 2 CLOTHING DESCRIPTION: Unknown
92. WEAPON TYPE: S1=None, S2=Unknown

93. OTHER REPORTS: ☒ CONTIN.
94. COPIES TO: ☒ DETECTIVES ☐ PATROL ☐ DISTRICT ATTY ☐ RISK MGT ☐ CII ☒ OTHER Schiff-Hardin ☒ OTHER ARWEG

95. REPORTING OFFICER: T. Zuniga #73
96. DATE AND TIME: 05/05/2008
97. APPROVING SUPERVISOR: [signature] 74
98. DATE: 5-8-08

99. THIS CASE IS: ☐ DRUG RELATED ☐ HATE INCIDENT ☐ ALCOHOL RELATED ☐ GANG RELATED ☐ WEAPONS RELATED ☐ DOMESTIC VIOLENCE ☐ HATE CRIME ☒ NONE OF THE ABOVE

100. CLEARANCE STATUS: ☐ CLEARED BY ARREST ☐ EXCEPTIONAL CLEARANCE ☐ UNFOUNDED

Chris Patti General Council UCOP, FBI, EBTEWG ATF, Attorney Michelle Choy, Adrian Diaz UCB, L7, S22, S28, 35, , 73, 83, 94. _____, _____

Schiff Hardin 132 11/19/10

CONTROLLED DOCUMENT DO NOT DUPLICATE
CITY OF CALIFORNIA POLICE DEPARTMENT
ROUTED TO / ROUTED BY / DATE
CONFIDENTIAL
UC 001185

| ADDITIONAL NAMES | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01900 |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 2 OF 5 |

| 4. CODE | 5. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 6. RACE | 7. SEX | 8. HT | 9. WT | 10. HAIR | 11. EYES | 12. DOB |
|---|---|---|---|---|---|---|---|---|
| V2 | | Redacted - Private Info | | | | | | |

| 13. RESIDENCE ADDRESS, CITY, STATE, ZIP | 14. ☐ STUDENT ☒ EMPLOYEE ☐ OTHER | 15. RESIDENCE PHONE |
|---|---|---|
| Redacted - Private Info | | Redacted - Private Info |

| 18. OCCUPATION | 19. WORK HOURS | 20. DL NUMBER/STATE | 21. EMAIL ADDRESS |
|---|---|---|---|
| Professor | Varied | | Redacted - Private Info |

| 22. CODE | 23. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 24. RACE | 25. SEX | 26. HT | 27. WT | 28. HAIR | 29. EYES | 30. DOB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 31. RESIDENCE ADDRESS, CITY, STATE, ZIP | 32. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 33. RESIDENCE PHONE ( ) - |
|---|---|---|
| 34. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 35. BUSINESS PHONE ( ) - |

| 36. OCCUPATION | 37. WORK HOURS | 38. DL NUMBER/STATE | 39. EMAIL ADDRESS |
|---|---|---|---|

| 40. CODE | 41. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 42. RACE | 43. SEX | 44. HT | 45. WT | 46. HAIR | 47. EYES | 48. DOB |
|---|---|---|---|---|---|---|---|---|

| 49. RESIDENCE ADDRESS, CITY, STATE, ZIP | 50. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 51. RESIDENCE PHONE ( ) - |
|---|---|---|
| 52. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 53. BUSINESS PHONE ( ) - |

| 54. OCCUPATION | 55. WORK HOURS | 56. DL NUMBER/STATE | 57. EMAIL ADDRESS |
|---|---|---|---|

| 58. CODE | 59. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 60. RACE | 61. SEX | 62. HT | 63. WT | 64. HAIR | 65. EYES | 66. DOB |
|---|---|---|---|---|---|---|---|---|

| 67. RESIDENCE ADDRESS, CITY, STATE, ZIP | 68. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 69. RESIDENCE PHONE ( ) - |
|---|---|---|
| 70. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 71. BUSINESS PHONE ( ) - |

| 72. OCCUPATION | 73. WORK HOURS | 74. DL NUMBER/STATE | 75. EMAIL ADDRESS |
|---|---|---|---|

| 76. CODE | 77. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 78. RACE | 79. SEX | 80. HT | 81. WT | 82. HAIR | 83. EYES | 84. DOB |
|---|---|---|---|---|---|---|---|---|

| 85. RESIDENCE ADDRESS, CITY, STATE, ZIP | 86. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 87. RESIDENCE PHONE ( ) - |
|---|---|---|
| 88. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 89. BUSINESS PHONE ( ) - |

| 90. OCCUPATION | 91. WORK HOURS | 92. DL NUMBER/STATE | 93. EMAIL ADDRESS |
|---|---|---|---|

| 94. CODE | 95. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 96. RACE | 97. SEX | 98. HT | 99. WT | 100. HAIR | 101. EYES | 102. DOB |
|---|---|---|---|---|---|---|---|---|

| 103. RESIDENCE ADDRESS, CITY, STATE, ZIP | 104. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 105. RESIDENCE PHONE ( ) - |
|---|---|---|
| 106. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 107. BUSINESS PHONE ( ) - |

| 108. OCCUPATION | 109. WORK HOURS | 110. DL NUMBER/STATE | 111. EMAIL ADDRESS |
|---|---|---|---|

| 112. OTHER REPORTS ATTACHED | ☒ CONTINUATION<br>☒ ADDITIONAL NAMES | ☐ VEHICLE | 113. COPIES TO: | ☐ DETECTIVES<br>☐ PATROL | ☐ DISTRICT ATTY.<br>☐ RISK MGT | ☐ E.H&S<br>☒ OTHER ARWEG | ☐ CPU |
|---|---|---|---|---|---|---|---|

| 114. REPORTING OFFICER | 115. DATE AND TIME | 116. APPROVING SUPERVISOR | 117. DATE |
|---|---|---|---|
| T. Zuniga # 73 | 05/05/08 1405 hours | | 5-8-08 |

CONFIDENTIAL

UC 001186

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-01900 |
|---|---|---|
| 1 ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 3 OF 5 |

| 4 TYPE REPORT<br>☒ ORIGINAL  ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>653m(a) PC | 6 CRIME<br>Annoying Phone Calls | |
|---|---|---|---|
| 7 INCIDENT<br>DATE 05/04/08  TIME 1810 | 8 INCIDENT LOCATION<br>Redacted - Private Info | | 9. ADDL NAMES ATTACHED<br>☒ YES  ☐ NO |

10 NARRATIVE

SCENE: The incident occurred at the victim's private residence located at    Redacted - Private Info
Redacted - Private Info

SUMMARY: On 05/05/2008, at approximately 0830 hours, Sgt. ALBERTS # 22 directed me to contact Redacted - Private Info regarding annoying emails they received. The emails were related to animal rights activists. Both Redacted - and Redacted - are connected to animal rights research. This case is pending investigative follow up at this time.

NARRATIVE: On 05/05/2008, at approximately 0830 hours, Sgt. ALBERTS # 22 directed me to contact Re Redacted - Private Info regarding his receiving an annoying email.

I was able to contact Redacted - on 05/05/2008, at approximately 1400 hours via telephone. Redacted - Redacted - is a professor of Redacted - Private at UCB. Redacted - told me the following:

Redacted - was at his residence at Redacted - Private Info California checking his UCB work email account on 05/04/2008, at approximately 1810 hours. Redacted - received an email from an Redacted -<sciencerulz09@yahoo.com>. The email read:

"Does it make you just a tad bit apprehensive to torture those animals when a crazy bitch like me knows where you and your beautiful wife in Redacte reside?  your choice sicko"

Redacted - does not know who might have sent the email. Redacted - is concerned for his and his wife's safety because of this email and other recent events involving his colleagues. There have been several emails of this nature that have been sent to UCB researchers and professors that are of a hostile nature because of the recipient's role with animal research.

Redacted - also told me that approximately four months ago, an unidentified "College age" female came to his home and asked for him while he was away. Redacted - S wife was contacted by this person and asked to speak with her husband. The unknown subject said she had something she wanted to give to Mr. Redacted - and she did not want to leave it with his wife. When Mrs. Redacted - told the subject he was not home, she left. Mr. Redacted - said this was very unusual and it now concerns him.

| 11 COPIES TO | ☒ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER ☐ |
|---|---|---|---|---|---|---|
| OTHER ARWEG | | | | | | |

| 12 REPORTING OFFICER<br>T. Zuniga | 13. DATE AND TIME<br>05/05/2008 1405 hours | 14. APPROVING SUPERVISOR | 15. DATE<br>5-8-08 |
|---|---|---|---|

CONFIDENTIAL

UC 001187

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2 CASE NUMBER 08-01900 |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 4 OF 5 |

| 4. TYPE REPORT | 5. CODE SECTION/DESCRIPTION | 6. CRIME |
|---|---|---|
| ☒ ORIGINAL  ☐ SUPPLEMENT | 653m(a) PC | Annoying Phone Calls |
| 7. INCIDENT DATE 05/04/08  TIME 1810 | 8. INCIDENT LOCATION Redacted - Private Info | 9. ADDL NAMES ATTACHED ☒ YES ☐ NO |

**10 NARRATIVE**

I contacted Mrs. Redacted - Private Info by phone on 05/06/2008, at approximately 1315 hours, to obtain more information about the suspicious person that came to the Redacted - residence approximately four months ago. Mrs. Redacted - told me the following:

In the afternoon on Monday, December 31, 2007, a White female adult in her 20s came to the front door of the residence. When Mrs. Redacted - answered the door, the subject asked if Jose was home. Mrs. Redacted - told this person he was not. The subject then said she had something to give to Mr. Redacted - Mrs. Redacted - told the subject she could give it to her and she would give it to Mr. Redacted - The subject said, "no" and started to leave. Mrs. Redacted - asked her name and the subject stuttered and said, Redacted - The subject then quickly left the area on foot in an unknown direction. Both Mr. and Mrs. Redacted - said this was unusual and colleagues and/or students did not come by their home to drop off things or conduct school business.

Based on the physical description and prior history of animal rights activity, the subject could possibly be Redacted - Private Info  Mrs. Redacted - said she would probably be able to recognize the subject if she saw her again, but she did not think she could be 100% sure. I set up an appointment next week to meet with Mrs. Redacted - and show her a photo line up to determine if Redact is the person who came to her door. At this time, Redacted - is not believed to have committed a crime in this matter. However, I am trying to confirm if Redacted - and her known associates could be the ones involved in the annoying emails.

I contacted the Alameda Police Department and spoke to Lieutenant **SWATMAN**. I advised him about the situation and, at his request, sent him an email summarizing the matter. Lt. **SWATMAN** told me he would advise patrol and enter Redacted - S address into their CAD system. I mailed a UCPD resource guide to Redacted - 'S home. I provided Redacted - with my UCPD phone number and a case number for future reference.

Sgt. **ALBERT'S** provided me with the email and header Redacted - received. I included it with this report for follow up investigative purposes. I will consult with Detective **KASISKE** later to attempt to locate the computer(s) these emails originated from.

| 11. COPIES TO | ☒ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY | ☐ RISK MGT | ☐ E.H&S | ☐ OTHER ARWEG ☐ OTHER |
|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER T. Zuniga | | 13. DATE AND TIME 05/05/2008 1405 hours | | 14. APPROVING SUPERVISOR | | 15. DATE 5-8-08 |

CONFIDENTIAL

UC 001188

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2 CASE NUMBER 08-01900 |
|---|---|---|
| 1 ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3 PAGE 5 OF 5 |

| 4 TYPE REPORT<br>☒ ORIGINAL  ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>653m(a) PC | 6. CRIME<br>Annoying Phone Calls | |
|---|---|---|---|
| 7 INCIDENT<br>DATE 05/04/08  TIME 1810 | 8. INCIDENT LOCATION<br>Redacted - Private Info | | 9. ADDL. NAMES ATTACHED<br>☒ YES  ☐ NO |

10 NARRATIVE

Sgt. ALBERTS also advised me that Professor   Redacted - Private Info   was sent an annoying email on 05/04/2008, at approximately 1834 hours. I contacted   Redacted -   by phone on 05/06/2008, at approximately 1255 hours.   Redacted -   confirmed he opened the email on his work email account while he was home on 05/05/2008, at approximately 0900 hours.

The email was from an address titled linuxlove9@yahoo.com. The message read, "Hi Red how are the wife and kids doing over on   Redacted -   you bird killing motherfucker. I can make things a lot worse for you keep that in mind maybe your wife will leave you, or have a nervous breakdown STOP TORTURING ANIMALS MOTHER FUCKER."

Sgt. ALBERT'S provided me with the email and header   Redacted -   received. I included it with this report for follow up investigative purposes. I will consult with Detective KASISKE later to attempt to locate the computer(s) these emails originated from. . I mailed a UCPD resource guide to   Redacted -   'S home. I provided   Redacted -   with my UCPD phone number and a case number for future reference.

Nothing Further.

| 11.COPIES TO: | ☒ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12 REPORTING OFFICER<br>T. Zuniga  7273 | | 13. DATE AND TIME<br>05/05/2008 1405 hours | | 14. APPROVING SUPERVISOR<br>Moor 74 | | 15. DATE<br>5-8-08 | |

CONFIDENTIAL                                                                                           UC 001189

| | |
|---|---|
| From: | kalberts@berkeley.edu |
| Subject: | Fwd: FW: Professor Redacted - A question |
| Date: | Mon, May 5, 2008 4:00 pm |
| To: | tzuniga@berkeley.edu,kasiske@berkeley.edu |
| Cc: | dwing@berkeley.edu |

Add this one to the report!

Karen

-------------------------- Original Message --------------------------
Subject: Fwd: FW: Professor  Redacted -  A question
From:    "Richard C. Van Sluyters" <rcvs@berkeley.edu>
Date:    Mon, May 5, 2008 3:56 pm
To:      "Detective Bill Kasiske" <kasiske@berkeley.edu>
         "Sgt. Karen Alberts" <kalberts@berkeley.edu>
----------------------------------------------------------------------

FYI...

Redacted - ac/wp privilege

```
>Return-Path: <linuxlove9@yahoo.com>
>Received: from fe6.calmail (fe6.calmail [192.168.1.85])
>         by cyrus1.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
>         Sun, 04 May 2008 18:34:05 -0700
>X-Sieve: CMU Sieve 2.3
>Received: from n75.bullet.mail.sp1.yahoo.com ([98.136.44.51])
>         by fe6.calmail with smtp (Exim 4.68)
>         (envelope-from <linuxlove9@yahoo.com>)
>         id 1Jspae-0002ug-MN
>         for Redacted -@berkeley.edu; Sun, 04 May 2008 18:34:05 -0700
>Received: from [216.252.122.217] by
>n75.bullet.mail.sp1.yahoo.com with NNFMP; 05 May
>2008 01:34:04 -0000
>Received: from [69.147.65.155] by
> t2.bullet.sp1.yahoo.com with NNFMP; 05 May 2008
> 01:34:04 -0000
> Received: from [127.0.0.1] by
```

CONFIDENTIAL                                                                            UC 001190

```
omp403.mail.spl.yahoo.com with NNFMP; 05 May
  2008 01:34:04 -0000
X-Yahoo-Newman-Property: ymail-3
X-Yahoo-Newman-Id: 825512.54519.bm@omp403.mail.spl.yahoo.com
Received: (qmail 72134 invoked by uid 60001); 5 May 2008 01:34:04 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
    s=s1024; d=yahoo.com;
    
h=X-YMail-OSG:Received:Date:From:Subject:To:MIME-Version:Content-Type:Conte

b=33EN34ephchV9u4b3K1sbfhZ13UTXcXqR/LPkFzZPtAOazLNN/KQK0VyMSDShWwBe6ameSbXY
X-YMail-OSG:
AzIw9qQVMlhAlbveoq4zZ1V.r46WfvwFrDPrmeLtwPgAARLvg1i7Lp._YErfRw_ig--
Received: from [208.106.103.213] by
web46108.mail.spl.yahoo.com via HTTP; Sun, 04
May 2008 18:34:04 PDT
Date: Sun, 4 May 2008 18:34:04 -0700 (PDT)
From: Martha Marrs <linuxlove9@yahoo.com>
Subject: Professor Redacted - A question
To: Redacted - @berkeley.edu
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="0-648007780-1209951244=:70890"
Content-Transfer-Encoding: 8bit
Message-ID: <614404.70890.qm@web46108.mail.spl.yahoo.com>
X-Ucb-Scan-Signature: 9b4e9ce8e34984fa99050a1dcc392923b3ae0171
X-Ucb-Spam: Gauge=IIIIII, Probability=7%, Report='HTML_MESSAGE 0.001'
X-Ucb-Notice: This message has been processed by a spam tagging system.
        See http://mailinfo.berkeley.edu/ for more information.


From: Martha Marrs [mailto:linuxlove9@yahoo.com]
Sent: dimanche 4 mai 2008 18:34
To: Redacted - @berkeley.edu
Subject: Professor Redacted - A question

Hi Redac how are the wife and kids doing over on
  Redacted -   you bird killing motherfucker.

I can make things a lot worse for you keep that in mind

maybe your wife will leave you, or have a nervous breakdown



STOP TORTURING ANIMALS MOTHERFUCKER


Be a better friend, newshound, and know-it-all
with Yahoo! Mobile.
http://us.rd.yahoo.com/evt=51733/*http:/mobile.yahoo.com/;_ylt=Ahu06i62sR8J
it now.
```

CONFIDENTIAL                                                              UC 001191

--
Sergeant Karen Alberts
UC Berkeley Police Department
Criminal Investigations Bureau
1 Sproul Hall
Berkeley, CA 94720
(510) 642-6760 (24 hr. number)
(510) 642-0482 (Voice Mail)
(510) 642-6434 (Fax)

Attachments:

| untitled-2 |
|---|
| Size: 8 k |
| Type: text/html |

CONFIDENTIAL
UC 001192

From: kalberts@berkeley.edu
Subject: [Fwd: Reda one question]
Date: Mon, May 5, 2008 8:29 am
To: tzuniga@berkeley.edu, kasiske@berkeley.edu

Tim,

Please contact  Redacted -   and take a report please. I am forwarding this to Bill so that he can try to run down the IP address.

Thanks,
Karen


-------------------------- Original Message --------------------------
Subject: [Fwd: Redacte one question]
From:    Redacted - Private Info    berkeley.edu>
Date:    Sun, May 4, 2008 7:00 pm
To:      kasiske@berkeley.edu
         kalberts@berkeley.edu
Cc:      "Richard C. Van Sluyters" <rcvs@berkeley.edu>
----------------------------------------------------------------------

Hi- I just received the following email.
    Redacted - Private Info

-------- Original Message --------
Return-path: <sciencerulz09@yahoo.com>
Received: from v20z-3.EECS.Berkeley.EDU ([169.229.60.95]) by
 imap-1.EECS.Berkeley.EDU (Sun Java(tm) System Messaging Server 6.3-5.02
 (built Oct 12 2007; 32bit)) with ESMTP id
 <0K0D00CCNE5DXMC0@imap-1.EECS.Berkeley.EDU> for
  Redacted -   Berkeley.EDU; Sun, 04 May 2008 17:46:25 -0700 (PDT)
Original-recipient: rfc822; Redacted - Private Info Berkeley.EDU
Received: from mx1.EECS.Berkeley.EDU ([169.229.60.161]) by
 imapmux.EECS.Berkeley.EDU (Sun Java(tm) System Messaging Server 6.3-5.02
 (built Oct 12 2007; 32bit)) with ESMTP id
 <0K0D00GRCE5DMYB0@imapmux.EECS.Berkeley.EDU> for
   Redacted -  Berkeley.EDU (ORCPT  Redacted - Private Info Berkeley.EDU); Sun,
 04 May 2008 17:46:25 -0700 (PDT)
Received: from bc3.EECS.Berkeley.EDU (bc3.EECS.Berkeley.EDU
 [169.229.60.70])       by mx1.EECS.Berkeley.EDU (8.14.2/8.12.10) with ESMTP
 id m450kP6W024258      for   Redacted -   berkeley.edu>; Sun, 04 May 2008
 17:46:25 -0700 (PDT)
X-ASG-Debug-ID: 1209948369-297a01fd0000-zisWzq
X-Barracuda-URL: http://bc3.eecs.berkeley.edu:8000/cgi-bin/mark.cgi
Received: from n61.bullet.mail.sp1.yahoo.com (localhost [127.0.0.1]) by
 bc3.EECS.Berkeley.EDU (Spam Firewall) with SMTP id 169928C5EB3       for
   Redacted -    berkeley.edu>; Sun, 04 May 2008 17:46:09 -0700 (PDT)
Received: from n61.bullet.mail.sp1.yahoo.com
 (n61.bullet.mail.sp1.yahoo.com [98.136.44.37]) by bc3.EECS.Berkeley.EDU
 with SMTP id yeuutlKl14Yau4ey for   Redacted -   berkeley.edu>; Sun, 04

```
May 2008 17:46:09 -0700 (PDT)
Received: from [216.252.122.218] by n61.bullet.mail.sp1.yahoo.com with
NNFMP; Mon, 05 May 2008 00:46:23 +0000
Received: from [69.147.65.163] by t3.bullet.sp1.yahoo.com with NNFMP;
Mon, 05 May 2008 00:46:23 +0000
X-Barracuda-RBL-IP: 216.252.122.218
Received: from [127.0.0.1] by omp408.mail.sp1.yahoo.com with NNFMP; Mon,
05 May 2008 00:46:23 +0000
X-Yahoo-Newman-Property: ymail-3
X-Yahoo-Newman-Id: 899254.53743.bm@omp408.mail.sp1.yahoo.com
Received: (qmail 55002 invoked by uid 60001); Mon, 05 May 2008 00:46:23
+0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;  s=s1024; d=yahoo.com;
h=X-YMail-OSG:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content
b=TS2i5bDRZa63qffHc8eMIKST5e3KGXZDVX1fYftEbiIeLwaW9aKzcVbpMNY+A54JjxQlDNOJIp
X-YMail-OSG:
KbPBHrcVM1kIXgO4U0Tx_6I6SQq_ZregoB9Vt8twrJSNnKjyTFrSyBHCmXuN2F1P6Q--
Received: from [208.106.103.213] by web46409.mail.sp1.yahoo.com via
HTTP; Sun, 04 May 2008 17:46:23 -0700 (PDT)
Date: Sun, 04 May 2008 17:46:23 -0700 (PDT)
From: ellen lynn <sciencerulz09@yahoo.com>
X-ASG-Orig-Subj: Redact one question
Subject: Redact one question
To:      Redacted - Berkeley.EDU
MIME-version: 1.0
Content-type: text/plain; charset=iso-8859-1
Content-transfer-encoding: 8bit
Message-id: <715292.52334.qm@web46409.mail.sp1.yahoo.com>
X-Barracuda-Connect: n61.bullet.mail.sp1.yahoo.com[98.136.44.37]
X-Barracuda-Start-Time: 1209948370
X-Barracuda-Virus-Scanned: by EECS Spam Firewall at EECS.Berkeley.EDU
X-Barracuda-Spam-Score: 0.00
X-Barracuda-Spam-Status: No, SCORE=0.00 using global scores of
TAG_LEVEL=2.1 QUARANTINE_LEVEL=1000.0 KILL_LEVEL=1000.0
tests=DKIM_SIGNED, DKIM_VERIFIED
X-Barracuda-Spam-Report: Code version 3.1, rules version 3.1.49690     Ru
breakdown below         pts rule name description
----------------------------------------------------                   ----  --------------
                                                               -0.00 DKIM_VERIFIE
Domain Keys Identified Mail: signature passes verification      0.00
DKIM_SIGNED         Domain Keys Identified Mail: message has a signature
```

Does it make you just a tad bit apprehensive to
torture those animals when a crazy bitch like me knows
where you and your beautiful wife in Redacted reside?
your choice sicko


Be a better friend, newshound, and
know-it-all with Yahoo! Mobile.  Try it now.
http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ

```
--
Sergeant Karen Alberts
UC Berkeley Police Department
Criminal Investigations Bureau
1 Sproul Hall
Berkeley, CA 94720
(510) 642-6760 (24 hr. number)
(510) 642-0482 (Voice Mail)
(510) 642-6434 (Fax)
```

CONFIDENTIAL UC 001195

# CAD Operations Report

**UC BERKELEY POLICE DEPARTMENT**

Call Number  08025438                                    Printed 05/05/2008 02:07 PM

## Call Detail Information   Jurisdictic  UCBPD

| Call Number | Class | Taker | Pos | Call Owner | Status | Date - Time Received | Inj |
|---|---|---|---|---|---|---|---|
| 08025438 |  | D14 | 2 |  | C | Mon 05/05/2008 14:05:28 | 0 |

| Complaint | Ten Cod | Priority | ESN | Disp Zone | IRA | How Received |
|---|---|---|---|---|---|---|
| 653M |  | 3 |  |  | 2013 | Radio |

Incident Location                          Apart/Suite  Floor/Bldg  Incident City
Redacted - Private Info                                              BRK

Caller Name              Fire Run Zc  Fire Grade  EMS Run Z  Telephone    Alt Telephone   Tower ID

Caller Location                           Apart/Suite  Floor/Bldg  Caller City

Landmark                 Tract      Grid     Weapons
                                    1325

| ☐ | BOLO | ☐ | Fire Plan | ☐ | Medical | ☐ | Previous | ☐ | Hazard | ☐ | Images | ☐ | Warrant |
| ☐ | Traffic | ☐ | Contacts |  | RMS CH |  | RMS Alerts | ☐ | Progress | ☐ | eport Req | ☐ | bject Req |

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 14:05:28 | 14:05:28 | 14:05:30 | 14:05:30 | 14:05:30 |  |  | 14:07:06 |  | 73 |

Narrative...
[05/05/2008 14:05:28 : D145]
NBH: BEAT 2 CAMPUS
Redacted - Private Info  REPORTS ANNOYING EMAILS.  Redacted - Private Info
OCC 5/4/08 1810

Press Release Notes

Location Comment
NBH: BEAT 2 CAMPUS

## Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| UCPD | 2008-24515 | 73 |

## Department/RMS OCA Numbers

| Department | OCA Number | RMS Jurisdictior |
|---|---|---|
| UCPD | 08-01900 | CA0019700 |

## Call Dispositions

| Date - Time | Disposition |
|---|---|
| 2008/05/05 14:07:00 | REPORT TAKEN |

CONFIDENTIAL

UC 001196

UC BERKELEY POLICE DEPARTMENT

Call Number   08025438                                        Printed 05/05/2008 02:07 PM

## Call Log

| Unit | Status | Date - Time | Dept | Type | Comments | Officers | Odomete |
|------|--------|-------------|------|------|----------|----------|---------|
| 73 | ONS | 5/5/2008 14:05:30 | UCPD | POL | Redacted - BRK | | 0.0 |
| 73 | COM | 5/5/2008 14:07:05 | UCPD | POL | COM | | 0.0 |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|------|------|-----|-----|-----|-----|-----|-----|-----|-----|
| 73 | UCPD | | | 14:05:3 | | | | | 14:07:0 |

Category | Last Name | First Name | Middle Name | Suffix
Race | Sex | Ethni | Heigh | Weigh | Age | DOB | OLN
Business Name | Description

**Call Subject Statistics**

Question | Answer

CONFIDENTIAL                                                                UC 001197