# EXHIBIT I

▓▓▓▓▓, 01:02 AM 6/15/2008, Fwd: let's see

28-0254

X-Sieve: CMU Sieve 2.3
X-Mailer: QUALCOMM Windows Eudora Version 7.1.0.9
Date: Sun, 15 Jun 2008 01:02:47 -0700
To: Bill Kasiske <kasiske@berkeley.edu>,dwing@berkeley.edu
From: ▓▓▓▓▓▓▓@berkeley.edu>
Subject: Fwd: let's see

> Return-Path: <▓▓▓▓isscum@gmail.com>
> Received: from fe1.calmail (fe1.calmail [192.168.1.15])
>       by cyrus7.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
>       Sat, 14 Jun 2008 18:10:02 -0700
> X-Sieve: CMU Sieve 2.3
> Received: from hu-out-0506.google.com ([72.14.214.234])
>       by fe1.calmail with esmtp (Exim 4.68)
>       (envelope-from <▓▓▓▓isscum@gmail.com>)
>       id 1K7gkr-0005u8-6H
>       for ▓▓▓@BERKELEY.EDU; Sat, 14 Jun 2008 18:10:02 -0700
> Received: by hu-out-0506.google.com with SMTP id 27so6291233hub.17
>       for <▓▓▓@BERKELEY.EDU>; Sat, 14 Jun 2008 18:10:00 -0700 (PDT)
> DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
>       d=gmail.com; s=gamma;
>       h=domainkey-signature:received:received:message-id:date:from:to
>        :subject:mime-version:content-type;
>       bh=YnN5u+nGDL4e13MMUT5H3+23Iy3D4oFfZu57JgisRm8=;
>
> b=jeuoyV8i/GIN7z8XX6//sy3dasGIGW7pM1oZTE6ywKTxNz9GMgTpp/IkyGMQQ7mhYX
>       VrTZD+4M8npfF9L7ikYhIJG/MVI1HcxFK+Pliyao8mrEzTc1a0Y5LGcoDE/edHowyorH
>       CjQbx5Q8yyAp074GAb8XIEZhmJdyGKuvAA5Vw=
> DomainKey-Signature: a=rsa-sha1; c=nofws;
>       d=gmail.com; s=gamma;
>       h=message-id:date:from:to:subject:mime-version:content-type;
>
> b=KCQdEPxfmFh0PF3S2XJQqs60AKU7mBQ68CvKleZx7msuEQysE0jBeer3xf/cHfraB1
>       2mAo4tE4Mw9pdz+2S0q49bro5IGdgCcwVrvopihDO9BMswatVgoYg+JSaoMrIrSmDfBx
>       KcpKlIJCZK0CMrU49G0IEUrVXUAF31L9y0Vxw=
> Received: by 10.86.93.17 with SMTP id q17mr6519466fgb.25.1213492200634;
>       Sat, 14 Jun 2008 18:10:00 -0700 (PDT)
> Received: by 10.86.96.4 with HTTP; Sat, 14 Jun 2008 18:10:00 -0700 (PDT)
> Message-ID: <593f55b30806141810x2cd6eacex99b776676090c360@mail.gmail.com>
> Date: Sat, 14 Jun 2008 18:10:00 -0700
> From: "▓▓▓▓▓" <▓▓▓▓isscum@gmail.com>
> To: ▓▓▓@BERKELEY.EDU
> Subject: let's see
> MIME-Version: 1.0
> Content-Type: multipart/alternative;
>       boundary="----=_Part_5493_12460727.1213492200628"
> X-Ucb-Scan-Signature: 84d0deee16a65f008b7e57f37f27c65e52a575b2
> X-Ucb-Spam: Gauge=XIIIIIIII, Probability=19%, Report='HTML_MESSAGE 0.001,
>       UPPERCASE_75_100 1.93'
> X-Ucb-Notice: This message has been processed by a spam tagging system.

Printed for Bill Kasiske <kasiske@berkeley.edu>                              6/16/2008

CONFIDENTIAL                                                                UC 000254

See http://mailinfo.berkeley.edu/ for more information.

im a crazy fuck and im watching    YOU

YOU HAD BETTER STOP KILLING THOSE FUCKING ANIMALS OR I WILL SHOW YOU WHAT I HAVE IN STORE AT ▮▮▮▮▮▮▮▮▮▮ AND IT AINT FUCKING PRETTY

CONFIDENTIAL                                                                                                         UC 000255

08-02544

X-Sieve: CMU Sieve 2.3
X-Mailer: QUALCOMM Windows Eudora Version 7.1.0.9
Date: Sun, 15 Jun 2008 01:02:00 -0700
To: Bill Kasiske <kasiske@berkeley.edu>,dwing@berkeley.edu
From: ■■■ <■■■@berkeley.edu>
Subject: Fwd: do you think

Hi: I am forwarding a set of threatening emails I received today from animal right people.



> Return-Path: <■■■isscum@gmail.com>
> Received: from fe1.calmail (fe1.calmail [192.168.1.15])
>       by cyrus7.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
>       Sat, 14 Jun 2008 18:11:31 -0700
> X-Sieve: CMU Sieve 2.3
> Received: from hu-out-0506.google.com ([72.14.214.227])
>       by fe1.calmail with esmtp (Exim 4.68)
>       (envelope-from <■■■isscum@gmail.com>)
>       id 1K7gmJ-0006Hb-3T
>       for ■■■@berkeley.edu; Sat, 14 Jun 2008 18:11:31 -0700
> Received: by hu-out-0506.google.com with SMTP id 27so6291375hub.17
>       for <■■■@berkeley.edu>; Sat, 14 Jun 2008 18:11:30 -0700 (PDT)
> DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
>       d=gmail.com; s=gamma;
>       h=domainkey-signature:received:received:message-id:date:from:to
>        :subject:mime-version:content-type;
>       bh=AE1xKstXNWSzDQ0RbNrfj2rFxGsRJDMm4IMj3BAh7zU=;
>       b=xLG0xB88Ibd73IR6RxVDwgnYIS719Eo2oJScHE9Z8e80ymZsvFdijpZILSJCCHf+8o
>        BLtOK5qggcoL/Aqz6RkcfdbaEh/oeevLRmAKSi8NOplqtW1ATiEvIWaWF7I0nWUjM9Eo
>        Td6d/0TyL/vfkb9/6qk47gC+eoggHiFM0rr/o=
> DomainKey-Signature: a=rsa-sha1; c=nofws;
>       d=gmail.com; s=gamma;
>       h=message-id:date:from:to:subject:mime-version:content-type;
>       b=H1iMG/DWy7bVfGCX1ILb/H+xyMbnW2+ym3rDM9PCue2iaTJF2RNZZQhjTECbsHRaQ1
>        wadhVfEdTkkPIIG8TqHalwFXh0qPuaqT0s/cYy1WsWeLaDmhV0ckfwrwT2w/f/uL5iRr
>        c5v+nksgRi4JJhO01hmB0k9gvDaka/ADUPryY=
> Received: by 10.86.80.5 with SMTP id d5mr6513238fgb.19.1213492289820;
>       Sat, 14 Jun 2008 18:11:29 -0700 (PDT)
> Received: by 10.86.96.4 with HTTP; Sat, 14 Jun 2008 18:11:29 -0700 (PDT)
> Message-ID: <593f55b308061418111l2f56aaf1r4201e064a404c6b@mail.gmail.com>
> Date: Sat, 14 Jun 2008 18:11:29 -0700
> From: "■■■" <■■■isscum@gmail.com>
> To: ■■■ <■■■@berkeley.edu>
> Subject: do you think
> MIME-Version: 1.0
> Content-Type: multipart/alternative;
>       boundary="----=_Part_5499_9771943.1213492289816"
> X-Ucb-Scan-Signature: d5f005fd0b65cc47e256ff1a3b636c95a3afba13

CONFIDENTIAL                                                        UC 000256

X-Ucb-Spam: Gauge=IIIIIII, Probability=7%, Report='HTML_MESSAGE 0.001'
X-Ucb-Notice: This message has been processed by a spam tagging system.
    See http://mailinfo.berkeley.edu/ for more information.

do you think that im fucking around you waste of life  i know where you work where you live where you shop even i know your credit card number and even what netflix movies you watch

STOP TORTURING ANIMALS OR THINGS GET UGLY

CONFIDENTIAL    UC 000257

08-02544

X-Sieve: CMU Sieve 2.3
X-Mailer: QUALCOMM Windows Eudora Version 7.1.0.9
Date: Sun, 15 Jun 2008 01:02:57 -0700
To: Bill Kasiske <kasiske@berkeley.edu>,dwing@berkeley.edu
From: ███████ <███@berkeley.edu>
Subject: Fwd: WAIT TO SEE


> Return-Path: <███████isscum@gmail.com>
> Received: from fe2.calmail (fe2.calmail [192.168.1.70])
>     by cyrus7.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
>     Sat, 14 Jun 2008 18:11:56 -0700
> X-Sieve: CMU Sieve 2.3
> Received: from fg-out-1718.google.com ([72.14.220.153])
>     by fe2.calmail with esmtp (Exim 4.68)
>     (envelope-from <███████isscum@gmail.com>)
>     id 1K7gmi-0007pl-7I
>     for ███@berkeley.edu; Sat, 14 Jun 2008 18:11:56 -0700
> Received: by fg-out-1718.google.com with SMTP id l26so3194610fgb.8
>     for <███@berkeley.edu>; Sat, 14 Jun 2008 18:11:55 -0700 (PDT)
> DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
>     d=gmail.com; s=gamma;
>     h=domainkey-signature:received:received:message-id:date:from:to
>     :subject:mime-version:content-type;
>     bh=yb7S8+yKoKgRU3jSeUlHVpsW+Usc2E4InzxoDbaotnw=;
>     b=pDwDmsCJmjwfJPsnL3Oj/7tvZDRzOulGgHoP666nGltfvi2urhXh1JxoqawzwOySde
>       zPayWex9bh4z1yl6VUdjl+d80N0RwlJXS1CUldM4596UVl3Sif3/v7rRS0oeYyF3QRvn
>       Thbv3mitUpdw2RxCitbcdYOsuvjyd6xMVDKTI=
> DomainKey-Signature: a=rsa-sha1; c=nofws;
>     d=gmail.com; s=gamma;
>     h=message-id:date:from:to:subject:mime-version:content-type;
>     b=ow4MgiM5UJANLAGBPfl9DXsqNaLW6GdDduOxGj/LmAYT2D39AeJGNirtguDoK/HOwW
>     SHyMU4OfgRd5Hk6L58ZuKra3Rc3XLJjSS/kPfJ1dwhXHq6t2odVDNkFcMdjT8D0j1FwU
>     6pvsxbPedrH8A0kvg7dMN7gOm7WE8oRCfGeuk=
> Received: by 10.86.27.9 with SMTP id a9mr6472688fga.57.1213492315702;
>     Sat, 14 Jun 2008 18:11:55 -0700 (PDT)
> Received: by 10.86.96.4 with HTTP; Sat, 14 Jun 2008 18:11:55 -0700 (PDT)
> Message-ID: <593f55b30806141811u122d5a7el8b3632306d4b7ffb@mail.gmail.com>
> Date: Sat, 14 Jun 2008 18:11:55 -0700
> From: "███████" <███████isscum@gmail.com>
> To: ███ <███@berkeley.edu>
> Subject: WAIT TO SEE
> MIME-Version: 1.0
> Content-Type: multipart/alternative;
>     boundary="----=_Part_5501_22723029.1213492315679"
> X-Ucb-Scan-Signature: 9382fa243ef4917396fcc98ec88201402dcb3168
> X-Ucb-Spam: Gauge=XIIIIIIII, Probability=18%, Report='HTML_MESSAGE 0.001,
>     SUBJ_ALL_CAPS 1.806'
> X-Ucb-Notice: This message has been processed by a spam tagging system.

Printed for Bill Kasiske <kasiske@berkeley.edu>                    6/16/2008

CONFIDENTIAL                                                     UC 000258

08-02544

See http://mailinfo.berkeley.edu/ for more information.

WAIT TO SEE WHAT WE HAVE IN STORE FOR YOU

CONFIDENTIAL                                                                                                                              UC 000259

08-02544

X-Sieve: CMU Sieve 2.3
X-Mailer: QUALCOMM Windows Eudora Version 7.1.0.9
Date: Sun, 15 Jun 2008 01:02:16 -0700
To: Bill Kasiske <kasiske@berkeley.edu>,dwing@berkeley.edu
From: ▮▮▮▮ <▮▮▮@berkeley.edu>
Subject: Fwd: ▮▮▮▮▮▮▮▮▮▮ - A surprise in store

> Return-Path: <▮▮▮▮isscum@gmail.com>
> Received: from fe5.calmail (fe5.calmail [192.168.1.75])
>         by cyrus7.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
>         Sat, 14 Jun 2008 18:16:47 -0700
> X-Sieve: CMU Sieve 2.3
> Received: from hu-out-0506.google.com ([72.14.214.234])
>         by fe5.calmail with esmtp (Exim 4.68)
>         (envelope-from <▮▮▮▮isscum@gmail.com>)
>         id 1K7grO-00070Z-IN
>         for ▮▮▮@berkeley.edu; Sat, 14 Jun 2008 18:16:47 -0700
> Received: by hu-out-0506.google.com with SMTP id 27so6292056hub.17
>         for <▮▮▮@berkeley.edu>; Sat, 14 Jun 2008 18:16:45 -0700 (PDT)
> DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
>         d=gmail.com; s=gamma;
>         h=domainkey-signature:received:received:message-id:date:from:to
>          :subject:mime-version:content-type;
>         bh=OPC+b5ZnKuD5S9dQqnuzd0P3LKnSIVpF82aZzABD8V8=;
>
b=Gahb5YOPsmfF2N+WVrRIRmHH16EOveAIZe+Gpqw57mwZwEZJFVzTXbDp4MUZ67zzfL
>          rg17uFeMoDefaUrjiqiEFPKkIDJkcdUoeMIe+/zcWOG88twNcViwZPdzChNsx7PNvBZ5
>          z+0Kr13DsvwIvq155ipe3yGaAingnHWCg+UsY=
> DomainKey-Signature: a=rsa-sha1; c=nofws;
>         d=gmail.com; s=gamma;
>         h=message-id:date:from:to:subject:mime-version:content-type;
>         b=IanBVXqm+h+rszdfDccjjj/MCFDHw5llErwSBnne6utjJXBXIsMQs/5kaGFKnbyDUq
>
1Q2hcBuo0z21cRCXuC5mKG1ShDBe5O4rBfz4VpprsjgzIjwX0w5mD3mzKcxLeoi+pKBp
>          1inNJNt8OSV9Mi9hkzf4JNq3QkWSFISmKwskc=
> Received: by 10.86.9.8 with SMTP id 8mr6363564fgi.22.1213492605665;
>         Sat, 14 Jun 2008 18:16:45 -0700 (PDT)
> Received: by 10.86.96.4 with HTTP; Sat, 14 Jun 2008 18:16:45 -0700 (PDT)
> Message-ID: <593f55b30806141816h2c727d31n9bd0a49ba588407d@mail.gmail.com>
> Date: Sat, 14 Jun 2008 18:16:45 -0700
> From: "▮▮▮▮" <▮▮▮▮isscum@gmail.com>
> To: "▮▮▮▮" <▮▮▮@berkeley.edu>
> Subject: ▮▮▮▮▮▮▮▮▮▮ - A surprise in store
> MIME-Version: 1.0
> Content-Type: multipart/alternative;
>         boundary="----=_Part_5508_25957504.1213492605652"
> X-Ucb-Scan-Signature: d0690c03c0d724473d912b448032e28f7da6ba1a
> X-Ucb-Spam: Gauge=IIIIIII, Probability=7%, Report='HTML_MESSAGE 0.001'
> X-Ucb-Notice: This message has been processed by a spam tagging system.
>    See http://mailinfo.berkeley.edu/ for more information.

CONFIDENTIAL                                                         UC 000260

havent you been paying fucking attention to the news and what is happening at UCLA

quit torturing animals or you're next to receive that and MUCH worse you fucking murderous scum

CONFIDENTIAL                                                                    UC 000261

████, 01:02 AM 6/15/2008, Fwd: haha

08-02544

X-Sieve: CMU Sieve 2.3
X-Mailer: QUALCOMM Windows Eudora Version 7.1.0.9
Date: Sun, 15 Jun 2008 01:02:29 -0700
To: Bill Kasiske <kasiske@berkeley.edu>,dwing@berkeley.edu
From: ████ <████@berkeley.edu>
Subject: Fwd: haha


> Return-Path: <████isscum@gmail.com>
> Received: from fe5.calmail (fe5.calmail [192.168.1.75])
>     by cyrus7.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
>     Sat, 14 Jun 2008 18:17:50 -0700
> X-Sieve: CMU Sieve 2.3
> Received: from hu-out-0506.google.com ([72.14.214.238])
>     by fe5.calmail with esmtp (Exim 4.68)
>     (envelope-from <████isscum@gmail.com>)
>     id 1K7gsP-00078L-Ha
>     for ████@berkeley.edu; Sat, 14 Jun 2008 18:17:50 -0700
> Received: by hu-out-0506.google.com with SMTP id 27so6292151hub.17
>     for <████@berkeley.edu>; Sat, 14 Jun 2008 18:17:48 -0700 (PDT)
> DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
>     d=gmail.com; s=gamma;
>     h=domainkey-signature:received:received:message-id:date:from:to
>     :subject:mime-version:content-type;
>     bh=La4deO9WiBAMmjY0Auj7Sz7CKChxv+U0MevIrRcO/Yo=;
>     b=XcHIJ7xNtG6SqOiuiWYIYRGy3JGcs70MQKi4iboZmOXU24hZSpVcthcwMIDH4FAA0s
>     M/y8Hk+Xwhc9Lek8bMRAp2Mih3IV4o1yhiFPFp2S/V7Bw2079HDg2B464m4bUklwHLfs
>     96+43t/nFm8Cq8zt/8Enm3QkzflP5N1yyXBzs=
> DomainKey-Signature: a=rsa-sha1; c=nofws;
>     d=gmail.com; s=gamma;
>     h=message-id:date:from:to:subject:mime-version:content-type;
>     b=mqFke7HoPemqlDxTiwRG6/iKnIt2ytaM0bTa7vd2pBif0qGyq3TRLvJnYYieKpDKNG
>     mXNpLv8DHAsIm3alHwUf2j1qfQiPIqggxx4Xvg3MZP3FpyvY+WL5rYjFla6sX8vum2+I
>     X7kMFI+GNZnvWd2+v0YHJkohQRtUBwpq/Atsg=
> Received: by 10.86.70.8 with SMTP id s8mr6475902fga.79.1213492668739;
>     Sat, 14 Jun 2008 18:17:48 -0700 (PDT)
> Received: by 10.86.96.4 with HTTP; Sat, 14 Jun 2008 18:17:48 -0700 (PDT)
> Message-ID: <593f55b30806141817t6c3f66fareaf626c749495d5d@mail.gmail.com>
> Date: Sat, 14 Jun 2008 18:17:48 -0700
> From: "████" <████isscum@gmail.com>
> To: "████" <████@berkeley.edu>
> Subject: haha
> MIME-Version: 1.0
> Content-Type: multipart/alternative;
>     boundary="----=_Part_5512_21196501.1213492668737"
> X-Ucb-Scan-Signature: 9d4e8fd001bc5bfee230dae19fc8de475e55ec06
> X-Ucb-Spam: Gauge=XXIIIIIIII, Probability=29%, Report='HTML_MESSAGE 0.001,
>     TVD_SPACE_RATIO 2.899'
> X-Ucb-Notice: This message has been processed by a spam tagging system.

Printed for Bill Kasiske <kasiske@berkeley.edu>                                    6/16/2008

See http://mailinfo.berkeley.edu/ for more information.

Printed for Bill Kasiske <kasiske@berkeley.edu>                                               6/16/2008

CONFIDENTIAL                                                                                    UC 000263

08-02544

haha

Printed for Bill Kasiske <kasiske@berkeley.edu>   6/16/2008

CONFIDENTIAL   UC 000264


08-02544

X-Sieve: CMU Sieve 2.3
X-Mailer: QUALCOMM Windows Eudora Version 7.1.0.9
Date: Sun, 15 Jun 2008 01:03:15 -0700
To: Bill Kasiske <kasiske@berkeley.edu>,dwing@berkeley.edu
From: █████ <███@berkeley.edu>
Subject: Fwd: my simple demands


Return-Path: <███isscum@gmail.com>
Received: from fe2.calmail (fe2.calmail [192.168.1.70])
    by cyrus7.calmail (Cyrus v2.3.7-CalMail-v2) with LMTPA;
    Sat, 14 Jun 2008 19:16:26 -0700
X-Sieve: CMU Sieve 2.3
Received: from hu-out-0506.google.com ([72.14.214.233])
    by fe2.calmail with esmtp (Exim 4.68)
    (envelope-from <███isscum@gmail.com>)
    id 1K7hn7-0005cn-8l
    for ███@berkeley.edu; Sat, 14 Jun 2008 19:16:26 -0700
Received: by hu-out-0506.google.com with SMTP id 27so6299157hub.17
    for <███@berkeley.edu>; Sat, 14 Jun 2008 19:16:24 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=gamma;
    h=domainkey-signature:received:received:message-id:date:from:to
     :subject:mime-version:content-type;
    bh=LtcheeLCtbIng0IP9q47RACPsAx8+r+VGID+qx0e5rQ=;
    b=QkJidH/3rMltQLG2LVxOypVsSwY6K87v5Xsk3q4rug0sdIEFI2xYzyqMZ01YflNsMU
     d8FGwZpDiZInsd7Wk1LFdT/aAsbmLrBjZVZEya3HtE+BAg4pQ5tTduozor4tWZQsshUT
     AMZxElzipH2T8FUZaSP76RNtsbGXFuVEx83iQ=
DomainKey-Signature: a=rsa-sha1; c=nofws;
    d=gmail.com; s=gamma;
    h=message-id:date:from:to:subject:mime-version:content-type;
    b=c4ufLhSLtF5sjsO+hjRZGi1s3Vp+DY64LD6c3Y+VFA9jo4VgAGmJmdNBqBVGZvKUBf
     JQxlsYltGhGdQ2fjuNfGtSOjlmNRnDdfJTD2ljIptWp0c7RuDLw7ZYrFtnGsEzEcxlyK
     vPu7FF1h7BtbGTtp+aG4ePC0PO2JuO+vA7y/g=
Received: by 10.86.84.5 with SMTP id h5mr6533654fgb.58.1213496184268;
    Sat, 14 Jun 2008 19:16:24 -0700 (PDT)
Received: by 10.86.96.4 with HTTP; Sat, 14 Jun 2008 19:16:24 -0700 (PDT)
Message-ID: <593f55b30806141916k31e8dfb2ob4ff8eb68febf8ed@mail.gmail.com>
Date: Sat, 14 Jun 2008 19:16:24 -0700
From: "█████" <███isscum@gmail.com>
To: "█████" <███@berkeley.edu>
Subject: my simple demands
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----=_Part_5552_2871268.1213496184252"
X-Ucb-Scan-Signature: db0428bc6d2b4e416b44b1c50951033ee5c91d29
X-Ucb-Spam: Gauge=XIIIIIIII, Probability=19%, Report='HTML_MESSAGE 0.001,
    UPPERCASE_75_100 1.93'
X-Ucb-Notice: This message has been processed by a spam tagging system.
    See http://mailinfo.berkeley.edu/ for more information.

Printed for Bill Kasiske <kasiske@berkeley.edu>                 6/16/2008

CONFIDENTIAL                                                    UC 000265

I HAVE ONE DEMAND. IT IS FOR YOU TO MAKE A PUBLIC ANNOUNCEMENT THAT YOU WILL NEVER AGAIN EXPERIMENT ON ANIMALS

IT WILL BE THE SMARTEST MOVE YOU EVER MADE ▓▓▓. TRUST ME

EITHER YOU DO THAT OR I WILL FUCK YOUR LIFE UP. IM GIVING YOU THIS LAST CHANCE BECAUSE I HAVE MORE COMPASSION THAN YOU HAVE EVER SHOWN

CONFIDENTIAL                                                                          UC 000266