# EXHIBIT J

# SUPERIOR COURT OF CALIFORNIA
## County of Alameda

## COURT ORDER
## ♦ SUBPOENA FOR INFORMATION ♦



**TO:**   Google, Inc.
   **Custodian of Records**

**RE:**   IP address information for email address ▓▓▓▓isscum@gmail.com

**Order:** Pursuant to California Evidence Code § 1560(2)(b) you are ordered to provide the following information pertaining to the above requested information.

☐ **IP address information for email address ▓▓▓▓isscum@gmail.com, including but not limited to:**

   All IP addresses used by the subscriber when creating and accessing this email account.

   All IP addresses used by the subscriber when sending the following email messages:

   Message dated 06/14/08 at 1810 hours (Pacific Time), sent to ▓▓▓@berkeley.edu
   Message dated 06/14/08 at 1811 hours (Pacific Time), sent to ▓▓▓@berkeley.edu
   Message dated 06/14/08 at 1816 hours (Pacific Time), sent to ▓▓▓@berkeley.edu
   Message dated 06/14/08 at 1817 hours (Pacific Time), sent to ▓▓▓@berkeley.edu
   Message dated 06/14/08 at 1916 hours (Pacific Time), sent to ▓▓▓@berkeley.edu

**Nondisclosure Order:** Having determined there is probable cause to believe that disclosure of the existence or execution of this order would impede a criminal investigation, it is ordered that Google, Inc., on whom this order is served, and all its officers, employees, and agents shall not disclose to any person any information regarding the existence or execution of this order.

6-16-08
3:50 pm
_____
Date and time

_____
Judge of the Superior Court

CONFIDENTIAL

UC 000267

-Application and Affidavit-

| | |
|---|---|
| Affiant's Name: | Detective William Kasiske |
| Affiant's Agency: | University of California Berkeley Police Department |
| RE: | IP address information for email address ▇▇▇isscum@gmail.com |

Your affiant says that the facts in support of the issuance of the court order are as follows:

Affiant Introduction
Your affiant is currently employed as a Police Officer with the University of California Police Department (UCPD) on the Berkeley campus and has been employed by the UCPD System since January 2003. Your affiant worked as a patrol officer in the Patrol Division from 07/16/03 to 01/31/05 and as a detective in the Criminal Investigations Bureau since 02/01/05.

Case Background
For several months, several UC Berkeley faculty members have been targeted by people who object to research they have conducted using animals. UCPD has taken multiple reports of vandalism and noisy demonstrations that have taken place at the private residences of the researchers as well as reports of harassing email messages and phone calls.

On 06/15/08, Professor ▇▇▇ forwarded me six email messages she received on 06/14/08 between 1810 and 1916 hours. The person who sent the email messages used the email address "▇▇▇isscum@gmail.com." The first message stated, "im a crazy fuck and im watching YOU. YOU HAD BETTER STOP KILLING THOSE FUCKING ANIMALS OR I WILL SHOW YOU WHAT I HAVE IN STORE AT ▇▇▇ AND IT AINT FUCKING PRETTY." I recognized this address as ▇▇▇'s home address. The second message stated, "do you think that im fucking around you waste of life i know where you work where you live where you shop even i know your credit card number and even what netflix movies you watch. STOP TORTURING ANIMALS OR THINGS GET UGLY." One of the messages stated, "havent you been paying fucking attention to the news and what is happening at UCLA. quit torturing animals or you're next to receive that and MUCH worse you fucking murderous scum." I believed this was a reference to arsons and other vandalisms that had taken place targeting UCLA animal researchers. I recognized the messages as being a violation of California Penal Code sections 653m(a) and 646.9(a).

Obtaining the IP addresses used by the sender of these messages would help to identify this person. Google's company policy requires a court order to release this information.

**Ongoing Criminal Investigation:** The information likely to be obtained pursuant to this order is relevant to an ongoing criminal investigation being conducted by the above agency.

**Declaration:** I declare under penalty of perjury the information in this application is true.

06/16/08  1547 HRS
Date and time

Affiant

6-16-08  3:50 pm
Date and time

Judge of the Superior Court

CONFIDENTIAL

UC 000268