# EXHIBIT K

Google Inc.  
1600 Amphitheatre Parkway  
Mountain View, California 94043



Tel: 650.253.3425  
Fax: 650.249.3429  
www.google.com

July 9, 2008

*Via Facsimile Only*  
**(510)642-1708**

Detective Bill Kasiske  
UC Berkeley PD  
Room 1 Sproul Hall  
Berkeley, CA 94720

**Re: Court Order dated 06-16-2008 (Internal Ref. No. 63115-31070)**

Dear Detective Kasiske:

Pursuant to the Court Order issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

We understand that you have requested customer information regarding the user account specified in the Court Order: (1) Subscriber information for the Gmail account, ▇▇▇sscum@gmail.com; and (2) Information regarding session timestamps and originating IP address for recent logins by this account.

To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google requests reimbursement in the amount of $25 for reasonable costs incurred in processing your request. Please forward your payment to Google Custodian of Records, at the address below and please write the Internal Reference Number (63115-31070) on your check. The federal tax ID number for Google is 77-0493581.

Very truly yours,

Aba Yamoah

Google Legal Investigations Support

CONFIDENTIAL                                                            UC 000269

**SubscriberInformation**

| | |
|---|---|
| Email | ███████isscum@gmail.com |
| Status | Enabled |
| Services | Talk, Search History, Gmail |
| Name | ███████ |
| Secondary email | |
| Created on | 15-Jun-2008 01:08:00am GMT |
| Lang | en |
| IP | 208.106.103.213 on 15-Jun-2008 01:08:00am GMT |

Google Confidential and Proprietary

CONFIDENTIAL

UC 000270

```
Note: All times are Pacific Time
Time Range: 2008-05-20 00:00:00 to 2008-06-17 23:59:59
User Name: ████████isscum@gmail.com
type=LoginOk;time=2008-06-14 18:08:00;ip=208.106.103.213
type=NewAcctCreated;time=2008-06-14 18:08:00;ip=208.106.103.213
type=Logout;time=2008-06-14 18:12:45;ip=208.106.103.213
type=LoginOk;time=2008-06-14 18:15:24;ip=208.106.103.213
type=LoginReq;time=2008-06-14 18:15:24;ip=208.106.103.213
type=Logout;time=2008-06-14 18:17:52;ip=208.106.103.213
type=LoginOk;time=2008-06-14 18:34:19;ip=208.106.103.213
type=LoginReq;time=2008-06-14 18:34:19;ip=208.106.103.213
type=Logout;time=2008-06-14 18:35:46;ip=208.106.103.213
type=LoginFail;time=2008-06-14 19:13:24;ip=208.106.103.213
type=LoginReq;time=2008-06-14 19:13:24;ip=208.106.103.213
type=LoginFail;time=2008-06-14 19:13:28;ip=208.106.103.213
type=LoginReq;time=2008-06-14 19:13:28;ip=208.106.103.213
type=LoginOk;time=2008-06-14 19:13:33;ip=208.106.103.213
type=LoginReq;time=2008-06-14 19:13:33;ip=208.106.103.213
type=Logout;time=2008-06-14 19:16:36;ip=208.106.103.213
```

Google Confidential and Proprietary

CONFIDENTIAL                                UC 000271