# EXHIBIT L

# SUPERIOR COURT OF CALIFORNIA
## County of Alameda

# COURT ORDER
# ♦ SUBPOENA FOR INFORMATION ♦

TO: Sonic.net, Inc.
    Custodian of Records



RE: Subscriber information for IP address 208.106.103.213

Order: Pursuant to California Evidence Code § 1560(2)(b) you are ordered to provide the following information pertaining to the above requested information.

☐ **Subscriber information for IP address 208.106.103.213**

The dates and times of use for this IP address were:

06/14/08 between 1810 and 1916 hours (Pacific)

**Nondisclosure Order:** Having determined there is probable cause to believe that disclosure of the existence or execution of this order would impede a criminal investigation, it is ordered that Sonic.net, Inc., on whom this order is served, and all its officers, employees, and agents shall not disclose to any person any information regarding the existence or execution of this order.

7/22/08 @ 3:11 p.m.
Date and time

_____
Judge of the Superior Court

CONFIDENTIAL

UC 000272

-Application and Affidavit-

| | |
|---|---|
| **Affiant's Name:** | Detective William Kasiske |
| **Affiant's Agency:** | University of California Berkeley Police Department |
| **RE:** | Subscriber information for IP address 208.106.103.213 |

Your affiant says that the facts in support of the issuance of the court order are as follows:

Affiant Introduction
Your affiant is currently employed as a Police Officer with the University of California Police Department (UCPD) on the Berkeley campus and has been employed by the UCPD System since January 2003. Your affiant worked as a patrol officer in the Patrol Division from 07/16/03 to 01/31/05 and as a detective in the Criminal Investigations Bureau since 02/01/05.

Case Background
For several months, several UC Berkeley faculty members have been targeted by people who object to research they have conducted using animals. UCPD has taken multiple reports of vandalism and noisy demonstrations that have taken place at the private residences of the researchers as well as reports of harassing email messages and phone calls.

On 06/15/08, Professor ▮▮▮ forwarded me six email messages she received on 06/14/08 between 1810 and 1916 hours. The person who sent the email messages used the email address "▮▮▮isscum@gmail.com." One of the messages stated, "im a crazy fuck and im watching YOU. YOU HAD BETTER STOP KILLING THOSE FUCKING ANIMALS OR I WILL SHOW YOU WHAT I HAVE IN STORE AT ▮▮▮ AND IT AINT FUCKING PRETTY." I recognized this address as ▮▮▮'s home address. Another message stated, "do you think that im fucking around you waste of life i know where you work where you live where you shop even i know your credit card number and even what netflix movies you watch. STOP TORTURING ANIMALS OR THINGS GET UGLY." I recognized the messages as being a violation of California Penal Code sections 653m(a) and 646.9(a).

On 06/16/08, I served a court order on Google, Inc. to obtain the IP address that was used when these messages were sent. I received a reply from Google on 07/18/08 that the IP address was 208.106.103.213. I recognized this address from a previous case as an address belonging to an internet service provider called Sonic.net. Obtaining subscriber information for this IP address from Sonic.net would help to identify the person who sent these messages.

**Ongoing Criminal Investigation:** The information likely to be obtained pursuant to this order is relevant to an ongoing criminal investigation being conducted by the above agency.

**Declaration:** I declare under penalty of perjury the information in this application is true.

07/22/08  3:10 PM
Date and time

*[signature]*
Affiant

7/22/08 @ 3:10 p.m.
Date and time

*[signature]*
Judge of the Superior Court

CONFIDENTIAL

UC 000273