# EXHIBIT M

X-Sieve: CMU Sieve 2.3
Date: Thu, 24 Jul 2008 13:17:02 -0700
From: Dane Jasper <dane@corp.sonic.net>
User-Agent: Thunderbird 2.0.0.16 (Windows/20080708)
To: kasiske@berkeley.edu
Subject: [Fwd: Subpoena for records (UCB)]
X-Ucb-Scan-Signature: 4c1eb50111f057d119c85edffbccb6819d5cc085
X-Ucb-Spam: Gauge=IIIIII, Probability=7%, Report="
X-Ucb-Notice: This message has been processed by a spam tagging system.
    See http://mailinfo.berkeley.edu/ for more information.

Here's the data in response to your subpoena.

-------- Original Message --------
Subject: Subpoena for records (UCB)
Date: Thu, 24 Jul 2008 09:38:28 -0700
From: Kelsey Cummings <kgc@corp.sonic.net>
To: Dane Jasper <dane@corp.sonic.net>

Regarding IP Address 208.106.103.213 on 6/14/08

Attached are our logs from our DHCP server showing that the IP address in
question in use by a single user for all of 6/14/08.

Jun 15 03:11:44 5.eth1.dhcp.dsl-gw9.200p-sf.sonic.net dhcpd: Lease for 208.106.103.213 is
connected to lata1-9-4.0.6.254@local on 0:30:bd:b3:47:b0
Jun 15 03:11:44 5.eth1.dhcp.dsl-gw9.200p-sf.sonic.net dhcpd: DHCPREQUEST for
208.106.103.213 from 00:30:bd:b3:47:b0 (hypersurf.com) via eth1.5
Jun 15 03:11:44 5.eth1.dhcp.dsl-gw9.200p-sf.sonic.net dhcpd: DHCPACK on 208.106.103.213
to 00:30:bd:b3:47:b0 (hypersurf.com) via eth1.5

The 'lata1-9-4.0.6.254@local' resolves internally to one of our DSL
Resellers. The last number is the phone number that the DSL service is
delivered to.

dynamic-10.0.5.166    6/254[410/51]    hypersrf    reseller-56011 5105400751

The extent of our records on this account follow, for additional
information about the subscriber you will need to contact our DSL Partner.

Account Information:
Install Number:      510-540-0751
Account Status:      Active since 2007-09-30
Provisioning Information:
Speed Profile: 1544
AT&T Access Link:    22/ODGJ/000006
VCI/VPI:    51 / 410
IP Range & Type:    Dynamic IP Allocation
IP Gateway/Netmask:   DHCP
Service Location Information:
First Name:    Jessy

Printed for Bill Kasiske <kasiske@berkeley.edu>                                7/31/2008

CONFIDENTIAL                                                                   UC 000274

Last Name:      Palmer
Company Name:
Service Address:      3124 Shattuck Ave
Service City:   Berkeley
Service State:  CA
Service Zip Code:      94705
Reference Number:
Comments:
ISP CHANGE

DSL Partner's Contact Information:

Don Carney
Hypersurf Internet/hypersurf.com
2355-B Paragon Dr., Ste B
San Jose, CA 95131
408-325-0300 x 116

--

Kelsey Cummings - kgc@corp.sonic.net      sonic.net, inc.
System Architect                 2260 Apollo Way
707.522.1000                     Santa Rosa, CA 95407

CONFIDENTIAL    UC 000275