# EXHIBIT P

## CRIMINAL INVESTIGATIONS BUREAU BRIEFING FORM

**CRIME:** 646.9 PC **BRIEFING OFFICER:** Det. Kasiske **DATE/TIME:** 08/27/08 0930 hours

**CASE:** #08-02544   **LOCATION(S):** Long Haul Infoshop, 3124 Shattuck Ave, Berkeley

**SUSPECT:** Unknown
**RACE:   SEX:   AGE:   HT:   WT:**

**ARREST WRNT:   SEARCH WRNT:** Yes   **PC:**

**ASSIGNMENTS:**

1. Sgt. Karen Alberts #22            **COMMUNICATIONS-EQUIPMENT:**

2. Det. Bruce Bauer #80              **RADIO CHANNEL: 1**

3. Det. Bill Kasiske #35             **FIELD MEETING LOCATION & TIME:**
                                     Following briefing

4. Det. Wade MacAdam #81

5. Det. Tim Zuniga #73

6. FBI Mike Hart #F76

7. FBI Lisa Shaffer #F73             **TIME LIMIT TO OBJECTIVE:** None

8.                                   **WEAPONS:** Anticipate

9.                                   **ITEMS SEARCHING FOR:** Computers, written/electronic records

10.

**COMMENTS:**

We anticipate that the Long Haul Infoshop will not be open at the time of our search. We will attempt to contact Jesse Palmer, a known volunteer at the Long Haul. We will ask Palmer to assist us with gaining access to the premises. If we are not able to contact Palmer, we will consider our options for making a forced entry.

Case3:09-cv-00168-JSW Document115-16 Filed02/14/11 Page3 of 6



UC 000187

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

# SEARCH WARRANT

**THE PEOPLE OF THE STATE OF CALIFORNIA TO:**  **WARRANT NO.** _____
Any peace officer in Alameda County

The affidavit below, sworn to and subscribed before me, has established probable cause for this search warrant which you are ordered to execute as follows:

    **Place(s) to be searched:** Described in Exhibit 1A, *attached* hereto and incorporated by reference.
    **Property to be seized:** Described in Exhibit 1B, *attached* hereto and incorporated by reference.
    **Night service:** [If initialed by judge] for good cause, night service is authorized:_____
    **Disposition of property:** Any item seized during the lawful service of this Search Warrant shall be disposed in accordance with law upon adjudication of the case. The officers serving this search warrant are also hereby authorized, without necessity of further court order, to return seized items to any known victims(s) if such items have been photographically documented.

_8/26/08 11:30a_           _[signature]_
Date and Time          Judge of the Superior Court

## ♦ AFFIDAVIT ♦

**Affiant's name and agency:**
Detective Bill Kasiske #35, University of California Police Department, Berkeley

**Incorporation:** The facts in support of this warrant are contained in the Statement of Probable Cause which is incorporated by reference. Incorporated by reference and attached hereto are Exhibit 1A, describing the places(s) to be searched; and Exhibit 1B, describing the evidence to be seized.

**Evidence type:** (Penal Code § 1524)
    ☐ Stolen or embezzled property.
    ☒ Property or things used as a means of committing a felony.
    ☐ Property or things in the possession of any person with the intent to use it as a means of committing a public offense, or in the possession of another to whom he or she may have delivered it for the purpose of concealing it or preventing its being discovered.
    ☒ Property or things that are evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony.
    ☐ Property or things consisting of evidence that tends to show that sexual exploitation of a child, in violation of Penal Code § 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Penal Code § 311.11 has occurred or is occurring.
☐ **Night Service:** [If checked] Authorization for night service is requested based on information contained in the Statement of Probable Cause, filed herewith.

**Declaration:** I declare under penalty of perjury that the information within my personal knowledge contained in this affidavit, including all incorporated documents, is true.

_08/26/08 11:25AM_           _[signature] Bill_
Date and Time          Det. Bill Kasiske #35, Affiant

UC 000188

# SEARCH WARRANT EXHIBITS

## Exhibit 1A: Places to be Searched

The premises, structures, rooms, receptacles, outbuildings, associated storage areas, and safes situated at:

The Long Haul Infoshop, 3124 Shattuck Avenue, Berkeley, CA. This is a single-story brick building on the west side of Shattuck Avenue. It has a red sign above the door that reads, "Long Haul Infoshop." The front door is glass.

## Exhibit 1B: Property to be Seized

- Any written, typed, or electronically stored documents, papers, notebooks, or logs containing names or other identifying information of patrons who used the computers at the Long Haul Infoshop.

- All electronic data processing and storage devices, computers and computer systems including, but not limited to, central processing units, external hard drives, CDs, DVDs, diskettes, memory cards, PDAs, and USB flash drives.

    Search of all of the above items is for files, data, images, software, operating systems, deleted files, altered files, system configurations, drive and disk configurations, date and time, and unallocated and slack space, for evidence. With respect to computer systems and any items listed above, the Peace Officers are authorized to transfer the booked evidence to a secondary location prior to commencing the search of the items. Furthermore, said search may continue beyond the ten-day period beginning upon issuance of this Search Warrant, to the extent necessary to complete the search on the computer systems and any items listed above.

TO HOSPITAL

## Directions to 1411 E 31st St, Oakland, CA 94602-1018    YAHOO! LOCAL Maps

Total Time: 11 mins, Total Distance: 5.02 miles

|   |   | Distance |
|---|---|---|
| A | 1. Start at 3124 SHATTUCK AVE, BERKELEY going toward WOOLSEY ST | go **1.05** mi |
|   | 2. Turn **R** on **52ND ST** | go **106** ft |
|   | 3. Take ramp onto **I-580 E** toward **HAYWARD** | go **3.24** mi |
|   | 4. Take exit **#22/PARK BLVD** onto **MACARTHUR BLVD** | go **0.52** mi |
|   | 5. Bear **R** on **STUART ST** | go **0.17** mi |
|   | 6. Turn **L** on **E 31ST ST** | go **106** ft |
| B | 7. Arrive at 1411 E 31ST ST, OAKLAND, on the **R** |   |

Time: 11 mins, Distance: 5.02 miles



When using any driving directions or map, it's a good idea to do a reality check and make sure the road still exists, watch out for construction, and follow all traffic safety precautions. This is only to be used as an aid in planning.

http://maps.yahoo.com/print?ard=1&v3=0&.intl=us&&mvt=m&tp=1&stx=&clat=37.8260...    8/26/2008

UC 000190