# EXHIBIT Q

# CRIME REPORT

**UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700**

| Field | Value |
|---|---|
| 1. | ☐ ARREST ☐ TO BPD JAIL ☐ FIELD CITE ☐ TO CO. JAIL ☐ CONFISCATION ☐ TO JUV. HALL |
| 2. CASE NUMBER | 08-02544 |
| 3. PAGE | 1 OF 7 |
| 4. OFFENSE(S) (IN SEQUENCE OF OCCURRENCE) | 646.9 (a) PC |
| OUTSIDE ASSIST TO: | THEIR CASE #: |
| 5. CRIME(S) | Stalking |
| 6. CLASSIFICATION | ☒ FELONY ☐ MISD ☐ PERSON ☐ PROPERTY |
| 7. | ☐ ADULT ☐ JUVENILE |
| 8. DATE OCCURRED FROM | 06/14/08 |
| 9. TIME | 1810 |
| 10. DAY | SAT |
| 11. DATE OCCURRED TO | 06/14/08 |
| 12. TIME | 1916 |
| 13. DAY | SAT |
| 14. DATE REPORTED | 06/15/08 |
| 15. TIME | 0102 |
| 16. DAY | SUN |
| 17. LOCATION OF OFFENSE | Via email |
| 18. V | 19. NAME/FIRM NAME: Confidential per 293 PC |

**52. S-1** — 53. NAME/FIRM NAME: Unknown

**64. S-2**

| 93. OTHER REPORTS ATTACHED: | ☐ ARREST ☐ ACCIDENT ☒ PROPERTY ☐ VEHICLE ☒ CONTINUATION... |
| 95. REPORTING OFFICER | Kasiske #35 WK |
| 96. DATE AND TIME | 10/24/08 0800 hours |
| 98. DATE | 10-27-08 |

99. THIS CASE IS: ☐ ALCOHOL RELATED ☐ DOMESTIC VIOLENCE ☐ DRUG RELATED ☐ GANG RELATED ☐ HATE CRIME ☐ HATE INCIDENT ☐ WEAPONS RELATED ☐ NONE OF THE ABOVE

100. CLEARANCE STATUS: ☐ CLEARED BY ARREST ☐ EXCEPTIONAL CLEARANCE ☐ UNFOUNDED

ROUTED TO: Lt/Mike Smith  ROUTED BY: 134  DATE: 6/30/09

CONTROLLED DOCUMENT — DO NOT DUPLICATE
UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT
CONFIDENTIAL
UC 000247

| ADDITIONAL NAMES | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-02544 |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 2 OF 7 |

| 4. CODE | 5. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 6. RACE | 7. SEX | 8. HT | 9. WT | 10. HAIR | 11. EYES | 12. DOB |
|---|---|---|---|---|---|---|---|---|
| C | Chazin, Seth | | M | | | | | Adult |

| 13. RESIDENCE ADDRESS, CITY, STATE, ZIP | 14. ☐ STUDENT ☐ EMPLOYEE ☒ OTHER | 15. RESIDENCE PHONE Redacted - Private Info |
|---|---|---|
| 16. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP<br>1164 Solano Avenue, Suite 205, Berkeley, CA 94706 | | 17. BUSINESS PHONE (510) 655-6219 |
| 18. OCCUPATION Attorney | 19. WORK HOURS | 20. DL NUMBER/STATE | 21. EMAIL ADDRESS |

| 22. CODE | 23. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 24. RACE | 25. SEX | 26. HT | 27. WT | 28. HAIR | 29. EYES | 30. DOB |
|---|---|---|---|---|---|---|---|---|
| C | Watlington, Chloe | W | F | | | | | Redacted - Private Info |

| 31. RESIDENCE ADDRESS, CITY, STATE, ZIP — Redacted - Private Info | 32. ☐ STUDENT ☐ EMPLOYEE ☒ OTHER | 33. RESIDENCE PHONE ( ) - |
|---|---|---|
| 34. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 35. BUSINESS PHONE ( ) - |
| 36. OCCUPATION | 37. WORK HOURS | 38. DL NUMBER/STATE — Redacted - Private Information | 39. EMAIL ADDRESS |

| 40. CODE | 41. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 42. RACE | 43. SEX | 44. HT | 45. WT | 46. HAIR | 47. EYES | 48. DOB |
|---|---|---|---|---|---|---|---|---|
| C | Henning, Christopher | W | M | | | | | Redacted - Private Info |

| 49. RESIDENCE ADDRESS, CITY, STATE, ZIP — Redacted - Private Info | 50. ☐ STUDENT ☐ EMPLOYEE ☒ OTHER | 51. RESIDENCE PHONE ( ) - |
|---|---|---|
| 52. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 53. BUSINESS PHONE ( ) - |
| 54. OCCUPATION | 55. WORK HOURS | 56. DL NUMBER/STATE — Redacted - Private Information | 57. EMAIL ADDRESS |

| 58. CODE | 59. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 60. RACE | 61. SEX | 62. HT | 63. WT | 64. HAIR | 65. EYES | 66. DOB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 67. RESIDENCE ADDRESS, CITY, STATE, ZIP | 68. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 69. RESIDENCE PHONE ( ) - |
|---|---|---|
| 70. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 71. BUSINESS PHONE ( ) - |
| 72. OCCUPATION | 73. WORK HOURS | 74. DL NUMBER/STATE | 75. EMAIL ADDRESS |

| 76. CODE | 77. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 78. RACE | 79. SEX | 80. HT | 81. WT | 82. HAIR | 83. EYES | 84. DOB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 85. RESIDENCE ADDRESS, CITY, STATE, ZIP | 86. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 87. RESIDENCE PHONE ( ) - |
|---|---|---|
| 88. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 89. BUSINESS PHONE ( ) - |
| 90. OCCUPATION | 91. WORK HOURS | 92. DL NUMBER/STATE | 93. EMAIL ADDRESS |

| 94. CODE | 95. NAME/FIRM NAME (LAST, FIRST, MIDDLE) | 96. RACE | 97. SEX | 98. HT | 99. WT | 100. HAIR | 101. EYES | 102. DOB |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 103. RESIDENCE ADDRESS, CITY, STATE, ZIP | 104. ☐ STUDENT ☐ EMPLOYEE ☐ OTHER | 105. RESIDENCE PHONE ( ) - |
|---|---|---|
| 106. BUSINESS/SCHOOL ADDRESS, CITY, STATE, ZIP | | 107. BUSINESS PHONE ( ) - |
| 108. OCCUPATION | 109. WORK HOURS | 110. DL NUMBER/STATE | 111. EMAIL ADDRESS |

| 112. OTHER REPORTS ATTACHED: | ☐ CONTINUATION ☐ ADDITIONAL NAMES | ☐ VEHICLE | 113. COPIES TO: | ☐ DETECTIVES ☐ PATROL | ☐ DISTRICT ATTY. ☐ RISK MGT. | ☐ E.H&S ☐ OTHER | ☐ CPU |
|---|---|---|---|---|---|---|---|
| 114. REPORTING OFFICER Kasiske #35  WK | 115. DATE AND TIME 10/24/08 0800 hours | | 116. APPROVING SUPERVISOR | | 117. DATE | | |

UCBPD (4/98)

CONFIDENTIAL                                                                                           UC 000248

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-02544 |
|---|---|---|
| ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 3 OF 7 |

4. $ LOSS

5. PROPERTY TYPE (Check no more than three)

6. OBJECT OF ATTACK NON RESIDENTIAL STRUCTURE (CHECK ONE)

7. SPECIAL CONSIDERATION

8. OBJECT OF ATTACK RESIDENTIAL STRUCTURE (CHECK ONE)

9. VICTIM SUSPECT RELATION

10. POINT OF ENTRY (CHECK NO MORE THAN 2)

10. STRUCTURE ALARMS

12. METHOD OF ENTRY (CHECK NO MORE THAN 2)

13. SUSPECT'S ACTIONS (CHECK NO MORE THAN 2)

14. PROPERTY CODES

S-STOLEN · R-RECOVERED  L-LOST  F-FOUND  S/R-STOLEN/RECOVERED  O-OBSERVED  E-EVIDENCE  X-MISCELLANEOUS

| CODE | ITEM | QTY | KIND OF ARTICLE | BRAND NAME | MODEL NAME/NO. | DESCRIPTION/COLOR | SERIAL NO. | VALUE |
|---|---|---|---|---|---|---|---|---|
| E35-1-1 | | - | Computer | Apple | Power Macintosh G3 | | XB8292N0CY4 | |
| E35-2-1 | | | Computer | Acer | | | Unknown | |
| E35-3-1 | | | Computer | | "2001" | | 011124106 | |
| E35-4-1 | | | Computer | Dell | Optiplex GX110 | | 958S701 | |
| E35-5-1 | | | Computer | Dell | Optiplex GX150 | | JC3ZB11 | |
| E35-6-1 | | | Computer | Apple | Power Macintosh G3 | | XA8350FYD9B | |
| E35-7-1 | | | Computer | ADS | | | 6920191 | |
| E35-8-1 | | | Computer | Unknown | | | 9041DTYZQ724 | |
| E35-9-1 | | | Computer | Unknown | | | Unknown | |
| E35-10-1 | | | Computer | Apple | Macintosh Performa | | RM7362NX95R | |
| E35-11-1 | | | Computer | Apple | iMac | | YM0173D3J88 | |
| E35-12-1 | | | Computer | Apple | Power Macintosh G3 | | SG852887FQ2 | |
| E35-13-1 | | | Computer | Apple | iMac | | QT3101MGNHX | |
| E35-14-1 | | | Computer | Excel | | | 10979 | |
| E35-15-1 | | | External hard drive | Apple | | | | |
| E35-16-1 | | | External hard drive | Lacie | | | | |
| E35-17-1 | | | USB flash drive | Sprint | | | | |
| E35-18-90 | | | Miscellaneous CDs and diskettes | | | | | |
| E35-19-1 | | | DVD containing footage at the scene of the search warrant | | | | | |
| E35-20-1 | | | CD containing photos from the search warrant | | | | | |

15. ☐ WRITTEN STATEMENTS ATTACHED  ☐ NEIGHBORHOOD CHECKS  ☐ VICT OF VIOLENT CRIME FORM  ☐ RESOURCE PAMPHLET GIVEN

☐ ID WORK/PHOTOS TECH NO.  ☐ DIAGRAMS  ☐ LAB TEST REQUESTED  ☐ PROPERTY/PERSONS ENTERED BY

| 16. REPORTING OFFICER<br>Kasiske #35   WK | 17. DATE AND TIME<br>10/24/08 0800 hours | 18. APPROVING SUPERVISOR | 19. DATE |
|---|---|---|---|

CONFIDENTIAL

UC 000249

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA | 2. CASE NUMBER |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | POLICE DEPARTMENT<br>BERKELEY<br>CA 0019700 | 08-02544<br><br>3. PAGE 4 OF 7 |

| 4. TYPE REPORT | 5. CODE SECTION/DESCRIPTION | 6. CRIME |
|---|---|---|
| ☒ ORIGINAL   ☐ SUPPLEMENT | 646.9(a) PC | Stalking |

| 7. INCIDENT DATE 06/15/08  TIME 0102 | 8. INCIDENT LOCATION<br>Via email | 9. ADDL. NAMES ATTACHED<br>☐ YES  ☐ NO |

**10. NARRATIVE**

**SUMMARY:**
On 06/15/08, VICTIM reported she had received threats via email from an unknown person. The threats appeared to be related to animal rights activism.

**NARRATIVE:**
On 06/15/08 at 0102 hours, VICTIM forwarded me six email messages she received on 06/14/08 between 1810 hours and 1916 hours. All of the messages came from the same email address, [VICTIM's first and last name]isscum@gmail.com. The messages contained the following content:

Message #1:
Received: 06/14/08 at 1810 hours
Subject: "let's see"
Message: "im a crazy fuck and im watching YOU

YOU HAD BETTER STOP KILLING THOSE FUCKING ANIMALS OR I WILL SHOW YOU WHAT I HAVE IN STORE AT [VICTIM's home address] AND IT AINT FUCKING PRETTY"

Message #2:
Received: 06/14/08 at 1811 hours
Subject: "do you think"
Message: "do you think that im fucking around you waste of life i know where you work where you live where you shop even i know your credit card number and even what netflix movies you watch

STOP TORTURING ANIMALS OR THINGS GET UGLY"

Message #3:
Received: 06/14/08 at 1811 hours
Subject: "WAIT TO SEE"
Message: "WAIT TO SEE WHAT WE HAVE IN STORE FOR YOU"

Message #4:
Received: 06/14/08 at 1816 hours
Subject: "[VICTIM's home address] – A surprise in store"
Message: "havent you been paying fucking attention to the news and what is happening at UCLA

quit torturing animals or you're next to receive that and MUCH worse you fucking murderous scum"

Message #5:
Received: 06/14/08 at 1817 hours
Subject: "haha"
Message: "haha"

| 11. COPIES TO: | ☐ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER<br>Kasiske #35  WK | | 13. DATE AND TIME<br>10/24/08 0800 hours | | 14. APPROVING SUPERVISOR | | 15. DATE | |

CONFIDENTIAL

UC 000250

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-02544 |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE **5** OF **7** |

| 4. TYPE REPORT<br>☒ ORIGINAL  ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION<br>646.9(a) PC | 6. CRIME<br>Stalking | |
|---|---|---|---|
| 7. INCIDENT<br>DATE **06/15/08**   TIME **0102** | 8. INCIDENT LOCATION<br>Via email | | 9. ADDL. NAMES ATTACHED<br>☐ YES  ☐ NO |

**10. NARRATIVE**

Message #6:
Received: 06/14/08 at 1916 hours
Subject: "my simple demands"
Message: "I HAVE ONE DEMAND. IT IS FOR YOU TO MAKE A PUBLIC ANNOUNCEMENT THAT YOU WILL NEVER AGAIN EXPERIMENT ON ANIMALS

IT WILL BE THE SMARTEST MOVE YOU EVER MADE [VICTIM's first name]. TRUST ME

EITHER YOU DO THAT OR I WILL FUCK YOUR LIFE UP. IM GIVING YOU THIS LAST CHANCE BECAUSE I HAVE MORE COMPASSION THAN YOU HAVE EVER SHOWN"

I believed the reference to UCLA related to animal rights activity that had taken place at the homes of UCLA researchers. I was aware of multiple incidents of incendiary devices being placed at researchers' homes as well as an incident in which a garden hose was placed through a broken window and used to flood the inside of a researcher's home.

I called VICTIM on the morning of 06/16/08. She told me she was frightened by the messages. She was also concerned because a package she was not expecting was delivered to her home on 06/14/08. The labeling on the package showed it was from an organic food company. There was no listed return address. VICTIM was fearful of the package because the email messages contained comments such as "I will show you what I have in store for you at [VICTIM's home address] and it ain't fucking pretty." VICTIM did not open the package and elected to inform UCPD.

VICTIM's concerns about the package initiated a UCPD Bomb Team response. I went to VICTIM's residence with fellow bomb technician, Det. MacAdam #81. Using standard EOD procedures, we determined the package did not contain bomb components. It turned out the package contained a Father's Day gift for VICTIM's husband.

On 06/16/08, I wrote a court order to obtain IP address information for the email address "[VICTIM's first and last name]isscum@gmail.com." I served the order on Google via fax on 06/16/08. I received a response from Google on 07/18/08. I learned that the person who used this email address sent the messages from an internet connection using IP address 208.106.103.213. I recognized this address as the same one that was used to send earlier harassing email messages (see case # 08-01225). On 07/22/08, I wrote a court order to obtain subscriber information for this IP address. I served the order on Sonic.net via fax on 07/22/08. I received a response from Sonic.net on 07/24/08. I learned that the subscriber for this IP address at the time the messages were sent to VICTIM was Jessy Palmer and the subscriber's address was 3124 Shattuck Avenue in Berkeley. I recognized this as the address of the Long Haul Infoshop. I knew that the Long Haul is a resource and meeting center for radical activists. I knew that animal rights activists have held meetings at the Long Haul. The Long Haul's website advertises that they offer a computer room with four computers for "activist oriented access."

| 11. COPIES TO: | ☐ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER<br>Kasiske #35 | | 13. DATE AND TIME<br>10/24/08 0800 hours | | 14. APPROVING SUPERVISOR | | 15. DATE | |

CONFIDENTIAL                                                                                                                          UC 000251

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-02544 |
|---|---|---|
| 1. ☐ INCIDENT REPORT ☒ CRIME REPORT ☐ ARREST REPORT | | 3. PAGE 6 OF 7 |

| 4. TYPE REPORT ☒ ORIGINAL ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION 646.9(a) PC | 6. CRIME Stalking | |
|---|---|---|---|
| 7. INCIDENT DATE 06/15/08 TIME 0102 | 8. INCIDENT LOCATION Via email | | 9. ADDL. NAMES ATTACHED ☐ YES ☐ NO |

**10. NARRATIVE**

On 08/26/08, I wrote a search warrant for the Long Haul Infoshop at 3124 Shattuck Avenue. Judge Judith Ford signed the warrant at the Wiley W. Manuel Courthouse in Oakland. I served the warrant at the Long Haul Infoshop on 08/27/08 at about 1009 hours with Sgt. Alberts #22, Det. Bauer #80, Det. MacAdam #81, Det. Zuniga #73, FBI Special Agent Lisa Shaffer, and Alameda County Sheriff's Office Deputy Mike Hart. Det. MacAdam took video footage of the entry into the premises as well as footage of the interior before and after we conducted the search. I photographed the items we seized. The premises had two loft-type upstairs areas. The western loft area was labeled with a sign that read "Internet Room." This room contained computers, monitors, and other computer peripherals. From this room, we seized eleven computers (evidence items E35-1 through E35-11), two external hard drives (E35-15 and E35-16), and several miscellaneous CDs and diskettes (E35-18). Six of the computers were connected to power sources, monitors, accessories, and internet wiring, thus making them appear to be readily available for use. The other computers were not connected to anything.

The eastern loft had an office area with two computers in it. We seized these two computers (E35-12 and E35-13) as well as miscellaneous CDs and diskettes in the room (E35-18). On the main level there were three small rooms locked with padlocks. One of the rooms was labeled "East Bay Prisoner Support." From this room, we seized a computer (E35-14), a Sprint USB flash drive (E35-17), and miscellaneous CDs (E35-18).

After the search, Det. MacAdam gave me the DVD he used to record the video footage of the premises. I downloaded the photographs I took onto a CD. I booked this DVD and CD into evidence at UCPD. On 08/29/08, I took the six computers that appeared to be in use in the Long Haul internet room to the Silicon Valley Regional Computer Forensics Laboratory to be forensically examined. These computers had been assigned evidence item numbers E35-1 through E35-5 as well as E35-11. The remaining computers, external hard drives, CDs, diskettes, and USB flash drive were stored in the UCPD Criminal Investigations Bureau.

On 09/03/08, I wrote an order to have the search warrant and incorporated statement of probable cause sealed. Judge Taber signed the order at the Wiley W. Manuel Courthouse in Oakland.

On 09/11/08, I asked Ofc. Miller #32 to make copies of the remaining computer hard drives, external hard drives, and the USB flash drive using standard forensic procedures. On 09/18/08, the Silicon Valley Regional Computer Forensics Laboratory called me to let me know they had finished copying the hard drives of the six computers I brought them. Ofc. Parnell #31 picked up the computers from the Silicon Valley Regional Computer Forensics Laboratory and brought them back to me at UCPD. I stored them with the other computers in the Criminal Investigations Bureau.

On 09/18/08, I requested a court order to authorize the release of all property seized during the search at the Long Haul. Judge Yvonne Gonzalez-Rogers signed the order at the Wiley W. Manuel Courthouse. I made arrangements to release the computers that the Silicon Valley Regional Computer Forensics Laboratory had finished with as well as the computers Ofc. Miller had finished with. On 09/18/08, I called CHAZIN, Seth (MX-A-O). CHAZIN had previously told me he was an attorney representing the Long Haul. I told CHAZIN I would be able to release some of the property to a representative from the Long Haul. CHAZIN told me he would arrange for the proper person to come to UCPD to pick up the property.

| 11. COPIES TO: | ☐ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER Kasiske #35 | | 13. DATE AND TIME 10/24/08 0800 hours | | 14. APPROVING SUPERVISOR | | 15. DATE | |

CONFIDENTIAL

UC 000252

| CONTINUATION REPORT | UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT BERKELEY CA 0019700 | 2. CASE NUMBER 08-02544 |
|---|---|---|
| 1. ☐ INCIDENT REPORT<br>☒ CRIME REPORT<br>☐ ARREST REPORT | | 3. PAGE 7 OF 7 |

| 4. TYPE REPORT ☒ ORIGINAL ☐ SUPPLEMENT | 5. CODE SECTION/DESCRIPTION 646.9(a) PC | 6. CRIME Stalking | |
|---|---|---|---|
| 7. INCIDENT DATE 06/15/08 TIME 0102 | 8. INCIDENT LOCATION Via email | | 9. ADDL. NAMES ATTACHED ☐ YES ☐ NO |

**10. NARRATIVE**

On 09/19/08 at 1530 hours, WATLINGTON, Chloe (FW-21-O) came to UCPD and Det. Reich #83 released the following property to her:

Evidence item numbers E35-1, E35-2, E35-3, E35-4, E35-5, E35-11, E35-12, and E35-13.

WATLINGTON signed both pages of the property receipt I prepared.

On 09/23/08, Ofc. Miller had finished copying more of the remaining computer hard drives. I called CHAZIN to let him know we had more property to release. By 09/24/08, Ofc. Miller had finished copying all of the hard drives, and the USB flash drive.

On 09/30/08, HENNING, Christopher (MW-52-O) came to UCPD and I released the following property to him:

Evidence item numbers E35-6, E35-7, E35-8, E35-9, E35-10, E35-14, E35-15, E35-16, E35-17, and E35-18.

HENNING signed both pages of the property receipt I prepared. HENNING prepared a detailed inventory listing out each of the ninety CDs and cassettes contained within evidence item number E35-18. Det. Zuniga #73 signed HENNING's inventory.

Nothing further.

**ATTACHMENTS:**
Copies of email messages sent to VICTIM
Copy of affidavit and court order for records from Google
Google's response to court order for records
Copy of affidavit and court order for records from Sonic.net
Copy of Sonic.net's response to court order for records
Copy of search warrant and affidavit for the Long Haul Infoshop
Copy of search warrant sealing order and affidavit
Search warrant inventory
Copy of property release order
Intake evidence receipts from Silicon Valley Regional Computer Forensics Laboratory
Return to agency evidence receipts from Silicon Valley Regional Computer Forensics Laboratory
Property receipt for items released on 09/19/08
Property receipt for items released on 09/30/08

| 11. COPIES TO: | ☐ DETECTIVES | ☐ PATROL | ☐ DISTRICT ATTY. | ☐ RISK MGT. | ☐ E.H&S | ☐ OTHER | ☐ OTHER |
|---|---|---|---|---|---|---|---|
| 12. REPORTING OFFICER Kasiske #35 | | 13. DATE AND TIME 10/24/08 0800 hours | | 14. APPROVING SUPERVISOR | | 15. DATE | |

CONFIDENTIAL                                                                                                           UC 000253