# EXHIBIT R

| STATE OF CALIFORNIA | ) ss. | INVENTORY AND AFFIDAVIT |
|---|---|---|
| COUNTY OF ALAMEDA | ) | ON SEARCH WARRANT |

I, the undersigned, make this inventory to the attached Search Warrant. Said Warrant was issued on ___08/26/08___, and under its authority I, on ___08/27/08___,
(date)             (date)
diligently searched the persons and places described as follows, to wit: __3124 SHATTUCK, BERKELEY__

and I there discovered the following:

FROM INTERNET ROOM:    **INVENTORY**

- MISC. CDS & DISKETTES
- POWER MACINTOSH G3, S/N XB8292N0CY4
- ACER PC - NO S/N
- "ZOOL" PC - S/N 011124106
- DELL OPTIPLEX GX110 SERVICE TAG: 9585701
- DELL OPTIPLEX GX150 S/N JC32B11
- POWER MACINTOSH G3, S/N XA8350FYD9B
- ADS PC S/N 6920191
- UNKNOWN WHITE PC, S/N 9041DTYZQ724
- UNKNOWN WHITE PC, NO S/N
- MACINTOSH PERFORMA S/N RM7362NX95R
- BLUE/WHITE MAC S/N YM0173D2J88
- BLACK APPLE HARD DRIVE
- LACIE HARD DRIVE

I, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property take by me on the Warrant.

_____
Signature of Officer (before Magistrate)

_____
Signature of Magistrate
County of Alameda, State of California

Ref.  1534 (e) P.C.
      1535 P.C.      Subscribed and sworn to before me
      1537 P.C.

on: _____
                  (date)

CONFIDENTIAL                  UC 000284

STATE OF CALIFORNIA ) ss.     INVENTORY AND AFFIDAVIT
COUNTY OF ALAMEDA )           ON SEARCH WARRANT

I, the undersigned, make this inventory to the attached Search Warrant. Said Warrant was issued on

_08/26/08_ (date), and under its authority I, on _08/27/08_ (date), diligently searched the persons and places described as follows, to wit: _3124 SHATTUCK BERKELEY_

and I there discovered the following:

FROM UPSTAIRS OFFICE:     **INVENTORY**

- BLUE/WHITE POWER MACINTOSH G3 S/N: 5G852887F02
- MAC S/N QT3101MGNHX
- MISC. CDS/CASSETTES

I, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property take by me on the Warrant.

_B. W. Z._
Signature of Officer (before Magistrate)

Signature of Magistrate
County of Alameda, State of California

Ref.   1534 (e) P.C.
       1535 P.C.         Subscribed and sworn to before me
       1537 P.C.
                         on: _____
                                    (date)

CONFIDENTIAL                                                UC 000285

STATE OF CALIFORNIA ) ss.            INVENTORY AND AFFIDAVIT
COUNTY OF ALAMEDA )                  ON SEARCH WARRANT

I, the undersigned, make this inventory to the attached Search Warrant. Said Warrant was issued on
__08/26/08__ (date); and under its authority I, on __08/27/08__ (date), diligently searched the persons and places described as follows, to wit: __3124 SHATTUCK BERKELEY__

and I there discovered the following:

**INVENTORY**

FROM DOWNSTAIRS OFFICE - "EAST BAY PERJOURE SUPPORT"
- "EXCEL" COMPUTER  NO 10979
- MISC. CDs
- SPRINT USB FLASH DRIVE

I, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property take by me on the Warrant.

Signature of Officer (before Magistrate)

Signature of Magistrate
County of Alameda, State of California

Ref.  1534 (e) P.C.
      1535 P.C.          Subscribed and sworn to before me
      1537 P.C.
                         on: _____
                              (date)

CONFIDENTIAL                                    UC 000286



University of California, Berkeley
Police Department
1 Sproul Hall ♦ Berkeley, CA 94720-1199
(510) 642-6760 ♦ Fax (510) 642-6434

# PROPERTY RECEIPT

Date: 09/18/08
Case No.: 08-02544
Name: THE LONG HAUL INFOSHOP
Phone #:
Address/City/Zip Code: 3124 SHATTUCK AVE, BERKELEY CA 94705
Received of the Chief of Police, per: KASISKE  to following described property:

| Item # | Article/Description | Value |
|---|---|---|
| 1 | POWER MACINTOSH G3, S/N XB8292NOCY4 | |
| 2 | ACER PC - UNKNOWN S/N | |
| 3 | "2001" PC S/N 011124106 | |
| 4 | DELL OPTIPLEX GX110 SERVICE TAG: 9585701 | |
| 5 | DELL OPTIPLEX GX150 S/N JC3ZB11 | |

I hereby certify that I am the ○ Legal Owner ☒ Legal agent of owner of the above listed property.
Signature: [signed]

In order to pick up the above listed property, you *must* bring this receipt with you. If you give someone else permission to pick up your property, they *must* bring this receipt *and* a note from you stating they have permission to pick up your property.

## AUTHORIZATION RELEASE

The above listed property is released to:

Name: CHLOE WATLINGTON
Driver Lic #: Redacted - Private Info
Address/City/Zip Code: Redacted - Private Information

I certify, under penalty of perjury, that I am the ○ Legal Owner ☒ Legal agent of owner of the property listed above, and that I have taken possession of the described property from the UC Berkeley Police Department.
Signature: [signed]
Date: 09/19/08

I hereby release and/or dispose of the property described in accordance with the following rules, regulations, and established orders:

○ Court Order dated _____
○ No court proceedings, charges dropped, etc.
☒ Property returned to owner
○ Relinquished custody to outside agency: _____
○ Property turned over to Lost and Found
○ Unidentifiable property, concluding a 90 day hold
○ Property clear NCIC and records check

Authorizing Officer: KASISKE    Date 09/18/08    Time 1630
Releasing Officer: REICH    Date 09/19/08    Time 1530

Original: Records   Yellow copy: Property   Pink Copy: Property Owner

CONFIDENTIAL

UC 000297

University of California, Berkeley
Police Department
1 Sproul Hall ♦ Berkeley, CA 94720-1199
(510) 642-6760 ♦ Fax (510) 642-6434

Page 2 OF 2
08-02544

# PROPERTY RECEIPT

Date: 09/18/08  Case No. 08-02544
Name: THE LONG HAUL INFOSHOP  Phone #:
Address/City/Zip Code: 3124 SHATTUCK AVE, BERKELEY, CA 94705
Received of the Chief of Police, per KASISKE to following described property:

| Item # | Article/Description | Value |
|---|---|---|
| 6 | BLUE/WHITE iMAC S/N YM0173D3J88 | |
| 7 | BLUE/WHITE POWER MACINTOSH G3 S/N SG852887FQ2 | |
| 8 | iMAC S/N QT3101MGNHX | |

I hereby certify that I am the  ○ Legal Owner  ☒ Legal agent of owner  of the above listed property.
Signature: [signed]

In order to pick up the above listed property, you *must* bring this receipt with you. If you give someone else permission to pick up your property, they *must* bring this receipt *and* a note from you stating they have permission to pick up your property.

## AUTHORIZATION RELEASE

The above listed property is released to:

Name: CHLOE WATLINGTON  Driver Lic #: Redacted - Private Information
Address/City/Zip Code: Redacted - Private Information

I certify, under penalty of perjury, that I am the  ○ Legal Owner  ☒ Legal agent of owner  of the property listed above, and that I have taken possession of the described property from the UC Berkeley Police Department.
Signature: [signed]  Date: 09/19/08

I hereby release and/or dispose of the property described in accordance with the following rules, regulations, and established orders:

○ Court Order dated _____
○ No court proceedings, charges dropped, etc.
☒ Property returned to owner
○ Relinquished custody to outside agency: _____
○ Property turned over to Lost and Found
○ Unidentifiable property, concluding a 90 day hold
○ Property clear NCIC and records check

Authorizing Officer: KASISKE  Date 09/18/08  Time 1630
Releasing Officer: REICH  Date 09/19/08  Time 1530

Original: Records   Yellow copy: Property   Pink Copy: Property Owner

CONFIDENTIAL                                                                 UC 000298