# EXHIBIT S