# EXHIBIT T



University of California, Berkeley
Police Department
1 Sproul Hall ♦ Berkeley, CA 94720-1199
(510) 642-6760 ♦ Fax (510) 642-6434

Page 2 of 2
08-02544

# PROPERTY RECEIPT

Date: 09/23/08  Case No. 08-02544
Name: THE LONG HAUL INFOSHOP  Phone #: 
Address/City/Zip Code: 3124 SHATTUCK AVENUE, BERKELEY, CA 94705
Received of the Chief of Police, per KASISKE to following described property:

| Item # | Article/Description | Value |
|---|---|---|
|  | 7272 |  |
| 1 | 80 MISC. CDs & DISKETTES |  |
| 2 | "EXCEL" COMPUTER, NO. 10979 |  |
| 3 | SPRINT USB FLASH DRIVE |  |
| 4 | BLACK APPLE HARD DRIVE |  |
| 5 | LACIE HARD DRIVE |  |

I hereby certify that I am the ○ Legal Owner  ○ Legal agent of owner  of the above listed property.
Signature _____

In order to pick up the above listed property, you *must* bring this receipt with you. If you give someone else permission to pick up your property, they *must* bring this receipt *and* a note from you stating they have permission to pick up your property.

## AUTHORIZATION RELEASE

The above listed property is released to:

Name: CHRISTOPHER LEE HENNING  Driver Lic #: Redacted - Private Information
Address/City/Zip Code: Redacted - Private Information

I certify, under penalty of perjury, that I am the ○ Legal Owner  ● Legal agent of owner  of the property listed above, and that I have taken possession of the described property from the UC Berkeley Police Department.
Signature _____  Date 9/30/09

I hereby release and/or dispose of the property described in accordance with the following rules, regulations, and established orders:

○ Court Order dated _____          ○ Property turned over to Lost and Found
○ No court proceedings, charges dropped, etc.  ○ Unidentifiable property, concluding a 90 day hold
☒ Property returned to owner                   ○ Property clear NCIC and records check
○ Relinquished custody to outside agency: _____

Authorizing Officer: KASISKE  Date 09/23/08  Time 1400
Releasing Officer: KASISKE   Date 09/30/09  Time 1155

Original: Records    Yellow copy: Property    Pink Copy: Property Owner

CONFIDENTIAL                                                      UC 000299

University of California, Berkeley
Police Department
1 Sproul Hall ♦ Berkeley, CA 94720-1199
(510) 642-6760 ♦ Fax (510) 642-6434

08-02544

# PROPERTY RECEIPT

Date: 09/23/08                                    Case No. 08-02544
Name: THE LONG HAUL INFOSHOP              Phone #
Address/City/Zip Code: 3124 SHATTUCK AVENUE BERKELEY CA 94705
Received of the Chief of Police, per KASISKE to following described property:

| Item # | Article/Description | Value |
|---|---|---|
| 6 | ADS COMPUTER, S/N 6920191 | |
| 7 | POWER MACINTOSH G3 S/N XA8350FYD93 | |
| 8 | UNKNOWN BRAND COMPUTER S/N 9041DTYZQ724 | |
| 9 | UNKNOWN BRAND COMPUTER UNKNOWN SERIAL NUMBER | |
| 10 | MACINTOSH PERFORMA COMPUTER S/N CM7362NX95C | |

I hereby certify that I am the  ○ Legal Owner  ○ Legal agent of owner  of the above listed property.
Signature _____

In order to pick up the above listed property, you *must* bring this receipt with you. If you give someone else permission to pick up your property, they *must* bring this receipt *and* a note from you stating they have permission to pick up your property.

## AUTHORIZATION RELEASE

The above listed property is released to:

Name: CHRISTOPHER LEE HENNING            Driver Lic #: Redacted - Private Information
Address/City/Zip Code: Redacted - Private Information

I certify, under penalty of perjury, that I am the  ○ Legal Owner  ● Legal agent of owner  of the property listed above, and that I have taken possession of the described property from the UC Berkeley Police Department.
Signature _____           Date 9/30/08

I hereby release and/or dispose of the property described in accordance with the following rules, regulations, and established orders:

○ Court Order dated _____         ○ Property turned over to Lost and Found
○ No court proceedings, charges dropped, etc.  ○ Unidentifiable property, concluding a 90 day hold
☒ Property returned to owner                ○ Property clear NCIC and records check
○ Relinquished custody to outside agency: _____

Authorizing Officer: KASISKE              Date 09/23/08   Time 1400
Releasing Officer: KASISKE                Date 09/30/08   Time 1202

Original: Records    Yellow copy: Property    Pink Copy: Property Owner

CONFIDENTIAL                                                       UC 000300