# EXHIBIT U

| UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT |
| :---: |
| One Sproul Hall |
| Berkeley, CA 94720 |
| (510) 642-6760 |
| SUPPLEMENTAL REPORT |
| Case #08-02544 |

**EVIDENCE:**
E35-21-4     Examination reports from the SVRCFL
E35-22-1     Data CD containing results from analysis performed by SVRCFL

**NARRATIVE:**
On 08/29/08, I delivered six computers that had been seized from the Long Haul to the Silicon Valley Regional Computer Forensics Laboratory (SVRCFL). Two of the computers were Macs and four were PCs.

When I sent the computers to the SVRCFL, I included a list of keywords that the technicians could use to search for within the computers. The keywords included names and contact information for researchers who had been targeted by animal rights activists as well as names and contact information for suspects who had been identified in previous animal rights cases. The keywords also included words and phrases used by suspects who had targeted researchers such as, vivisection, animal torture, and animal testing.

In November 2008, I received two reports from the SVRCFL that indicated they had analyzed the contents of the two Mac computers. The first report was titled "Imaging Report." This report was dated 09/18/08. The report indicated that the original evidence was copied onto storage media. The second report was dated 10/30/08 and the title was "Final Examination Report." The report indicated that SVRCFL did not find any evidence that the computers were used to send threatening email messages to animal researchers.

On 12/16/08, I received two reports from the SVRCFL that indicated they had analyzed the contents of the four PCs. The first report was titled "Imaging Report." This report was dated 09/18/08. The report indicated that the original evidence was copied onto

| Reporting Detective William Kasiske #35   WK | Date: 01/26/09 1550 hours |
| :--- | :--- |
| Reviewed By:  Ji | Date: 1-27-09 |
| Copies To:  JMC  CIB | |

CONFIDENTIAL                                                                                                                      UC 000306

| UNIVERSITY OF CALIFORNIA POLICE DEPARTMENT |
|---|
| One Sproul Hall<br>Berkeley, CA  94720<br>(510) 642-6760 |
| **SUPPLEMENTAL REPORT**<br>Case #08-02544 |

storage media. The second report was dated 11/10/08 and was titled "Final Examination Report." There was a data CD that accompanied the report. The report indicated that when searching the contents of the four computers, the following keywords were found within the files:    Redacted - Investigation Privilege    "vivisection," "animal abuse," "animal testing," and "vivisectors." Redacted - Investigation Privileg Redacted - Investigation Privileg were suspects in previous UCPD cases. They were among the names I had provided to SVRCFL.

The data CD included the files that contained these keywords. I viewed the files. They did not contain information that would indicate whether or not the computers were used to send the threatening email messages and they did not indicate who might have sent the messages.

I booked the CD and reports from SVRCFL into evidence locker #10 at UCPD.

Nothing further.

| Reporting Detective William Kasiske #35  W/K | Date: 01/26/08 1550 hours |
|---|---|
| Reviewed By: | Date: |
| Copies To: | |

CONFIDENTIAL

UC 000307