# EXHIBIT V

**Animal rights stalking case, computer data**

## Background

For the past year, animal rights activists have been targeting multiple UC Berkeley professors and graduate students who conduct research using animals.  Their harassment has consisted of demonstrations and vandalism and their homes, threatening/harassing phone calls, and threatening/harassing email messages.  There have been recent arson attacks against researchers at UCLA and UC Santa Cruz.  Activists from the Santa Cruz area have been known to participate in demonstrations against UC Berkeley researchers.

Our investigation determined that a suspect was sending threatening email messages from an establishment called the Long Haul Infoshop in Berkeley.  On 08/26/08, UCPD obtained a search warrant to seize computers from the Long Haul Infoshop.  On 08/27/08, we seized fourteen computers, two external hard drives, a USB flash drive, and several miscellaneous CDs and diskettes.  In an effort to prioritize the seized evidence, we have identified six computers as being the most likely computers the suspect would have used.  These six computers were located in an area labeled as the "internet room."  They were attached to accessories such as monitors, keyboards, and mice.  They were also connected to phone/DSL cables, presumably so they could connect to the internet.  There were five computers in this room that were not connected to anything and did not appear to be in regular use.  The remaining three computers were seized from office areas that seemed more likely to belong to individual groups, rather than available for public use.  We would initially like to search the primary six computers for the following:

## Evidence pertaining to the threatening email messages

Since the identity of the sender is unknown, we are hoping to find anything that could help identify this person.  It would be helpful to determine which computer(s) the suspect used to send the messages and any information about what else the suspect did with the computer around the time the messages were sent (ie – websites visited, documents created, other email messages sent, etc.).

The suspect has used the following email addresses: ⬚⬚⬚⬚isscum@gmail.com, ⬚⬚⬚08@yahoo.com, ⬚⬚⬚33@yahoo.com, ⬚⬚⬚01@yahoo.com, ⬚⬚⬚11@yahoo.com, ⬚⬚⬚444@gmail.com, sciencerulz09@yahoo.com, linuxlove9@yahoo.com, animal.killers@yahoo.com, fuk⬚⬚⬚@gmail.com, ⬚⬚⬚kills@gmail.com, ⬚⬚⬚kills001@gmail.com.

Copies of the email messages are attached for reference.

## Evidence pertaining to arson, vandalism, or other harassment targeting researchers

In addition to seeking evidence pertaining to email threats, we are hoping to discover whether or not these computers were used to communicate or otherwise document anything regarding arson attacks, vandalisms, and other harassment that has been perpetrated against University of California researchers.  The keywords listed in the following section could help to locate this type of evidence.

Page 1 of 6

UC 000088

## Keywords

The following sections list keywords and phrases that may help to identify files created by the suspect.  The keywords include victims' names, addresses, email addresses, and phone numbers as well as information for suspects.

General keywords/phrases:

Vivisection, vivisectors, home demonstration, animal abuse, animal torture, animal research, animal testing, animal lab, Li Ka-Shing

Websites:

www.pixelexdesign.com/stopcalvivisection
myspace.com/stopcaltorture
veganthis.blogspot.com
veganthis.org
pets.groups.yahoo.com/group/baarn

Victims names/addresses/phone/email:



Redacted - Private Information

UC 000089



Redacted - Private Information

UC 000090



Redacted - Private Information

Suspects

Redacted - Investigation Privilege

UC 000091



Redacted - Investigation Privilege

UC 000092



Redacted – Investigation Privilege

UC 000093