# EXHIBIT W

SV-10 (Rev 10-5-2007)



# SILICON VALLEY
# REGIONAL COMPUTER FORENSIC LABORATORY

| Examiner: | SVRCFL Case Number: |
|---|---|
| Wansin Ounkeo | SV-08-0109-2 |

# Final Examination Report

*Included herein are the results of a digital forensic examination performed by a qualified computer forensic examiner. This examination has been performed in accordance with policies and procedures set forth by the Silicon Valley Regional Computer Forensic Lab (SVRCFL).*

**1. Date of Report:**   October 30, 2008

**2. Examiner(s):**   Wansin Ounkeo, **Forensic Examiner**; Report Author

**3. Case #:**   RCFL Case #: **SV-08-0109-2**
UC Berkeley PD Case #: **08-02544**

**4. Request:**

On August 29, 2008, Officer Bill Kasiske, UC Berkeley Police Department, requested that one Apple iMac G3 and one Apple PowerMacintosh G3, property of Long Haul Infoshop located at 3124 Shattuck Ave. Berkeley, CA, be examined pursuant to a search warrant. He requested that the following items be searched for, identified (if present), documented, and reported on by the SVRCFL:

1) possible evidence that these computers were used to send harassing and threatening emails to animal researchers.
2) emails matching specific victim email addresses and perpetrator email addresses
3) possible websites or files used by possible subjects

**5. Summary:**

Request was satisfied, and items listed in the request were found as follows:

1) Examiner could find no evidence that the computer was used to send harassing or threatening emails to animal researchers.

COPY    USA00004

SV-10 (Rev 10-5-2007)



# SILICON VALLEY
# REGIONAL COMPUTER FORENSIC LABORATORY

| Examiner: Wansin Ounkeo | SVRCFL Case Number: SV-08-0109-2 |
|---|---|

2) Examiner found no matching email addresses of neither victims or perpetrators.
3) None of the websites listed in the service request were found. No files could be connected with the list of possible subjects.

### 6. Examination:

Detective Kasiske provided the SVRCFL with one white Apple iMac G3 and one Power Macintosh G3. Legal authority for the examination was provided as a search warrant that I reviewed prior to starting the examination. Upon submission to the SVRCFL, each item to be examined was inventoried. As part of the inventory process, each item was assigned a unique SVRCFL bar code and was entered into the SVRCFL evidence system. Make, model, and serial number for each item were recorded, and each item was digitally photographed.

I created an exact image copy of the user accessible data from the submitted evidentiary items onto staging media. This was done to preserve the original evidence and minimize any risk of damage to the original evidence. These exact copies will be referred to as "images." The image was created using an appropriate and approved forensic imaging tool to write to a forensically clean, previously wiped staging media.

During imaging, the original evidence was protected from alteration by use of an appropriate and approved write protection device. Archive images were made to tape media and a DVD+R. The staging media images were used in the examination process to satisfy this service request. The archive images will be retained in SVRCFL evidence control room in order to preserve the evidence should it be required in the future for authentication or court proceedings.

An MD5 [1] hash algorithm was used to verify that the images created were exact duplicates of the data stored on the original evidence media. After verifying the MD5 hashes matched, all original evidentiary items were returned to the SVRCFL Evidence Control Facility.

A check of the Open Firmware settings of the submitted computers were performed to record the date and time of the systems. The system time for the Power Macintosh G3 was found to be current with Pacific Daylight Time as given

---

[1] MD5 (Message Digest, version 5) is a software algorithm used to "fingerprint" a file or contents of a disk. It is used to verify the integrity of data. In forensic analysis, it is typically used to verify that an acquired image of an evidence drive was not altered during the imaging process.

COPY

SV-10 (Rev 10-5-2007)

# SILICON VALLEY
# REGIONAL COMPUTER FORENSIC LABORATORY

| Examiner: Wansin Ounkeo | SVRCFL Case Number: SV-08-0109-2 |

by a clock synchronized to the US Atomic clock. The date and time for the iMac G3 was found to have defaulted to January 1, 1904 so could relied upon.

I used forensic software utilities to prepare the examination image for review. The following processes were performed to prepare the image for examination:

1) Directory Listing: A listing of all recognized files was created and stored in a CD in the form of comma delimited text file.

I reviewed the data using appropriate and approved forensic software loaded on a controlled laboratory examination computer or network used exclusively for this purpose. I could not identify any items to be exported and included in a digital report. To ensure that the images used for examination had not been altered during the review, I ran an MD5 hash algorithm against the examined images at the conclusion of the exam. The post-exam MD5 hashes matched the pre-exam MD5 hashes, showing that the examined images had not changed during the course of the exam.

The following processes were performed during this exam:

Physical Examination of Evidentiary items
Write Protect Media
Hardware Geometry and System Information
Create Image
Directory/File Listing
Logical Copy
Search (Keyword, Identifying)
Verification

## 7. Evidence:

submitted:

- SVE023620: Apple iMac G3 s/n: YM0173D3J88
    - SVE023756: Quantum Fireball 6 GB IDE HDD model: LB06A02K with s/n: 872009944704
- SVE023618: Apple Power Macintosh G3 with s/n: XB8292NOCY4
    - SVE023755: Quantum Fireball 1.2 GB IDE HDD model: ML60108715XSA with s/n: 122535629172N



USA00006

SV-10 (Rev 10-5-2007)



## SILICON VALLEY
## REGIONAL COMPUTER FORENSIC LABORATORY

| Examiner: Wansin Ounkeo | SVRCFL Case Number: SV-08-0109-2 |
|---|---|

examined:

- SVE023620: Apple iMac G3 s/n: YM0173D3J88
  - SVE023756: Quantum Fireball 6 GB IDE HDD model: LB06A02K with s/n: 872009944704
- SVE023618: Apple Power Macintosh G3 with s/n: XB8292NOCY4
  - SVE023755: Quantum Fireball 1.2 GB IDE HDD model: ML60108715XSA with s/n: 122535629172N

derivative evidence:

- SVE023757: FujiFilm LTO1 tape drive – archive of SVE023756
- SVE023758: Verbatim DVD+R – archive of SVE023755
- SVE024222: FujiFilm CD-R – directory file listings

## 8. Evidence Disposition:

- All original items: SVE023620, SVE023756, SVE023618, and SVE023755 were returned to submitting agency subsequent to imaging.

- All DE items: SVE023757, SVE023758, and SVE024222 are to be retained in SVRCFL evidence control room for a period of five years in order to preserve the evidence in the event additional forensic examinations or legal proceedings require its use. After this time, they will be returned to the requestor's agency for disposition.

## 9. Case Disposition:

This examination is completed. SVRCFL case SV-08-0109-2 is closed pending administrative review. The SVRCFL case file, including administrative and examination documentation, will be retained at the SVRCFL.

