# EXHIBIT X



**SILICON VALLEY**
**REGIONAL COMPUTER FORENSIC LABORATORY**

| Examiner: Sherman Kwok | SVRCFL Case Number: SV-08-0109 |
|---|---|

# Final Examination Report

*Included herein are the results of a digital forensic examination performed by a qualified computer forensic examiner. This examination has been performed in accordance with policies and procedures set forth by the Silicon Valley Regional Computer Forensic Lab (SVRCFL).*

**1. Date of Report:**     November 10, 2008

**1A. Reference:**     Refer to the Imaging Report dated September 18, 2008 written by Mike Guidotti attached hereto regarding additional forensic processes relating to this case.

**2. Examiner(s):**     Sherman Kwok, Forensic Examiner; Report Author

**3. Case Number:**     RCFL Case #:     SV-08-0109
                       Agency Case #:     08-02544

**4. Request:**
On 08/29/2008, Detective Bill Kasiske, UC Berkeley Police Department, pursuant to a search warrant, requested the assistance of the SVRCFL in the examination of four computers seized from the Long Haul Infoshop, 3124 Shattuck Avenue, Berkeley, CA on 08/27/2008, for the following:

1) Evidence pertaining to threatening email messages
2) Evidence pertaining to arson, vandalism, or other harassment targeting researchers

**5. Summary:**
Request was satisfied, and items listed in the request were found as follows:

Keyword searches were conducted on the terms as listed in the six page writeup titled "Animal rights stalking case computer data" as provided by Det. Kasiske. The following search terms were found within the evidence and were bookmarked: ███, ███, ███, ███, "Vivisection", "animal abuse", "animal testing", "vivisectors". All files were bookmarked by term and exported to the final electronic report.

Six computers were processed and reviewed using a specially prepared evidence review computer and created bookmarks or otherwise identified those items or files to be exported to a digital case report.

**6. Examination:**
Det. Kasiske provided the SVRCFL with four computers: two generic desktops and two Dell Optiplex desktops. Legal authority for the examination was provided as a search warrant that was reviewed by the examiner prior to starting the examination. Upon receipt by the SVRCFL, each item to be examined was inventoried. The evidence items for this case was imaged as indicated in Mike Guidotti's Imaging Report dated September 18, 2008. This report is attached and made a part therein.

The examiner used forensic software utilities to prepare each examination image for the investigator's review. The following processes were performed to prepare the image for examination:

1) Directory Listing: A listing of all recognized files was created and stored on the report disc as a Microsoft Access Database and a text listing for the Linux computer.

USA00001

SV-10 (Rev 10-5-2007)



## SILICON VALLEY
## REGIONAL COMPUTER FORENSIC LABORATORY

| Examiner: | SVRCFL Case Number: |
|---|---|
| Sherman Kwok | SV-08-0109 |

2) Deleted File Recovery: Deleted files were recovered from the evidence drive's free and unallocated areas[1]. Data within these deleted files was processed to be viewable by an examiner using forensic examination tools.
3) Residue Extraction: A "data carving" procedure was performed to extract data recognized by the forensic tool as remnants of files that had been previously deleted and then partially overwritten by other files. These remnants were processed and saved in a form viewable by an examiner using forensic examination tools.
4) Full text indexing: All textual items contained within the drive were indexed in order to be searchable should an examiner wish to conduct keyword searches of the evidence images.
5) Hashset filtering: A hash set composed of a list of MD5 hash values provided by the Federal Bureau of Investigation (FBI) dated February 9, 2007 was compared to the items contained in the evidence image to filter out known files.

The examiner reviewed the data using appropriate and approved forensic software loaded on a controlled laboratory review computer or network used exclusively for this purpose and identified several items to be exported and included in a digital report contained on CD. To ensure that the image used for examination had not been altered during the review, an MD5 hash was run against the examined image at the conclusion of the exam. The post-exam MD5 hash for all images except SVE023842 matched the pre-exam MD5 hash, showing that the examined image had not changed during the course of the exam. For image SVE023842, CRC errors on the staging media prevented the MD5s from matching but the only bookmarked file resides in an area which has been verified.

The following processes were performed during this exam:

    Physical Examination of Evidentiary Items
    Write Protect Media
    Hardware Geometry and System Information
    Create Image
    Directory/File Listing
    Erased File Recovery
    Residue Extraction
    Search (Keyword, Filtering, Identifying)
    Internet Processing
    Verification

### 7. Evidence:
  submitted:
- Refer to imaging report for submitted items

examined:
- SVE023855: Fujitsu internal IDE HDD, model MPB3064AT, S/N 05065405, having an approximate size of 6.48GB
- SVE023856: Western Digital internal IDE HDD, model WDAC33100-18H, S/N WT3591008482, having an approximate size of 3166.7MB
- SVE023861: Maxtor internal IDE HDD, model 82160D2, S/N L21TKY9A, having an approximate size of 2111MB
- SVE023862: Seagate internal IDE HDD, model ST31720A, S/N VA800403, having an approximate size of 1705MB
- SVE023842: Maxtor internal IDE HDD, model D740X-6L, S/N TGCXX, having an approximate size of 20GB

---

[1] A drive's free and unallocated area is space on a hard drive that is not currently being used by the operating system to store files.

SV-10 (Rev 10-5-2007)



# SILICON VALLEY
# REGIONAL COMPUTER FORENSIC LABORATORY

| Examiner: Sherman Kwok | SVRCFL Case Number: SV-08-0109 |
|---|---|

- SVE023848:   Maxtor internal IDE HDD, model D740X-6L, S/N DFZXX, having an approximate size of 40GB

derivative evidence:
- SVE024404:   CD containing Examination Report (SVRCFL copy)
- SVE024405:   CD containing Examination Report (Agency copy)
- SVE024406:   LTO1 tape containing FTK archive

### 8. Evidence Disposition:
- All original items SVE023615, SVE023855, SVE023856, SVE023616, SVE023861, SVE023862, SVE023617, SVE023842, SVE023619, SVE023848 returned to submitting agency on 09/19/2008.

- SVE024405: CD containing requested items and electronic reports retained in SVRCFL ECF. Item to be released to case agent with this report.

- DE items SVE024404 and SVE024406 will be retained in SVRCFL evidence control room for a period of five years in order to preserve the evidence in the event additional forensic examinations or legal proceedings require its use. After this time, all derivative evidence and case files will be returned to the requesting agency for disposition.

### 9. Case Disposition:
This examination is completed. SVRCFL case SV-08-0109 closed pending administrative review. SVRCFL case file, including administrative and examination documentation, will be retained at the SVRCFL.