# EXHIBIT Y

| | |
|---|---|
| **From:** | Bill Kasiske <kasiske@berkeley.edu> |
| **Sent:** | Friday, January 9, 2009 1:20 PM |
| **To:** | sreich@berkeley.edu; Lisa.Shaffer@ic.fbi.gov; kalberts@berkeley.edu |
| **Subject:** | Results of Long Haul computer search |
| **Attach:** | Long Haul computer search results.doc |

I have created a summary of the search results I received from the lab (attached). They analyzed the six computers that were in the public internet access room. There didn't seem to be anything that could directly link a suspect with the threatening email messages that were sent. Here are the best things I could see from looking at the information:

Someone who used the computers at the Long Haul accessed websites relating to the movement against UC researchers, such as the email account for the group, "stopcalvivisection@husmail.com."

There were a couple of files that contained numerous email addresses. One file contained [Redacted]'s email address along with several other people. Another file contained an email address I believe may belong to [Redacted] along with several other people.

There were screenshots from Yahoo! email showing that someone using the address "vivisection_is_a_lic@yahoo.com" sent email to "filthpunk909@yahoo.com." There is probably not a whole lot that can be determined from this, but it could be worth being aware of.

---

Det. Bill Kasiske #35
UC Berkeley Police Department
1 Sproul Hall
Berkeley, CA 94720-1199
Main ph: 510-642-6760
Dir ph: 510-642-1606
Fax: 510-642-1708

**Long Haul computer search results by keyword:**

**Keyword Searched:** Redacted   results stored in file "265403.txt"

Results:

Gabriel        gabejscherer@gmail.com

saveoaks.com

Gregg          greggahorton@gmail.com

Jed            jstamas@gmail.com

Redacted - Investigation Privilege@gmail.com

Mark           themarkwscherer@gmail.com

Karo           klower6@gmail.com

**Keyword Searched:** Redacted   results stored in file "18921.txt"

| | |
|---|---|
| boisetech | boisetech@msn.com |
| oh | danthbagelman@msn.com |
| | kurzon42@msn.com |
| ANA | reverendana@msn.com |
| | cayanne47@comcast.net |
| | djeremy@comcast.net |
| Francis | francisabba@comcast.net |
| oj kid | kidoakland@comcast.net |
| | ralphbart@comcast.net |
| | s.drevitch@comcast.net |
| Surry | surrydownpress@yahoo.co.uk |
| brancheswithwolves-owner | brancheswithwolves-owner@yahoogroups.com |
| | bstw-discussion-subscribe@yahoogroups.com |
| adrianne | acrane1623@sbcglobal.net |
| aipcs | aipcs@sbcglobal.net |
| ACE | cefm1@sbcglobal.net |
| john | chung_john@sbcglobal.net |
| Hella | hellat@sbcglobal.net |
| JOCELYN | jegraef@sbcglobal.net |
| kevin823 | kevin823@sbcglobal.net |
| Laura | l_noonan@sbcglobal.net |
| Laura | laurax@sbcglobal.net |
| magictoo | magictoo@sbcglobal.net |

Redacted - Investigation Privilege

Marav            meravtzur@sbcglobal.net

**Keyword Searched:**   Redacted        results stored in file "265405.txt"

coolNewPerson…

'Marieloskie', '34298096', 'http://myspace-688.vo.llnwd.net/00273/88/66/273416688_s.jpg'

'william', '34294981', 'http://myspace-301.vo.llnwd.net/00273/10/34/273004301_s.jpg'

'PARIS', '34294909', 'http://myspace-292.vo.llnwd.net/00272/29/24/272994292_s.jpg'

'Shaun', '34294895', 'http://myspace-968.vo.llnwd.net/00273/86/95/273305968_s.jpg'

'james', '34294740', 'http://myspace-496.vo.llnwd.net/00273/69/49/273059496_s.jpg'

'Katyna', '34294703', 'http://myspace-596.vo.llnwd.net/00273/69/58/273058596_s.jpg'

'the Ghost Of You…', '34294322', 'http://myspace-578.vo.llnwd.net/00272/87/50/272980578_s.jpg'

Redacted - Investigation Privilege

'Nate', '34291564', 'http://myspace-412.vo.llnwd.net/00272/21/44/272954412_s.jpg'

'Bob', '34290940', 'http://myspace-415.vo.llnwd.net/00272/51/47/272967415_s.jpg'

'Glenn', '34290770', 'http://myspace-245.vo.llnwd.net/00273/54/21/273391245_s.jpg'

'Pokey', '34290758', 'http://myspace-818.vo.llnwd.net/00272/81/84/272954818_s.jpg'

'Potty', '34290703', 'http://myspace-460.vo.llnwd.net/00272/06/46/272976460_s.jpg'

'Dmitri', '34290698', 'http://myspace-077.vo.llnwd.net/00272/77/06/272946077_s.jpg'

'Justin', '34290609', 'http://myspace-557.vo.llnwd.net/00275/75/51/275921557_s.jpg'

'stevo', '34290574', 'http://myspace-999.vo.llnwd.net/00272/99/95/272945999_s.jpg'

'Nev', '34288670', 'http://myspace-504.vo.llnwd.net/00273/40/58/273438504_s.jpg'

'chelsea', '34288561', 'http://myspace-823.vo.llnwd.net/00272/32/86/272926823_s.jpg'

'&hearts;.k r i s t i n.&hearts;', '34288554', 'http://myspace-730.vo.llnwd.net/00272/03/76/272926730_s.jpg'

'kamammerland', '34288416', 'http://myspace-801.vo.llnwd.net/00274/10/85/274425801_s.jpg'

'ding-dong', '34288410', 'http://myspace-064.vo.llnwd.net/00273/46/04/273894064_s.jpg'

'Gina', '34286878', 'http://myspace-450.vo.llnwd.net/00275/05/40/275260450_s.jpg'

'Leila', '34286688', 'http://myspace-024.vo.llnwd.net/00272/42/06/272916024_s.jpg'
'darbs', '34286567', 'http://myspace-526.vo.llnwd.net/00272/62/50/272910526_s.jpg'

'Michael', '34285262', 'http://myspace-319.vo.llnwd.net/00272/91/36/272916319_s.jpg'

'Andy G', '34285122', 'http://myspace-046.vo.llnwd.net/00273/64/04/273074046_s.jpg'

'tim', '34284919', 'http://myspace-817.vo.llnwd.net/00275/71/82/275662817_s.jpg'

'vickie', '34283488', 'http://myspace-120.vo.llnwd.net/00272/02/12/272882120_s.jpg'

**Keyword Searched: "Vivisection"**       results stored in files "211117.htm, 211118.htm, 250224.htm, 265394.txt, 265393.htm"

Yahoo! email screenshot for **vivisection_is_a_lie@yahoo.com**

Sent mail to **filthpunk909@yahoo.com**

**Keyword Searched: "Vivisection"**       results stored in file "125140.txt"

This file contained an assortment of seemingly unrelated names and phrases, including the name, "British Union for the Abolition of Vivisection"

**Keyword Searched: "Vivisection"**       results stored in files "250798.htm, 265397.txt"

This file was a discussion forum posted on a page titled "CrimethInc.Info/shop." "vivisection" was mentioned in one of the posts. The discussion related to veganism and diet.

**Keyword Searched: "Vivisection"**       results stored in file "265395.txt"

This was a text file containing various website urls and other text. Some of the text included:

www.thelonghaul.org

https://www.google.com/accounts/ServiceLogin?service=mail&passive=true&rm=false&continue=https%3A%2F%2Fmail.google.com%2Fmail%2F%3Fnsr%3D1%26ui%3Dhtml%26zy%3D1&ltmpl=default&ltmplcache=2

Gmail - Inbox (1227)  [ Redacted - Private Information ]

http://mail.google.com/mail/#inbox/117cd86958a579db

https://www.google.com/accounts/ServiceLogin?service=mail&passive=true&rm=false&continue=https%3A%2F%2Fmail.google.com%2Fmail%3Fnsr%3D1%26ui%3Dhtml%26zy%3D1&ltmpl=default&ltmplcache=2&hl=en

http://home.myspace.com/index.cfm?fuseaction=user&MyToken=49baaee3-3c4d-46ec-84e3-5eb864ecaaf3

http://www.hushmail.com/

Hushmail - Free Email with Privacy

https://mailserver10.hushmail.com/hushmail/index.php

Hushmail - Free Email with Privacy - **stopcalvivisection@hushmail.com**

https://mailserver10.hushmail.com/hushmail/appletFrame.php?PHPSESSID=hm122f71521823f3c915606e6d9dab3e0a

https://mailserver10.hushmail.com/hushmail/blankNavigationFrame.php?PHPSESSID=hm122f71521823f3c915606e6d9dab3e0a

https://mailserver10.hushmail.com/hushmail/blankContentFrame.php?PHPSESSID=hm122f71521823f3c915606e6d9dab3e0a

**value15:"SplashDisplayName=STOP+UC-Berkeley+Vivisection!;domain=myspace.com;path=/;"**

**Keyword Searched: "Vivisection"**          results stored in file "265396.txt"

http://www.indybay.org/uploads/admin_uploads/2008/08/03/mouse-vivisection_sm.jpg

This url links to a photo of a rat held in a persons hand with a syringe in the other hand. The **photo is seen on the pixelexdesign site next to a photo of** Redacted - Private Info

**Keyword Searched: "Vivisection"**          results stored in file "128515.htm"

This was a MySpace site for a woman with the display name of "Bastardly." Her comment wall had a comment from "**Stop Cal Vivisection**" on 08/26/08. The comment read, "Thanks for the add.
Check out our site:
**www. pixelexdesign. com/stopcalvivisection**

40,000 non-human animals are currently caged and being tortured in the name of "science" at UC-Berkeley."

**Keywords Searched: "animal abuse"**        results stored in file "265400.txt"

This document contained numerous urls for anarchist websites. There was **text from an article posted at news.infoshop.org relating to the UC Santa Cruz firebombings**. The article was dated 08/10/08.

**Keywords Searched: "animal testing"**        results stored in file "265401.txt"

This document indicated that someone was looking up a skin care or cosmetic product on Amazon.com. The product was made by a company called "Beauty Without Cruelty." The company advertised that they do not use ingredients that use animal testing.

**Keyword Searched: "vivisectors"**        results stored in files "265399.txt, 265398.txt"

http://www.stealthisemail.com/

https://mail.stealthisemail.com/

"StealThisEmail.com -- InterActivist Network"

http://www.google.com/search?q=long+haul+infoshop&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:official&client=firefox-a

http://www.google.com/search?q=berkeley+animal&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:official&client=firefox-a

http://news.google.com/news?q=berkeley%20animal&ie=UTF-8&oe=utf-8&rls=org.mozilla:en-US:official&client=firefox-a&um=1&sa=N&tab=wn

**http://www.indybay.org/newsitems/2008/06/05/18504496.php (link to a posting about UC Berkeley home demonstrations)**

http://www.google.com/search?q=DRY+SNITCHING&ie=utf-8&oe=utf-8&aq=t&rls=org.mozilla:en-US:official&client=firefox-a

http://police.berkeley.edu/bulletins/

UC 000357

http://police.berkeley.edu/bulletins/05312008.htm (a link to the UCPD daily log bulletin that notes case 08-02315, "animal rights activity," demonstration).

UC 000358