# EXHIBIT AA

