# EXHIBIT BB

