# EXHIBIT DD

