# EXHIBIT EE

