# EXHIBIT FF

