SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone (312) 258-5800
Facsimile (312) 258-5600

Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**DECLARATION OF SARA L. ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT/ ADJUDICATION** |

I, SARA L. ELLIS, declare:

1. I am an attorney at the law firm of Schiff Hardin LLP, counsel of record for defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade MacAdam and

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -   CASE NO. 3:09-cv-0168 JSW
DECLARATION OF SARA L. ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT/ADJUDICATION

1. Timothy J. Zuniga (the "University Defendants"). I have personal knowledge of the facts set forth herein and I am willing and able to testify to those facts if called as a witness in this action.

2. Attached as **Exhibit A** is a true and correct copy of selected portions of Volume I of the transcript of Jesse Palmer's deposition as Long Haul's 30(b)(6) representative, which was taken on August 4, 2010.

3. Attached as **Exhibit B** is a true and correct copy of selected portions from EBPS's Responses and Objections to Defendant USA's First Set of Requests for Admission, dated October 12, 2010.

4. Attached as **Exhibit C** is a true and correct copy of selected portions from Long Haul's Responses and Objections to Defendant USA's First Set of Requests for Admission, dated October 12, 2010.

5. Attached as **Exhibit D** is a true and correct of the attachment to Long Haul's 2008 taxes, which lists the grants Long Haul paid out in 2008 (pages 7 and 8 of Exhibit 17 to the deposition of Jesse Palmer). The list shows that Long Haul gave EBPS a grant of $75 and Stop Cal Vivisection a grant of $50 for "Educational – general" in 2008. This document was marked as Exhibit 17 to the deposition of Jesse Palmer on August 4, 2010 and was authenticated in his testimony located at 159:20-162:4.

6. Attached as **Exhibit E** is a true and correct copy of selected portions of the transcript of Lisa Shaffer's deposition, which was taken on July 28, 2010.

7. Attached as **Exhibit F** is a true and correct copy of selected portions of the transcript of Max Harris's deposition, which was taken on September 22, 2010.

8. Attached as **Exhibit G** is a true and correct copy of selected portions of the transcript of Kathryn Miller's deposition, which was taken on November 10, 2010.

9. Attached as **Exhibit H** is a true and correct copy of selected portions of the transcript of Patrick Lyons's deposition as East Bay Prisoner Support's 30(b)(6) representative, which was taken on September 22, 2010.

10. Attached as **Exhibit I** is a true and correct copy of the front cover and page

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 2 -  CASE NO. 3:09-cv-0168 JSW
DECLARATION OF SARA L. ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT/ADJUDICATION

2 of the Autumn 2008 edition of Slingshot (Issue #98). This edition was produced by Plaintiffs and BATES numbered SUPPL-11. In the lower left-hand corner of page 2 it states "Slingshot Newspaper" in bold large type, and the next line it says: "Sponsored by Long Haul"; next line "3142 Shattuck Avenue, Berkeley, CA 94705."

11. In support of their motion Plaintiffs submitted a photo of a news rack as Exhibit 16 to the declaration of Jesse Palmer. I am informed and believe that this photo was taken by Plaintiffs' counsel, Jennifer Granick, many days after the August 27, 2008 search of Long Haul.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on February 14 2011, in Chicago, Illinois.

_Sara L. Ellis_

SF\9964598.1

Schiff Hardin LLP
Attorneys At Law
San Francisco

- 3 -   CASE NO. 3:09-cv-0168 JSW
DECLARATION OF SARA L. ELLIS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT/ADJUDICATION