# EXHIBIT C

Jennifer Stisa Granick (State Bar No. 168423)
Matt Zimmerman (State Bar No. 212423)
Marcia Hofmann (State Bar No. 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@eff.org
  mattz@eff.org

Michael T. Risher (State Bar No. 191627)
AMERICAN CIVIL LIBERTIES FOUNDATION
  OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. AND EAST BAY
PRISONER SUPPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUESTS FOR ADMISSION BY DEFENDANT UNITED STATES** |

**RESPONSE TO REQUEST FOR ADMISSION NO. 8**

Plaintiff objects to this Request for Admission as vague and ambiguous. Subject to this objection, Plaintiff answers as follows: To the extent that this Request for Admission asks about written communications received by the UC Berkeley Police Department not authored by Plaintiff, Plaintiff cannot truthfully admit or deny this request for admission because Plaintiff does not have sufficient information or knowledge to do so. To the extent that this Request for Admission asks about written communications received by the UC Berkeley Police Department authored or co-authored by Plaintiff, Plaintiff answers as follows: denied. The first written correspondence from Plaintiffs' current counsel to the UC Berkeley Police Department in which the UC Berkeley Police Department was informed of the fact that Long Haul published Slingshot was sent on October 22, 2008.

**REQUEST FOR ADMISSION NO. 9**

Admit that the first written correspondence to the UC Berkeley Police Department informing them of the fact that EBPS provided information to the public was sent on or after October 27, 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9**

Plaintiff objects to this Request for Admission as vague and ambiguous. Subject to this objection, Plaintiff answers as follows: To the extent that this Request for Admission asks about written communications received by the UC Berkeley Police Department not authored by Plaintiff, Plaintiff cannot truthfully admit or deny this Request for Admission because Plaintiff does not have sufficient information or knowledge to do so. To the extent that this Request for Admission asks about written communications received by the UC Berkeley Police Department authored or co-authored by Plaintiff, Plaintiff answers as follows: admitted.

**REQUEST FOR ADMISSION NO. 10**

Admit that on September 18, 2008, Defendant Kasiske had a conversation with Seth Chazin wherein Defendant Kasiske stated that he would be able to release some of the property

seized during the August 28, 2008 search.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10**

Admitted.

**REQUEST FOR ADMISSION NO. 11**

Admit that on September 19, 2008, Detective Reich released property numbered E35-1, E 35-2, E 35-3, E35-4, E35-5, E35-11, E35-12, and E35-13 to Chloe Watlington.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11**

Admitted.

**REQUEST FOR ADMISSION NO. 12**

Admit that on September 19, 2008, Chloe Watlington signed both pages of the property receipt, which were produced in this litigation and BATES numbered UC000297-000298.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12**

Admitted.

**REQUEST FOR ADMISSION NO. 13**

Admit that on September 23, 2008, Defendant Kasiske had a conversation with Seth Chazin wherein Defendant Kasiske stated that he would be able to release additional property seized during the August 28, 2008 search.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13**

Admitted.

**REQUEST FOR ADMISSION NO. 14**

Admit that on September 30, 2008, Kasiske released property numbered E35-6, E 35-7, E 355-8, E35-9, E35-10, E35-14, E35-15, E35-16, E 35-17, and E35-18 to Christopher Henning.

up by the Bay Area Animal Rights Network.

**RESPONSE TO REQUEST FOR ADMISSION NO. 21**

Plaintiff cannot truthfully admit or deny this Request for Admission because Plaintiff does not have sufficient information or knowledge to do so. Plaintiff admits that an email message apparently announcing the event appears to have been sent through the Bay Area Animal Rights Network listserv.

**REQUEST FOR ADMISSION NO. 22**

Admit that the organization "Stop UCB Vivisection" was dedicated to stopping the practice of vivisection and animal experimentation at UC Berkeley.

**RESPONSE TO REQUEST FOR ADMISSION NO. 22**

Plaintiff cannot truthfully admit or deny this request for admission because Plaintiff does not have sufficient information or knowledge to do so. Plaintiff admits that the organization stated that this was its goal.

**REQUEST FOR ADMISSION NO. 23**

Admit that Long Haul provided Stop Cal Vivisection with a grant in 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 23**

Admitted.

**REQUEST FOR ADMISSION NO. 24**

Admit that Long Haul gave Stop Cal Vivisection at least $50 in 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 24**

Plaintiff objects to this Request for Admission as vague and ambiguous. Subject to this objection, Plaintiff answers as follows: admitted that Long Haul gave Stop Cal Vivisection exactly $50 in 2008.

9

PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO DEFENDANT USA'S
FIRST SET OF REQUESTS FOR ADMISSION
CASE NO. 09-CV-0168

**REQUEST FOR ADMISSION NO. 25**

Admit that Peter Young spoke at Long Haul in January 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 25**

Admitted.

**REQUEST FOR ADMISSION NO. 26**

Admit that Peter Young gave a presentation at Long Haul in January of 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26**

Admitted.

**REQUEST FOR ADMISSION NO. 27**

Admit that Peter Young is an animal activist.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27**

Plaintiff objects to this request on the ground that it is ambiguous as to the term "animal activist." Plaintiff admits that Peter Young has indicated that he opposes fur farms.

**REQUEST FOR ADMISSION NO. 28**

Admit that there was a showing of "Behind the Mask" at Long Haul in January of 2008.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28**

Admitted.

**REQUEST FOR ADMISSION NO. 29**

Admit that on January 27, 2008 Detective Zuniga observed an individual enter the Long Haul premises after demonstrating at home of UC Berkeley personnel.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29**

Plaintiff cannot truthfully admit or deny this request for admission because Plaintiff does

**RESPONSE TO REQUEST FOR ADMISSION NO. 36**

Plaintiff cannot truthfully admit or deny this request for admission because Plaintiff does not have sufficient information or knowledge to do so.

**REQUEST FOR ADMISSION NO. 37**

Admit that the Silicon Valley Regional Computer Forensics Laboratory has not performed any search on any computers seized from the East Bay Prisoner Support Office during the search.

**RESPONSE TO REQUEST FOR ADMISSION NO. 37**

Plaintiff cannot truthfully admit or deny this request for admission because Plaintiff does not have sufficient information or knowledge to do so.

DATED: October 12, 2010

ELECTRONIC FRONTIER FOUNDATION
MATTHEW ZIMMERMAN
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x127
Facsimile: (415) 436-9993

COUNSEL FOR PLAINTIFFS

Jennifer Stisa Granick (State Bar No. 168423)
Matt Zimmerman (State Bar No. 212423)
Marcia Hofmann (State Bar No. 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993
Email:        jennifer@eff.org
                  mattz@eff.org

Michael T. Risher (State Bar No. 191627)
AMERICAN CIVIL LIBERTIES FOUNDATION
   OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone:  (415) 621-2493
Facsimile:   (415) 255-8437
Email:        mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. AND EAST BAY
PRISONER SUPPORT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**PROOF OF SERVICE** |

I, Leticia Perez, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On October 15, 2010, at the above-referenced address, I served the attached
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT UNITED STATES OF AMERICA
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT UNITED STATES OF AMERICA
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR ADMISSION BY DEFENDANT UNITED STATES
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR ADMISSION BY DEFENDANT UNITED STATES
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF INTERROGATORIES BY DEFENDANT UNITED STATES OF AMERICA
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF INTERROGATORIES BY DEFENDANT UNITED STATES OF AMERICA
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT MIKE HART
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT MIKE HART
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT MIKE HART
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR ADMISSION BY DEFENDANT MIKE HART
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR ADMISSION BY DEFENDANT MIKE HART
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF INTERROGATORIES BY DEFENDANT MIKE HART
- PLAINTIFF EAST BAY PRISONER SUPPORTS RESPONSES AND OBJECTIONS TO FIRST SET OF INTERROGATORIES BY DEFENDANT MIKE HART
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT LISA SHAFFER
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND

OBJECTIONS TO SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS BY DEFENDANT LISA SHAFFER
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR ADMISSION BY DEFENDANT LISA SHAFFER
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF REQUEST FOR ADMISSION BY DEFENDANT LISA SHAFFER
- PLAINTIFF EAST BAY PRISONER SUPPORT'S RESPONSES AND OBJECTIONS TO FIRST SET OF INTERROGATORIES BY DEFENDANT LISA SHAFFER
- PLAINTIFF LONG HAUL'S RESPONSES AND OBJECTIONS TO FIRST SET OF INTERROGATORIES BY DEFENDANT LISA SHAFFER

on the interested parties in said cause by

___ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

William John Carroll
Larry Brent Garrett
SCHIFF HARDIN LLP
One Market
Spear St. Tower, 32nd Floor
San Francisco, CA 94105
*Attorneys for Defendants:* Karen Alberts, Timothy J. Zuniga, Mitchell Celeya, Wade Macadam, William Kasiske

Sara Lee Ellis
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
*Attorneys for Defendants: Attorneys for Defendants:* Karen Alberts, Timothy J. Zuniga, Mitchell Celeya, Wade Macadam, William Kasiske

Jonathan Unruth Lee
UNITED STATES ATTORNEYS OFFICE
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102-3495
*Attorney for Defendants:* Lisa Shaffer, Mike Hart, United States of America

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
DATED: October 15, 2010

_____
LETICIA PEREZ