# EXHIBIT D

Long Haul
3124 Shattuck Avenue
Berkeley, CA 94705
EIN: 94-3198905
Form 990

## Attachment, Part I, Line 10
### (Grants paid – cash)

| Class of activity | Grantee's name and address | Amount of Grant |
|---|---|---|
| Education - general | Recreate 68<br>PO Box 6444<br>Denver, CO 80206 | $97 |
| Education - media | Modesto Anarcho<br>PO Box 3027<br>Modesto, CA 95353 | $50 |
| Education - general | East Bay Prisoner Support<br>3124 Shattuck Ave.<br>Berkeley, CA 94705 | $75 |
| Education - general | Critical Resistance<br>1904 Franklin St #504<br>Oakland, CA 94612 | $100 |
| Educational - general | Books 4 Prisoners<br>Attn. GYBC/Mason<br>PO Box 23134<br>Cincinnati, OH 45223 | $75 |
| Educational - general | RNC Welcoming Committee<br>PO Box 4514<br>St. Paul, MN 55104 | $200 |
| Educational - general | Friends of Southwestern<br>Indiana<br>c/o Gina Wertz<br>613 Adams Ave.<br>Evansville, IN 47713 | $125 |
| Educational - general | Unconventional Denver<br>Attn. Tim Simmons<br>811 15h St.<br>Boulder, CO 80302 | $75 |
| Education - media | Bay Area Alternative Press<br>Attn. Disorientation<br>1847 Alcatraz Ave<br>Berkeley, CA 94705 | $200 |
| Educational - general | SCV<br>3124 Shattuck Ave.<br>Berkeley, CA 44705 | $50 |
| Educational - general | Communities United Against<br>Police Brutality<br>RNC 8 LDF<br>3100 16th Ave S<br>Minneapolis, MN 55407 | $89 |
| Educational - general | Pastoral Commission for Peace<br>& ecology in Guatemala<br>3124 Shattuck Ave.<br>Berkeley, CA 44705 | $50 |

| | | |
|---|---|---|
| Educational - general | Cream City Collectives<br>732 E. Clarke St.<br>Milwaukee, WI 53212 | $50 |
| Educational - general | Eco-feminist Road show<br>3124 Shattuck Ave.<br>Berkeley, CA 44705 | $50 |
| Educational - general | Taos Peace House<br>Food Not Bombs / Keith<br>McHenry<br>801 Paseo Del Pueblo Norte,<br>Taos, New Mexico | $50 |
| Educational - general | Support Briana Waters<br>c./o Marilyn Waters<br>P.O. Box 1223<br>North Wales, PA 19454 | $30 |
| Educational - general | Brad Will Media project<br>3124 Shattuck Ave.<br>Berkeley, CA 44705 | $50 |
| Educational - general | Media Island International<br>Midnight Special Law<br>Collective<br>1709A 19th Avenue<br>Oakland, CA 94606 | $100 |
| Educational - general | Soma Cafe<br>3124 Shattuck Ave.<br>Berkeley, CA 44705 | $50 |
| Educational - general | Hellarity Collective<br>836 57th Street<br>Oakland, CA 94608 | $50 |
| Educational - general | Wendy-O-Mattic<br>5543 Claremont Ave. #1<br>Oakland, CA 94618 | $50 |

## Attachment, Part I, Line 16
### (Other Expenses)

| Expense category | Amount of Expense |
|---|---|
| Information technology | $550.00 |
| Phone not included as utility | $241.00 |
| Travel | $700.00 |
| Food | $7,668.00 |
| Supplies | $2,993.00 |
| Equipment | $483.00 |
| Bank fees | $94.00 |
| Insurance | $1,200.00 |
| Conferences and meetings | $145.00 |
| Sales taxes paid | $667.00 |
| Repairs | $60.00 |
| Misc. | $202.00 |
| TOTAL | $15,003.00 |