# EXHIBIT E

```
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                        SAN FRANCISCO DIVISION
 4
 5   LONG HAUL, INC. and EAST BAY    )
     PRISONER SUPPORT,               )
 6                                   )
                 Plaintiffs,         )
 7                                   )
          v.                         )   No. C 09-00168-JSW
 8                                   )
     UNITED STATES OF AMERICA; MIGUEL)
 9   CELAYA; KAREN ALBERTS; WILLIAM  )
     KASISKE; WADE MacADAM; TIMOTHY  )
10   ZUNIGA; MIKE HART; LISA SHAFFER;)
     and DOES 1 - 25,                )
11                                   )
                 Defendants.         )
12   _____)
13
14
15
16
17        DEPOSITION OF LISA SHAFFER, taken on behalf
18   of Plaintiffs, at One Market Street, 32nd Floor, San
19   Francisco, California, commencing at 9:22 a.m.,
20   Wednesday, July 28, 2010, before Donna J. Blum,
21   Certified Shorthand Reporter, No. 11133.
22
23
24
25
```

2

```
 1   articles that were in this container?
 2        A.   I don't remember.
 3        Q.   Do you remember what publication they were from?
 4        A.   They were photocopies, so I don't remember which
 5   ones -- where they came from.
 6        Q.   Okay.  Approximately how many books were in the
 7   container?
 8        A.   Seven, eight.
 9        Q.   And approximately how many news articles?
10        A.   There were just a couple sheets, maybe six or
11   seven.
12        Q.   Okay.  Anything else in that container?
13        A.   That was it that I remember.
14        Q.   And what did you do, what did you do next?
15        A.   I just kind of stood around upstairs for a while
16   until Officer MacAdam called me downstairs.
17        Q.   And why did MacAdam call you downstairs?
18        A.   He'd said something to the effect of there's
19   something here you might want to take a look at.
20        Q.   And what was that that he was referring to?
21        A.   I met him downstairs by one of the rooms.
22        Q.   Okay.  And can you describe the room to which he
23   had called you?
24        A.   The room -- when I got to the room, the only
25   thing I saw there was a pile of paperwork on the floor.
```

Lisa Shaffer

BARKLEY
Court Reporters

1  There's a copy machine, and then I think there was a
2  table.
3      Q.  And these were inside the room?
4      A.  Yes.
5      Q.  Okay. Do you remember if there was anything on
6  the door to this room?
7      A.  The door was open.
8      Q.  Okay. Do you remember a sign?
9      A.  I didn't -- don't remember seeing one.
10     Q.  Do you recall if it appeared that the door to
11 this room had been forced open?
12     A.  I don't remember if it was.
13     Q.  All right. Did you subsequently gain
14 information that let you know if any of the -- if any of
15 the doors inside the Long Haul had been forced open?
16     A.  I didn't see any of them. I wasn't -- if they
17 were, I wasn't present.
18     Q.  You didn't -- you didn't see any of the other
19 officers force open any of the doors. Is that correct?
20     A.  Correct.
21     Q.  Okay. And do you remember seeing -- aside from
22 seeing it happen, do you remember seeing any -- any doors
23 inside the Long Haul that appeared to have been forced
24 open?
25     A.  Not that I remember.

63

Lisa Shaffer

BARKLEY
Court Reporters

```
 1        Q.   Okay.  So back to this -- this room that you
 2   just referred to that had papers and a copy machine --
 3        A.   Uh-huh.
 4        Q.   -- is there anything else that you can recall
 5   about -- about the inside of that room?
 6        A.   No.
 7        Q.   Did it -- did it appear to be an office, for
 8   example, with a desk that someone might sit in to -- to
 9   do whatever kind of work?
10        A.   I don't remember a desk.  I just remember a
11   table.
12        Q.   Okay.  And why had Detective MacAdam called to
13   you that room?
14        A.   When he came down, he pointed to the papers on
15   the floor and said there may be something of interest on
16   there to me.
17        Q.   Do you know what he -- know what he meant by
18   something that might have been something of interest to
19   you?
20        A.   No.  He just said that in pointing to the stack.
21        Q.   Did you look at the pile of papers?
22        A.   I looked at the first two items on the top of
23   the pile.
24        Q.   And what were they?
25        A.   They were envelopes that were either from
```

64

Lisa Shaffer

BARKLEY
Court Reporters

```
 1   inmates or to inmates.
 2       Q.  Okay.  Approximately how many pages were in this
 3   stack of papers that you just referred to?
 4       A.  I only looked at the envelopes.
 5       Q.  So let me make sure I understand this.  So where
 6   was the stack of envelopes situated?
 7       A.  They were on top of the pile -- there were more
 8   piles, but they were on top.
 9       Q.  And this was on the table or this was on the
10   floor?
11       A.  On the floor.
12       Q.  And why did you only look at two?
13       A.  They were from prisoners that had nothing to do
14   with why we were there.  And so I didn't look any
15   further.
16       Q.  Did you do anything else -- did you look at any
17   other items inside that room?
18       A.  No.
19       Q.  Okay.  Did you have any further conversation
20   with Detective MacAdam about -- during the time that you
21   were in that room?
22       A.  No.
23       Q.  Did you see any computers in that room at the
24   point in which Detective MacAdam had called you there?
25       A.  No.
```

Lisa Shaffer

BARKLEY
Court Reporters

1             DEPOSITION OFFICER'S CERTIFICATE

2

3  STATE OF CALIFORNIA    }
                                }   ss.
4  COUNTY OF MARIN        }

5

6         I, Donna J. Blum, hereby certify:

7         I am a duly qualified Certified Shorthand

8  Reporter in the State of California, holder of

9  Certificate Number CSR <u>11133</u> issued by the Court

10 Reporters Board of California and which is in full force

11 and effect. (Fed. R. Civ. P. 28(a)).

12        I am authorized to administer oaths or

13 affirmations pursuant to California Code of Civil

14 Procedure, Section 2093(b) and prior to being examined,

15 the witness was first duly sworn by me. (Fed. R. Civ.

16 P. 28(a), 30(f)(1)).

17        I am not a relative or employee or attorney or

18 counsel of any of the parties, nor am I a relative or

19 employee of such attorney or counsel, nor am I

20 financially interested in this action. (Fed. R. Civ. P.

21 28).

22        I am the deposition officer that

23 stenographically recorded the testimony in the foregoing

24 deposition and the foregoing transcript is a true record

25                     / / /

BARKLEY
Court Reporters

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1)).
 3          Before completion of the deposition, review of
 4  the transcript [XX] was [ ] was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9  Dated:  August 11      , 2010
10
11  _____
```

73

BARKLEY
Court Reporters