# EXHIBIT F

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4

 5   LONG HAUL, INC., and EAST  )
     BAY PRISONER SUPPORT,      )
 6                              )
             Plaintiffs,        )
 7                              )
     vs.                        )   No.  C 09-00168-JSW
 8                              )
     UNITED STATES OF AMERICA;  )
 9   MIGUEL CELAYA; KAREN       )
     ALBERTS; WILLIAM KASISKE;  )
10   WADE MacADAM; TIMOTHY      )
     ZUNIGA; MIKE HART; LISA    )
11   SHAFFER,                   )
                                )
12           Defendants.        )
     _____)
13

14

15

16

17                   DEPOSITION OF

18                    MAX HARRIS

19     Held at the Law Offices of SchiffHardin

20   One Market Street, San Francisco, California

21    Wednesday, September 22, 2010, 1:37 p.m.

22

23

24

25   REPORTED BY:  ELAINA BULDA-JONES, RPR, CSR #11720
```

```
 1      A.   I don't know.  To my knowledge, yes.
 2      Q.   And how extensively is the computer used
 3 to create Slingshot?  First of all, is there a
 4 computer in the Slingshot office?
 5      A.   Yeah.
 6           MS. GRANICK:  Objection.  Calls for
 7 speculation.
 8           Answer if you know.
 9           THE WITNESS:  Yes.
10           MS. GRANICK:  Was this 2008?
11           MS. ELLIS:  In 2008.
12           THE WITNESS:  Yes.
13 BY MS. ELLIS:
14      Q.   And have you ever used that computer in
15 the Slingshot office?
16      A.   Yes.
17      Q.   Did you ever use it in 2008?
18      A.   I don't know.
19      Q.   What did you use the computer for?
20      A.   Printing and, oh, boy, e-mail, printing,
21 internet search, helping with the Slingshot
22 organizer, which is -- I helped with the Slingshot
23 organizer one time.
24      Q.   Which issue or which year?
25      A.   I don't -- oh, 2009.
```

1    Q.   What did you do?
2    A.   I helped look up other info shops and
3 cross-checked if they were still around.
4    Q.   So when you -- other than using the
5 Slingshot computer to look up other info shops when
6 you were doing that for the organizer --
7    A.   Right.
8    Q.   -- in what capacity were you using the
9 Slingshot computer the other instances when you were
10 using it for e-mail or internet research?
11    A.   Yeah --
12         MS. GRANICK:  Objection.  Vague.  May call
13 for a legal conclusion.
14         THE WITNESS:  Personal and Long Haul.
15 BY MS. ELLIS:
16    Q.   And what were you doing for Long Haul when
17 you were using that Slingshot computer?
18    A.   Well, I don't remember.  I know I worked
19 on printing things from my e-mail relevant to movie
20 nights.  That's all I remember.
21    Q.   Do you -- did you ever use that computer
22 for East Bay Prisoner Support work?
23    A.   I don't know.  I don't know.
24    Q.   Did you ever check the -- well, did East
25 Bay Prisoner Support have its own e-mail account?

36

Max Harris

BARKLEY
Court Reporters

1    A.   Yes.

2    Q.   Did you ever check that account using the
3 Slingshot computer?

4    A.   I don't know -- or I don't remember, not
5 "I don't know."

6    I don't remember.

7    Q.   Did you -- was the door to the Slingshot
8 office generally locked?

9    A.   Yes.

10   Q.   And did you have a key?

11   A.   No -- I -- well, the Long Haul has a key.

12   Q.   And did you --

13   A.   Staffs have key.

14   Q.   Staffs have keys. And the -- does the key
15 work to the Slingshot office?

16   A.   Yes.

17   Q.   And does every staff member have a key?

18   A.   No, it's -- there is a box of keys.

19   Q.   Where is the box kept?

20   A.   In the safe or the -- what am I saying,
21 the safe behind the desk in a box that is secured.

22   Q.   How is the box secured?

23   A.   There is like -- there is wood that blocks
24 it off and then there is combination lock that staff
25 knows.

```
 1        Q.   Does every staff know the combination to
 2   those locks?
 3        A.   No.  People -- well, people who work
 4   shifts know the combination.
 5        Q.   And so, everyone that works a shift knows
 6   the combination to those locks; is that right?
 7        A.   Yes.
 8        Q.   And is it then possible that everybody
 9   that works a shift would have access to the keys
10   that open the Slingshot office; is that right?
11             MS. GRANICK:  Objection.  Calls for
12   speculation.
13             THE WITNESS:  Everyone who has a shift
14   would have access to the keys, yes.
15   BY MS. ELLIS:
16        Q.   Did you have a key to the front door of
17   Long Haul?
18        A.   Yes.
19        Q.   And then did you have access to the East
20   Bay Prisoner Support office as well?
21             MS. GRANICK:  Objection.  Vague as to
22   time.
23   BY MS. ELLIS:
24        Q.   In 2008?
25        A.   I don't remember.
```

Max Harris

BARKLEY
Court Reporters

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2
 3   STATE OF CALIFORNIA      }
                              }   ss.
 4   COUNTY OF SACRAMENTO     }
 5
 6          I, ELAINA L. BULDA, hereby certify:
 7          I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 11720 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12          I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17          I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                          / / /
```

BARKLEY
Court Reporters

```
1   of the testimony given by the witness.  (Fed. R. Civ. P.
2   30(f)(1)).
3           Before completion of the deposition, review of
4   the transcript [XX] was [ ] was not requested.  If
5   requested, any changes made by the deponent (and
6   provided to the reporter) during the period allowed, are
7   appended hereto.  (Fed. R. Civ. P. 30(e)).
8
9   Dated:  OCTOBER 8, 2010
```

_[Signature]_

113

BARKLEY
Court Reporters