# EXHIBIT I

Case3:09-cv-00168-JSW Document116-9 Filed02/14/11 Page2 of 3



SUPPL-11

# SLINGSHOT

Slingshot is an independent radical newspaper published in Berkeley since 1988.

In the moments after the police and FBI raided our offices at Long Haul — seizing all Slingshot computers and looking through our files — we wondered if we shouldn't delay publication of this issue to give us time to regroup and recover. It is a funny thing when cops take your computers especially if you don't really like computers in the first place. Maybe we shouldn't bother to try to get them back — maybe we should free ourselves from this machine dependence.

Within a few days, we regained our composure and realized publishing this issue — on time and as awesomely as possible — was our best response to the police raid. So here it is. We initially discussed doing a shorter issue, avoiding articles that needed extra work, trying not to stay up so late or push ourselves as hard. These would actually be reasonable ideas every issue — why do we need a police raid as an excuse to balance our passion for making Slingshot with remembering to eat well, sleep more than 5 hours, and take time to dig in the garden between long-ass meetings?

Making this paper is a massive amount of work — it takes a dozen of us two weekends working long hours and requires a lot of organization and attention to detail. But it doesn't feel like work — we don't get tired — we look forward to doing Slingshot.

Artnoose wrote "Slingshot loft is the fountain 'o youth" on a piece of paper where we make Slingshot and we keep realizing how true this is. While we were making the 2009 Slingshot Organizer, we realized that making Slingshot is like staying up half the night at a really good dance party, except that instead of dancing, we write stuff, edit it, make art, and try to figure out what record to put on and what we're going to eat next.

The flood of creativity, bonding and getting to know other people in the collective — cooperating and struggling and discussing — you feel engaged, alive and present. It feels like you're young and fresh — as opposed to the times you feel checked out, stuck in a rut, unable to get beyond the daily grind and see beyond the messy psychic spaces you inhabit. It is clear that feeling youthful isn't mostly about your age. Making Slingshot or giving your all to any project isn't a "sacrifice to the cause" — it's a gift to enjoy and share with others that makes life meaningful.

And yet life isn't always meaningful or inspiring or even possible to comprehend. We keep grappling with the stark contradictions between the moments of grief, regret, heartbreak, and the moments when everything falls into place and makes sense.

Right before Slingshot collective started working on this issue, we heard that a collective member had fallen off an overpass and was in the hospital with spinal injuries. As of press time, we don't know what happened or whether she will be okay. She wrote an email a few days before the fall saying "my mental health is deteriorating this past month and I am thinking of going in hospital." We are so fragile and so alone and yet we are also part of something larger than ourselves — we have to be to find joy in this life.

The government fucked us over again on September 11 when they changed the rules for mailing items "bound printed matter" so that this cheaper class of mailing is only available to huge corporations, not independent zines like us. As we go to press, we aren't sure how we'll be able to mail out this issue. These creeping barriers to the free exchange of information are just as powerful as police raids, only harder to notice. And yet we're not going to let all this put us off being part of the struggle for liberation.

Slingshot is always looking for new writers, artists, editors, photographers, translators, distributors & independent thinkers to make this paper. If you send something written, please be open to being edited.

Editorial decisions are made by the Slingshot collective, but not all the articles reflect the opinions of all collective members. We welcome debate and constructive criticism.

Thanks to all who made this: Compost, Crystal, Dominique, Eggplant, Ginger, Gregg, Hunter, JB, Kathryn, Kelly, Kermit, Kirsty, Lesley, Letah, Max, Mondo, Melissa, PB, Samantha and all the authors and artists.

## Slingshot New Volunteer Meeting

Volunteers interested in getting involved with Slingshot can come to the new volunteer meeting on Sunday, November 30, 2008 at 4 pm at the Long Haul in Berkeley (see below.)

## Article Deadline and Next Issue Date

Submit your articles for issue 99 by January, 17 2009 at 3 p.m.

Volume 1, Number 98, Circulation 17,000
Printed September 26, 2008

→ **Slingshot Newspaper**
Sponsored by Long Haul
3124 Shattuck Avenue. Berkeley, CA 94705
Phone: (510) 540-0751
slingshot@tao.ca • www.slingshot.tao.ca



## LETTERS WHAT?

A friend just emailed me the communique "Porn Again Anarchists" (Slingshot #70) — and I am intrigued by this, as many folks seem to believe I have a talent for expressing my lustful fantasies. But I don't know, I just wanna have fun and make people go orgasmic. So, now I see that you are looking for submissions, and this is right up my alley because I love submissions because there is nothing more anti-authoritarian than having some hot babe render you into their plaything, don't you think? Speaking of consenting adults of course, I know I enjoy it. My favorite radical pose is on my knees, tongue extended, slurping a load from the Motherland.... Anyway...so if I become inspired — and develop a craving to submit — how do it do it? Just send something to Slingshot submissions? And also — are you looking for screenplays only, or are little exercises in fantasy prose desired? What is appropriate for your format? I am already thinking of a potential idea:

"I was a Sex-Slave for a Stalinist Hack!"

Young innocent student succumbs to the attractions of a charismatic leftist militant — and soon gets a real taste of Party discipline! But then comes an uprising as she gets her hands on his means of production, and this is not just a wildcat, but a wild pussy on the loose! Our militant calls in his goons to reestablish authority, but our sex-pot turns the tables on these wanna-be Pol Pots, and its an orgiastic organizational meltdown that has to be seen to be believed! You'll be beating your meat in your seat as you see: → Leninists getting anally probed by Trotskyists! A Stalinist Central Committee becoming a circle jerk of a bunch of jerks! Militants kissing ass! See a dead movement go limp! Watch a bunch of liberals not go all the way! You'll just wet your pants as you see communist cadre eating shit and learning to love it! Yum Yum! It's coming soon and so will you! "I was a Sex-Slave for a Stalinist Hack!" have a nice day... Kathy

## NOT TO BE TRUSTED

May 13, 2008

Dear PB Floyd,

In Slingshot issue #97 (P.15) you say "...we hate computers" and therefore you are a liar and can not be trusted.

Sincerely,
DAVID G. PEARSON

# A HARVEST OF INFOSHOPS

Compiled by PB Floyd

The recent police raid on the Long Haul Infoshop in Berkeley (Slingshot's home base) points out how important radical community spaces, alternative libraries, bike kitchens and infoshops are. The cops figured that the best way to go after a leaderless, informal scene was to go after its leaderless, informal meeting space. Luckily, the cops can take our computers but they can't destroy our community and they can't scare us off.

Alternative spaces that operate outside of the mainstream economy are dangerous to the smooth operation of the corporate-capitalist machine that is killing the earth. From these spaces, we can discuss more than the newest tv shows and organize activities more significant than retro-bowling leagues. These physical spaces represent the practical expression of our dreams for how life could be different. Organized cooperatively rather than by bosses and operated to promote creativity, freedom and autonomy instead of profit and conformity, alternative spaces are vital for building a new society.

As soon as we sent the 2009 Slingshot organizer to the printing press, people started sending us information on more spaces we should include. Oops — Too Late! While we were making the organizer we tried to contact everyone listed in the 2008 edition — so we hope the organizer list is pretty accurate. We're now doing better about updating our on-line radical contact list, which contains extra listings not included in the paper organizer (like email addresses and website links.) Check out slingshot.tao.ca. Here are some new spaces and updates.

**Franklin House - St. Charles, MO**
They are a collective house with an infoshop, show venue, community garden, free bike resource, art space and an "oasis in small town middle America." Check them out at 320 Tompkins Ave., St. Charles, MO 63301, 636-493-1239 franklinhousecollective@gmail.com

**Fargo-Moorhead Community Bicycle Workshop – Fargo, ND**
They are a non-profit bike shop committed to reclamation of bikes and education, as well as building community. Visit 1303 1st Ave N, Fargo, ND 58102, 701-478-4021 fmbikeworkshop.org

**Tantra Coffeehouse – San Marcos, TX**
They are a coffeehouse and community center with live music and an art venue. Open Sun-Fri: 7am-midnight and Saturday Sat 7am-1am. Visit at 217 W. Hopkins St. San Marcos, TX 78666    512-558-2233
www.myspace.com/tantracoffee

**Everybody Reads - Lansing, MI**
A community bookstore and neighborhood resource center that hosts various events: 2019 E. Michigan Avenue- Lansing, MI 48912 517 346-9900, becauseeverybodyreads.com

**Bon Vivant Artspace - Buffalo, NY**
A new art space and music venue. 1862 Hertel Avenue Buffalo, NY 14216.

**Black Sheep Book — Montpelier, VT**
They've moved into a new storefront space right on the main street of town that is more visible and bigger allowing events with up to 30 people. Send them some books, zines or donations to help them with this expansion. 5 State Street, Montpelier, Vermont 05602 (802) 225-8906, http://www.blacksheepbooks.org

**Casal Popular de Castelló - Spain**
A radical social center. Carrer d'Amunt 167, 12001 Castelló de la Plana, South Catalonia, casalpopular@noviments.net

**Ste. Emilie SkillShare — Montreal, Canada**
A radical do it yourself art studio with a zine library/distro, silkscreen shop, photo darkroom, sewing machines and button maker that hosts workshops and events. Open Saturdays. 3942 Ste. Emilie (corner of St. Augustin, metro Place St. Henri), Montreal QC H4C 2A1 514-933-2573 (messages), steemilieskillshare.com / mtlskillshare@gmail.com

## Mistakes in the 2009 Organizer...

• Oops — after publishing their name in the 2009 organizer we got mail back from the Radish Infoshop at 818 W. College St Springfield, MO 65806 marked "return to sender,- attempted - not known" – either they have moved or ceased to exist.

• We also got a letter mailed to New World Resource Center at 1300 N. Western Ave. in Chicago returned in the mail.

• Due to space considerations, we didn't list some places. The Junto Library in Winnipeg, Canada DOES exist – 91 Albert St.

• We weren't sure whether Little Sisters in Vancouver, BC, Canada was still around or not — we didn't list them but someone says "They're still there."

• We listed the Women's Agenda for Change in Phnom Penh, Cambodia but have since gotten word that they are in transition and they may not be in a good place to receive visitors. They may dissolve in mid-2009.

• Here are some places in Halifax, Nova Scotia that you may want to visit if you're in town — we got this info too late to include in the 2009 Organizer : Halifax Coalition Against Poverty • Just Us! Cafe (Spring Garden or Barrington locations) • The Grainery Food Coop. They also have a Food Not Bombs in Halifax.

## Circulation Information

Subscriptions to Slingshot are free to prisoners, low income and anyone in the USA with a Slingshot Organizer, or $1 per issue or back issues. Outside the Bay Area, we'll mail a free stack of copies of Slingshot to you if you give them out free.