# EXHIBIT A

| **From:** | Klinke, Michael J. <Michael.Klinke@ic.fbi.gov> |
|---|---|
| **Sent:** | Friday, April 11, 2008 11:08 AM |
| **To:** | Tim Zuniga <tzuniga@berkeley.edu> |
| **Subject:** | FW: [baarn] Digest Number 1393 |

FYI

**Mike Klinke**
Special Agent, FBI
San Francisco Division
510-251-4120 Office
510-719-6297 Mobile

This e-mail and any attachments are U.S. Government property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18 USC § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition; and delete this message, along with any attachments, from your computer(s).

**From:** baarn@yahoogroups.com [mailto:baarn@yahoogroups.com]
**Sent:** Monday, April 07, 2008 11:54 AM
**To:** baarn@yahoogroups.com
**Subject:** [baarn] Digest Number 1393

**Bay Area Animal Rights Network**

**Messages In This Digest (1 Message)**
1.
April 20th: 'Dealing Dogs' and Fund raiser for Stop UCB Vivisection
From: anne

**Message**                                    View All Topics | Create New Topic
1.

**April 20th: 'Dealing Dogs' and Fund raiser for Stop UCB Vivisection**

**Posted by: "anne" annexliberation@gmail.com   sheridan313**
**Mon Apr 7, 2008 12:20 am (PDT)**

[Reposted]
On Sunday, April 20th, there will be a film showing of the HBO documentary "Dealing Dogs". This film tells the story of an undercover
activist who helped shut down one of the most notorious dog breeding
facilities in the US. This breeder sold dogs to vivisection labs including ones at the University of California. There will be also a discussion about the campaign to stop the building of a new vivisection
lab at UC Berkeley which will house 70% more animals. There will also
be yummy vegan food.

This is a benefit and 100% of donations will go to defray legal costs.

Details: Sunday April 20th 7pm
The Long Haul
3124 Shattuck Ave.
Berkeley
2 Blocks from Ashby BART

UC 000595

For more info on the film:
http://www.hbo.com/docs/programs/dealingdogs/index.html

For more info on the UCB campaign:
http://www.freewebs.com/stopucberkeleyvivisection/thecampaign.html

UC 000596