# EXHIBIT B

SLINGSHOT RADICAL CONTACT LIST ADDRESSES (Feb 2008)

## Berkeley

**Gilman St. Project**

924 Gilman St. Berkeley, CA 94710 510-525-9926

**Grassroots House**

2022 Blake Berkeley, CA 94704

**Long Haul Infoshop**

3124 Shattuck Berkeley 94705 510 540-0751

## Oakland

**AK Press**

674 A 23rd Street, Oakland, CA 94612 510 208-1700

**Rock Paper Scissors Art Collective**

2278 Telegraph Ave. Oakland, CA 94612 510-238-9171

## San Francisco

**Artists' Television Access**

992 Valencia, SF, CA 94110 415 824-3890

**Bound Together Books**

1369 Haight SF CA 94117, 415-431-8355

**Cell Space**

2050 Bryant St, SF CA 94110 415 648-7562

**CounterPULSE**

1310 Mission St., SF CA 94103 (415)626-2060

**Women's Building**

3543 18th Street, SF, CA 94110, 415 431-1180

## Santa Cruz

**Kresge Co-Op**

600 Kresge Ct Santa Cruz 95064 831-425-1506

**Playing in Sand Collective**

293 Squid Row Santa Cruz, CA