# EXHIBIT C

| | |
|---|---|
| **From:** | tzuniga@berkeley.edu |
| **Sent:** | Tuesday, February 19, 2008 12:21 PM |
| **To:** | kalberts@berkeley.edu |
| **Subject:** | Re: [Fwd: Activist Website Article - Berkeley/LA Connection] |

>Sarg,
>    On their home page they claim an affiliation with The Long Haul on
>3124 Shattuck Ave here in Berkeley. They have a "Radical contact
>list" on their site (http://slingshot.tao.ca/rclist.php)
>
>I made a list of locations here in Berkeley, Oakland, San Franciscco and
>Santa Cruz in case we need this for reference in furture or current
>investigations. I put it in the N drive under AREWG/Subjects and
>Victims/Slingshot Radical Contact list.
>
>Please contact me with any questions. Thank you.

Corporal Timothy J. Zuniga
Crime Prevention Unit
UC Berkeley Police Department
1 Sproul Hall
Berkeley, Ca 94720
Phone 510-642-3722
Fax 510-642-6434

This e-mail communication and any attachments may contain confidential
and privileged, or otherwise protected, information for the use of the
designated recipients named above only. If you are not the intended
recipient, you are hereby notified that you have received this
communication in error and that any review, disclosure, dissemination,
distribution or copying of it or its contents is prohibited and
unauthorized. If you have received this communication in error, please
notify me immediately by replying to this message and deleting it from
your computer. Thank You.


> FYI!
>
> Karen
>
> --------------------------- Original Message ---------------------------
> Subject: Activist Website Article - Berkeley/LA Connection
> From:    "Richard C. Van Sluyters" <rcvs@berkeley.edu>
> Date:    Tue, February 19, 2008 11:30 am
> To:      Animal Issues Committee:;
> Cc:      Animal Issues Committee-copies:;
> --------------------------------------------------------------------------
>
> Dear Colleagues,
>
> John Sandbrook at UCLA discovered this website, which seems to be
> authored by one of our animal activists or someone very close to
> them. It contains a number of interesting statements, including a
> comparison of the campaign against research at UC Berkeley to that
> against UCLA. If any of us had any doubts about whether the two
> campaigns are not at least watching each other, this should dispel
> them.
>
> I've forwarded it to UCPD, OGC and the FBI as well.
>
> -Rick

UC 000614