SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone (312) 258-5800
Facsimile (312) 258-5600

Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 BZ<br><br>**ERRATA – CORRECT EXHIBITS R AND S TO THE DECLARATION OF WILLIAM KASISKE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT/ADJUDICATION** |

Attached hereto are correct copies of Exhibits R and S to the Declaration of William Kasiske filed on February 14, 2011 in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motion for Summary

1  Judgment/Adjudication. The Declaration of William Kasiske was filed as document 115
2  in the above-captioned case. Exhibits R and S were attached to the declaration;
3  however, there was a pagination error. The attached documents are intended to correct
4  that error and to replace the previously filed Exhibits R and S.
5
6  Dated: February 15, 2011          SCHIFF HARDIN LLP
7
8                                    By: */s/ Sarah D. Youngblood*
9                                        Sarah D. Youngblood
                                         Attorneys for Defendants
10                                       MITCHELL CELAYA, KAREN
                                         ALBERTS, WILLIAM KASISKE, WADE
11                                       MACADAM and TIMOTHY J. ZUNIGA
12 SF\9975032.1