# EXHIBIT R

STATE OF CALIFORNIA       ) ss.              INVENTORY AND AFFIDAVIT
COUNTY OF ALAMEDA   )                           ON SEARCH WARRANT

I, the undersigned, make this inventory to the attached Search Warrant. Said Warrant was issued on
__08/26/08__, and under its authority I, on __08/27/08__,
   (date)                                                           (date)
diligently searched the persons and places described as follows, to wit: 3124 SHATTUCK, BERKELEY

and I there discovered the following:

FROM INTERNET ROOM:

**INVENTORY**

- MISC. CDS & DISKETTES
- POWER MACINTOSH G3, S/N XB8292NOCY4
- ACER PC - NO S/N
- "ZOOI" PC - S/N 01124106
- DELL OPTIPLEX GX110 SERVICE TAG: 9585701
- DELL OPTIPLEX GX150 S/N JC32B11
- POWER MACINTOSH G3, S/N XA8350FYD9B
- ADS PC S/N 6920191
- UNKNOWN WHITE PC, S/N 9041DTYZQ724
- UNKNOWN WHITE PC, NO S/N
- MACINTOSH PERFORMA S/N RM7362NX95R
- BLUE/WHITE MAC S/N YM0173D2J88
- BLACK APPLE HARD DRIVE
- LACIE HARD DRIVE

I, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property take by me on the Warrant.

_____
Signature of Officer (before Magistrate)

_____
Signature of Magistrate
County of Alameda, State of California

Ref.   1534 (e) P.C.
        1535 P.C.         Subscribed and sworn to before me
        1537 P.C.

on: _____
                   (date)

CONFIDENTIAL

UC 000284

STATE OF CALIFORNIA ) ss.       INVENTORY AND AFFIDAVIT
COUNTY OF ALAMEDA )       ON SEARCH WARRANT

I, the undersigned, make this inventory to the attached Search Warrant. Said Warrant was issued on

_08/26/08_ , and under its authority I, on _08/27/08_ ,
(date)      (date)
diligently searched the persons and places described as follows, to wit: _3124 SHATTUCK BERKELEY_

and I there discovered the following:

FROM UPSTAIRS OFFICE:       **INVENTORY**

- BLUE/WHITE POWER MACINTOSH G3 S/N: SG852887FQ2
- MAC S/N QT3101MGNHX
- MISC. CDS/CASSETTES

I, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property take by me on the Warrant.

B. W. Z.
Signature of Officer (before Magistrate)

Signature of Magistrate
County of Alameda, State of California

Ref.       1534 (e) P.C.
1535 P.C.       Subscribed and sworn to before me
1537 P.C.

on: _____
(date)

CONFIDENTIAL      UC 000285

STATE OF CALIFORNIA      ) ss.                    INVENTORY AND AFFIDAVIT
COUNTY OF ALAMEDA        )                          ON SEARCH WARRANT

I, the undersigned, make this inventory to the attached Search Warrant. Said Warrant was issued on
__08/26/08__ (date); and under its authority I, on __08/27/08__ (date), diligently searched the persons and places described as follows, to wit: __3124 SHATTUCK BERKELEY__

and I there discovered the following:

**INVENTORY**

FROM DOWNSTAIRS OFFICE - "EAST BAY PERJURER SUPPORT"
- "EXCEL" COMPUTER  NO 10979
- MISC. CDs
- SPRINT USB FLASH DRIVE

I, the officer by whom this warrant was executed, do swear that the above inventory contains a true and detailed account of all property take by me on the Warrant.

_Bill Z_
Signature of Officer (before Magistrate)

_____
Signature of Magistrate
County of Alameda, State of California

Ref.   1534 (e) P.C.
       1535 P.C.          Subscribed and sworn to before me
       1537 P.C.
                          on: _____
                                        (date)

**CONFIDENTIAL**                                     UC 000286