# EXHIBIT S



University of California, Berkeley
Police Department
1 Sproul Hall ♦ Berkeley, CA 94720-1199
(510) 642-6760 ♦ Fax (510) 642-6434

# PROPERTY RECEIPT

Date __09/18/08__                                    Case No. __08-02544__

Name __THE LONG HAUL INFOSHOP__                      Phone # _____

Address/City/Zip Code __3124 SHATTUCK AVE, BERKELEY CA 94705__

Received of the Chief of Police, per __KASISKE__ to following described property:

| Item # | Article/Description | Value |
|---|---|---|
| 1 | POWER MACINTOSH G3, S/N XB8292NOCY4 | |
| 2 | ACER PC - UNKNOWN S/N | |
| 3 | "2001" PC S/N 01124106 | |
| 4 | DELL OPTIPLEX GX110 SERVICE TAG: 958S701 | |
| 5 | DELL OPTIPLEX GX150 S/N JC3ZB11 | |

I hereby certify that I am the  ○ Legal Owner   ☒ Legal agent of owner   of the above listed property.

Signature __/s/__

In order to pick up the above listed property, you *must* bring this receipt with you. If you give someone else permission to pick up your property, they *must* bring this receipt *and* a note from you stating they have permission to pick up your property.

---

## AUTHORIZATION RELEASE

The above listed property is released to:

Name __CHLOE WATLINGTON__                 Driver Lic # __Redacted - Private Info__

Address/City/Zip Code __Redacted - Private Information__

I certify, under penalty of perjury, that I am the  ○ Legal Owner   ☒ Legal agent of owner   of the property listed above, and that I have taken possession of the described property from the UC Berkeley Police Department.

Signature __/s/__                                    Date __09/19/08__

I hereby release and/or dispose of the property described in accordance with the following rules, regulations, and established orders:

○ Court Order dated _____        ○ Property turned over to Lost and Found
○ No court proceedings, charges dropped, etc.       ○ Unidentifiable property, concluding a 90 day hold
☒ Property returned to owner                        ○ Property clear NCIC and records check
○ Relinquished custody to outside agency: _____

Authorizing Officer: __KASISKE__           Date __09/18/08__   Time __1630__
Releasing Officer:  __REICH__              Date __09/19/08__   Time __1530__

Original: Records     Yellow copy: Property     Pink Copy: Property Owner

CONFIDENTIAL                                                              UC 000297



University of California, Berkeley
Police Department
1 Sproul Hall ♦ Berkeley, CA 94720-1199
(510) 642-6760 ♦ Fax (510) 642-6434

08-02544

# PROPERTY RECEIPT

Date __09/18/08__  Case No. __08-02544__
Name __THE LONG HAUL INFOSHOP__  Phone # _____
Address/City/Zip Code __3124 SHATTUCK AVE, BERKELEY, CA 94705__
Received of the Chief of Police, per __KASISKE__ to following described property:

| Item # | Article/Description | Value |
|---|---|---|
| 6 | BLUE/WHITE iMAC S/N YM0173D3J88 | |
| 7 | BLUE/WHITE POWER MACINTOSH G3 S/N SG852887FQZ | |
| 8 | iMAC S/N QT3101MGNHX | |

I hereby certify that I am the  ○ Legal Owner  ☒ Legal agent of owner   of the above listed property.
Signature _____

In order to pick up the above listed property, you *must* bring this receipt with you. If you give someone else permission to pick up your property, they *must* bring this receipt *and* a note from you stating they have permission to pick up your property.

## AUTHORIZATION RELEASE

The above listed property is released to:

Name __CHLOE WATLINGTON__  Driver Lic # _Redacted - Private Information_
Address/City/Zip Code _Redacted - Private Information_

I certify, under penalty of perjury, that I am the  ○ Legal Owner  ☒ Legal agent of owner   of the property listed above, and that I have taken possession of the described property from the UC Berkeley Police Department.
Signature _____  Date __09/19/08__

I hereby release and/or dispose of the property described in accordance with the following rules, regulations, and established orders:

○ Court Order dated _____  ○ Property turned over to Lost and Found
○ No court proceedings, charges dropped, etc.  ○ Unidentifiable property, concluding a 90 day hold
☒ Property returned to owner  ○ Property clear NCIC and records check
○ Relinquished custody to outside agency: _____

Authorizing Officer: __KASISKE__  Date __09/18/08__  Time __1630__
Releasing Officer: __REICH__  Date __09/19/08__  Time __1530__

Original: Records   Yellow copy: Property   Pink Copy: Property Owner

CONFIDENTIAL

UC 000298