Jennifer Stisa Granick, Esq. (SBN 168423)
Matthew Zimmerman, Esq. (SBN 212423)
Marcia Hofmann, Esq. (SBN 250087)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: jennifer@granick.com
       mattz@eff.org
       marcia@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org

Attorneys for Plaintiffs
LONG HAUL, INC. and
EAST BAY PRISONER SUPPORT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>　　　　　　Defendants. | Case No. C 09-00168-JSW<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW ZIMMERMAN** |

1

Case No. C 09-00168-JSW
SUPPLEMENTAL DECLARATION OF MATTHEW ZIMMERMAN

1. I am an attorney of record for the Plaintiffs in this matter and a member in good standing of the California State Bar. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of the UC Berkeley Police Department's call log for the day of the raid, originally introduced as Exhibit 19 to the Declaration of Matthew Zimmerman and originally produced by the UC Defendants with BATES stamps 000182-84. This call log is from the day of the raid, and it indicates the time period during which the raid took place.

3. Attached as Exhibit 2 is a true and correct copy of the following excerpts from volume 1 of Jesse Palmer's deposition as the Fed. R. Civ. P. 30(b)(6) witness representing the Plaintiff Long Haul, Inc., taken on August 4, 2010:

    a. Palmer Dep., vol. 1, at 21.
    b. Palmer Dep., vol. 1, at 23-24.
    c. Palmer Dep., vol. 1, at 75-76.
    d. Palmer Dep., vol. 1, at 78-79.
    e. Palmer Dep., vol. 1, at 99-100.
    f. Palmer Dep., vol. 1, at 186.

4. Attached as Exhibit 3 is a true and correct copy of the following excerpt from volume 2 of Jesse Palmer's deposition taken on August 6, 2010.

    a. Palmer Dep., vol. 2, at 315.

5. Attached as Exhibit 4 is a true and correct copy of the following excerpts from William Kasiske's deposition in his personal capacity, taken on July 27, 2010.

    a. Kasiske Dep. 76.
    b. Kasiske Dep. 91-92.
    c. Kasiske Dep. 124.

6. Attached as Exhibit 5 is a true and correct copy of the following excerpts from Patrick Lyons' deposition taken on September 22, 2010.

    a. Lyons Dep. 7-8.
    b. Lyons Dep. 69.
    c. Lyons Dep. 81-86.
    d. Lyons Dep. 91.

7. Attached as Exhibit 6 is a true and correct copy of the following excerpts from Max Harris' deposition taken on September 22, 1010.

      a.  Harris Dep. 40.

      b.  Harris Dep. 7.

      c.  Harris Dep. 71-72.

8.    Attached as Exhibit 7 is a true and correct copy of the following excerpts from Kathryn Miller's deposition taken on November 10, 2010.

      a.  Miller Dep. 45.

9.    Attached as Exhibit 8 is a true and correct copy of Exhibit 37 to Jesse Palmer's deposition as the Fed. R. Civ. P. 30(b)(6) witness representing the Plaintiff Long Haul, Inc., taken on August 4, 2010.

      a.  Palmer Dep., vol. 1, Ex. 37 (an e-mail forwarded to Defendants Alberts, Zuniga, and Kasiske, referring to a fundraiser held at Long Haul for Stop Cal Vivisection).

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed February 28, 2011, in San Francisco, California.

                                              /s/ *Matthew Zimmerman*
                                                Matthew Zimmerman