# CAD Operations Report

## UC BERKELEY POLICE DEPARTMENT

Call Number: 08042165  
Printed: 08/27/2008 02:24 PM

## Call Detail Information

Jurisdiction: UCBPD

| Field | Value | Field | Value |
|---|---|---|---|
| Call Number | 08042165 | Class / Taker / Pos | CPEP / 1 |
| Call Owner | | Status | C |
| Date - Time Received | Wed 08/27/2008 09:52:38 | Inj | 0 |
| Complaint | SEARCH | Ten Cod / Priority | 3 |
| ESN | | Disp Zone | |
| IRA | | How Received | Radio |
| Incident Location | 3124 SHATTUCK AVE | Apart/Suite | |
| Floor/Bldg | | Incident City | BRK |

Caller Name:  
Fire Run Zc / Fire Grade / EMS Run Z / Telephone / Alt Telephone / Tower ID

Caller Location:  
Apart/Suite / Floor/Bldg / Caller City

Landmark / Tract / Grid / Weapons

☐ Contacts ☐ Fire Plan ☐ Hazard ☐ Images ☐ Medical ☐ Traffic ☐ Previous  
☐ BOLO ☐ Warrant   RMS CH   RMS Alerts ☐ Progress ☐ eport Req ☐ ubject Req

| ALI Time | Call Rec'd | Xmit | Dispatch | Enroute | OnScene | Departed | Arrived | Comp | Alarm | Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09:52:38 | 09:52:38 | 09:52:38 | 09:52:38 | 09:52:38 | 11:07:06 | | 14:24:18 | | 35 |

Narrative...

[08/27/2008 14:24:11 : pos1 : CPEPPERS]  
SEARCH WRNT AT 3124 SHATTUCK AVE., OAKLAND -

[08/27/2008 14:12:36 : pos1 : CPEPPERS]  
CASE #08-02544 -

[08/27/2008 11:57:54 : pos2 : S147]  
PER 81 THE BLDG IS NOW SECURE

[08/27/2008 11:49:27 : pos1 : CPEPPERS]  
NOW REMOVING PROP FROM BLDG -

[08/27/2008 11:43:46 : pos1 : CPEPPERS]  
2 PEOPLE WERE TRYING TO GO AROUND THE BACK OF THE BLDG, ON WOOLSEY -

[08/27/2008 11:43:29 : pos1 : CPEPPERS]  
PER 43 - THERE ARE NOW @ 10 ON-LOOKERS -

[08/27/2008 10:55:26 : pos1 : CPEPPERS]  
GROUP OF ABOUT 10 IFO ADDRESS -

[08/27/2008 10:55:03 : pos2 : S147]  
CROWD OF 10 ON THE CORNER NOW

[08/27/2008 10:13:29 : pos2 : S147]  
C4 CODE 34

[08/27/2008 10:09:56 : pos2 : S147]  
SILENT CODE33 ON CHANNEL 1 ENTERING FROM THE REAR

UC 000182

# UC BERKELEY POLICE DEPARTMENT

| Call Number | 08042165 | Printed | 08/27/2008 02:24 PM |
|---|---|---|---|

Location Comment

## Department Numbers

| Department | Dept Number | Unit ID |
|---|---|---|
| UCPD | | 31 |
| UCPD | | 35 |
| UCPD | | 43 |
| UCPD | | 73 |
| UCPD | | 81 |
| UCPD | | S22 |

## Call Dispositions

| Date - Time | Disposition |
|---|---|
| 2008/08/27 14:24:13 | REPORT TAKEN |

### Call Log

| Unit | Status | Date - Time | Dept | Type | Comments | Officers | Odometer |
|---|---|---|---|---|---|---|---|
| 35 | ONS | 8/27/2008 09:52:38 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 35 | 0.0 |
| 35 | ENR | 8/27/2008 09:52:42 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 35 | 0.0 |
| S22 | ENR | 8/27/2008 09:52:46 | UCPD | POL | 3124 SHATTUCK AVE, BRK | S22 | 0.0 |
| 31 | ENR | 8/27/2008 09:52:49 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 31 | 0.0 |
| 81 | ENR | 8/27/2008 09:52:52 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 81 | 0.0 |
| 73 | ENR | 8/27/2008 09:52:55 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 73 | 0.0 |
| 31 | REM | 8/27/2008 10:04:12 | UCPD | POL | REM | 31 | 0.0 |
| 35 | ONS | 8/27/2008 10:04:17 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 35 | 0.0 |
| 73 | ONS | 8/27/2008 10:04:19 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 73 | 0.0 |
| 81 | ONS | 8/27/2008 10:04:22 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 81 | 0.0 |
| S22 | ONS | 8/27/2008 10:04:24 | UCPD | POL | 3124 SHATTUCK AVE, BRK | S22 | 0.0 |
| 43 | ENR | 8/27/2008 10:55:12 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 43 | 0.0 |
| 43 | ONS | 8/27/2008 11:05:32 | UCPD | POL | 3124 SHATTUCK AVE, BRK | 43 | 0.0 |
| 43 | LEF | 8/27/2008 11:07:06 | UCPD | POL | 2200 WOOLSEY, BRK | 43 | 0.0 |
| 43 | ONS | 8/27/2008 11:07:09 | UCPD | POL | 2200 WOOLSEY, BRK | 43 | 0.0 |
| S22 | REM | 8/27/2008 12:13:31 | UCPD | POL | REM | S22 | 0.0 |
| 81 | REM | 8/27/2008 12:13:33 | UCPD | POL | REM | 81 | 0.0 |
| 73 | REM | 8/27/2008 12:13:35 | UCPD | POL | REM | 73 | 0.0 |
| 43 | REM | 8/27/2008 12:13:38 | UCPD | POL | REM | 43 | 0.0 |
| 35 | LEF | 8/27/2008 12:14:04 | UCPD | POL | Left Scene, UCPD, BRK | 35 | 0.0 |
| 35 | ONS | 8/27/2008 12:14:08 | UCPD | POL | UCPD, BRK | 35 | 0.0 |
| 35 | COM | 8/27/2008 14:24:18 | UCPD | POL | COM | 35 | 0.0 |

UC 000183

**UC BERKELEY POLICE DEPARTMENT**

| Call Number | 08042165 | | | | | | | Printed | 08/27/2008 02:24 PM |

| Unit | Dept | DIS | ENR | ONS | LEF | ARR | BUS | REM | COM |
|---|---|---|---|---|---|---|---|---|---|
| 31 | UCPD | | 09:52:49.2 | | | | | 10:04:12.6 | |
| 35 | UCPD | | 09:52:42.3 | 09:52:38.4 | 12:14:04.5 | | | | 14:24:18 |
| 43 | UCPD | | 10:55:12.6 | 11:05:32.7 | 11:07:06.1 | | | 12:13:38.5 | |
| 73 | UCPD | | 09:52:55.3 | 10:04:19.6 | | | | 12:13:35.7 | |
| 81 | UCPD | | 09:52:52.7 | 10:04:22.2 | | | | 12:13:33.9 | |
| S22 | UCPD | | 09:52:46.8 | 10:04:24.3 | | | | 12:13:31.4 | |

## Unit Log

| Date-Time | Dept | Unit | Officer ID | Action | Comments |
|---|---|---|---|---|---|
| 09:53:07 | UCPD | 73 | 73 | Change Patrol | Patrol OTHER, 3124 SHATTUCK AVE, BRK |

| Category | Last Name | First Name | Middle Name | Suffix | Crim Hist | RMS Alerts |
| | | Race | Sex | Ethni | Height | Weigh | Age | DOB | OLN |
| Business Name | | Description | | | | |

**Call Subject Statistics**

| Question | Answer |

UC 000184