1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                       SAN FRANCISCO DIVISION

4

5   LONG HAUL, INC. and EAST BAY      )
    PRISONER SUPPORT,                 )
6                                     )
                    Plaintiffs,       )
7                                     )
        v.                            )   No. C 09-00168-JSW
8                                     )
    UNITED STATES OF AMERICA; MIGUEL  )
9   CELAYA; KAREN ALBERTS; WILLIAM    )
    KASISKE; WADE MacADAM; TIMOTHY    )
10  ZUNIGA; MIKE HART; LISA SHAFFER;  )
    and DOES 1 - 25,                  )
11                                    )
                    Defendants.       )
12  _____)

13

14

15

16          DEPOSITION OF JESSE PALMER, taken on behalf

17      of Plaintiffs, at One Market Street, 32nd Floor, San

18      Francisco, California, commencing at 9:35 a.m.,

19      Wednesday, August 4, 2010, before Donna J. Blum,

20      Certified Shorthand Reporter, No. 11133.

21

22

23

24

25

                                  2

1    A.   I think it got the exemptions in 1994.
2    Q.   Okay.
3    A.   You apply, you get the exemptions.
4    Q.   So starting in 1993 Long Haul then also became
5    known as a charitable organization, not just the
6    building.  Correct?
7    A.   In -- yeah, it became a corporation in 1993.
8    Q.   How long have you been associated with Long
9    Haul?
10   A.   Since 1993.
11   Q.   Were you -- did you participate in the decision
12   to incorporate Long Haul?
13   A.   No.
14   Q.   What has been your role with Long Haul since
15   1993?
16   A.   I have been a volunteer since 1993, and I am a
17   member.  It's a membership organization.  So I am a
18   member.
19   Q.   When did you become a member?
20   A.   It would have been 1994 because that was when --
21   yeah, 1994.
22   Q.   And why did you become a member in 1994?
23   A.   In 1994 Long Haul wrote bylaws in order to apply
24   to become a nonprofit, and the bylaws say that there are
25   members.  And, therefore, we had to determine who were

1      (Deposition Exhibit No. 9 was marked for
2      identification.)
3  BY MS. ELLIS:
4      Q.  Do you recognize this document?
5      A.  I do.
6      Q.  What is it?
7      A.  It's the current bylaws for Long Haul.
8      Q.  And is this a true and accurate copy?
9      A.  It is.
10     Q.  And if you look at Bates No. 18 --
11     A.  Okay.
12     Q.  -- Article 13, does that describe the method in
13 which members are admitted?
14     A.  Yes.
15     Q.  Is there a difference between a volunteer at
16 Long Haul and a member of Long Haul?
17     A.  Yes.
18     Q.  What's the difference?
19     A.  Anybody can volunteer, and members have to go
20 through the procedure that's in the bylaws.
21     Q.  Are there different levels of access to the
22 space at 3124 Shattuck between volunteers and members?
23         MS. GRANICK:  Objection, vague.
24         THE WITNESS:  I think what you mean by different
25 levels of access is do members -- I mean, I -- a member

23

```
 1   has a key, and a volunteer who's not a member probably
 2   would not have a key.
 3   BY MS. ELLIS:
 4        Q.   Okay.  And what -- is it a key -- members have a
 5   key to the front door?
 6        A.   Correct.
 7        Q.   Okay.  Do members have a key to any other
 8   spaces?
 9             Well, first of all, are there locked spaces
10   within the Long Haul building?
11        A.   Correct, yes.
12        Q.   Okay.  As of August 2008, which spaces were
13   locked in Long Haul?
14        A.   The -- there would be three offices downstairs
15   that would have locks on them.  There would be one office
16   upstairs in what we call the middle loft that would have
17   a lock on it.  And then there would be a variety of
18   cabinets and counters, and that there's one -- there's
19   two in the back room and three in the -- in the front
20   room that are locked areas.
21        Q.   And would a member who has a key have access to
22   all of those locked areas?
23        A.   No.
24        Q.   Which of the locked areas would a member who has
25   a key have access to?
```

1    A.  I don't know all the people who created it.  I
2  wasn't there.  But I do know that David Wildcat and Nick
3  Frabicilo were founders.
4    Q.  And were they members of Long Haul at the time?
5    A.  No.
6    Q.  In 1988 when Slingshot was founded, what was the
7  relationship between Slingshot and Long Haul, if there
8  was one?
9    A.  At the moment of creation I don't think there
10 was any relationship at all.
11   Q.  Did there come to be a relationship between the
12 two organizations?
13   A.  I know that Slingshot had some benefits, fund
14 raising benefits at the Long Haul probably in 1988 or
15 '89, but Slingshot did not have its office at Long Haul
16 until 1993.
17   Q.  I'm going to show you what's been marked as
18 Deposition Exhibit 32.
19       (Deposition Exhibit No. 32 was marked for
20       identification.)
21 BY MS. ELLIS:
22   Q.  Do you recognize that document?
23   A.  Yes.
24   Q.  What is that?
25   A.  This is a letter to a bank authorizing opening

1  of a bank account in Slingshot's -- you know, using the
2  name Slingshot under the Long Haul tax ID number.
3     Q.  And you were the authorized check signer on that
4  account?
5     A.  Correct.
6     Q.  And you opened that account.  Correct?
7     A.  Correct.
8     Q.  The fourth line down states, "This bank account
9  shall accept checks to Long Haul or our fiscally
10 sponsored group Slingshot Newspaper Collective."
11        What was meant by the term "fiscally sponsored
12 group"?
13        MS. GRANICK:  Objection, calls for speculation.
14        THE WITNESS:  This is a little bit of a muddled
15 area of the law actually, but it's -- I mean, I think
16 what's meant is that it's essentially a dba that Long
17 Haul is going -- has a project that's called the
18 Slingshot Newspaper Collective and that, you know,
19 publishes a paper called Slingshot and it's -- however it
20 is under the Long Haul tax ID.  It files its taxes under
21 the Long Haul tax ID.
22 BY MS. ELLIS:
23    Q.  So in 1998 was Slingshot filing taxes?
24    A.  No.
25    Q.  Okay.  Has Slingshot ever filed taxes?

76

1  physically sponsored group of Long Haul.  Correct?
2      A.  Correct.
3      Q.  What was the basis of the decision to make
4  Slingshot a physically sponsored group of Long Haul?
5      A.  You mean in 1993?
6      Q.  Uh-huh.
7      A.  I'm not sure I fully remember.  I think the main
8  reason is that Slingshot had been sponsored by the
9  University of California at Berkeley, and everybody had
10 graduated, and there was no way to -- because we had an
11 office at Eshleman Hall and that office was not viable
12 anymore because there were no students involved in the
13 group, so we needed to find a new office and Long Haul
14 had an office.  So it made sense that the physical
15 trappings of the project would also be taken on by this
16 other organization.
17     Q.  So Slingshot is considered a tenant of Long
18 Haul?
19     A.  No.  Slingshot does not pay rent to Long Haul.
20 Slingshot is considered a project of Long Haul.
21     Q.  When did you first become involved with
22 Slingshot?
23     A.  1988.
24     Q.  When Slingshot was founded?
25     A.  I was not there at the founding, but I got

1    involved about a month later.
2         Q.  And have you been continuously involved with
3    Slingshot ever since then?
4         A.  No.  I was not involved for about a year when I
5    lived on the East Coast.
6         Q.  And other than that year have you been
7    continuously involved?
8         A.  Yes.
9         Q.  Since 1993 has Slingshot been a project of Long
10   Haul?
11        A.  Yes.
12        Q.  Continuously?
13        A.  Yes.
14        Q.  Does Long Haul -- in 2008 did Long Haul provide
15   any funds to Slingshot?
16        A.  I don't -- the question doesn't make sense to me
17   because it's one entity.  Slingshot is a part of the Long
18   Haul.  So I think the answer is no because that doesn't
19   make sense.
20        Q.  So to understand your response, Slingshot is not
21   a -- an organization that is separate from Long Haul?
22        A.  Correct.  Slingshot has no separate legal
23   existence other than as a project of Long Haul.  It has
24   no tax ID number of its own.
25        Q.  What other projects does Long Haul have, did

```
 1  BY MS. ELLIS:
 2      Q.  Well, the membership as a whole made the
 3  decision to rent out the space.  Correct?
 4      A.  Correct.
 5      Q.  And as a 30b(6) witness you are tasked with
 6  knowing the basis for those decisions.  Correct?
 7      A.  I'm not sure I am --
 8          MS. GRANICK:  Objection, calls for a legal
 9  conclusion.  You can answer.
10          THE WITNESS:  I'm not sure I am.  I can tell you
11  that it got rented, you know, but the composition of
12  people's minds that make decisions for a particular
13  organization I -- just because you're the 30b(6), I don't
14  know what's in people's minds nor can I.
15  BY MS. ELLIS:
16      Q.  One of the topics on the 30b(6) notice is topic
17  29 which is the relationship between Long Haul and East
18  Bay Prisoner Support.  Correct?
19      A.  Correct.
20      Q.  What did you do to prepare to testify on that
21  topic?
22          MS. GRANICK:  Objection, this has been asked and
23  answered.
24          THE WITNESS:  I didn't do anything in terms of
25  the thing that I did was I sent out the thing to the rest
```

```
 1   of the people, and it was agreed by consensus that I knew
 2   more about the topics there.  And in terms of East Bay
 3   Prisoner Support I do know the procedure for how offices
 4   get rented and I've discussed the procedure that's
 5   organizational.  But the individual thoughts of people
 6   who work that procedure, I don't think that's
 7   organizational.  But I have told you the procedure.
 8   BY MS. ELLIS:
 9       Q.  And so your -- is it fair to say then that you
10   don't know the basis for the decision as to why East Bay
11   Prisoner Support was allowed to occupy an office?
12           MS. GRANICK:  Objection.
13           MS. ELLIS:  At Long Haul.
14           MS. GRANICK:  Misstates his testimony.  What he
15   said is that Long Haul doesn't make findings with regards
16   to that.
17   BY MS. ELLIS:
18       Q.  And a decision was made.  Correct?
19       A.  I do know that the office was rented to them.
20       Q.  And you do not know the basis of the decision?
21       A.  Correct.
22       Q.  Do you know why East Bay Prisoner Support wanted
23   to become a tenant at Long Haul?
24           MS. GRANICK:  Objection, calls for speculation.
25           THE WITNESS:  I don't.
```

Jesse Palmer

BARKLEY
Court Reporters

```
 1       A.   At least that, yes.
 2       Q.   And how do you know that?
 3       A.   Because the Long Haul matches cafe night events
 4  up to 50 dollars.  Whatever the take is, up to 50
 5  dollars, we'll match it.
 6       Q.   And is that why 50 dollars is listed on the 2008
 7  tax form as a grant to Stop Cal Vivisection?
 8       A.   Correct, because they had that cafe night event.
 9       Q.   Is there special approval needed for cafe night
10  events where Long Haul will match whatever the funds are
11  raised?
12       A.   No.
13       Q.   Is that the only instance where Long Haul will
14  provide grants to various organizations?
15       A.   No.
16       Q.   And in 2008 was that the only grant of funds
17  that was given to Stop Cal Vivisection by Long Haul?
18       A.   To my knowledge, yes.
19       Q.   And who decides whether -- well, can you
20  describe to me what a cafe night is?
21       A.   Cafe night is an event on a Sunday night where
22  there's a public presentation about any topic and for the
23  public and there's a dinner, and the public donates money
24  for dinner.  And then at the end of it the Long Haul
25  matches up to 50 dollars.  And those happen periodically.
```

186

Jesse Palmer

BARKLEY
Court Reporters