```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   LONG HAUL, INC. and EAST BAY     )
     PRISONER SUPPORT,                )
 6                                    )
                     Plaintiffs,      )
 7                                    )
         v.                           )  No. C 09-00168-JSW
 8                                    )
     UNITED STATES OF AMERICA; MIGUEL )
 9   CELAYA; KAREN ALBERTS; WILLIAM   )
     KASISKE; WADE MacADAM; TIMOTHY   )
10   ZUNIGA; MIKE HART; LISA SHAFFER; )
     and DOES 1 - 25,                 )
11                                    )
                     Defendants.      )
12   _____)

13

14

15

16

17         DEPOSITION OF JESSE PALMER, Volume II, taken on

18      behalf of Plaintiffs, at One Market Street, 32nd

19      Floor, San Francisco, California, commencing at

20      9:23 a.m., Friday, August 6, 2010, before

21      Donna J.  Blum, Certified Shorthand Reporter,

22      No. 11133.

23

24

25

                              227
```

1  access, you know, unrestricted access to the information
2  on it.
3      So whether they physically took the pages or
4  just took the information that was written on the pages,
5  I don't think that that -- that -- I think that a
6  reasonable person could still be reasonably worried about
7  in the future borrowing books from Long Haul based on
8  those set of facts.
9  BY MS. ELLIS:
10     Q.  Did any -- did any individuals communicate to
11 Long Haul that they were fearful of putting their name on
12 the library lending log?
13     A.  In my capacity as the 30(b)(6) witness, that was
14 not discussed at a Long Haul meeting.  So I'd say the
15 Long Haul as a corporation doesn't have that.  However,
16 in my capacity as an individual who, in fact, staffs the
17 Long Haul once a week for three hours, and I have staffed
18 since 1993, I can say that, yes, some people do express
19 that concern and do not take out books out of the Long
20 Haul as a result of this police raid.
21     Q.  During your investigation in speaking with
22 Katherine Miller, are you aware whether any police
23 officer took notes of what was contained in the library
24 lending log?
25     A.  I didn't ask that question, and she didn't