```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   LONG HAUL, INC., and EAST   )
     BAY PRISONER SUPPORT,       )
 6                               )
                Plaintiffs,      )
 7                               )
     vs.                         )   No.  C 09-00168-JSW
 8                               )
     UNITED STATES OF AMERICA;   )
 9   MIGUEL CELAYA; KAREN        )
     ALBERTS; WILLIAM KASISKE;   )
10   WADE MacADAM; TIMOTHY       )
     ZUNIGA; MIKE HART; LISA     )
11   SHAFFER,                    )
                                 )
12              Defendants.      )
     _____)
13

14

15

16

17                       DEPOSITION OF

18                         MAX HARRIS

19        Held at the Law Offices of SchiffHardin

20     One Market Street, San Francisco, California

21        Wednesday, September 22, 2010, 1:37 p.m.

22

23

24

25   REPORTED BY:  ELAINA BULDA-JONES, RPR, CSR #11720
```

2

```
 1   and behavior support who is designated special
 2   education.
 3        Q.   And can you just briefly describe what you
 4   do as an intervention specialist?
 5        A.   Yeah, so I go with him class to class,
 6   assisting him with his work, helping him follow
 7   direction.
 8        Q.   And are you hired by the child's family
 9   or --
10        A.   No.
11        Q.   -- or the school district?
12        A.   Oakland Unified School District.
13        Q.   How long have you been doing that?
14        A.   At Oakland High?
15        Q.   Yes.
16        A.   Just this year, since September.
17        Q.   And were you doing that at a different
18   school district previously?
19        A.   At Edna Brewer Middle School last year.
20        Q.   How long have you been an intervention
21   specialist?
22        A.   A little less than two years.
23        Q.   What did you do prior to that?
24        A.   Right before that?
25        Q.   Uh-huh.
```

7

```
 1  don't know -- I thought you meant -- and I don't
 2  know who, but some did.
 3       Q.   You know that some did use that computer?
 4       A.   Yes.
 5       Q.   Were you a founding member of East Bay
 6  Prisoner Support?
 7       A.   Yes.
 8       Q.   When was East Bay Prisoner Support
 9  founded?
10       A.   I don't know.
11       Q.   Well, could it have been January of 2008?
12       A.   Yes.
13       Q.   And who were the founding members?
14       A.   Myself, Chloe, and Patrick.
15       Q.   Is Chloe's last name Watlington?
16       A.   I don't know.
17       Q.   You don't know Chloe's last name?
18       A.   No.  Watlington?
19       Q.   Yes.
20       A.   I don't know.
21       Q.   How did you know Chloe?
22       A.   I met her working on an event that had to
23  do with, um, some -- it had to do with the border
24  issues, U.S.-Mexico border issues.
25       Q.   When did you meet her?
```

40

```
 1       A.   I don't remember, office supplies.  I
 2  don't remember exactly.
 3       Q.   Was the computer missing?
 4       A.   Yes.
 5       Q.   What else was missing?
 6       A.   Some disks -- some disks, a flash -- I
 7  remember some disks and some other computer
 8  equipment, but not too specifically.
 9       Q.   Was it a flash drive?
10       A.   Yes.
11       Q.   What was on the flash drive?
12       A.   I don't remember.
13       Q.   What was on the computer?
14       A.   Besides EBPS files, I don't remember.
15       Q.   What was in the EBPS files?
16       A.   I don't remember, correspondence, e-mails,
17  things like that, documents we wrote.
18       Q.   What documents did you write?
19            MS. GRANICK:  Objection.  Vague.
20            THE WITNESS:  Various documents over time.
21  BY MS. ELLIS:
22       Q.   What were the nature of the documents --
23  what was the nature of the documents?
24       A.   Something having to do with what services
25  we were providing or what information we were
```

71

```
 1   distributing.
 2        Q.   And what were these -- were these
 3   documents handbills that you were going to pass out
 4   or were they posters?  What were they supposed to
 5   be?
 6        A.   Various things, but I'm thinking more
 7   about writing, writing things to be distributed.  I
 8   don't know.
 9             Sorry.  So we wrote some things that ended
10   up going into a Zine that we distributed.  I'm sure
11   that copies of the document were on the computer,
12   copies of our distro list.
13        Q.   A distribution list?
14        A.   Yeah, the list that said what Zine titles
15   we were giving out to prisoners, information about
16   prisoners, how to correspond with them.
17        Q.   Was it their addresses?
18        A.   Yeah, sometimes.
19        Q.   What --
20        A.   Like a dossier essentially of like the
21   name and the location of a prisoner with maybe
22   information about their case.  Just -- just various
23   documents that we created over the course of our
24   project.
25        Q.   Were there any other documents other than
```

72