```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN FRANCISCO DIVISION

 4

 5   LONG HAUL, INC. and EAST BAY      )
     PRISONER SUPPORT,                 )
 6                                     )
                       Plaintiffs,     )
 7                                     )
         v.                            )   No. C 09-00168-JSW
 8                                     )
     UNITED STATES OF AMERICA; MIGUEL  )
 9   CELAYA; KAREN ALBERTS; WILLIAM    )
     KASISKE; WADE MacADAM; TIMOTHY    )
10   ZUNIGA; MIKE HART; LISA SHAFFER;  )
     and DOES 1 - 25,                  )
11                                     )
                       Defendants.     )
12   _____)

13

14

15

16

17          DEPOSITION OF KATHRYN MILLER, taken on behalf
        of Defendants, at One Market Street, 32nd Floor, San
18      Francisco, California, commencing at 1:20 p.m.,
        Wednesday, November 10, 2010, before Donna J. Blum,
19      Certified Shorthand Reporter, No. 11133.

20

21

22

23

24

25

                                  2
```

Kathryn Miller

BARKLEY
Court Reporters

1    A.  I -- I would say since 1999.

2    Q.  And have you worked on Slingshot consistently

3 since 1999?

4    A.  No.  Let's say 85 percent of the time.  There's

5 been some few issues where I haven't done anything, but

6 for the most part, yes, I've been working with them.

7    Q.  And what do you do?  What specifically do you do

8 to prepare the issues to come out?

9    A.  I work on proofreading and editing and layout

10 and a little bit of distribution.

11   Q.  Can you explain to me the layout process?

12   A.  The layout process.  We have -- we do -- we do

13 old school stuff, and it's -- yeah, we do old school

14 layouts.  So it's all hand done.  We have sheets of

15 paper.  You print out an article.  You wax it.  You cut

16 it out.  You put it in the paper.  You find graphics to

17 put in the paper with it.  There you go.

18   Q.  So is the layout process computerized at all?

19   A.  To the extent that the articles are on the

20 computer, yes.  The -- we have -- we have articles on the

21 computer that get printed out, and that goes in the

22 paper.  The rest of the paper is hand done, yeah.

23   Q.  And are -- do all the articles end up on the

24 computer prior to the layout?

25   A.  Yes.

45