| | |
|---|---|
| **From:** | Richard C. Van Sluyters <rcvs@berkeley.edu> |
| **Sent:** | Friday, April 4, 2008 11:59 AM |
| **To:** | Victoria L. Harrison <vlh@berkeley.edu>; Sgt. Karen Alberts <kalberts@berkeley.edu>; Detective Bill Kasiske <kasiske@berkeley.edu>; Douglas C. Wing <dwing@berkeley.edu>; Tim Zuniga <tzuniga@berkeley.edu> |
| **Subject:** | Fwd: Activists' film fundraiser 20 April |

---

Just in from AMP. Looks like a good place/time to pick them up on
the Sunday night at the beginning of World Week for Animals in
Laboratories (WWAIL). I'd be very surprised if they weren't planning
to go out after this gets over, if not during the day beforehand.

-Rick


>From: "Jacquie Calnan - Americans for Medical Progress" <amp@amprogress.org>
>To: "Richard C. Van Sluyters" <rcvs@berkeley.edu>
>Subject: Activists' film fundraiser 20 April
>Date: Fri, 4 Apr 2008 11:47:45 -0400
>Organization: Americans for Medical Progress
>
>Hi Rick - Just got this off the East Bay Indymedia site. Jacquie
>----------------------------------------------------------------
>
>Title: Stop Cal Vivisection cafe night at the Long Haul!
>START DATE:   Sunday April 20
>TIME:  7:00 PM - 9:00 PM
>Location Details:
>Sunday April 20. The Long Haul. 3124 Shattuck Ave. in Berkeley.
>Event Type:   Screening
>April 20. 7pm. The Long Haul. 3124 Shattuck Ave. in Berkeley
>
>We'll show the film 'Dealing Dogs' and talk about the campaign against
>vivisection (the use of live animals in research) at UC Berkeley. 40,000
>animals are currently confined and tortured at UC Berkeley.
>
>This will be a benefit for our legal fund. An activist has court later this
>month for two misdemeanor charges - disturbing the peace and trespassing for
>an incident that never happened. And also to help the individual whose car
>was recently searched and impounded.
>
> <http://www.freewebs.com/stopucberkeleyvivisection>
>
>
>



UC 000598