1  Jennifer Stisa Granick, Esq. (SBN 168423)
   Matthew Zimmerman, Esq. (SBN 212423)
2  Marcia Hofmann, Esq. (SBN 250087)
   ELECTRONIC FRONTIER FOUNDATION
3  454 Shotwell Street
   San Francisco, CA 94110
4  Telephone: (415) 436-9333
   Facsimile: (415) 436-9993
5  Email: jennifer@granick.com
          mattz@eff.org
6         marcia@eff.org

7  Michael T. Risher (SBN 191627)
   AMERICAN CIVIL LIBERTIES
8  FOUNDATION OF NORTHERN
   CALIFORNIA
9  39 Drumm Street
   San Francisco, California 94111
10 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
11 Email: mrisher@aclunc.org

12 Attorneys for Plaintiffs
   LONG HAUL, INC. and
13 EAST BAY PRISONER SUPPORT

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>　　　　　Defendants. | Case No. C 09-00168-JSW<br><br>**SUPPLEMENTAL DECLARATION OF KATHRYN MILLER** |

1. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. As I stated in my original declaration in this matter, I am a member of Long Haul since 1998 and have worked on Slingshot since 1999. I observed part of the August 27, 2008, raid of Long Haul through the glass front door and window and went inside soon after the officers left.

3. When I went up to the Slingshot office I saw the "Slingshot" banner that has long hung over that office door. It was in the same place it has been for years. Attached as Exhibit 1 to this declaration is a photograph of the Slingshot door that accurately shows the banner as it looked before and immediately after the raid.

4. Many of us who work on Slingshot have an email list-serve that we use to discuss our work, slingshot@lists.riseup.net. In addition, many of us who are associated with Long Haul have an email list-serve that we use to discuss Long Haul issues, thelonghaul@yahoogroups.com. I have long been a member of both lists and read the emails I get on both lists. Jesse Palmer is also on these lists and has been since before the raid. In my experience, the dates and times on the emails that we receive on the lists are accurate. Exhibits 2-4 are true and correct copies of e-mails sent to the Slingshot list-serve. Exhibit 5 is a true and correct copy of an email sent to the Long Haul list-serve.

5. Attached to this declaration as Exhibit 2 is a true and correct copy of an email sent to the Slingshot list on August 27, 2008, after the raid, in which another Slingshot member (Gregg Horton) offered to donate his home computer so we could publish the next issue.

6. Attached to this declaration as Exhibit 3 is a true and correct copy of an email sent to the Slingshot list on August 27, 2008, responding to Gregg Horton's email. In this email, another Slingshot member suggested that we should not take our personal computers to Long Haul.

7. Attached to this declaration as Exhibit 4 is a true and correct copy of an email response to that email sent to the Slingshot list by Jesse Palmer suggesting how we might be able to deal with the disruption caused by the raid.

8. Attached to this declaration as Exhibit 5 is a true and correct copy of an email sent to the Long Haul list by Gregg Horton regarding concerns about Google reading Long Haul mail as "they did help the cops raid us."

9. At the time of the raid there was a rack just inside the front door of Long Haul that holds copies of Slingshot. Attached to this declaration as Exhibit 6 is a copy of that rack as it appeared on the day of the raid.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed February 27, 2011 in Berkeley, California.

**KATHRYN MILLER**