**From**: "Gregg Horton" <greggahorton@gmail.com>
**To**: slingshot@lists.riseup.net
**Subject**: [slingshot] So.. about next issue
**Date**: Wed, 27 Aug 2008 19:54:26 -0700
hey everyone,

so it seems that we are up shit creek without a paddle for next issue.

I can donate my home computer to use for the next issue, would people be into that?

i can drop it off tomorrow and set it up.

-Gregg

00269

CONFIDENTIAL