**From**: "k" <kat@cathaus.org>
**To**: "Gregg Horton" <greggahorton@gmail.com>,
slingshot@lists.riseup.net
**Cc**: slingshot-owner@lists.riseup.net
**Subject**: Re: [slingshot] So.. about next issue
**Date**: Wed, 27 Aug 2008 20:01:37 -0800

hmm...
maybe it would be better not to have personal computers at
LH for the present.  the slingshot email still works as far
as i know, we could just send things there.  i would suggest
not bringing things to LH for a few days at least.  just my
paranoid $.02
--k

katciao

00270

CONFIDENTIAL