*Redacted*

```
''-1k atdmt.com/MRT/go/msnnkwxp10200...
            --kwxn1020093175mrt/direct/01/>
                      '- -*/direct/01/
```

*Redacted*

```
greggahorton wrote:
>
> can you please delete the gmail account and apply for a riseup.net, i'd
> rather not have google read the long haul mail, they did help the cops
> raid us.
>
> -g
>
> leona wrote:
```

00198

http://groups.yahoo.com/group/thelonghaul/messages/970?l=1     2/25/2010