SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone (312) 258-5800
Facsimile (312) 258-5600

Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., and EAST BAY PRISONER SUPPORT,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; MITCHELL CELAYA; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**SUPPLEMENTAL DECLARATION OF SARA L. ELLIS** |

I, SARA L. ELLIS, declare:

1. I am an attorney at the law firm of Schiff Hardin LLP, counsel of record for defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade MacAdam and

1  Timothy J. Zuniga (the "University Defendants").  I have personal knowledge of the facts
2  set forth herein and I am willing and able to testify to those facts if called as a witness in
3  this action.

4      2.    Attached as **Exhibit A** is a true and correct copy of selected portions of the
5  transcript of William Kasiske's deposition, which was taken on July 27, 2010.

6      3.    Attached as **Exhibit B** is a true and correct copy of selected portions of the
7  transcript of Karen Alberts's deposition, which was taken on August 3, 2010.

8  I declare under penalty of perjury under the laws of California that the foregoing is
9  true and correct.

10  Executed on March 14 2011, in Chicago, Illinois.

*/s/ Sara L. Ellis*
Sara L. Ellis

SF\9990853.1