SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Phone: (415) 901-8700 / Fax: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Phone: (312) 258-5800 / Fax: (312) 258-5600

Attorneys for Defendants MITCHELL CELAYA, KAREN ALBERTS, WILLIAM KASISKE, WADE MACADAM and TIMOTHY J. ZUNIGA

MELINDA HAAG (CSB #132612)
United States Attorney
JOANN M. SWANSON (CSB #88143)
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSB #148792)
NEILL T. TSENG (CSB #220348)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Phone: (415) 436-6909 (Lee) / Fax: (415) 436-7169

Attorneys for the FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>U.S.A., et al.,<br><br>           Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY**<br><br>Date: April 8, 2011<br>Time: 9:00 a.m.<br>Dept.: 11<br>Judge: Jeffrey S. White |

- 1 -
CASE NO. 3:09-cv-0168 JSW
[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

The Court, having considered Defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade Macadam, Timothy J. Zuniga, United States of America, Lisa Shaffer, and Mike Hart's objections to the supplementary evidence submitted by Plaintiffs Long Haul, Inc. and East Bay Prisoner Support in support of their Reply In Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment hereby ORDERS the below Rulings on the Objections.

### SUPPLEMENTAL DECLARATION OF MATTHEW ZIMMERMAN

| Material Objected to: | Grounds for Objection: | Ruling on the Objection: |
|---|---|---|
| 1. At ¶ 2, Exh. 1 – UC Berkeley Police Department Call Log | 1. Lacks Foundation (FRE 602); Hearsay (FRE 802) | Sustained: _____ <br><br> Overruled: _____ |
| 2. At ¶ 3, Exh. 2 – Excerpts of Volume I of the deposition of Jesse Palmer (*Palmer I*) at 75:4-16. <br><br> "Q. And were they members of Long Haul at the time? <br><br> A. No. <br><br> Q. In 1988 when Slingshot was founded, what was the relationship between Slingshot and Long Haul, if there was one? <br><br> A. At the moment of creation I don't think there was any relationship at all. <br><br> Q. Did there come to be a relationship between the two organizations? <br><br> A. I know that Slingshot had some benefits, fund raising benefits at the Long Haul probably in 1988 or '89, but Slingshot did not have its office at Long Haul until 1993." | 2. Lacks Foundation/Lacks Personal Knowledge (FRE 602); Hearsay (FRE 802) | Sustained: _____ <br><br> Overruled: _____ |

- 2 -
CASE NO. 3:09-cv-0168 JSW
[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Material Objected to: | Grounds for Objection: | Ruling on the Objection: |
|---|---|---|
| 3. At ¶ 4, Exh. 3 – Excerpts of Volume II of the deposition of Jesse Palmer (*Palmer II*) at 315:5-8.<br><br>"I think that a reasonable person could still be reasonably worried about in the future borrowing books from Long Haul based on those set of facts." | 3. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| 4. At ¶ 4, Exh. 3 – *Palmer II* at 315:15-20.<br><br>"However, in my capacity as an individual who, in fact, staffs the Long Haul once a week for three hours, and I have staffed since 1993, I can say that, yes, some people do express that concern and do not take out books out of the Long Haul as a result of the police raid." | 4. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701); Hearsay (FRE 802) | Sustained: _____<br><br>Overruled: _____ |
| 5. At ¶ 6, Exh. 5 – Excerpts from the deposition of Patrick Lyons (*Lyons*) at 82:16-19.<br><br>"Q. And what did Max say to you during this phone call?<br><br>A. That the – that our office in the Long Haul was being raided." | 5. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701); Hearsay (FRE 802) | Sustained: _____<br><br>Overruled: _____ |

- 3 -  CASE NO. 3:09-cv-0168 JSW
[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Material Objected to: | Grounds for Objection: | Ruling on the Objection: |
|---|---|---|
| 6. At ¶ 6, Exh. 5 – *Lyons* at 86:1-6.<br><br>"I remember noticing that, like I said, forced entry had been attempted with some means that was like a pry bar or something like that. And then I guess after – I concluded that they ultimately unscrewed the latch to the door." | 6. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| 7. At ¶ 6, Exh. 5 – *Lyons* at 86:14-21.<br><br>"I remember getting a feeling that whoever had tried to open the door had clumsily damaged an unnecessary amount of the door, and I don't remember what was damaged. I just remember considering that they unscrewed the latch, I remember noting the damage and not understanding why that had happened, considering it wasn't the means by which they gained entry." | 7. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701) | Sustained: _____<br><br>Overruled: _____ |

**SUPPLEMENTAL DECLARATION OF KATHRYN MILLER**

| Material Objected to: | Grounds for Objection: | Ruling on the Objection: |
|---|---|---|
| 1. At 2:10-11<br><br>"...a photograph of the Slingshot door that accurately shows the banner as it looked before and immediately after the raid." | 1. Lacks Foundation/Lacks Personal Knowledge (FRE 602) | Sustained: _____<br><br>Overruled: _____ |
| 2. At ¶ 3, Exh. 1 – picture of claimed sign over "Slingshot office" | 2. Lacks Authentication (FRE 901) | Sustained: _____<br><br>Overruled: _____ |

- 4 -   CASE NO. 3:09-cv-0168 JSW
[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Material Objected to: | Grounds for Objection: | Ruling on the Objection: |
|---|---|---|
| 3. At 2:15-16<br><br>"Jesse Palmer is also on these lists and has been since before the raid." | 3. Lacks Foundation/Lacks Personal Knowledge (FRE 602) | Sustained: _____<br><br>Overruled: _____ |
| 4. At 2:16-17<br><br>"In my experience, the dates and times on the emails that we receive on the lists are accurate." | 4. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701) | Sustained: _____<br><br>Overruled: _____ |
| 5. At ¶ 5, Exh. 2 – Gregg Horton email BATES stamped 00269 | 5. Lacks Authentication (FRE 901) | Sustained: _____<br><br>Overruled: _____ |
| 6. At 2:22-23<br><br>"...in which another Slingshot member (Gregg Horton) offered to donate his home computer so we could publish the next issue." | 6. Lacks Foundation (FRE 602); Speculative and Impermissible Lay Opinion (FRE 701); Hearsay (FRE 802); Violates Best Evidence Rule (FRE 1002) | Sustained: _____<br><br>Overruled: _____ |
| 7. At ¶ 6, Exh. 3 – Gregg Horton email BATES stamped 00270 | 7. Lacks Authentication (FRE 901) | Sustained: _____<br><br>Overruled: _____ |
| 8. At 2:25-27<br><br>"In this email, another Slingshot member suggested that we should not take our personal computers to Long Haul." | 8. Lacks Foundation (FRE 602); Hearsay (FRE 802); Violates Best Evidence Rule (FRE 1002) | Sustained: _____<br><br>Overruled: _____ |
| 9. At ¶ 7, Exh. 4 – Jesse Palmer email BATES stamped 00271 | 9. Lacks Authentication (FRE 901) | Sustained: _____<br><br>Overruled: _____ |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 5 -  CASE NO. 3:09-cv-0168 JSW
[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY

| | | |
|---|---|---|
| 10. At 3:3-4<br><br>"...response to that email sent to the Slingshot list by Jesse Palmer suggesting how we might be able to deal with the disruption caused by the raid." | 10. Lacks Foundation (FRE 602); Hearsay (FRE 802); Violates Best Evidence Rule (FRE 1002) | Sustained: _____<br><br>Overruled: _____ |
| 11. At ¶ 8, Exh. 5 – redacted Gregg Horton email BATES stamped 00198 | 11. Lacks Authentication (FRE 901) | Sustained: _____<br><br>Overruled: _____ |
| 12. At 3:6-7<br><br>"...regarding concerns about Google reading Long Haul mail as 'they did help the cops raid us.'" | 12. Lacks Foundation (FRE 602); Hearsay (FRE 802); Violates Best Evidence Rule (FRE 1002) | Sustained: _____<br><br>Overruled: _____ |
| 13. At ¶ 9, Exh. 6 – picture of "rack just inside the front door of Long haul that holds copies of Slingshot" | 13. Lacks Authentication (FRE 901) | Sustained: _____<br><br>Overruled: _____ |
| 14. At 3:9-11<br><br>"At the time of the raid there was a rack just inside the front door of Long Haul that holds copies of Slingshot. Attached to this declaration as Exhibit 6 is a copy of that rack as it appeared on the day of the raid." | 14. Lacks Foundation/Lacks Personal Knowledge (FRE 602) | Sustained: _____<br><br>Overruled: _____ |

SO ORDERED.

Dated: _____  _____
                                                                    Honorable Jeffrey S. White

SF\9988373.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER REGARDING OBJECTIONS TO SUPPLEMENTARY EVIDENCE SUBMITTED BY PLAINTIFFS' LONG HAUL AND EBPS IN SUPPORT OF OPPOSITION AND REPLY