IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONG HAUL, INC., et al.,

    Plaintiffs,                            No. C 09-00168 JSW

v.

UNITED STATES OF AMERICA, et al.,      **ORDER VACATING HEARING**

    Defendants.

       The motions for summary judgment are currently set for hearing on April 8, 2011 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for April 8, 2011 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: April 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE