1  Matthew Zimmerman, Esq. (CA SBN 212423)
2  Marcia Hofmann (CA SBN 250087)
   Hanni Fakhoury (CA SBN 252629)
3  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
4  San Francisco, CA 94110
   Telephone: (415) 436-9333
5  Facsimile: (415) 436-9993
   Email: mattz@eff.org
6         marcia@eff.org
7         hanni@eff.org

8  Michael T. Risher (CA SBN 191627)
   AMERICAN CIVIL LIBERTIES FOUNDATION OF
9  NORTHERN CALIFORNIA
10 39 Drumm Street
   San Francisco, CA 94111
11 Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
12 Email: mrisher@aclunc.org

13 Attorneys for Plaintiffs
14 LONG HAUL, INC. and EAST BAY PRISONER SUPPORT

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 LONG HAUL, INC. and EAST BAY     ) CASE NO. 09-cv-0168-JSW
   PRISONER SUPPORT                 )
20                                  ) **NOTICE OF APPEARANCE OF HANNI**
         Plaintiffs,                ) **FAKHOURY**
21                                  )
22 v.                               ) Hon. Jeffrey S. White
                                    ) Courtroom 11, 19th Floor
23 UNITED STATES OF AMERICA;        )
   MITCHELL CELAYA; KAREN           )
24 ALBERTS; WILLIAM KASISKE;        )
   WADE MACADAM; TIMOTHY J.         )
25 ZUNIGA; MIKE HART; LISA          )
   SHAFFER; AND DOES 1-25,          )
26                                  )
27       Defendants.                )
                                    )
28

---

CASE NO. 09-cv-00168-JSW – NOTICE OF APPEARANCE OF HANNI FAKHOURY

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in this case for Plaintiffs Long Haul, Inc. and East Bay Prisoner Support. I request that copies of all pleadings, papers, notices and other documents be addressed to Plaintiffs' counsel as follows:

>Hanni Fakhoury
>ELECTRONIC FRONTIER FOUNDATION
>454 Shotwell Street
>San Francisco, CA 94110
>Telephone: (415) 436-9333 x117
>Facsimile: (415) 436-9993
>Email: hanni@eff.org

I certify that I am admitted to practice in this Court.

Dated: August 10, 2011

Respectfully submitted,

/s/ *Hanni Fakhoury*
Hanni Fakhoury, Esq.
Matthew Zimmerman, Esq.
Marcia Hofmann, Esq.
ELECTRONIC FRONTIER FOUNDATION

Michael T. Risher, Esq.
AMERICAN CIVIL LIBERTIES FOUDNATION OF NORTHERN CALIFORNIA

Attorneys for Plaintiffs
LONG HAUL, INC. and EAST BAY PRISONER SUPPORT