SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
SARAH D. YOUNGBLOOD (CSB #244304)
syoungblood@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Phone: (415) 901-8700 / Fax: (415) 901-8701

SARA L. ELLIS (ILSB #6224868)
sellis@schiffhardin.com
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
Phone: (312) 258-5800 / Fax: (312) 258-5600

Attorneys for Defendants MITCHELL CELAYA,
KAREN ALBERTS, WILLIAM KASISKE, WADE
MACADAM and TIMOTHY J. ZUNIGA

MELINDA HAAG (CSB #132612)
United States Attorney
JOANN M. SWANSON (CSB #88143)
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSB #148792)
NEILL T. TSENG (CSB #220348)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Phone: (415) 436-6909 (Lee) / Fax: (415) 436-7169

Attorneys for the FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>U.S.A., et al.,<br><br>　　　　　Defendants. | Case No. 3:09-cv-0168 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING TRIAL DATE** |

**RECITALS**

A. In its July 26, 2011 Order Regarding Motions for Summary Judgment, the Court referred

this case to a Magistrate Judge to conduct a settlement conference within 60 days, if possible. Magistrate Judge Ryu subsequently identified several proposed settlement conference dates prior to the currently scheduled pretrial conference, but in each instance counsel have identified scheduling conflicts for person(s) whose attendance at the conference is required.

B. Given the number and complexity of the issues which still remain in this case even after the parties' cross motions for summary judgment - including the plaintiffs' recently filed Motion for Leave to File Motion for Reconsideration, Doc. No. 137, which the Court has yet to rule on, - the number of different parties involved, and the relief sought, the parties believe that the settlement conference which is ultimately scheduled would begin the process of negotiation but may not end it the same day. The parties believe that the settlement discussions may take some time to conclude.

C. The continuance is requested in order to accommodate scheduling of the settlement conference, and to otherwise permit the parties to conserve resources by focusing their efforts on settlement prior to preparing for a pretrial conference and trial.

D. The individual federal defendants, Lisa Shaffer and Mike Hart, are considering whether to appeal from the Court's denial of qualified immunity on summary judgment. The deadline for filing a notice of appeal is September 26, 2011, which is the same date as the pretrial conference.

**STIPULATION**

The parties, through their respective attorneys of record, hereby stipulate that 1) the current trial date of October 17, 2011 be continued to January 30, 2012; and 2) the current pretrial date of September 26, 2011 be continued to January 9, 2012.

DATED: August 12, 2011

|    |                              |
|----|------------------------------|
| 1  | SCHIFF HARDIN LLP            |
| 2  | By:  /s/ William J. Carroll  |
|    |      William J. Carroll      |
| 3  | Attorneys for Defendants     |
|    | MITCHELL CELAYA, KAREN ALBERTS, |
| 4  | WILLIAM KASISKE, WADE MACADAM and |
|    | TIMOTHY J. ZUNIGA            |

DATED: August 12, 2011

MELINDA HAAG
United States Attorney

By:  /s/ Jonathan U. Lee
     Jonathan U. Lee
     Assistant United States Attorney
Attorneys for the FEDERAL DEFENDANTS

DATED: August 12, 2011

By:  /s/ Matthew Zimmerman
ELECTRONIC FRONTIER FOUNDATION
Matthew Zimmerman, Esq.
Hanni Fakhoury, Esq.

AMERICAN CIVIL LIBERTIES FOUNDATION
OF NORTHERN CALIFORNIA
Michael T. Risher, Esq.

Attorneys for Plaintiffs
LONG HAUL, INC. and EAST BAY PRISONER
SUPPORT

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Jonathan U. Lee's and Matthew Zimmerman's concurrence in the filing of this document.

/s/ William J. Carroll
William J. Carroll

1  **PURSUANT TO STIPULATION, IT SO ORDERED.**
Pursuant to the parties' stipulation as modified, the pretrial conference is CONTINUED to February
2  21, 2012 at 2:00 p.m. and the trial is CONTINUED to March 26, 2012 at 8:00 p.m.

3  Dated: August 22, 2011

   Honorable Jeffrey S. White
4  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -    CASE NO. 3:09-cv-0168 BZ
[PROPOSED] ORDER REGARDING TRIAL DATE