# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C-09-00168-JSW (DMR)

**CASE NAME:** LONG HAUL, INC., ET AL v. REGENTS OF THE UNIV. OF CALIFORNIA, ET AL

| | |
|---|---|
| **MAGISTRATE JUDGE DONNA M. RYU** | **COURTROOM DEPUTY**: Ivy Garcia |
| **DATE**: 11/29/2011  **TIME:** 5.0 hrs | **FTR**: 3:27-3:48 |
| **COUNSEL FOR PLAINTIFF:**<br>Matthew Zimmerman<br>Hanni Fakhoury<br>Michael Risher | **COUNSEL FOR DEFENDANT:**<br>For UC Defendants:<br>  William Carroll<br>For Federal Defendants:<br>  Jonathan Lee<br>  Neill Tseng |

## PROCEEDINGS

[X]  SETTLEMENT CONFERENCE          [ ]  FURTHER SETTLEMENT CONFERENCE

  [X]  Settled in principle
  [ ]  Did not settle
  [ ]  Partial settlement

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE: _____

[ ]  OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:
  Settlement conference held. Parties have reached agreements in principle to resolve the entire case [FTR 3:27-3:48], but need additional time to confirm several details and execute a final settlement agreement to present to defendants' respective governing authorities for approval. The parties have until **December 14, 2011** to report to Judge Ryu regarding whether a final settlement agreement has been reached.

CC:   Chambers, Jennifer Ottolini (CRD of Judge J.S. White)