

December 14, 2011

The Honorable Donna M. Ryu
United States District Court
for the Northern District of California
Oakland Courthouse
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *Long Haul, et al., v. University of California Regents*,
      Case No. 09-cv-00168-JSW (DMR)

Dear Magistrate Judge Ryu:

Your Honor, pursuant to this Court's instructions at the November 29, 2011 further settlement conference, the parties, through their counsel of record, write jointly to advise that negotiations concerning the settlement agreement language are diligent and ongoing. The parties anticipate providing a further status update to the Court in approximately one week.

Sincerely,

*/s/ Hanni Fakhoury*
Hanni Fakhoury, Esq.
Electronic Frontier Foundation
Attorneys for Plaintiffs

*/s/ William Carroll*
William Carroll, Esq.
Schiff Hardin LLP
Attorneys for Defendants

*/s/ Jonathan Lee*
Jonathan Lee, Esq.
Assistant United States Attorney
Attorneys for Defendants