United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG HAUL INC., et al., | No. C-09-00168 JSW (DMR) |
| Plaintiffs, | **ORDER TO SUBMIT STATUS REPORT RE SETTLEMENT** |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

On November 29, 2011, the undersigned held a settlement conference in this matter at which the parties reached a settlement in principle. By no later than January 6, 2012, the parties shall file an updated joint report on the status of the settlement.

IT IS SO ORDERED.

Dated: December 28, 2011

_____
DONNA M. RYU
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / signature Donna M. Ryu]*