**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *9th Floor, Federal Building* | *(415) 436-6909* |
| *450 Golden Gate Avenue, Box 36055* | |
| *San Francisco, California  94102* | *FAX:(415) 436-6748* |

January 6, 2012

***VIA E-FILING***

Honorable Donna M. Ryu
United States Magistrate Judge
1301 Clay Street
Courtroom 4, 3rd Floor
Oakland, CA 94612

        Re:    *Long Haul, Inc., et al. v. United States of America, et al.*
                 Northern District of CA Action: C 09-0168 JSW

Your Honor,

      As ordered by the Court on December 28, 2011 (Docket # 157), the parties jointly submit this further status report.  On January 5, 2012, counsel of record discussed the remaining issues and concerns in a further conference call, in which counsel made additional progress on the wording of the proposed settlement agreement language.  Counsel agreed to circulate a further draft early next week.  Counsel also agree to confer with their clients regarding the remaining issues and concerns.  The parties anticipate providing a further status update to the Court within two weeks.  Thank you.

                                          Very truly yours,

                                          ____/s/_____
                                          HANNI FAKHOURY, Esq.
                                          Electronic Frontier Foundation
                                          Attorneys for Plaintiffs

                                          ____/s/_____
                                          WILLIAM CARROLL, Esq.
                                          Schiff Hardin LLP
                                          Attorneys for the University Defendants

                                          ____/s/_____
                                          JONATHAN U. LEE, Esq.
                                          Assistant United States Attorney
                                          Attorneys for the Federal Defendants