

January 20, 2012

The Honorable Donna M. Ryu
USDC Northern District of California
Oakland Courthouse, Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA  94612

Re:   *Long Haul, et al., v. Kasiske, et al.*, Case No. 09-cv-00168-JSW (DMR)

Dear Magistrate Judge Ryu:

Your Honor, pursuant to this Court's December 28, 2011 order (Docket #157), the parties, through their counsel of record, jointly submit this further status report. During the week ending January 20, 2012, counsel of record were able to resolve the remaining issues regarding the language in the settlement agreement to counsel's satisfaction. Plaintiffs and their counsel will provide their signatures in the next few days, and counsel for the United States of America and the Regents of the University of California will recommend the settlement agreement to their respective clients. Given that the defendants' consideration of that recommendation may take some time, as all counsel discussed with the Court at the November 2011 settlement conference sessions, the parties anticipate providing a further status update to the Court in approximately four weeks, on February 17, 2012.

Sincerely,

*/s/ Hanni Fakhoury*
Hanni Fakhoury, Esq.
Electronic Frontier Foundation
Attorneys for Plaintiffs

*/s/ William Carroll*
William Carroll, Esq.
Schiff Hardin LLP
Attorneys for The University Defendants

*/s/ Jonathan Lee*
Jonathan Lee, Esq.
Assistant United States Attorney
Attorneys for Defendants