MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: 415-436-6909
    Facsimile: 415-436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA, MIKE HART and LISA SHAFFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>    Defendants. | Case No.: C 09-00168 JSW<br><br>**STIPULATION TO DISMISS FEDERAL DEFENDANTS LISA SHAFFER AND MIKE HART; [PROPOSED] ORDER** |

    THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

STIP. TO DISMISS FED. DEFS. LISA SHAFFER & MIKE HART; [PROPOSED] ORDER
C 09-00168 JSW      1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were or could have been asserted therein, with respect to federal defendants Lisa Shaffer and Mike Hart.

IT IS SO STIPULATED.

Dated:   1/27/2012                              ELECTRONIC FRONTIER FOUNDATION

/s Hanni Fakhoury/
_____
Matthew Zimmerman, Esq.
Marcia Hofmann, Esq.
Hanni Fakhoury, Esq.

AMERICAN CIVIL LIBERTIES
FOUNDATION OF NORTHERN
CALIFORNIA
Michael T. Risher, Esq.

Attorneys for Plaintiffs
LONG HAUL INFOSHOP, INC., and
EAST BAY PRISONER SUPPORT

Dated:   1/27/2012                              MELINDA HAAG
                                                United States Attorney

/s Jonathan U. Lee/
_____
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

Dated:  1/27/2012                               SCHIFF HARDIN LLP

/s William J. Carroll/
_____
WILLIAM J. CARROLL
Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM
and TIMOTHY J. ZUNIGA

STIP. TO DISMISS FED. DEFS. LISA SHAFFER & MIKE HART; [PROPOSED] ORDER
C 09-00168 JSW                              2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                          HONORABLE JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE