MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: 415-436-6909
    Facsimile: 415-436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA, MIKE HART and LISA SHAFFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>    Defendants. | Case No.: C 09-00168 JSW<br><br>AMENDED **STIPULATION AND** ~~PROPOSED~~ **ORDER TO STAY ALL DATES, INCLUDING PRETRIAL FILING, PRETRIAL CONFERENCE AND AND THE TRIAL DATE** |

STIP. TO STAY DATES; [~~PROPOSED~~] ORDER
C 09-00168 JSW                                 1

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. With the assistance of Magistrate Judge Ryu, the parties have reached agreement on principles of settlement.  Counsel of record have agreed to a form of settlement agreement.

2. Plaintiffs' counsel is obtaining signatures from each of the plaintiffs, Long Haul and East Bay Prisoner Support, and will provide those signatures to counsel for defendants within the next 5 days.

3. Counsel for defendants have submitted the form of settlement agreement to their principals for consideration and decision.  Counsel for the University Defendants is in the process of obtaining signatures from each of the University Defendants and anticipates that it will provide those signatures to counsel for plaintiffs within 10 days.  Counsel for the Federal Defendants anticipates that its clients will act on the proposed settlement within 75 days.

4. In light of the foregoing, the parties request a stay of 90 days on all pending deadlines and hearings in this litigation, including the submission of pretrial papers, the pretrial conference and the trial date.

5. The parties thank Magistrate Ryu for providing the assistance needed to the progress made thus far.

IT IS SO STIPULATED.

Dated: 2/8/12                                       ELECTRONIC FRONTIER FOUNDATION

                                                    __/s/_____
                                                    Matthew Zimmerman, Esq.
                                                    Marcia Hofmann, Esq.
                                                    Hanni Fakhoury, Esq.
                                                    AMERICAN CIVIL LIBERTIES
                                                    FOUNDATION OF NORTHERN
                                                    CALIFORNIA
                                                    Michael T. Risher, Esq.

                                                    Attorneys for Plaintiffs

STIP. TO STAY DATES; [PROPOSED] ORDER
C 09-00168 JSW                                      2

|   |   |
|---|---|
|   | LONG HAUL INFOSHOP, INC., and EAST BAY PRISONER SUPPORT |
| Dated: 2/8/12 | MELINDA HAAG<br>United States Attorney<br><br>___/s/_____<br>JONATHAN U. LEE<br>Assistant United States Attorney<br>Attorneys for Defendant<br>UNITED STATES OF AMERICA |
| Dated: 2/8/12 | SCHIFF HARDIN LLP<br><br>___/s/_____<br>WILLIAM J. CARROLL<br>Attorneys for Defendants<br>MITCHELL CELAYA, KAREN ALBERTS,<br>WILLIAM KASISKE, WADE MACADAM<br>and TIMOTHY J. ZUNIGA |

**PURSUANT TO STIPULATION, IT IS SO ORDERED. All pending deadlines, including the submission of pretrial papers, the pretrial conference and the trial date are vacated and the Court hereby orders a stay of 90 days.** The Court HEREBY SETS a status conference for May 11, ~~2011~~ 2012 at 1:30 p.m. The parties shall file a joint status statement by no later than May 4, 2011.

DATED: February 9, 2011

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIP. TO STAY DATES; [~~PROPOSED~~] ORDER
C 09-00168 JSW                                     3