

February 17, 2012

The Honorable Donna M. Ryu
USDC Northern District of California
Oakland Courthouse, Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA  94612

Re:    *Long Haul, et al., v. Kasiske, et al.*, Case No. 09-cv-00168-JSW (DMR)

Dear Magistrate Judge Ryu:

Your Honor, pursuant to this Court's December 28, 2011 order (Docket #157), the parties, through their counsel of record, jointly submit this further status report. Plaintiffs and their counsel have submitted signed copies of the settlement agreement to defense counsel. Counsel for defendants has submitted the form of settlement agreement to their principals for consideration and decision. Counsel for the University Defendants is in the process of obtaining signatures from each of the University Defendants and anticipates that it will provide those signatures to counsel for plaintiffs shortly. Counsel for the Federal Defendants anticipates that its clients will act on the proposed settlement within 75 days.

The parties will provide a further status update to the Court by May 4, 2012, as ordered by Judge White on February 9, 2012 (*See* Doc. #164).

Sincerely,

*/s/ Hanni Fakhoury*
Hanni Fakhoury, Esq.
Electronic Frontier Foundation
Attorneys for Plaintiffs

*/s/ William Carroll*
William Carroll, Esq.
Schiff Hardin LLP
Attorneys for The University Defendants

*/s/ Jonathan Lee*
Jonathan Lee, Esq.
Assistant United States Attorney
Attorneys for Defendants