Matthew Zimmerman (SBN 212423)
Marcia Hofmann (SBN 250087)
Hanni Fakhoury (SBN 252629)
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: mattz@eff.org
         marcia@eff.org
         hanni@eff.org

Michael T. Risher (SBN 191627)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: mrisher@aclunc.org


Attorneys for Plaintiffs
LONG HAUL, INC. and EAST BAY
PRISONER SUPPORT

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>             Plaintiffs,<br><br>    v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, *et al.*,<br><br>             Defendants. | Case No. 09-cv-00168-JSW (DMR)<br><br>**JOINT STATUS STATEMENT AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 11, 2012<br>Time: 1:30 PM<br>Place: Ctrm. 1, 19th Floor |

Pursuant to this Court's February 9, 2012 order (Docket #164), the parties, through their counsel of record, jointly submit this status statement:

1. On March 29, 2012, this Court signed the Joint Stipulation and Agreement for Compromise Settlement and Release (Docket #167).

2. The parties are continuing to make progress in completing the settlement. At this time, plaintiffs' counsel are endeavoring to provide taxpayer identification numbers for both plaintiffs in order to facilitate payment by the United States of its share of the settlement.

3. Plaintiffs' counsel anticipates resolving this outstanding issue within the next 10 days. When those numbers have been provided, the process by which the payments may be made will move forward expeditiously.

4. Counsel for the United States is optimistic that despite the delays in gathering this information, once plaintiffs have provided the information, the United States can complete its portion of the settlement process within thirty days.

5. The parties therefore request a postponement of the status conference by 60 days, to Friday July 13, 2012.

Respectfully submitted,

Dated: May 8, 2012

/s/ Hanni Fakhoury
Hanni Fakhoury
ELECTRONIC FRONTIER FOUNDATION
Attorneys For Plaintiffs
LONG HAUL, INC. and EAST BAY PRISONER SUPPORT

MELINDA HAAG
U.S. Attorney

Dated: May 8, 2012

/s/ Jonathan Lee
Jonathan Lee
Assistant U.S. Attorney
Attorneys For Defendant
UNITED STATES OF AMERICA

SCHIFF HARDIN LLP

Dated: May 8, 2012

/s/ William Carroll
William Carroll
Attorneys for Defendants
MITCHELL CELAYA, KAREN ALBERTS,
WILLIAM KASISKE, WADE MACADAM and
TIMOTHY J. ZUNIGA

\* \* \* \* \* \*

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Hanni Fakhoury, hereby declare pursuant to General Order 45 that I have obtained Defendants' concurrence in the filing of this document from Jonathan Lee, Counsel for Defendant United States of America and William Carroll, Counsel for Defendants Mitchell Celaya, Karen Alberts, William Kasiske, Wade MacAdam and Timothy J. Zuniga.

Executed on May 8, 2012, in San Francisco, California.

/s/ Hanni Fakhoury
Hanni Fakhoury

\* \* \* \* \* \*

**IT IS SO ORDERED.**

All pending deadlines, including the submission of pretrial papers, the pretrial conference and the trial date remain vacated. The Court HEREBY SETS a status conference for July 13, 2012 at 1:30 p.m. The parties shall file a joint status statement by no later than July 6, 2012.

DATED: May 9, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2
No. 09-00168-JSW-DMR    JOINT STATUS STATEMENT AND [PROPOSED]
ORDER TO CONTINUE STATUS CONFERENCE