MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102
    Telephone: 415-436-6909
    Facsimile: 415-436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendants
UNITED STATES OF AMERICA, MIKE HART and LISA SHAFFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONG HAUL, INC. and EAST BAY PRISONER SUPPORT,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; VICTORIA HARRISON; KAREN ALBERTS; WILLIAM KASISKE; WADE MACADAM; TIMOTHY J. ZUNIGA; MIKE HART; LISA SHAFFER; AND DOES 1-25,<br><br>    Defendants. | Case No.: C 09-00168 JSW<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** [~~PROPOSED~~] **ORDER** |

1  THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
2  STIPULATE AS FOLLOWS:
3  Pursuant to Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to dismiss
4  with prejudice the above-captioned action in its entirety.  Each party will bear its own costs,
5  expenses, and fees, except as specifically provided in the settlement agreement that this Court
6  approved on March 29, 2012.   The parties request that the Court sign the proposed order that
7  follows this stipulation.
8  IT IS SO STIPULATED.

9  Dated: 6/8/2012                ELECTRONIC FRONTIER FOUNDATION
10                                 __/s/_____
                                    Matthew Zimmerman, Esq.
11                                  Marcia Hofmann, Esq.
                                    Hanni Fakhoury, Esq.
12
13                                  AMERICAN CIVIL LIBERTIES
                                    FOUNDATION OF NORTHERN
14                                  CALIFORNIA
                                    Michael T. Risher, Esq.
15
16                                  Attorneys for Plaintiffs
                                    LONG HAUL INFOSHOP, INC., and
17                                  EAST BAY PRISONER SUPPORT

18  Dated:  6/11/2012              MELINDA HAAG
19                                  United States Attorney
                                    __/s/_____
20                                  JONATHAN U. LEE
                                    Assistant United States Attorney
21                                  Attorneys for Defendants
22                                  UNITED STATES OF AMERICA, LISA
                                    SHAFFER, and MIKE HART
23

24  Dated:  6/11/2012              SCHIFF HARDIN LLP
25                                  __/s/_____
                                    WILLIAM J. CARROLL
26                                  Attorneys for Defendants
27                                  MITCHELL CELAYA, KAREN ALBERTS,
                                    WILLIAM KASISKE, WADE MACADAM
28                                  and TIMOTHY J. ZUNIGA

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 12, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE